United States Bankruptcy Court

Middle District of Tennessee

In re:

Hiawatha Manor Association, Inc.
     Debtor

Case No. 25-01916-RSM

Chapter 11

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285 |
| aty | + | Christopher Scott Kunde, Jr, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |
| 7850710 | + | CROWN RESORTS MANAGEMENT LLC, PMB 28046, 548 MARKET ST, SAN FRANCISCO CA 94104-5401 |
| 7850711 | + | CUMBERLAND CO TN ASSESSOR OF PROPERTY, 2 S MAIN ST 101, CROSSVILLE TN 38555-4508 |
| 7850712 | | FRONTIER, PO BOX 211579, SAINT PAUL MN 55121-2879 |
| 7850714 | + | LAKE TANSI POA, 5050 SHOSHONE LOOP, CROSSVILLE TN 38572-6416 |
| 7850715 | + | MADDOX COMPANY MECHANICAL, 170 CITY LAKE ROAD, CROSSVILLE TN 38572-1704 |
| 7850716 | + | SELK SANITATION, 544 EAST LANE, CROSSVILLE TN 38555-2859 |
| 7850717 | | SOUTH CUMBERLAND UTILITY DISTRICT, 139 UTILITY DRIVE, CROSSVILLE TN 38572-6739 |
| 7850719 | + | VACATIA, PMB 28046, 548 MARKET ST, SAN FRANCISCO CA 94104-5401 |
| 7850720 | + | VOLUNTEER ENERGY COOPERATIVE, PO BOX 22222, DECATUR TN 37322-2222 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: blake.roth@hklaw.com | May 08 2025 23:17:00 | BLAKE ROTH, Holland & Knight LLP, 511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219 |
| 7850713 | + | Email/Text: bankruptcynotification@ftr.com | May 08 2025 23:18:00 | FRONTIER COMMUNICATIONS, PO BOX 740407, CINCINNATI OH 45274-0407 |
| 7850718 | | Email/Text: CreditServicesSMBBankruptcies@charter.com | May 08 2025 23:18:00 | SPECTRUM ENTERPRISE, CHARTER COMMUNICATIONS, BOX 223085, PITTSBURGH PA 15251 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7850709 | | CLEAN CUT LAWN CARE |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2025                         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:**

**Name**                                          **Email Address**

BLAKE ROTH
                                                  on behalf of Debtor Hiawatha Manor Association  Inc. blake.roth@hklaw.com,
                                                  brooke.freeman@hklaw.com;cathy.thomas@hklaw.com

Christopher Scott Kunde, Jr
                                                  on behalf of Debtor Hiawatha Manor Association  Inc. scott.kunde@hklaw.com

REBECCA JO YIELDING
                                                  on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

US TRUSTEE
                                                  ustpregion08.na.ecf@usdoj.gov

TOTAL: 4

| | | | |
|---|---|---|---|
| Debtor | **Hiawatha Manor Association, Inc.** | EIN | **64–0654512** |
| | Name | | |

| | | |
|---|---|---|
| United States Bankruptcy Court | **MIDDLE DISTRICT OF TENNESSEE** | Date case filed for chapter **11** **5/6/25** |
| Case number: **2:25–bk–01916** | | |

Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's full name** | Hiawatha Manor Association, Inc. | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 7380 W SAND LAKE RD SUITE 130 ORLANDO, FL 32819 | |
| **4.** | **Debtor's attorney** Name and address | BLAKE ROTH Holland & Knight LLP 511 UNION STREET, SUITE 2700 NASHVILLE, TN 37219 | Contact phone: 615–850–8749 Email: blake.roth@hklaw.com |
| **5.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 701 Broadway Room 170 Nashville, TN 37203 | Hours open: 8:00AM–4:00PM Monday–Friday Contact phone: 615–736–5584 Date: 5/8/25 |
| **6.** | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 3, 2025 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **\*\*\* Valid photo identification required \*\*\*** | **Location:** **Meeting will be held telephonically, Please call 877–934–2472, and enter code 8613356# to attend** |

**For more information, see page 2 >**

Case 2:25-bk-01916    Doc 13    Filed 05/10/25    Entered 05/10/25 23:36:45    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:  8/4/25** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |