# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

In re:

Hiawatha Manor Association, Inc.

Debtor.

Chapter 11

Case No. 25-01916

Judge Randal S. Mashburn

Ref Dkt. Nos. 9, 12 and 14

## CERTIFICATE OF SERVICE IN COMPLIANCE WITH LOCAL RULE 9013-3

Pursuant to Bankruptcy Rule 2002(a)(2) and Local Rule 9013-3 and 2081-1(d), I, Blake Roth, attorney for debtor-in-possession, Pinecrest Pigeon Forge HOA, Inc., certify as follows:

1. I have complied with Local Rule 9013-3 in regard to notice and service of the following document attached hereto:

   a. *Debtor's Motion for Entry of an Order Authorizing the Maintenance and Continued Use of Existing Bank Accounts* [Dkt. No. 9]

   b. *Debtor's Motion to Employ Realtor* [Dkt. No. 14]

2. On May 6, 2025, notice and service of the documents described in paragraph 1a above was served on the U.S. Trustee, secured creditors, and the banks hosting debtor accounts by mail and then re-served on May 9, 2025 in accordance with the Court's line item filed at Dkt. No. 12.

3. On May 12, 2025, notice and service of the documents described in paragraph 1b above was served on the U.S. Trustee, secured creditors, and the parties in interest.

4. All names and addresses of recipient parties are attached hereto in the mailing matrix.

Dated: May 12, 2025
Nashville, Tennessee

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

  */s/ Blake D. Roth*
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
        Scott.Kunde@hklaw.com

*Proposed Counsel for the Debtor and Debtor in Possession*

# MAILING MATRIX

ASSISTANT US TRUSTEE
701 BROADWAY, SUITE 318
NASHVILLE, TN 37203-3946

CLEAN CUT LAWN CARE

CROWN RESORTS MANAGEMENT LLC
PMB 28046
548 MARKET ST
SAN FRANCISCO CA 94104

CUMBERLAND CO TN ASSESSOR OF PROPERTY
2 S MAIN ST 101
CROSSVILLE TN 38555

FRONTIER
PO BOX 211579
SAINT PAUL MN 55121-2879

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI OH 45274

LAKE TANSI POA
5050 SHOSHONE LOOP
CROSSVILLE TN 38572

MADDOX COMPANY MECHANICAL
170 CITY LAKE ROAD
CROSSVILLE TN 38572

SELK SANITATION
544 EAST LANE
CROSSVILLE TN 38555

SOUTH CUMBERLAND UTILITY DISTRICT
139 UTILITY DRIVE
CROSSVILLE TN 38572-6739

SPECTRUM ENTERPRISE
CHARTER COMMUNICATIONS
BOX 223085
PITTSBURGH PA 15251

VACATIA
PMB 28046
548 MARKET ST
SAN FRANCISCO CA 94104

VOLUNTEER ENERGY COOPERATIVE
PO BOX 22222
DECATUR TN 37322

ALLIANCE BANK
PO BOX 2637
LAS VEGAS, NV 89126-0237