Randal S. Mashburn
**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COOKEVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HIAWATHA MANOR ASSOCIATION, INC. | ) | Bk. No. 25-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Mashburn |

---

### AGREED ORDER RESOLVING MOTION FOR CONTINUED MAINTENANCE AND USE OF EXISTING BANK ACCOUNTS

---

This matter is before the Court upon the *Debtor's Motion for Entry of an Order Authorizing the Maintenance and Continued Use of Existing Bank Accounts* (the "***Motion***") [Docket No. 9]. The Acting U.S. Trustee, Region 8, by and through counsel, raised an informal objection to the Motion pursuant to 11 U.S.C. § 345 because Debtor's existing bank accounts are held at Alliance Bank ("***Alliance***"). Alliance is not an approved depository of the U.S. Trustee because it does not have a Uniform Depository Agreement with the U.S. Trustee. While Debtor maintains that the low account balances in the Alliance accounts comply with 11 U.S.C. § 345, the parties wish to resolve the matter without further litigation expense. Accordingly, Debtor agrees to open a new bank account at an approved depository and designate the new account as a debtor-in-possession bank account. Therefore,

IT IS ORDERED as follows:

1. Within 30 days of the entry of this Order, Debtor shall open a debtor-in-possession account at a bank that has executed a Uniform Depository Agreement in a form prescribed by the U.S. Trustee.

2. Upon opening the new bank account, Debtor shall provide the full account number to the U.S. Trustee for internal monitoring and collateralization purposes.

3. Until the existing bank accounts at Alliance are closed, Debtor shall include the monthly Alliance account statements in its Monthly Operating Reports.

4. Debtor shall close all Alliance accounts within 60 days.

5. Debtor is not required to establish a separate bank account for tax payments.

6. Nothing contained in this Order shall prevent Debtor from opening any additional bank accounts, as Debtor deems necessary and appropriate; provided that any new bank accounts shall be at a U.S. Trustee approved depository and the full account number(s) are provided to the U.S. Trustee.

---

**This order was signed and entered electronically as indicated at the top of the first page.**

---

Agreed and approved,

Paul Randolph
Acting U.S. Trustee, Region 8

*/s/ Rebecca J. Yielding*
Rebecca J. Yielding, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
701 Broadway, Ste 318
Nashville, TN 37203
Telephone: (615) 736-2258 / (202)-573-6953
Rebecca.J.Yielding@usdoj.gov

*/s/ Blake D. Roth*

Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
HOLLAND & KNIGHT, LLP
511 Union Street, Ste 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Blake.Roth@hklaw.com
Scott.Kunde@hklaw.com
*Proposed Counsel for Debtor and*
*Debtor in Possession*