In re:                                                                                    Case No. 25-01916-RSM

Hiawatha Manor Association, Inc.                                              Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 23, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

**Recip ID**     **Recipient Name and Address**
db     +  Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Debtor Hiawatha Manor Association  Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Debtor Hiawatha Manor Association  Inc. scott.kunde@hklaw.com |
| REBECCA JO YIELDING | on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |

TOTAL: 4

SO ORDERED.
SIGNED 23rd day of May, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COOKEVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HIAWATHA MANOR ASSOCIATION, INC. | ) | Bk. No. 25-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Mashburn |

## AGREED ORDER RESOLVING MOTION FOR CONTINUED MAINTENANCE AND USE OF EXISTING BANK ACCOUNTS

This matter is before the Court upon the *Debtor's Motion for Entry of an Order Authorizing the Maintenance and Continued Use of Existing Bank Accounts* (the "***Motion***") [Docket No. 9]. The Acting U.S. Trustee, Region 8, by and through counsel, raised an informal objection to the Motion pursuant to 11 U.S.C. § 345 because Debtor's existing bank accounts are held at Alliance Bank ("***Alliance***"). Alliance is not an approved depository of the U.S. Trustee because it does not have a Uniform Depository Agreement with the U.S. Trustee. While Debtor maintains that the low account balances in the Alliance accounts comply with 11 U.S.C. § 345, the parties wish to resolve the matter without further litigation expense. Accordingly, Debtor agrees to open a new bank account at an approved depository and designate the new account as a debtor-in-possession bank account. Therefore,

IT IS ORDERED as follows:

1. Within 30 days of the entry of this Order, Debtor shall open a debtor-in-possession account at a bank that has executed a Uniform Depository Agreement in a form prescribed by the U.S. Trustee.

2. Upon opening the new bank account, Debtor shall provide the full account number to the U.S. Trustee for internal monitoring and collateralization purposes.

3. Until the existing bank accounts at Alliance are closed, Debtor shall include the monthly Alliance account statements in its Monthly Operating Reports.

4. Debtor shall close all Alliance accounts within 60 days.

5. Debtor is not required to establish a separate bank account for tax payments.

6. Nothing contained in this Order shall prevent Debtor from opening any additional bank accounts, as Debtor deems necessary and appropriate; provided that any new bank accounts shall be at a U.S. Trustee approved depository and the full account number(s) are provided to the U.S. Trustee.

**This order was signed and entered electronically as indicated at the top of the first page.**

Agreed and approved,

Paul Randolph
Acting U.S. Trustee, Region 8

*/s/ Rebecca J. Yielding*

Rebecca J. Yielding, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
701 Broadway, Ste 318
Nashville, TN 37203
Telephone: (615) 736-2258 / (202)-573-6953
Rebecca.J.Yielding@usdoj.gov

*/s/ Blake D. Roth*

Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
HOLLAND & KNIGHT, LLP
511 Union Street, Ste 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Blake.Roth@hklaw.com
Scott.Kunde@hklaw.com
*Proposed Counsel for Debtor and*
*Debtor in Possession*