Debtor _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Case 2:25-bk-01916   Doc 23   Filed 05/30/25   Entered 05/30/25 12:55:08   Desc Main
Document   Page 1 of 7

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

2.__ **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____  Priority amount $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

2.__ **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

2.__ **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

2.__ **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Crown Resorts Management LLC

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38,294.17

Basis for the claim: _____

Date or dates debt was incurred    > 91⁺ days

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Cumberland County Irrigation & Plumbing Supplies

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 178.85

Basis for the claim: _____

Date or dates debt was incurred    < 30 days

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Holiday Property Partners LLC
7380 W. Sand Lak Road, Suite 130
Orlando FL 32819

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,290.57

Basis for the claim: _____

Date or dates debt was incurred    31-60 days

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Keith Morris Lawn Care

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,300.00

Basis for the claim: _____

Date or dates debt was incurred    < 30 Days

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Lake Tansi POA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,266.00

Basis for the claim: _____

Date or dates debt was incurred    > 91⁺ Days

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Lemonjuice Solutions LLC
7380 W. Sand Lake Rd, Suite 130
Orlando FL 32819

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 235.00

Basis for the claim: _____

Date or dates debt was incurred    31-60 Days

Last 4 digits of account number  ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ **Nonpriority creditor's name and mailing address**

Potters Ace Hardware

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    < 30 Days

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 459.14

---

3.___ **Nonpriority creditor's name and mailing address**

Sarah D. Moore

_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    < 30 Days

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 1,515.55

---

3.___ **Nonpriority creditor's name and mailing address**

South Cumberland Utility District

_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    61-90 Days

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 78.41

---

3.___ **Nonpriority creditor's name and mailing address**

Law Office of Jennifer McCoy, P.C.

_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    < 30 Days

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 1,884.00

---

3.___ **Nonpriority creditor's name and mailing address**

Vacatia Inc.

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    > 91+ Days

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 89.86

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____<br>_____ | ___ ___ ___ ___ |
| 4.2. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. _____<br>_____ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____  Case number (if known) _____
         Name

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ _____ | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. Total claims from Part 1　　　　　　　　　　　　　　5a.　　$ 467,083.47

5b. Total claims from Part 2　　　　　　　　　　　　　　5b.　**+**　$ 65,591.55

5c. **Total of Parts 1 and 2**
　　Lines 5a + 5b = 5c.　　　　　　　　　　　　　　　5c.　　$ 532,675.02

Case 2:25-bk-01916　Doc 23　Filed 05/30/25　Entered 05/30/25 12:55:08　Desc Main
Document　Page 7 of 7