Fill in this information to identify the case.

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | _____ _____ | _____ _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | _____ _____ | _____ _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | _____ _____ | _____ _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | _____ _____ | _____ _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | _____ _____ | _____ _____ |
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

Debtor _____ Case number (if known)_____
          Name

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  
**State what the contract or lease is for and the nature of the debtor's interest** _____ _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._  
**State what the contract or lease is for and the nature of the debtor's interest** _____ _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._  
**State what the contract or lease is for and the nature of the debtor's interest** _____ _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._  
**State what the contract or lease is for and the nature of the debtor's interest** _____ _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._  
**State what the contract or lease is for and the nature of the debtor's interest** _____ _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._  
**State what the contract or lease is for and the nature of the debtor's interest** _____ _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2._  
**State what the contract or lease is for and the nature of the debtor's interest** _____ _____

**State the term remaining** _____

**List the contract number of any government contract** _____