Fill in this information to identify the case:

Debtor name ___Hiawatha Manor Association, Inc.___

United States Bankruptcy Court for the: __Middle__ District of __TN__
(State)

Case number (If known): __25-01916__

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |

## Additional Page If Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |

2.___

Street _____

_____

City _____ State _____ ZIP Code _____

❑ D
❑ E/F
❑ G

2.___

Street _____

_____

City _____ State _____ ZIP Code _____

❑ D
❑ E/F
❑ G

2.___

Street _____

_____

City _____ State _____ ZIP Code _____

❑ D
❑ E/F
❑ G

2.___

Street _____

_____

City _____ State _____ ZIP Code _____

❑ D
❑ E/F
❑ G

2.___

Street _____

_____

City _____ State _____ ZIP Code _____

❑ D
❑ E/F
❑ G

2.___

Street _____

_____

City _____ State _____ ZIP Code _____

❑ D
❑ E/F
❑ G

2.___

Street _____

_____

City _____ State _____ ZIP Code _____

❑ D
❑ E/F
❑ G

2.___

Street _____

_____

City _____ State _____ ZIP Code _____

❑ D
❑ E/F
❑ G

Case 2:25-bk-01916    Doc 25    Filed 05/30/25    Entered 05/30/25 13:00:14    Desc Main
                                Document       Page 2 of 2