| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

## CERTIFICATE OF SERVICE IN COMPLIANCE WITH LOCAL RULE 9013-3

Pursuant to Bankruptcy Rule 2002(a)(2) and Local Rule 9013-3 and 2081-1(d), I, Blake Roth, attorney for debtor-in-possession, Hiawatha Manor Association, Inc., certify as follows:

1.      I have complied with Local Rule 9013-3 in regard to notice and service of the following document attached hereto:

    a.      *Notice of Chapter 11 Bankruptcy Case for Bankruptcy* in Case No. 25-01916 [Dkt. 11]

2.      On May 29, 2025, notice and service of the documents described in paragraph 1 above were served on international defendants via FedEx.

3.      All names and addresses of recipient parties are attached hereto in the mailing matrix.

Dated: June 2, 2025  
     Nashville, Tennessee

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

   */s/ Blake D. Roth*  
Blake D. Roth (Federal ID No. 2666808)  
C. Scott Kunde (TN Bar No. 040218)  
511 Union Street, Suite 2700  
Nashville, TN 37219  
Telephone: (615) 244-6380  
Facsimile: (615) 244-6804  
Email: Blake.Roth@hklaw.com  
      Scott.Kunde@hklaw.com

*Proposed Counsel for the Debtor and Debtor in Possession*

2

# MAILING MATRIX

| Name | Address | City | State | Zip | Country | Owner status | Hiawatha |
|---|---|---|---|---|---|---|---|
| BARBARA ANN FLIGHT | 45 SECOND CROSS RD | TWICKENHAM | ENG | TW2 5QY | UK | Owner Final | West |
| CORY BIXLER | 122 PRICES COURT COTTON ROW | LONDON | ENG | SW11 3YW | UK | Owner Final | West |
| BASHIRALI SOMANI | 34 PETALUMA CT | ASHBURN | ON | L0B 1A0 | CANADA | Owner chain | West |
| CYNTHIA PRYER | 325 DU COTEAU | ROSEMERE | QC | J7A 2P6 | CANADA | Owner Final | West |
| DAN THORNER | 275 CASSANDRA BLVD | SARINA | ON | N7S 0A3 | CANADA | Owner Final | West |
| DEBORAH LYNN GERVAN | 6222 WELLBAND DR | REGINA | SK | S4X 4E1 | CANADA | Owner Final | West |
| DENNIS J MONTEITH | 145 OAKHAMPTON | HAMILTON | ON | L9B 0A3 | CANADA | Owner Final | West |
| ERIC J CLARKE | 1852 DONALDA ST | SARNIA | ON | N7X 1H4 | CANADA | Owner Final | West |
| GARY FREDERICK DENNISON | 191 KING STREET SOUTH APT 810 | WATERLOO | ON | N2J 1R1 | CANADA | Owner Final | West |
| HIAWATHA MANOR WEST ASSOCIATION INC, MARINUS VANDERNEUT | 125 WELLINGTON ST APT 608 | BARRIE | ON | L4N 1L5 | CANADA | Owner Final | West |
| JOHN CLARK | 322 KROHMER DR | GODERICH | ON | N7A4G5 | CANADA | Owner Final | West |
| JOHN FARRELL | 205-3033 TOWNLINE RD. | STEVENSVILLE | ON | L0S 1S1 | CANADA | Owner Final | West |
| JOHN LOSHUK | 2228 EIGHTH LINE | OAKVILLE | ON | L6H 7E7 | CANADA | Owner Final | West |
| JOYCE COLASIMONE | 1159 RONALD COURT | HANMER | ON | P3P 1S2 | CANADA | Owner Final | West |
| LARRY A RAWN | 3319 FLOS RD 3 W RR2 | STAYNER | ON | L0M 1S0 | CANADA | Owner Final | West |
| LENNIS AMERO | 89 COPPER ST | SUDBURY | ON | P3E2C4 | CANADA | Owner Final | West |
| MARK RULLI | 15173 BRAMALEA RD | CALEDON EAST | ON | L7C 2R6 | CANADA | Owner Final / Clo | West |
| MARY A WILSON | 376 SUNNYRIDGE RD. | JERSEYVILLE | ON | L0R 1R0 | CANADA | Owner Final | West |
| MICHAEL D MACDONALD | 1959 BEACHWOOD AVE | BRIGHTS GROVE | ON | N0N 1C0 | CANADA | Owner Final | West |
| PATRICIA A HALL | 199 PAINTER TERRACE | WATERDOWN | ON | L0R 2H1 | CANADA | Owner Final | West |
| ROBERT C DOUGAN | 25 ERIC BURKE CT | HAMILTON | ON | L9A 5J9 | CANADA | Owner Final | West |
| SHYAM MANOHAR JAKATE | 44 STOREY PLACE | MARKAM | ON | L3S 3B4 | CANADA | Owner Final | West |
| SUSAN HOAR | 32 MENPON DRIVE | ANCASTER | ON | L9K 0E5 | CANADA | Owner Final | West |
| TIMOTHY CLARKE | 24426 MCCOWAN RD | SUTTON | ON | L0E 1R0 | CANADA | Owner Final | West |
| ANDY CLARK | 479 ESTEY RD | JACKSONTOWN | NEW BRUNSW | E7M 3M9 | CANADA | Owner Final | East |
| BRADLEY LYND FLETCHER | 171 EAGLE RIDGE DR RR2 | ANNAN | BC | N0H 1B0 | CANADA | Owner Final | East |
| DEBORAH A. WOODMAN and ROBIN MANLEY and CHRISTOPHER MANLE | 191 CAMPBELL BEACH RD RR 2 | BRECHIN | ON | L0K 1B0 | CANADA | Owner Final | East |
| LENNIS A. AMERO and NORMA M. AMERO | 89 COPPER STREET | SUDBURY | ON | P3E 2C4 | CANADA | Owner Final | East |
| LEWIS E. ACRE and BETTY LYNN ACRE | 53782 HERITAGE LINE | ALMER | ON | N5H2R1 | CANADA | Owner Final | East |
| ROBERT PAUL THOMAN and LYNDA LEA THOMAN and CRYSTAL LEA REI | 24 STEWART ST | STRATHROY | ON | N7G 3K8 | CANADA | Owner Final | East |
| WALTER J. HALL et ux PATRICIA A. HALL | 199 PAINTER TERRACE | WATERDOWN | ON | L0R 2H1 | CANADA | Owner Final | East |
| JAMES ALEXANDER FERGUSON | PO BOX N10570 | | | | BAHAMAS | Owner Final | East |

3

#522665099_v1