# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

In re: )
  )
Hiawatha Manor Association, Inc., )      Case No. 2:25-bk-01916
  )      Chapter 11
     Debtor. )      Judge Randal S. Mashburn

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned hereby enters his appearance on behalf of Lake Tansi Village Property

Owners Association, Inc., a creditor herein, in connection with the above-captioned Chapter 11 case,

and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, hereby requests that all

matters which must be noticed to creditors and any other parties-interest, and all other notices in this

case, whether sent by the Court, the Debtor, or any other party-in-interest in this case be sent to the

undersigned at the following address and, pursuant to Rule 2002(g), that the following be added to the

Court's master mailing list:

Jack W. Robinson, Jr.
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South – Suite 1700
Nashville, Tennessee 37201
Phone – (615) 244-4994
Fax – (615) 256-6339
jrobinsonjr@gsrm.com; djames@gsrm.com

/s/  Jack W. Robinson, Jr.
Jack W. Robinson, Jr. – TN BPR No. 011656
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South – Suite 1700
Nashville, Tennessee 37201
(615) 244-4994
jrobinsonjr@gsrm.com; djames@gsrm.com

Attorney for Lake Tansi Village Property
Owners Association, Inc.

4914-8189-8057, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ *Jack W. Robinson, Jr.*
Jack W. Robinson, Jr.