**Form clkinq**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>2:25–bk–01916</u>
### Chapter 11

In re:

    Hiawatha Manor Association, Inc.
    7380 W SAND LAKE RD SUITE 130
    ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
    64–0654512

---

### CLERK'S REMARK

---

Remark – Objection filed on the behalf of Defendant Linda (Lindstrom) Simmons is docketed using incorrect event and without entering objection and hearing dates. (RE: related document(s)31) (las)

Dated: <u>6/5/25</u>

    <u>KYLE D. CRADDOCK</u>
    Acting Court Clerk