**Form prosenot**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>2:25–bk–01916</u>
### Chapter 11

In re:

Hiawatha Manor Association, Inc.
7380 W SAND LAKE RD SUITE 130
ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
64–0654512

---

### PRO SE PARTY NOTICE OF FILING

---

Hearing Set – (Motion – BK Motion) Objection filed on the behalf of Defendant Linda (Lindstrom) Simmons to Debtor's Application and Notice to Employ Commercial Real Estate Exchange, Inc. Hearing scheduled 6/24/2025 at 09:30 AM, Courtroom 1 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203. (RE: related document(s)31 Motion – BK Motion) (las)

Dated: <u>6/5/25</u>