**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

### CERTIFICATE OF SERVICE IN COMPLIANCE WITH LOCAL RULE 9013-3

Pursuant to Bankruptcy Rule 2002(a)(2) and Local Rule 9013-3 and 2081-1(d), I, Blake Roth, attorney for debtor-in-possession, Hiawatha Manor Association, Inc., certify as follows:

1. I have complied with Local Rule 9013-3 in regard to notice and service of the following documents:

   a. *Debtor's Application for Entry of an Order Approving the Employment and Retention of Holland & Knight LLP as Counsel for the Debtor and Debtor in Possession Retroactive to the Petition Date [Docket No. 36]; and*

   b. *Notice of Debtor's Application for Entry of an Order Approving the Employment and Retention of Holland & Knight LLP as Counsel for the Debtor and Debtor in Possession Retroactive to the Petition Date [Docket No. 36-1].*

2. On June 10, 2025, notice and service of the documents described in paragraph 1 above were served on the attached creditor matrix via U.S. mail, postage prepaid.

Dated: June 10, 2025  
       Nashville, Tennessee

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ Blake D. Roth*

Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
      Scott.Kunde@hklaw.com

*Proposed Counsel for the Debtor and Debtor in Possession*

2

#523138687_v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-2<br>Case 2:25-bk-01916<br>MIDDLE DISTRICT OF TENNESSEE<br>Cookeville<br>Tue Jun 10 08:57:00 CDT 2025 | Ford Motor Credit Company LLC, c/o AIS Portf<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Hiawatha Manor Association, Inc.<br>7380 W SAND LAKE RD SUITE 130<br>ORLANDO, FL 32819-5285 |
| 701 Broadway Room 170<br>Nashville, TN 37203-3979 | CROWN RESORTS MANAGEMENT LLC<br>PMB 28046<br>548 MARKET ST<br>SAN FRANCISCO CA 94104-5401 | CUMBERLAND CO TN ASSESSOR OF PROPERTY<br>2 S MAIN ST 101<br>CROSSVILLE TN 38555-4508 |
| FRONTIER<br>PO BOX 211579<br>SAINT PAUL MN 55121-2879 | FRONTIER COMMUNICATIONS<br>PO BOX 740407<br>CINCINNATI OH 45274-0407 | Ford Motor Credit Company LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ford Motor Credit Company LLC c/o AIS Portfo<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | LAKE TANSI POA<br>5050 SHOSHONE LOOP<br>CROSSVILLE TN 38572-6416 | MADDOX COMPANY MECHANICAL<br>170 CITY LAKE ROAD<br>CROSSVILLE TN 38572-1704 |
| SELK SANITATION<br>544 EAST LANE<br>CROSSVILLE TN 38555-2859 | SOUTH CUMBERLAND UTILITY DISTRICT<br>139 UTILITY DRIVE<br>CROSSVILLE TN 38572-6739 | (p)SMB BANKRUPTCIES<br>1600 DUBLIN RD<br>FLOOR 3<br>COLUMBUS OH 43215-2095 |
| US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | VACATIA<br>PMB 28046<br>548 MARKET ST<br>SAN FRANCISCO CA 94104-5401 | VOLUNTEER ENERGY COOPERATIVE<br>PO BOX 22222<br>DECATUR TN 37322-2222 |
| BLAKE ROTH<br>Holland & Knight LLP<br>511 UNION STREET, SUITE 2700<br>NASHVILLE, TN 37219-1791 | Christopher Scott Kunde Jr<br>Holland & Knight LLP<br>511 Union St<br>Suite 2700<br>Nashville, TN 37219-1791 | Linda (Lindstrom) Simmons<br>9643 Chanteclair Circle<br>Highlands Ranch, CO 80126-3079 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


SPECTRUM ENTERPRISE
CHARTER COMMUNICATIONS
BOX 223085
PITTSBURGH PA 15251


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lake Tansi Village Property Owners Associa    (u)CLEAN CUT LAWN CARE

End of Label Matrix
Mailable recipients    20
Bypassed recipients     2
Total                  22