# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:

Hiawatha Manor Association, Inc.,

Debtor.

Chapter 11

Case No. 25-01916

Judge Randal S. Mashburn

## CORRECTED CERTIFICATE OF SERVICE

I, Linda (Lindstrom) Simmons, Pro Se Defendant, certify that on June 12, 2025, I caused a true and correct copy of the Objection to Debtor's Motion to Employ Realtor to be served by U.S. Mail, First-Class postage prepaid on the parties listed below.

This corrected certificate supersedes the prior certificate filed on June 4, 2025, which inaccurately stated that service had been made on all parties entitled to notice pursuant to Bankruptcy Rule 2002. The corrected certificate reflects that notice has now been mailed to the full list of parties in interest as identified in the Debtor's most recent Certificate of Service.

Dated: June 11, 2025

Respectfully submitted,

/s/ Linda (Lindstrom) Simmons
Linda (Lindstrom) Simmons, Pro Se
9643 Chanteclair Circle
Highlands Ranch, CO 80126
Telephone: (615) 594-2866
email: lindasimmons2866@gmail.com

1

Cumberland County TN
Assessor of Property
2 S Main St 101
Crossville TN 38555-4508

Crown Resorts Management LLC
PMB 28046
548 Market St
San Francisco CA 94104-5401

Frontier
PO Box 211579
Saint Paul MN 55121-2879

Frontier Communications
PO Box 740407
Cincinnati OH 45274-0407

Lake Tansi POA
5050 Shoshone Loop
Crossville TN 38572-6416

Maddox Company Mechanical
170 City Lake Road
Crossville TN 38572-1704

Selk Sanitation
544 East Lane
Crossville TN 38555-2859

South Cumberland Utility District
139 Utility Drive
Crossville TN 38572-6739

SMB Bankruptcies
1600 Dublin Rd. Fl 3
Columbus, OH 43215-2095

Office of the US Trustee
701 Broadway Ste 318
Nashville, TN 37203-3966

Vacatia
PMB 28046
548 Market St.
San Francisco CA 94104-5401

Volunteer Energy Cooperative
P. O. Box 22222
Decatur, TN 37322-2222

2