**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

## DEBTOR'S EXPEDITED MOTION TO CONTINUE AND CONSOLIDATE HEARINGS

The above-captioned debtor (the "***Debtor***"), by and through its undersigned counsel, files this expedited motion (this "***Motion***") pursuant to section 105(a) of title 11 of the United States Code (the "***Bankruptcy Code***"), Rules 9006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and Rules 9014-1 and 9075-1 of the Local Rules of Court for the United States Bankruptcy Court for the Middle District of Tennessee (the "***Local Rules***"), seeking entry of an order continuing the hearing currently scheduled for June 24, 2025 at 9:30 am to be consolidated with the hearing scheduled for July 8, 2025 at 9:30 am.

Notice of this expedited Motion shall be given to the U.S. Trustee and all parties entitled to notice pursuant to Bankruptcy Rule 2002.

No hearing is needed for this Motion and it can be decided by the Court in the Court's discretion.

In further support of the Motion, the Debtor, by and through its undersigned proposed counsel, respectfully represents:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §157(b).

Case 2:25-bk-01916   Doc 40   Filed 06/17/25   Entered 06/17/25 14:58:33   Desc Main
Document     Page 1 of 8

2. Venue of this case and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are Bankruptcy Code sections 105(a) and 521, Bankruptcy Rules 9006 and 9014, and Local Rule 9014-1.

## BACKGROUND

4. On May 6, 2025 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing this chapter 11 case (the "**Chapter 11 Case**").

5. On the Petition Date, the Debtor also filed two complaints commencing adversary proceedings (Adv. Pro. No. 2:25-ap-90051 and Adv. Pro. No. 2:25-ap-90052) (the "**Adversary Proceedings**").

6. On May 12, 2015, the Debtor filed the *Debtor's Motion To Employ Realtor* (Dkt. No. 14) (the "**Realtor Motion**"), which was set for hearing on June 24, 2025 at 9:30 a.m. (the "**Realtor Hearing**").

7. A status conference was held on May 13, 2025 to discuss the Adversary Proceedings following which the Court subsequently entered an order in each Adversary Proceeding to continue the status conference for the Adversary Proceedings to July 8, 2025 at 9:30 a.m. (the "**Status Conference**"). (*See* A.P. Dkt. No. 4.)

8. On June 4, 2025, an *Objection to Debtor's Motion to Employ Realtor* (Dkt. No. 31) (the "**Objection**") was filed by Linda Simmons ("**Ms. Simmons**").

9. On June 9, 2025, the Debtor filed *Debtor's Application for Entry of an Order Approving the Employment and Retention of Holland & Knight LLP as Counsel for the Debtor and Debtor in Possession Retroactive to the Petition Date* (Dkt. No. 36) (the "**Retention Motion**"),

2

which is set for hearing (if necessary) on July 8, 2025 at 9:30 a.m. (the "***Retention Hearing***"), the same time as the Status Conference.

10.     On June 11, 2025, Ms. Simmons filed the *Defendant's Answer and Affirmative Defenses to Complaint to Sell Estate's Interest and Co-Owner's Interests in Real Property Pursuant to 11 U.S.C. § 363(h)* (the "***Answer***") (A.P. Dkt. No. 11).

11.     On June 16, 2025, Ms. Simmons filed the *Motion to Compel Debtor to Amend Schedule G to Disclose Executory Contract With Lemonjuice Solutions* (Dkt. No. 39) (the "***Motion to Compel***"), which has not been set for a hearing but to which the Debtor intends to respond.

### RELIEF REQUESTED

12.     By this Motion, the Debtor seeks entry of an order consolidating the hearings to consider the Realtor Motion and Motion to Compel, on the one hand, with the Status Conference and hearing to consider the Retention Motion, on the other hand, on July 8, 2025 at 9:30 a.m.

13.     Consolidating each of the foregoing matters will: (a) permit Ms. Simmons, any witnesses the Debtor may need to call, and any other parties in interest to travel to the Court a single time rather than being required to attend multiple hearings; and (b) promote judicial efficiency by having multiple interrelated matters considered at the same time.

14.     Debtor's counsel alerted Ms. Simmons that it intended to make this request; however, Debtor's counsel has not received a response as to whether Ms. Simmons consents to the relief sought in this motion.

