**SO ORDERED.**
**SIGNED 18th day of June, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_Randal S. Mashburn_
**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

**ORDER SCHEDULING HEARING ON MOTION TO COMPEL DEBTOR**
**TO AMEND SCHEDULE G AND CONTINUING HEARING**
**ON DEBTOR'S APPLICATION TO EMPLOY REALTOR**

The Debtor filed an Application to Employ Realtor (Doc. 14), to which Linda Simmons objected (Doc. 31). The employment application is set for hearing on June 24, 2025. Ms. Simmons then filed a Motion to Compel Debtor to Amend Schedule G (Doc. 39), which has not yet been set for hearing.

The Debtor has moved to continue the hearing on its employment application to July 8, 2025, at the same date and time as a status conference set in two adversary proceedings that are closely related to the Debtor's bankruptcy case. Ms. Simmons opposes the continuance, but the Court finds that setting all matters for hearing on the same date serves judicial efficiency. Accordingly,

IT IS HEREBY ORDERED AS FOLLOWS:

1.      The hearing on the Debtor's Application to Employ Realtor (Doc. 14) is continued to **9:30 a.m. on Tuesday, July 8, 2025**.

2.      Ms. Simmons' Motion to Compel (Doc. 39) is set for hearing at **9:30 a.m. on Tuesday, July 8, 2025**.  The hearing will take place regardless of whether any party files an objection.  The objection and hearing information at the top of the Motion to Compel should be disregarded as it does not comply with LBR 9013-1, and motions to compel are excluded from that rule.

3.      The hearings will take place in **Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203**.

4.      The hearings will be **in person** except as provided herein or allowed by separate Court order.  Any person seeking to argue their position or present testimony must appear in person.  Any person merely monitoring the proceedings may appear virtually by Zoom video.  If virtual participation is permitted, persons should register for a virtual link on the Court's website at the following address: https://www.tnmb.uscourts.gov/register-virtual-link.

IT IS SO ORDERED.