## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:                                                                          Chapter 11

Hiawatha Manor Association, Inc.,                                Case No. 25-01916

        Debtor.                                                          Judge Randal S. Mashburn

_____

## MOTION TO APPEAR VIA ZOOM VIDEO
## AT JULY 8, 2025 HEARING

Linda (Lindstrom) Simmons (the "*Movant*") and a party in interest in the above-captioned Chapter 11 case, the pro se filer of (i) an Objection to the Debtor's Motion to Employ Realtor (Doc. 31), and (ii) a Motion to Compel Debtor to Amend Schedule G to Disclose Executory Contract with Lemonjuice Solutions (Doc. 39), respectfully moves this Court for leave to appear by Zoom video at the hearing scheduled for July 8, 2025 at 9:30 a.m.

In support of this request, Movant states as follows:

1.      Movant resides in Highlands Ranch, Colorado, approximately 1,100 miles from Nashville, Tennessee. Personal attendance would impose a significant time, cost and logistical burden.

2.      Movant is the sole objector to the Debtor's Motion to Employ Realtor and the sole movant on the Motion to Compel. She respectfully seeks to participate directly and fully at both hearings via Zoom video.

3.      She is also the only respondent who has filed an Answer in Adversary Proceeding No. 2:25-ap-90051, a proceeding affecting more than 1,500 co-owners.

4.      Movant does not intend to offer live testimony or examine witnesses, but seeks only to present legal argument on pleadings already of record.

5.      She purchased her timeshare interest in 1982 and has taken early and active steps to protect both her own interests and those of fellow co-owners, many of whom are elderly, deceased, or otherwise unable to participate – particularly given persistent deed record issues that have likely hampered complete or reliable contact.

6.      Movant possesses the necessary equipment and internet connectivity to appear via Zoom video without difficulty and affirms that her participation will not impede the orderly conduct of the hearing.

WHEREFORE, Ms. Simmons respectfully requests that the Court grant her leave to appear remotely via Zoom video at the hearing scheduled for July 8, 2025, and grant such other and further relief as the Court deems just and proper.

Dated: June 19, 2025                                        Respectfully submitted,


/s/ Linda (Lindstrom) Simmons
Linda (Lindstrom) Simmons, Pro Se
9643 Chanteclair Circle
Highlands Ranch, CO 80126
Telephone: (615) 594-2866
Email: lindasimmons2866@gmail.com


**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2025, a true and correct copy of the foregoing *Motion to Appear Via Zoom Video at July 8, 2025 Hearing* was filed and served via the Court's CM/ECF system on all parties receiving electronic notice in this case, in accordance with Bankruptcy Rule 2002 and Local Rule 9013-1.

2