United States Bankruptcy Court

Middle District of Tennessee

In re:                                                              Case No. 25-01916-RSM

Hiawatha Manor Association, Inc.                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-2                 User: admin                    Page 1 of 1

Date Rcvd: Jun 18, 2025              Form ID: pdf001                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

**Recip ID              Recipient Name and Address**
db               +  Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2025                   Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:**

**Name                    Email Address**

BLAKE ROTH
                         on behalf of Debtor Hiawatha Manor Association  Inc. blake.roth@hklaw.com,
                         brooke.freeman@hklaw.com;cathy.thomas@hklaw.com

Christopher Scott Kunde, Jr
                         on behalf of Debtor Hiawatha Manor Association  Inc. scott.kunde@hklaw.com

Jack W Robinson, Jr
                         on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. jrobinsonjr@gsrm.com, djames@gsrm.com

REBECCA JO YIELDING
                         on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

US TRUSTEE
                         ustpregion08.na.ecf@usdoj.gov

TOTAL: 5

SO ORDERED.
SIGNED 18th day of June, 2025

Randal S. Mashburn
Chief U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          )
                                                )
Hiawatha Manor Association, Inc.,               )      Case No. 2:25-bk-01916
                                                )      Chapter 11
        Debtor.                                 )      Judge Randal S. Mashburn

## ORDER SCHEDULING HEARING ON MOTION TO COMPEL DEBTOR
## TO AMEND SCHEDULE G AND CONTINUING HEARING
## ON DEBTOR'S APPLICATION TO EMPLOY REALTOR

The Debtor filed an Application to Employ Realtor (Doc. 14), to which Linda Simmons objected (Doc. 31). The employment application is set for hearing on June 24, 2025. Ms. Simmons then filed a Motion to Compel Debtor to Amend Schedule G (Doc. 39), which has not yet been set for hearing.

The Debtor has moved to continue the hearing on its employment application to July 8, 2025, at the same date and time as a status conference set in two adversary proceedings that are closely related to the Debtor's bankruptcy case. Ms. Simmons opposes the continuance, but the Court finds that setting all matters for hearing on the same date serves judicial efficiency. Accordingly,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The hearing on the Debtor's Application to Employ Realtor (Doc. 14) is continued to **9:30 a.m. on Tuesday, July 8, 2025**.

2.  Ms. Simmons' Motion to Compel (Doc. 39) is set for hearing at **9:30 a.m. on Tuesday, July 8, 2025**.  The hearing will take place regardless of whether any party files an objection.  The objection and hearing information at the top of the Motion to Compel should be disregarded as it does not comply with LBR 9013-1, and motions to compel are excluded from that rule.

3.  The hearings will take place in **Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203**.

4.  The hearings will be **in person** except as provided herein or allowed by separate Court order.  Any person seeking to argue their position or present testimony must appear in person.  Any person merely monitoring the proceedings may appear virtually by Zoom video.  If virtual participation is permitted, persons should register for a virtual link on the Court's website at the following address: https://www.tnmb.uscourts.gov/register-virtual-link.

IT IS SO ORDERED.