Form certmail

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203
## Case No. <u>2:25–bk–01916</u>
### Chapter: 11

In re:
Hiawatha Manor Association, Inc.
7380 W SAND LAKE RD SUITE 130
ORLANDO, FL 32819

Employer Tax ID / Other nos.:
64–0654512

## CERTIFICATE OF MAILING

I hereby certify a true copy of the Order was mailed postage prepaid to the party or parties listed below, on 6/23/25.

Linda (Lindstrom) Simmons, 9643 Chanteclair Circle, Highlands Ranch CO 80126

Dated: 6/23/25

KYLE D. CRADDOCK
Acting Clerk, U.S. Bankruptcy Court

BY: /s/ mhg
Deputy Clerk