# Hiawatha Manor Association, Inc. - East
## Profit and Loss
### May 6-31, 2025

|  | Total |
| --- | ---: |
| **Income** | |
| 400600-02 Rental Income - Transient | 3,754.32 |
| 400601-01 Other Rental Income - Cleaning Fees | 2,500.90 |
| 400602 CC Processing Fee Income | 127.72 |
| 401000-10 Property Mgmt - Late Fees | 125.00 |
| **Total Income** | **$ 6,507.94** |
| **Gross Profit** | **$ 6,507.94** |
| **Expenses** | |
| 601010 Salary and Wages | 20,976.55 |
| 601050 Benefits - Healthcare | 8,450.26 |
| 601051 Benefits - Retirement | 654.51 |
| 601080 Employer Taxes | 1,666.98 |
| 601081 Workers Comp | 18.46 |
| 601090 Other Payroll Expense | 2,097.66 |
| 602300 Legal - Corporate Matters | 300.00 |
| 604010-04 Tech Finance & HR Software | 96.93 |
| 604019 Office Supplies | 25.78 |
| 604031 Insurance - General | 4,490.94 |
| 604040 Postage & Freight | 65.59 |
| 604051 Business & Property Taxes | 1,632.50 |
| 604080 Bad Debt | -38,097.53 |
| 604999 Misc & Other | 482.28 |
| 606030 Landscape and Lawn | 108.59 |
| 606031 Heating and Air Conditioning Repairs | 3,982.48 |
| 606032 Plumbing Repairs | 128.28 |
| 606036 Pool Service and Supplies | 693.96 |
| 606037 Furniture/Unit Repairs and Supplies | 51.55 |
| 606038 Pest Control | 334.60 |
| 606049 Routine Preventative Maintenance (RPM/AUM) | 83.07 |
| 606050 Other Repairs & Maintenance | 20,660.88 |
| 606071 Electric | 4,237.62 |
| 606073 Water & Sewer | 1,710.00 |
| 606074 Trash Removal/Recycling | 19.00 |
| 606075 Media | 343.10 |
| 606301 Guest and Cleaning Supplies | 75.71 |
| 606305 Carpet/Floor Cleaning | 422.48 |
| 606795 POA Fees | 2,032.00 |
| **Total Expenses** | **$ 37,744.23** |
| **Net Operating Income** | **-$ 31,236.29** |

**Other Income**

| | | |
|---|---|---|
| 800000 Interest Income | | 0.38 |
| **Total Other Income** | **$** | **0.38** |
| **Other Expenses** | | |
| 992000 Income Tax - Country/Federal | | 200.00 |
| **Total Other Expenses** | **$** | **200.00** |
| **Net Other Income** | **-$** | **199.62** |
| **Net Income** | **-$** | **31,435.91** |

# Hiawatha Manor Association, Inc. - East
# Balance Sheet
### As of May 31, 2025

| | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **Association Operating Accounts** | |
| 1005 Funds in transit | 250.00 |
| 1010 Alliance Operating x7678 | 16,819.17 |
| 1024 Manager's Acct x2523 | 785.51 |
| **Total Association Operating Accounts** | $ 17,854.68 |
| **Total Bank Accounts** | $ 17,854.68 |
| **Accounts Receivable** | |
| 112900 Receivables - Other | 409.02 |
| **Total Accounts Receivable** | $ 409.02 |
| **Other Current Assets** | |
| 111900 Allowance for Doubtful Accounts | -6,841,716.27 |
| 112000 AR Maintenance Fees | 6,841,716.27 |
| 1255.89 A/R - Lemonjuice Solutions | 18,203.33 |
| 1255.90 A/R Hiawatha West | 160,953.15 |
| 141001 Prepaid - Insurance | 12,300.94 |
| **Total Other Current Assets** | $ 191,457.42 |
| **Total Current Assets** | $ 209,721.12 |
| **Fixed Assets** | |
| 151000 Land | 141,142.00 |
| 158000 Vehicles | 33,667.54 |
| 168000 Accum Depr - Vehicles | -23,268.97 |
| **Total 158000 Vehicles** | $ 10,398.57 |
| **Total Fixed Assets** | $ 151,540.57 |
| **TOTAL ASSETS** | $ 361,261.69 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200000 Accounts Payable - Trade | 71,136.61 |
| **Total Accounts Payable** | $ 71,136.61 |
| **Other Current Liabilities** | |
| 211000 HPP Loan - Investment in Purchased Receivables | 506,041.72 |
| 212000 Accrued - Property & Income Taxes | 21,990.00 |
| 213000 Accrued Expenses - Other | 34,883.66 |
| 241101 Deferred Revenue - Prepaid Dues | 14,144.81 |
| 255900 Due To/From Operating/Reserves | 5,562.24 |

| | | |
|---|---|---:|
| **Total Other Current Liabilities** | $ | 582,622.43 |
| **Total Current Liabilities** | $ | 653,759.04 |
| **Long-Term Liabilities** | | |
| **272000 Notes Payable** | | 5,066.41 |
| **Total Long-Term Liabilities** | $ | 5,066.41 |
| **Total Liabilities** | $ | 658,825.45 |
| **Equity** | | |
| **399000 Retained Earnings** | | -169,131.19 |
| **Net Income** | | -128,432.57 |
| **Total Equity** | -$ | 297,563.76 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 361,261.69 |

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of May 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** | | | | | 409.02 | 409.02 |
| **TOTAL** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 409.02 | $ 409.02 |

# Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
### As of May 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Cashin Assoc. dba S&W Pool and Spa | | 274.27 | | | | 274.27 |
| Crown Resorts Management LLC | | | | | 38,294.17 | 38,294.17 |
| First Insurance Funding Loan#- 103445631 | 4,490.94 | | | | | 4,490.94 |
| Frontier Communications Acctxx 931-788-6291 | | 247.99 | | | | 247.99 |
| Frontier Communications Acctxx 931-788-6532 | 95.11 | | | | | 95.11 |
| Happy Sak Exxon | | 332.34 | | | | 332.34 |
| Holiday Property Partners, LLC | | | 32.34 | 4,258.23 | | 4,290.57 |
| Lake Tansi POA | | 1,710.00 | | | 16,266.00 | 17,976.00 |
| Potters Ace Hardware | 299.45 | 51.48 | | | | 350.93 |
| South Cumberland Utility District Acctxx04-03500-02 | | 27.63 | | | | 27.63 |
| Tammy Lapp | | 600.00 | | | | 600.00 |
| Vacatia Inc | | | | | 89.86 | 89.86 |
| Volunteer Energy Cooperative | 4,229.95 | | -163.15 | | | 4,066.80 |
| **TOTAL** | $ 9,115.45 | $ 3,243.71 | -$ 130.81 | $ 4,258.23 | $ 54,650.03 | $ 71,136.61 |

# Hiawatha Manor Association, Inc. - East
## Deposits Operating Alliance x7678

| Date | Deposit | Description | Detail |
|------|---------|-------------|--------|
| 05.06.25 | 1,049.34 | Merchant Bank CD Deposit | Credit card payments for late fees, NOIL, CC admin fees, maintenance fees and deedback |
| 05.07.25 | 250.00 | Merchant Bank CD Deposit | Owner payment for Deedback Fees |
| 05.13.25 | 1,000.00 | Merchant Bank CD Deposit | Owner payment for Deedback Fees |
| 05.14.25 | 250.00 | Remote Deposit | Check payment from owner for Deedback Fees |
| 05.16.25 | 250.00 | Remote Deposit | Check payment from owner for Deedback Fees |
| 05.16.25 | 3,978.79 | bill.com | Rental proceeds for Weeks 13 - 17 |
| 05.16.25 | 15,603.57 | bill.com | DQ Rental Proceeds for Weeks 13 - 17 |
| 05.19.25 | 250.00 | Remote Deposit | Owner payment for Deedback Fees |
| 05.19.25 | 2,233.00 | Remote Deposit | Check payments for housing rental, deedback, and maintenance fees |
| 05.19.25 | 785.57 | Merchant Bank CD Deposit | Owner payment for Maintenance Fees and CC admin fee |
| 05.20.25 | 250.00 | Remote Deposit | Owner payment for Deedback Fees |
| 05.20.25 | 250.00 | Merchant Bank CD Deposit | Owner payment for Deedback Fees |
| 05.21.25 | 250.00 | Merchant Bank CD Deposit | Owner payment for Deedback Fees |
| 05.22.25 | 250.00 | Merchant Bank CD Deposit | Owner payment for Deedback Fees |
| 05.23.25 | 250.00 | Merchant Bank CD Deposit | Owner payment for Deedback Fees |
| 05.27.25 | 1,730.51 | Merchant Bank CD Deposit | Owner payment for Maintenance Fees, past due, CC admin fee, NOIL, late fee, and Deedback fees |
| 05.28.25 | 624.00 | Remote Deposit | Owner payment for Maintenance Fees |
| 05.28.25 | 250.00 | Merchant Bank CD Deposit | Owner payment for Deedback Fees |
| 05.29.25 | 861.44 | Merchant Bank CD Deposit | Owner payment for Maintenance Fees, CC admin fee, NOIL, and late fee |
| 05.30.25 | 250.00 | Merchant Bank CD Deposit | Owner payment for Deedback Fees |
| 05.31.25 | 0.34 | Interest | |

| | | |
|---|---|---|
| $ 30,616.56 | 36,566.88 | Total 05-2025 Deposits |
| | (5,950.32) | 05-2025 Activity Pre BK |
| | $ 30,616.56 | 05.06.25 to 05.31.25 Activity |

| | |
|---|---|
| $ 30,616.56 | x7678 Operating |
| $ 2,729.70 | x2523 Petty Cash |
| $ 33,346.26 | Total Deposits |

# Hiawatha Manor Association, Inc. - East
## Deposits Cash Alliance x2523

| Date | Deposit | Description | Detail |
|------|---------|-------------|--------|
| 05.09.25 | 1,000.00 | Funds Transfer x7678 | To fund Petty Cash Account |
| 05.22.25 | 670.11 | Funds Transfer x7678 | To fund Petty Cash Account |
| 05.28.25 | 1,059.55 | Funds Transfer x7678 | To fund Petty Cash Account |
| 05.31.25 | 0.04 | Interest | To fund Petty Cash Account |

|  |  |  |  |
|------|---------|-------------|--------|
| | $ 2,729.70 | | 6,945.71 Total 05-2025 Deposits |
| | | | (4,216.01) 05-2025 Activity Pre BK |
| | | | $ 2,729.70 05.06.25 to 05.31.25 Activity |

