Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 2:25–bk–01916
Chapter: 11
Judge: Randal S Mashburn

In Re:
Hiawatha Manor Association, Inc.
7380 W SAND LAKE RD SUITE 130
ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
64–0654512

ORDER

ORDER by Judge Mashburn : With regard to docket entry # 14, 31, 39, 42, 44, Linda Simmons has filed a motion at Doc. 44 to appear via Zoom video on matters scheduled for hearing on July 8, 2025. The motion is granted with the limitation reflected in her request, which is based on her statement that she does not plan to offer testimony or examine witnesses and that her participation will be limited to making any argument regarding the matters set for hearing. Ms. Simmons shall follow instructions on the Court website to register for Zoom participation, as referenced in the order at Doc. 42. (RE: related document(s) 14, 31, 39, 42, 44) (las)

Dated: 6/26/25

/s/ Randal S Mashburn
UNITED STATES BANKRUPTCY JUDGE