**Form clkinq**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **2:25−bk−01916**
**Chapter 11**

In re:
  Hiawatha Manor Association, Inc.
  7380 W SAND LAKE RD SUITE 130
  ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
  64−0654512

---

### CLERK'S REMARK

---

Clerk's Remark − The Debtor(s)/Party name(s) and the case number do not agree with the record of this case. (RE: related document(s)51 Linda Simmons' Objection to (36 Application and Notice to Employ − BK Motion, 37 Certificate of Service) Certificate of Service mailed on 6/30/2025. Hearing will be held on 7/8/2025 at 09:30 AM, Courtroom 1 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203. (Attachments: # 1 Exhibit) Filed on the behalf of: Creditor Linda (Lindstrom) Simmons (RE: related document(s)36, 37).) (jtd)

Dated: 7/2/25                                                                                          Vanessa A. Lantin
                                                                                                       Court Clerk