United States Bankruptcy Court
Middle District of Tennessee

In re:     Case No. 25-01916-RSM
Hiawatha Manor Association, Inc.     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-2     User: admin     Page 1 of 2
Date Rcvd: Jul 02, 2025     Form ID: clkinq     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Linda (Lindstrom) Simmons, 9643 Chanteclair Circle, Highlands Ranch, CO 80126-3079 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

**Name**     **Email Address**

BLAKE ROTH
    on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com

Christopher Scott Kunde, Jr
    on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com

Jack W Robinson, Jr
    on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com

REBECCA JO YIELDING
    on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

THOMAS H. FORRESTER
    on behalf of Creditor Lake Tansi Village Property Owners Association Inc. tforrester@gsrm.com, djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 6

Form clkinq

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
Case No. 2:25−bk−01916
### Chapter 11

In re:
   Hiawatha Manor Association, Inc.
   7380 W SAND LAKE RD SUITE 130
   ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
   64−0654512

---

### CLERK'S REMARK

---

Clerk's Remark − The Debtor(s)/Party name(s) and the case number do not agree with the record of this case. (RE: related document(s)51 Linda Simmons' Objection to (36 Application and Notice to Employ − BK Motion, 37 Certificate of Service) Certificate of Service mailed on 6/30/2025. Hearing will be held on 7/8/2025 at 09:30 AM, Courtroom 1 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203. (Attachments: # 1 Exhibit) Filed on the behalf of: Creditor Linda (Lindstrom) Simmons (RE: related document(s)36, 37).) (jtd)

Dated: 7/2/25                                                                                                         Vanessa A. Lantin
                                                                                                                                         Court Clerk