| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Hiawatha Manor Association, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | 25-01916 |

☒ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases *

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. Management and Repositioning Services Agreement, dated February 28, 2024 | HPP Property Services, LLC d/b/a Lemonjuice Solutions 7380 W Sand Lake Rd #130 Orlando, FL 32819 |

\* Debtor is not conceding that the contracts or leases on Schedule G are indeed executory contracts or unexpired leases, but are scheduling them out of an abundance of caution.

Docusign Envelope ID: 5D88863E-FC77-4C00-A5CD-6CB24E4E8BD7

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Hiawatha Manor Association, Inc.**      Case No. **25-01916**
Debtor(s)      Chapter **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Association President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of __0__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  7/5/2025      Signature /s/ Archie Doby
**Archie Doby**
**Association President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.