### NOTICE

15.     Notice of this Motion will be provided to the U.S. Trustee and all parties entitled to notice pursuant to Bankruptcy Rule 2002. Due to the nature of the relief requested herein, the Debtor submits that no other or further notice is required.

Case 2:25-bk-01916    Doc 40    Filed 06/17/25    Entered 06/17/25 14:58:33    Desc Main
Document    Page 3 of 8

## NO PRIOR REQUEST

16.     No previous request for relief sought herein has been made to this Court or any other court.

[*Remainder of page intentionally left blank.*]

4

WHEREFORE, the Debtor respectfully requests entry of an order granting the relief requested herein and granting such other relief as is just and proper.

DATED: June 17, 2025                 Respectfully submitted,
       Nashville, Tennessee         **HOLLAND & KNIGHT LLP**

          */s/ Blake D. Roth*
          Blake D. Roth (Federal ID No. 2666808)
          C. Scott Kunde (TN Bar No. 040218)
          511 Union Street, Suite 2700
          Nashville, TN 37219
          Telephone: (615) 244-6380
          Facsimile: (615) 244-6804
          Email: Blake.Roth@hklaw.com
                Scott.Kunde@hklaw.com

          *Proposed Counsel for the Debtor and Debtor in Possession*

5

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, a copy of the foregoing was sent via ECF to the U.S. Trustee and all parties registered to receive electronic notice and to all parties via U.S. mail, postage prepaid, on the attached matrix.

_/s/ Blake D. Roth_
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
　　　　Scott.Kunde@hklaw.com

_Proposed Counsel for the Debtor and Debtor in Possession_

6

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-2<br>Case 2:25-bk-01916<br>MIDDLE DISTRICT OF TENNESSEE<br>Cookeville<br>Tue Jun 17 14:51:26 CDT 2025 | Ford Motor Credit Company LLC, c/o AIS Portf<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Hiawatha Manor Association, Inc.<br>7380 W SAND LAKE RD SUITE 130<br>ORLANDO, FL 32819-5285 |
| 701 Broadway Room 170<br>Nashville, TN 37203-3979 | CROWN RESORTS MANAGEMENT LLC<br>PMB 28046<br>548 MARKET ST<br>SAN FRANCISCO CA 94104-5401 | CUMBERLAND CO TN ASSESSOR OF PROPERTY<br>2 S MAIN ST 101<br>CROSSVILLE TN 38555-4508 |
| FRONTIER<br>PO BOX 211579<br>SAINT PAUL MN 55121-2879 | FRONTIER COMMUNICATIONS<br>PO BOX 740407<br>CINCINNATI OH 45274-0407 | Ford Motor Credit Company LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ford Motor Credit Company LLC c/o AIS Portfo<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | LAKE TANSI POA<br>5050 SHOSHONE LOOP<br>CROSSVILLE TN 38572-6416 | MADDOX COMPANY MECHANICAL<br>170 CITY LAKE ROAD<br>CROSSVILLE TN 38572-1704 |
| SELK SANITATION<br>544 EAST LANE<br>CROSSVILLE TN 38555-2859 | SOUTH CUMBERLAND UTILITY DISTRICT<br>139 UTILITY DRIVE<br>CROSSVILLE TN 38572-6739 | (p)SMB BANKRUPTCIES<br>1600 DUBLIN RD<br>FLOOR 3<br>COLUMBUS OH 43215-2095 |
| US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | VACATIA<br>PMB 28046<br>548 MARKET ST<br>SAN FRANCISCO CA 94104-5401 | VOLUNTEER ENERGY COOPERATIVE<br>PO BOX 22222<br>DECATUR TN 37322-2222 |
| BLAKE ROTH<br>Holland & Knight LLP<br>511 UNION STREET, SUITE 2700<br>NASHVILLE, TN 37219-1791 | Christopher Scott Kunde Jr<br>Holland & Knight LLP<br>511 Union St<br>Suite 2700<br>Nashville, TN 37219-1791 | Linda (Lindstrom) Simmons<br>9643 Chanteclair Circle<br>Highlands Ranch, CO 80126-3079 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


SPECTRUM ENTERPRISE
CHARTER COMMUNICATIONS
BOX 223085
PITTSBURGH PA 15251


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lake Tansi Village Property Owners Associa        (u)CLEAN CUT LAWN CARE

End of Label Matrix
Mailable recipients    20
Bypassed recipients     2
Total                  22