# Hiawatha Manor Association, Inc. - East
## Subtractions Operating Alliance x7678

| Date | Deposit | Description | Detail |
|------|---------|-------------|--------|
| 05.07.25 | 785.19 | Ford Motor | Car Payment |
| 05.09.25 | 1,000.00 | Transfer to x2523 | Funding manager's account used to purchase misc. operating supplies |
| 05.09.25 | 117.50 | Lemonjuice Solutions. LLC | QBO Fees |
| 05.09.25 | 178.85 | Cumberland County Irrigation | Plumbing Repairs |
| 05.09.25 | 459.14 | Bolster Hardware | Misc supplies for electrical and mechanical repairs |
| 05.09.25 | 1,515.55 | Sarah D. Moore | Reimbursement of Maintenance Fees |
| 05.09.25 | 2,300.00 | Keith Morris Lawn Care | Landscaping |
| 05.15.25 | 671.50 | South Cumberland Utilities | Utilities |
| 05.15.25 | 802.89 | South Cumberland Utilities | Utilities |
| 05.16.25 | 8,393.31 | Health Insurance Reimbursement to Corporate | Healthcare |
| 05.20.25 | 1,134.00 | Transfer to Rental Escrow | Rental Proceeds |
| 05.20.25 | 96.93 | bill.com payable | Bill.com Fees |
| 05.20.25 | 1,884.00 | The Law Office of Jennifer McCoy | Detainer Warrant Filing Fees |
| 05.20.25 | 5,933.71 | Spectrum | Cable and Internet |
| 05.22.25 | 670.11 | Transfer to x2523 | Funding manager's account used to purchase misc. operating supplies |
| 05.28.25 | 1,059.55 | Transfer to x2523 | Funding manager's account used to purchase misc. operating supplies |

$ 27,002.23

| | |
|---|---|
| 60,459.68 | Total 05-2025 Subtract |
| (33,457.45) | 05-2025 Activity Pre BK |
| $ 27,002.23 | 05.06.25 to 05.31.25 A |

| | |
|---|---|
| $ 27,002.23 | x7678 Operating |
| $ 7,304.17 | x2523 Petty Cash |
| $ 34,306.40 | Total Subtractions |

# Hiawatha Manor Association, Inc. - East

## Subtractions Cash Alliance x2523

| Date | Deposit | Description | Detail |
|------|---------|-------------|--------|
| 05.06.25 | 844.97 | Amazon | |
| 05.07.25 | 43.58 | Amazon | |
| 05.07.25 | 43.75 | Amazon | |
| 05.07.25 | 27.41 | Amazon | |
| 05.07.25 | 276.55 | In the Swim | |
| 05.08.25 | 100.45 | Amazon | |
| 05.08.25 | 3,324.29 | AC Direct | |
| 05.12.25 | 10.92 | Cumberland Farmers | |
| 05.12.25 | 599.00 | Ability Refrigeration | |
| 05.15.25 | 59.19 | Hajoca Modern | |
| 05.19.25 | 1.00 | Walmart | |
| 05.23.25 | 38.00 | Cumberland Farmers | |
| 05.23.25 | 60.34 | In the Swim | |
| 05.27.25 | 15.57 | Service Fee | |
| 05.27.25 | 66.95 | Dollar General | |
| 05.27.25 | 81.19 | Amazon | |
| 05.27.25 | 117.50 | Intuit Quick Books | |
| 05.27.25 | 680.00 | TDH Environmental | |
| 05.29.25 | 51.56 | Amazon | |
| 05.29.25 | 514.08 | Pest Lawn Solutions | |
| 05.30.25 | 84.48 | Amazon | |
| 05.30.25 | 263.39 | Amazon | |

$ 7,304.17

| | | |
|---|---|---|
| 7,912.58 | Total 05-2025 Subtractions |
| (608.41) | 05-2025 Activity Pre BK |
| $ 7,304.17 | 05.06.25 to 05.31.25 Activity |

**Alliance Association Bank**

Alliance Association Bank, a division of Western Alliance Bank.
**Member FDIC.**

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

HIAWATHA MANOR ASSOCIATION INC
C/O HPP PROPERTY SERVICES LLC
HIAWATHA MANOR EAST OPERATING
7380 W SAND LAKE RD SUITE 130
ORLANDO FL 32819-5285

Direct inquiries to:
888-734-4567

Alliance Association Bank
3033 W Ray Road, Ste 200
Chandler AZ 85226

THANK   YOU   FOR   BANKING   WITH   US!

## AAB Community Checking

| Account number | XXXXXX7678 | Beginning balance | $40,711.97 |
|---|---|---|---|
| Low balance | $7,923.56 | Total additions | 36,566.88 |
| Average balance | $16,103.91 | Total subtractions | 60,459.68 |
| Avg collected balance | $15,844 | Ending balance | $16,819.17 |

DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 05-02 | ' Online Transfer Dr | 216.01 |
| | REF 1221136L FUNDS TRANSFER TO DEP XXXXXX2523 | |
| | FROM FUNDS TRANSFER | |
| 05-02 | ' ACH Debit | 35.12 |
| | Promotions Plus Payables Promotions Plus B | |
| | ill.com P25050102 - 3945996 Inv 2457519 | |
| 05-02 | ' ACH Debit | 76.81 |
| | Cumberland Count Payables Cumberland County | |
| | Irrigation & Plumbing Supplies Bill.com P25050102 - 39 | |
| 05-02 | ' ACH Debit | 231.57 |
| | Frontier Communi Payables Frontier Communica | |
| | tions Acctxx 931-788-6291 Bill.com P25050102 - 3945971 | |
| 05-02 | ' ACH Debit | 299.88 |
| | Happy Sak Exxon Payables Happy Sak Exxon B | |
| | ill.com P25050102 - 3945983 Inv 03.2025 | |
| 05-02 | ' ACH Debit | 349.39 |
| | Frontier Communi Payables Frontier Communica | |
| | tions Acctxx 931-788-2235 Bill.com P25050102 - 3945964 | |

| Date | Description | Subtractions |
|------|-------------|-------------|
| 05-02 | ' ACH Debit | 600.00 |
| | Tammy Lapp dba S Payables Tammy Lapp dba Sta | |
| | r Realty Bill.com P25050102 - 3946004 Inv N/A | |
| 05-02 | ' ACH Debit | 696.96 |
| | Bolster Hardware Payables Bolster Hardware B | |
| | ill.com P25050102 - 3945887 Acct 361585 - Hiawatha Eas | |
| 05-02 | ' ACH Debit | 1,837.89 |
| | Lowes Business A Payables Lowes Business Acc | |
| | t/SYNCB Bill.com P25050102 - 3945989 Inv 04.17.2025 | |
| 05-02 | ' ACH Debit | 11,637.74 |
| | Volunteer Energy WEB PMTS 250502 | |
| | 9YZ7BQ | |
| 05-05 | ' Online Transfer Dr | 4,000.00 |
| | REF 1251036L FUNDS TRANSFER TO DEP XXXXXX2523 | |
| | FROM FUNDS TRANSFER | |
| 05-05 | ' ACH Debit | 52.00 |
| | MERCHANT BANKCD DEPOSIT 250505 | |
| | 496087350880 | |
| 05-05 | ' ACH Debit | 195.88 |
| | Frontier Communi Payables Frontier Communica | |
| | tions Acctxx 931-788-6532 Bill.com P25050102 - 3945977 | |
| 05-05 | ' ACH Debit | 280.00 |
| | SELKSANITATION PURCHASE 250505 | |
| 05-05 | ' ACH Debit | 4,490.94 |
| | FIRST INSURANCE INSURANCE 250505 | |
| | 900-103445631 | |
| 05-05 | ' ACH Debit | 8,457.26 |
| | FIRST INSURANCE INSURANCE 250505 | |
| | 900-103445722 | |
| 05-07 | ' ACH Debit | 785.19 |
| | FORD MOTOR CR FORDCREDIT 250507 | |
| 05-09 | ' Online Transfer Dr | 1,000.00 |
| | REF 1291529L FUNDS TRANSFER TO DEP XXXXXX2523 | |
| | FROM FUNDS TRANSFER | |
| 05-09 | ' ACH Debit | 117.50 |
| | Lemonjuice Solut Payables Lemonjuice Solutio | |
| | ns. LLC Bill.com P25050802 - 5813478 Acct melinda.good | |
| 05-09 | ' ACH Debit | 178.85 |
| | Cumberland Count Payables Cumberland County | |
| | Irrigation & Plumbing Supplies Bill.com P25050802 - 58 | |
| 05-09 | ' ACH Debit | 459.14 |
| | Bolster Hardware Payables Bolster Hardware B | |
| | ill.com P25050802 - 5813459 Acct 361585 - Hiawatha Eas | |
| 05-09 | ' ACH Debit | 1,515.55 |
| | Sarah D. Moore Payables Sarah D. Moore B | |
| | ill.com P25050802 - 5813480 Inv MF's overpayment | |

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 05-09 | ' ACH Debit | 2,300.00 |
| | Keith Morris Law Payables Keith Morris Lawn | |
| | Care Bill.com P25050802 - 5813474 Inv 05.02.2025 East | |
| 05-15 | ' ACH Debit | 671.50 |
| | South Cumberland UTILITY PA 250515 | |
| 05-15 | ' ACH Debit | 802.89 |
| | South Cumberland UTILITY PA 250515 | |
| 05-16 | ' Online Transfer Dr | 8,393.31 |
| | REF 1360939L FUNDS TRANSFER TO DEP XXXXXX7004 | |
| | FROM MAY 2025 HEALTH INSURANCE TRANSFER | |
| 05-20 | ' Online Transfer Dr | 1,134.00 |
| | REF 1401001L FUNDS TRANSFER TO DEP XXXXXX6176 | |
| | FROM TRANSFER RENTAL FUNDS | |
| 05-20 | ' ACH Debit | 96.93 |
| | BILL.COM LLC BILLING BILL.COM 02B4WYGAM | |
| | XZRY9X STMT 25059922331 HIAWATHA MANOR ASSOCIATION, IN | |
| 05-20 | ' ACH Debit | 1,884.00 |
| | The Law Office o Payables The Law Office of | |
| | Jennifer McCoy, P.C. Bill.com P25050102 - 3946011 Inv | |
| 05-20 | ' ACH Debit | 5,933.71 |
| | SPECTRUM SPECTRUM 250520 | |
| 05-22 | ' Online Transfer Dr | 670.11 |
| | REF 1421450L FUNDS TRANSFER TO DEP XXXXXX2523 | |
| | FROM FUNDS TRANSFER | |
| 05-28 | ' Online Transfer Dr | 1,059.55 |
| | REF 1481539L FUNDS TRANSFER TO DEP XXXXXX2523 | |
| | FROM FUNDS TRANSFER | |

## CREDITS

| Date | Description | Additions |
|------|-------------|----------:|
| 05-01 | ' ACH Credit | 939.70 |
| | Bill.com VoidPaymnt South Cumberland U | |
| | tility District Acctxx0001-00425-001 Bill.com P2504140 | |
| 05-01 | ' ACH Credit | 1,086.80 |
| | Bill.com VoidPaymnt South Cumberland U | |
| | tility District Acctxx0001-00390-001 Bill.com P2504140 | |
| 05-02 | ' ACH Credit | 250.00 |
| | MERCHANT BANKCD DEPOSIT 250502 | |
| | 496087350880 | |
| 05-05 | ' Remote Deposit | 3,673.82 |
| 05-06 | ' ACH Credit | 1,049.34 |
| | MERCHANT BANKCD DEPOSIT 250506 | |
| | 496087350880 | |
| 05-07 | ' ACH Credit | 250.00 |
| | MERCHANT BANKCD DEPOSIT 250507 | |
| | 496087350880 | |

| Date | Description | Additions |
|------|-------------|-----------|
| 05-13 | ' ACH Credit | 1,000.00 |
| | MERCHANT BANKCD DEPOSIT 250513 | |
| | 496087350880 | |
| 05-14 | ' Remote Deposit | 250.00 |
| 05-16 | ' Remote Deposit | 250.00 |
| 05-16 | ' ACH Credit | 3,978.79 |
| | Lemonjuice Solut Bill.com Lemonjuice Solutio | |
| | ns Bill.com 015SGGOXGLHRU3V Multiple invoices | |
| 05-16 | ' ACH Credit | 15,603.57 |
| | Lemonjuice Solut Bill.com Lemonjuice Solutio | |
| | ns Bill.com 015PYCHMCKHRU3Y Inv DQ Wks 13-17 2025 | |
| 05-19 | ' Remote Deposit | 250.00 |
| 05-19 | ' Remote Deposit | 2,233.00 |
| 05-19 | ' ACH Credit | 785.57 |
| | MERCHANT BANKCD DEPOSIT 250519 | |
| | 496087350880 | |
| 05-20 | ' Remote Deposit | 250.00 |
| 05-20 | ' ACH Credit | 250.00 |
| | MERCHANT BANKCD DEPOSIT 250520 | |
| | 496087350880 | |
| 05-21 | ' ACH Credit | 250.00 |
| | MERCHANT BANKCD DEPOSIT 250521 | |
| | 496087350880 | |
| 05-22 | ' ACH Credit | 250.00 |
| | MERCHANT BANKCD DEPOSIT 250522 | |
| | 496087350880 | |
| 05-23 | ' ACH Credit | 250.00 |
| | MERCHANT BANKCD DEPOSIT 250523 | |
| | 496087350880 | |
| 05-27 | ' ACH Credit | 1,730.51 |
| | MERCHANT BANKCD DEPOSIT 250527 | |
| | 496087350880 | |
| 05-28 | ' Remote Deposit | 624.00 |
| 05-28 | ' ACH Credit | 250.00 |
| | MERCHANT BANKCD DEPOSIT 250528 | |
| | 496087350880 | |
| 05-29 | ' ACH Credit | 861.44 |
| | MERCHANT BANKCD DEPOSIT 250529 | |
| | 496087350880 | |
| 05-30 | ' ACH Credit | 250.00 |
| | MERCHANT BANKCD DEPOSIT 250530 | |
| | 496087350880 | |
| 05-31 | ' Interest Credit | 0.34 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-30 | 40,711.97 | 05-13 | 9,147.95 | 05-22 | 13,912.43 |
| 05-01 | 42,738.47 | 05-14 | 9,397.95 | 05-23 | 14,162.43 |
| 05-02 | 27,007.10 | 05-15 | 7,923.56 | 05-27 | 15,892.94 |
| 05-05 | 13,204.84 | 05-16 | 19,362.61 | 05-28 | 15,707.39 |
| 05-06 | 14,254.18 | 05-19 | 22,631.18 | 05-29 | 16,568.83 |
| 05-07 | 13,718.99 | 05-20 | 14,082.54 | 05-30 | 16,818.83 |
| 05-09 | 8,147.95 | 05-21 | 14,332.54 | 05-31 | 16,819.17 |

INTEREST INFORMATION

| | |
|---|---|
| Annual percentage yield earned | 0.03% |
| Interest-bearing days | 31 |
| Average balance for APY | $15,844.84 |
| Interest earned | $0.34 |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with Alliance Association Bank

Hiawatha Manor Association, Inc. - East

**1010 Alliance Operating x7678, Period Ending 05/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 06/04/2025

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---|
| Statement beginning balance | 40,711.97 |
| Interest earned | 0.34 |
| Checks and payments cleared (31) | -59,325.68 |
| Deposits and other credits cleared (24) | 35,432.54 |
| Statement ending balance | 16,819.17 |
| | |
| Uncleared transactions as of 05/31/2025 | 0.00 |
| Register balance as of 05/31/2025 | 16,819.17 |
| Cleared transactions after 05/31/2025 | 0.00 |
| Uncleared transactions after 05/31/2025 | -1,441.59 |
| Register balance as of 06/04/2025 | 15,377.58 |

### Details

Checks and payments cleared (31)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2025 | Bill Payment | 123721995 | First Insurance Funding Loan… | -4,490.94 |
| 05/02/2025 | Bill Payment | 123722142 | First Insurance Funding Loan… | -8,457.26 |
| 05/02/2025 | Bill Payment | 10481528 | Volunteer Energy Cooperative | -11,637.74 |
| 05/02/2025 | Transfer | | | -216.01 |
| 05/02/2025 | Bill Payment | | Potters Ace Hardware | -696.96 |
| 05/02/2025 | Bill Payment | | Cumberland County Irrigation … | -76.81 |
| 05/02/2025 | Bill Payment | | Frontier Communications Acct… | -349.39 |
| 05/02/2025 | Bill Payment | | Frontier Communications Acct… | -231.57 |
| 05/02/2025 | Bill Payment | | Happy Sak Exxon | -299.88 |
| 05/02/2025 | Bill Payment | | Lowes Business Acct/SYNCB | -1,837.89 |
| 05/02/2025 | Bill Payment | | Promotions Plus | -35.12 |
| 05/02/2025 | Bill Payment | | Tammy Lapp | -600.00 |
| 05/05/2025 | Bill Payment | Auto draft 05.05.2025 | Selk Sanitation | -280.00 |
| 05/05/2025 | Transfer | | | -4,000.00 |
| 05/05/2025 | Journal | 345 | | -52.00 |
| 05/05/2025 | Bill Payment | | Frontier Communications Acct… | -195.88 |
| 05/06/2025 | Bill Payment | | Ford Credit | -785.19 |
| 05/09/2025 | Transfer | | | -1,000.00 |
| 05/09/2025 | Bill Payment | | Potters Ace Hardware | -459.14 |
| 05/09/2025 | Bill Payment | | Cumberland County Irrigation … | -178.85 |
| 05/09/2025 | Bill Payment | | Keith Morris Lawn Care | -2,300.00 |
| 05/09/2025 | Bill Payment | | Lemonjuice Solutions. LLC | -117.50 |
| 05/09/2025 | Bill Payment | | Sarah D. Moore | -1,515.55 |
| 05/15/2025 | Bill Payment | Auto draft 05/15/2025 | South Cumberland Utility Distr… | -671.50 |
| 05/15/2025 | Bill Payment | Auto draft 05/15/2025 | South Cumberland Utility Distr… | -802.89 |
| 05/16/2025 | Journal | 346 | | -8,393.31 |
| 05/20/2025 | Bill Payment | | The Law Office of Jennifer Mc… | -1,884.00 |
| 05/20/2025 | Journal | 347 | | -96.93 |
| 05/20/2025 | Bill Payment | | Spectrum Enterprise Acctxx17… | -5,933.71 |
| 05/22/2025 | Transfer | | | -670.11 |
| 05/28/2025 | Transfer | | | -1,059.55 |

| Total | | | | -59,325.68 |
|---|---|---|---|---|

Deposits and other credits cleared (24)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2025 | Journal | 338R | | 939.70 |
| 05/01/2025 | Deposit | | | 250.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2025 | Journal | 338R | | 1,086.80 |
| 05/05/2025 | Deposit | | | 3,673.82 |
| 05/05/2025 | Deposit | | | 1,049.34 |
| 05/06/2025 | Deposit | | | 250.00 |
| 05/12/2025 | Deposit | | | 1,000.00 |
| 05/14/2025 | Deposit | | | 250.00 |
| 05/16/2025 | Deposit | | | 250.00 |
| 05/16/2025 | Journal | 348 | | 3,978.79 |
| 05/16/2025 | Journal | 349 | | 15,603.57 |
| 05/16/2025 | Deposit | | | 785.57 |
| 05/19/2025 | Deposit | | | 250.00 |
| 05/19/2025 | Deposit | | | 1,099.00 |
| 05/20/2025 | Deposit | | | 250.00 |
| 05/20/2025 | Deposit | | | 250.00 |
| 05/20/2025 | Deposit | | | 250.00 |
| 05/21/2025 | Deposit | | | 250.00 |
| 05/22/2025 | Deposit | | | 250.00 |
| 05/23/2025 | Deposit | | | 1,730.51 |
| 05/27/2025 | Deposit | | | 250.00 |
| 05/28/2025 | Deposit | | | 624.00 |
| 05/28/2025 | Deposit | | | 861.44 |
| 05/29/2025 | Deposit | | | 250.00 |
| **Total** | | | | **35,432.54** |

**Additional Information**

Uncleared deposits and other credits as of 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/04/2025 | Journal | 264 | | 0.00 |
| **Total** | | | | **0.00** |

Uncleared checks and payments after 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2025 | Transfer | | | -1,441.59 |
| **Total** | | | | **-1,441.59** |

**Alliance Association Bank**

Alliance Association Bank, a division of Western Alliance Bank.
**Member FDIC.**

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

HIAWATHA MANOR ASSOCIATION INC
C/O HPP PROPERTY SERVICES LLC
PETTY CASH EAST
7380 W SAND LAKE RD SUITE 130
ORLANDO FL 32819-5285

Direct inquiries to:
888-734-4567

Alliance Association Bank
3033 W Ray Road, Ste 200
Chandler AZ 85226

---

*THANK YOU FOR BANKING WITH US!*

---

## AAB Community Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX2523 | Beginning balance | $1,752.38 |
| Low balance | $639.43 | Total additions | 6,945.71 |
| Average balance | $1,601.85 | Total subtractions | 7,912.58 |
| Avg collected balance | $1,601 | Ending balance | $785.51 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 05-01 | ' POS Purchase | 82.20 |
| | MERCHANT PURCHASE TERMINAL 403482 LOWE'S #548 | |
| | CROSSVILL TN XXXXXXXXXXXX5342 05-01-25 10:01 AM | |
| 05-01 | ' POS Purchase | 158.90 |
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL YH9IO | |
| | 5NG3 Amzn com WA XXXXXXXXXXXX5342 04-30-25 | |
| 05-02 | ' POS Purchase | 49.28 |
| | MERCHANT PURCHASE TERMINAL 403482 LOWE'S #548 | |
| | CROSSVILL TN XXXXXXXXXXXX5342 05-02-25 2:20 PM | |
| 05-02 | ' POS Purchase | 100.00 |
| | MERCHANT PURCHASE TERMINAL 469216 INTUIT QBooks Onl | |
| | ine CL INTUIT CA XXXXXXXXXXXX5342 05-01-25 | |
| 05-05 | ' POS Purchase | 58.60 |
| | POS PURCHASE TERMINAL 00000000 AMAZON.COM*NI8MV1M | |
| | P2 SEATTLE WA XXXXXXXXXXXX5342 05-02-25 9:16 AM | |
| 05-05 | ' POS Purchase | 14.37 |
| | MERCHANT PURCHASE TERMINAL 443565 HAJOCA MODERN 396 | |
| | CROSSVILL TN XXXXXXXXXXXX5342 05-02-25 | |

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 05-05 | ' POS Purchase | 52.90 |
| | MERCHANT PURCHASE TERMINAL 469216 Amazon com NB0A03A | |
| | U1 Amzn com WA XXXXXXXXXXX5342 05-04-25 | |
| 05-05 | ' POS Purchase | 92.16 |
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL NI4FJ | |
| | 60J2 Amzn com WA XXXXXXXXXXX5342 05-04-25 | |
| 05-06 | ' POS Purchase | 844.97 |
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL NB5LB | |
| | 3591 Amzn com WA XXXXXXXXXXX5342 05-05-25 | |
| 05-07 | ' POS Purchase | 43.58 |
| | POS PURCHASE TERMINAL 00000000 AMAZON.COM*NB1A80R | |
| | 60 SEATTLE WA XXXXXXXXXXX5342 05-05-25 10:44 AM | |
| 05-07 | ' POS Purchase | 43.75 |
| | POS PURCHASE TERMINAL 00000000 AMAZON.COM*NB6113K | |
| | B1 SEATTLE WA XXXXXXXXXXX5342 05-06-25 12:31 PM | |
| 05-07 | ' POS Purchase | 27.41 |
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL NB15F | |
| | 4DJ1 Amzn com WA XXXXXXXXXXX5342 05-06-25 | |
| 05-07 | ' POS Purchase | 276.55 |
| | MERCHANT PURCHASE TERMINAL 469216 IN THE SWIM 2101 | |
| | 800 288 7 IL XXXXXXXXXXX5342 05-07-25 | |
| 05-08 | ' POS Purchase | 100.45 |
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL NB4F4 | |
| | 1K91 Amzn com WA XXXXXXXXXXX5342 05-07-25 | |
| 05-08 | ' POS Purchase | 3,324.29 |
| | MERCHANT PURCHASE TERMINAL 402762 ACDIRECT | |
| | 407 951 8 FL XXXXXXXXXXX5342 05-05-25 | |
| 05-12 | ' POS Purchase | 10.92 |
| | MERCHANT PURCHASE TERMINAL 401339 CUMBERLAND FARMERS | |
| | CO OPCROSSVILL TNXXXXXXXXXXX5342 05-10-25 | |
| 05-12 | ' POS Purchase | 599.00 |
| | MERCHANT PURCHASE TERMINAL 411641 ABILITY REFRIGERAN | |
| | TS 480 474 4 AZ XXXXXXXXXXX5342 05-10-25 | |
| 05-15 | ' POS Purchase | 59.19 |
| | MERCHANT PURCHASE TERMINAL 443565 HAJOCA MODERN 396 | |
| | CROSSVILL TN XXXXXXXXXXX5342 05-14-25 | |
| 05-19 | ' POS Purchase | 1.00 |
| | POS PURCHASE TERMINAL 24068701 WAL-MART #0687 | |
| | CROSSVILL TN XXXXXXXXXXX5342 05-17-25 1:30 PM | |
| 05-23 | ' POS Purchase | 38.00 |
| | MERCHANT PURCHASE TERMINAL 407105 CUMBERLAND WASTE D | |
| | ISPO CROSSVILL TN XXXXXXXXXXX5342 05-21-25 | |
| 05-23 | ' POS Purchase | 60.34 |
| | MERCHANT PURCHASE TERMINAL 469216 IN THE SWIM 2101 | |
| | 800 288 7 IL XXXXXXXXXXX5342 05-23-25 | |

| Date | Description | Subtractions |
|---|---|---|
| 05-27 | ' POS Purchase | 15.57 |
| | MERCHANT PURCHASE TERMINAL 469216 L2G SERVICE FEE °6 | |
| | 15 741615 741 7 TNXXXXXXXXXXXX5342 05-24-25 | |
| 05-27 | ' POS Purchase | 66.95 |
| | MERCHANT PURCHASE TERMINAL 444500 DOLLAR GENERAL 16 | |
| | 115 CROSSVILL TN XXXXXXXXXXXX5342 05-24-25 | |
| 05-27 | ' POS Purchase | 81.19 |
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL NN17E | |
| | 3M42 Amzn com WA XXXXXXXXXXXX5342 05-24-25 | |
| 05-27 | ' POS Purchase | 117.50 |
| | MERCHANT PURCHASE TERMINAL 469216 INTUIT QBooks Onl | |
| | ine CL INTUIT CA XXXXXXXXXXXX5342 05-25-25 | |
| 05-27 | ' POS Purchase | 680.00 |
| | MERCHANT PURCHASE TERMINAL 469216 L2G TDH ENVIRONMEN | |
| | TALHEA615 741 7 TNXXXXXXXXXXXX5342 05-24-25 | |
| 05-29 | ' POS Purchase | 51.56 |
| | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL NN4M3 | |
| | 4JL0 Amzn com WA XXXXXXXXXXXX5342 05-28-25 | |
| 05-29 | ' POS Purchase | 514.08 |
| | MERCHANT PURCHASE TERMINAL 449216 SOLUTIONS PEST L | |
| | AWN SOLUTIONS TX XXXXXXXXXXXX5342 05-28-25 | |
| 05-30 | ' POS Purchase | 84.48 |
| | POS PURCHASE TERMINAL 00000000 AMAZON.COM*NN4NE8Q | |
| | L0 SEATTLE WA XXXXXXXXXXXX5342 05-30-25 1:42 PM | |
| 05-30 | ' POS Purchase | 263.39 |
| | POS PURCHASE TERMINAL 00000000 AMAZON.COM*N607R2P | |
| | Q2 SEATTLE WA XXXXXXXXXXXX5342 05-30-25 9:29 AM | |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 05-02 | ' Online Transfer Cr | 216.01 |
| | REF 1221136L FUNDS TRANSFER FRMDEP XXXXXX7678 | |
| | FROM FUNDS TRANSFER | |
| 05-05 | ' Online Transfer Cr | 4,000.00 |
| | REF 1251036L FUNDS TRANSFER FRMDEP XXXXXX7678 | |
| | FROM FUNDS TRANSFER | |
| 05-09 | ' Online Transfer Cr | 1,000.00 |
| | REF 1291529L FUNDS TRANSFER FRMDEP XXXXXX7678 | |
| | FROM FUNDS TRANSFER | |
| 05-22 | ' Online Transfer Cr | 670.11 |
| | REF 1421450L FUNDS TRANSFER FRMDEP XXXXXX7678 | |
| | FROM FUNDS TRANSFER | |
| 05-28 | ' Online Transfer Cr | 1,059.55 |
| | REF 1481539L FUNDS TRANSFER FRMDEP XXXXXX7678 | |
| | FROM FUNDS TRANSFER | |
| 05-31 | ' Interest Credit | 0.04 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04-30 | 1,752.38 | 05-08 | 698.98 | 05-23 | 1,600.64 |
| 05-01 | 1,511.28 | 05-09 | 1,698.98 | 05-27 | 639.43 |
| 05-02 | 1,578.01 | 05-12 | 1,089.06 | 05-28 | 1,698.98 |
| 05-05 | 5,359.98 | 05-15 | 1,029.87 | 05-29 | 1,133.34 |
| 05-06 | 4,515.01 | 05-19 | 1,028.87 | 05-30 | 785.47 |
| 05-07 | 4,123.72 | 05-22 | 1,698.98 | 05-31 | 785.51 |

**INTEREST INFORMATION**

| | |
|---|---|
| Annual percentage yield earned | 0.03% |
| Interest-bearing days | 31 |
| Average balance for APY | $1,601.85 |
| Interest earned | $0.04 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Association Bank*

Hiawatha Manor Association, Inc. - East

**1024 Manager's Acct x2523, Period Ending 05/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 06/04/2025

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                                                    USD

Statement beginning balance ................................................................................. 1,752.38
Interest earned ........................................................................................................ 0.04
Checks and payments cleared (29) ....................................................................... -7,912.58
Deposits and other credits cleared (5) .................................................................. 6,945.67
Statement ending balance ..................................................................................... 785.51

Register balance as of 05/31/2025 ........................................................................ 785.51
Cleared transactions after 05/31/2025 .................................................................. 0.00
Uncleared transactions after 05/31/2025 ............................................................... 1,334.28
Register balance as of 06/04/2025 ........................................................................ 2,119.79

**Details**

Checks and payments cleared (29)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 05/01/2025 | Journal | 303 | | -82.20 |
| 05/01/2025 | Journal | 303 | | -158.90 |
| 05/02/2025 | Journal | 304 | | -49.28 |
| 05/02/2025 | Journal | 309 | | -100.00 |
| 05/05/2025 | Journal | 305 | | -52.90 |
| 05/05/2025 | Journal | 305 | | -92.16 |
| 05/05/2025 | Journal | 305 | | -58.60 |
| 05/05/2025 | Journal | 305 | | -14.37 |
| 05/06/2025 | Journal | 306 | | -3,324.29 |
| 05/06/2025 | Journal | 306 | | -276.55 |
| 05/06/2025 | Journal | 306 | | -844.97 |
| 05/07/2025 | Journal | 310 | | -43.58 |
| 05/07/2025 | Journal | 310 | | -27.41 |
| 05/07/2025 | Journal | 310 | | -43.75 |
| 05/08/2025 | Journal | 311 | | -100.45 |
| 05/12/2025 | Journal | 312 | | -599.00 |
| 05/12/2025 | Journal | 312 | | -10.92 |
| 05/15/2025 | Journal | 313 | | -59.19 |
| 05/19/2025 | Journal | 314 | | -1.00 |
| 05/23/2025 | Journal | 339 | | -60.34 |
| 05/23/2025 | Journal | 339 | | -38.00 |
| 05/27/2025 | Journal | 341 | | -117.50 |
| 05/27/2025 | Journal | 340 | | -81.19 |
| 05/27/2025 | Journal | 340 | | -695.57 |
| 05/27/2025 | Journal | 340 | | -66.95 |
| 05/29/2025 | Journal | 342 | | -51.56 |
| 05/29/2025 | Journal | 342 | | -514.08 |
| 05/30/2025 | Journal | 343 | | -84.48 |
| 05/30/2025 | Journal | 343 | | -263.39 |

Total                                                                                                      -7,912.58

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 05/02/2025 | Transfer | | | 216.01 |
| 05/05/2025 | Transfer | | | 4,000.00 |
| 05/09/2025 | Transfer | | | 1,000.00 |
| 05/22/2025 | Transfer | | | 670.11 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 05/28/2025 | Transfer | | | 1,059.55 |
| Total | | | | 6,945.67 |

**Additional Information**

Uncleared checks and payments after 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 06/02/2025 | Journal | 344 | | -100.00 |
| 06/02/2025 | Journal | 344 | | -6.31 |
| 06/02/2025 | Journal | 344 | | -1.00 |
| Total | | | | -107.31 |

Uncleared deposits and other credits after 05/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 06/03/2025 | Transfer | | | 1,441.59 |
| Total | | | | 1,441.59 |