# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc., | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

## EXHIBIT INDEX

### Exhibits B – T in Support of Motion for Rule 2004 Examination

### Filed by Linda Simmons, pro se

| Exhibit | Description | Pg. |
|---|---|---|
| B | Email Exchange re Discovery Coordination (June 24–July 1, 2025) | 4 |
| C | Excerpt – Lemonjuice Mailing to Co-Owners (May 20, 2025) | 6, 9 |
| C-2 | Zoom Excerpt re Owner Questions and Objections (Apr. 9, 2025) | 6 |
| D | Email from Debtor's Counsel re Plan Protections (July 14, 2025) | 7 |
| E | Letter from Hiawatha Manor Assn President Doby (Dec. 17, 2024) | 8,10 |
| F | Email from Kate Koeppen re Owner Liability (Mar. 10, 2025) | 8 |
| G | Zoom Excerpt re Assurance of No Liability (Feb. 24, 2025) | 8 |
| H | Zoom Excerpt re 476-Week Transfer to Lemonjuice (Feb. 24, 2025) | 9 |
| I | Deed Records: Transfer of Intervals HMA to Lemonjuice (Feb.–Mar. 2025) | 9 |
| J | Zoom Excerpt re Suspension of Maintenance Fees (Aug. 1, 2024) | 11 |
| K | Quitclaim Transfers to Hiawatha East Prepetition (Jan. 1–May 5, 2025) | 13 |
| L | Quitclaim Transfers to Hiawatha East Post-Petition (May 6–July 27, 2025) | 13 |
| M | Quitclaim Transfers to Hiawatha West (Jan. 1–July 27, 2025) | 13 |
| N | 2025 Deed Transfers to Lemonjuice as Grantee | 14 |
| O | 70 Weeks Transferred Hiawatha West to Hiawatha East (Jan. 8, 2025) | 15 |
| P | Lemonjuice FAQ to Hiawatha West Owners (May 5, 2025) | 16 |
| Q | 2024 Annual Members' Meeting Notice | 17 |
| R | Zoom Excerpt re Lemonjuice Selection (Feb. 24, 2025) | 17 |
| S | Zoom Excerpt re Purchase & Assignment Agreement (Feb. 24, 2025) | 18 |
| T | Declaration Verifying Zoom Transcript Excerpts | 6 |

**<u>EXHIBIT B</u>**


**Email Exchange with Debtor's Counsel Regarding Discovery Coordination**

**June 24, 2025 – July 1, 2025**

1

 Gmail

**Linda Simmons <lindasimmons2866@gmail.com>**

---

## RE: Scheduling Rule 26(f) Discovery-Planning Conference (Adv. Proc. No. 25-90051)
1 message

---

**Blake.Roth@hklaw.com** <Blake.Roth@hklaw.com>      Tue, Jul 1, 2025 at 10:32 AM
To: Linda Simmons <lindasimmons2866@gmail.com>
Cc: "Yielding, Rebecca J. (USTP)" <rebecca.j.yielding@usdoj.gov>, "Blake.Roth@hklaw.com" <Blake.Roth@hklaw.com>, "Scott.Kunde@hklaw.com" <Scott.Kunde@hklaw.com>

Ms. Simmons,


      Good afternoon. You are but one of thousands of potential defendants that would want to participate in such a conference. Accordingly, we believe it premature to schedule at this time.


**Blake Roth** | **Holland & Knight**
Partner
Holland & Knight LLP
511 Union Street, Suite 2700 | Nashville, Tennessee 37219
Phone 615.850.8749 | Fax 615.244.6804
blake.roth@hklaw.com | www.hklaw.com

_____

Add to address book | View professional biography

---

**From:** Linda Simmons <lindasimmons2866@gmail.com>
**Sent:** Tuesday, July 1, 2025 11:12 AM
**To:** Roth, Blake (NSH - X68749) <Blake.Roth@hklaw.com>
**Cc:** Yielding, Rebecca J. (USTP) <rebecca.j.yielding@usdoj.gov>
**Subject:** Re: Scheduling Rule 26(f) Discovery-Planning Conference (Adv. Proc. No. 25-90051)


*[External email]*


Mr. Roth,


I'd like to schedule our Rule 26(f) discovery-planning conference for the week following the July 8 hearing. Could you let me know if any of these 60-minute slots fits your calendar?

- Tuesday, July 15, 3:00-4:00 p.m. CDT
- Wednesday, July 16, 2:00-3:00 p.m. CDT
- Thursday, July 17, 1:00-2:00 p.m. CDT

If none of those work, please suggest a few alternatives.

Regards,

Linda Simmons

Pro Se Defendant

(615) 594-2866

lindasimmons2866@gmail.com


On Mon, Jun 30, 2025 at 3:53 PM Blake.Roth@hklaw.com <Blake.Roth@hklaw.com> wrote:

> The rules do not permit you to specify a date for responses. The rules set forth the responses. I would
> also note that discovery is prohibited in the adversary proceeding until after the Rule 26(f) conference.
> Any requests for the production of documents served prior to that date are deemed served at the first
> Rule 26(f) conference. Accordingly, any response would be due 30 days thereafter.
>
>
>
> **Blake Roth** | **Holland & Knight**
> Partner
> Holland & Knight LLP
> 511 Union Street, Suite 2700 | Nashville, Tennessee 37219
> Phone 615.850.8749 | Fax 615.244.6804
> blake.roth@hklaw.com | www.hklaw.com
>
> _____
>
> Add to address book | View professional biography
>
>
>
>
> _____
>
> **From:** Linda Simmons <lindasimmons2866@gmail.com>
> **Sent:** Monday, June 30, 2025 4:47 PM
> **To:** Roth, Blake (NSH - X68749) <Blake.Roth@hklaw.com>
> **Subject:** Re: First Request for Production of Documents by Linda Simmons – In re Hiawatha Manor East Chapter 11
>
>
> *[External email]*
>
> Good afternoon Mr. Roth,
>
>
> Thank you for pointing that out. The Requests for Product were served in connection with Hiawatha Manor Association,
> Inc, Plaintiff v. Charles H. Abernathy, et. al., Defendants, Adversary Proceeding No. 25-90051  ( in which I am one of
> the Defendants.) My apologies for the omission of the adversary caption and docket number.
>
>
> I'll send an Amended RFP tomorrow with the correction caption and number. In that amendment, I'll propose that
> responses be due 21 days after service; please let me know if you'd like a different turnaround.
>
>
> And thank you for the clarification on the September 3rd date.

Regards,

Linda Simmons

(615) 594-2866

lindasimmons2866@gmail.com

On Mon, Jun 30, 2025 at 3:16 PM Blake.Roth@hklaw.com <Blake.Roth@hklaw.com> wrote:

> Ms. Simmons,
>
> Good afternoon. Can you please advise as to what contested matter(s) this discovery relates?
>
> With respect to the September 3, 2025 deadline for filing a plan, no such deadline exists. Rather, the date referenced on the docket is the date on which the debtor's exclusivity lapses, unless we file a motion seeking to extend the debtor's exclusivity with respect to the right to file a plan.
>
> **Blake Roth** | **Holland & Knight**
> Partner
> Holland & Knight LLP
> 511 Union Street, Suite 2700 | Nashville, Tennessee 37219
> Phone 615.850.8749 | Fax 615.244.6804
> blake.roth@hklaw.com | www.hklaw.com
>
> _____
>
> Add to address book | View professional biography
>
> _____
>
> **From:** Linda Simmons <lindasimmons2866@gmail.com>
> **Sent:** Tuesday, June 24, 2025 5:36 PM
> **To:** Roth, Blake (NSH - X68749) <Blake.Roth@hklaw.com>
> **Cc:** Yielding, Rebecca J. (USTP) <rebecca.j.yielding@usdoj.gov>
> **Subject:** First Request for Production of Documents by Linda Simmons – In re Hiawatha Manor East Chapter 11
>
> *[External email]*
>
> Mr. Roth,
>
> Please find attached Plaintiff's First Request for Production of Documents in the above-captioned proceeding.
>
> Given the Plan and Disclosure Statement deadlines of September 3, 2025, and the relevance of the requested materials to confirmation-related issues, I respectfully request that production be completed by *July 15, 2025*, or at an earlier date if feasible. If you anticipate any challenges meeting that timeline, please advise promptly so we can meet and confer or seek appropriate scheduling relief.
>
> I prefer that all responsive materials be transmitted via email attachment, as that ensures accessibility given my current technical setup. If any files are too large for email, I'd appreciate advance notice before using an alternative method, as I'm not equipped to access platforms like Dropbox or Google Drive.

This request is served without waiver of any rights.

A hard copy is also being mailed under separate cover for completeness.

Best Regards,

Linda Simmons

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

## EXHIBIT C

**Lemonjuice Mailing to Co-Owners**

**May 20, 2025**

*(Excerpt: Cover Page Only)*

*Excerpted for Relevance. Full enclosures are listed on this cover page and are documents separately on file with the Court as part of the bankruptcy and adversary proceeding docket.*

3

May 20, 2025
**Re: Information about the Hiawatha East Bankruptcy Case**

Dear Hiawatha East Interval Owner,

As many of you know, Hiawatha Manor Association (East) ("**Hiawatha East**") has filed for bankruptcy. You are receiving this notice because county land records show you may still have an ownership interest – or some remaining responsibility – for a timeshare at Hiawatha East.

**Why Hiawatha East filed Chapter 11**

On May 6, 2025, Hiawatha East began Chapter 11 Case No. 25-01916 to arrange a single, court-supervised sale of the entire resort, free and clear of all timeshare interests. After the sale closes, the net proceeds will be distributed to current interval owners, minus any unpaid amounts each owner owes the HOA.

**What to do on your end**

- No action is required on your end.
- At the end of the proceeding, a settlement distribution agent might ask you for a 1099 or other information is funds from the sale of this property are due you.
- If you are not a US resident, we will be reaching out for more details to ensure everything goes smoothly on your end.  Please email HiawathaEastReimagined@Lemonjuice.biz to update your telephone and address information.

A creditors' meeting ("§ 341") will be held June 3, 2025, at 1:30 p.m. Central by telephone (see bankruptcy notice). Most owners are not creditors, but we are required to inform

**Enclosures**

1. Official Form 309F1 – basic bankruptcy notice and § 341 details
2. Summons & Notice of Pre-Trial Conference (East)
3. Complaint – Hiawatha East.

All court filings, meeting minutes, sale updates, and answers to common questions will be posted at **https://hiawatha-east.info**.

Questions? Email HiawathaEastReimagined@Lemonjuice.biz or scan the QR code below:

Sincerely,

**Lemonjuice – Hiawatha East Management**
7380 W. Sand Lake Rd., Suite 130
Orlando, FL 32819



# EXHIBIT C-2

**Excerpt from Zoom Meeting Recording**

**Discouragement of Owner Participation**

**April 9, 2025**

4a

The following excerpt is from the April 9, 2025 Zoom meeting:

(23:15) DR. BOB: Now everyone that delays this process, or throws a wrench into the works, is costing us money. It is less money for the owners, and it just delays the whole process. And we'd like to get everyone who has maintained their maintenance fees as much money as they can. But anyone who delays the process, it's just going to cost us more money at this point.

(30:15) MR. INGRAM: All that being said, the judge looks at the complaints. And the complaints – I've never had a single property that didn't have at least one owner complaint. And I've never had a single property that – and it's usually one or two that makes a complaint. And I get on the phone and explain to them—this is what happened. This is why.

We try to do that in advance. No different than in these town halls today. We do that in advance. And then it's not that if one person complains, the judge doesn't proceed. It's it slows down the process, just like Dr. Bob was referencing.

The outcome is there's – every day is a cash register ringing on expenses without equal income coming in. The more efficient we are in the process between here and the day that we get it sold – and by the way, we don't know much it's sold— We believe the property . . .

4b

**<u>EXHIBIT D</u>**

**Email from Debtor's Counsel in Response to Request for Plan Protections**

**July 14, 2025**

*(Includes Movant's letter and counsel's reply.)*

 **Gmail**                                         **Linda Simmons <lindasimmons2866@gmail.com>**

# RE: Request for Plan Language – Hiawatha Manor Association, Inc. (Case No. 25-01916)

1 message

**Blake.Roth@hklaw.com** <Blake.Roth@hklaw.com>                    Mon, Jul 14, 2025 at 1:19 PM
To: Linda Simmons <lindasimmons2866@gmail.com>
Cc: "Blake.Roth@hklaw.com" <Blake.Roth@hklaw.com>

Ms. Simmons,

       Good afternoon. Thank you for your letter and concern. When a plan is drafted, we'll make sure to take your concerns into account. It would, however, be inappropriate for us to commit to any particular language in any plan at this stage in the case.

**Blake Roth** | **Holland & Knight**
Partner
Holland & Knight LLP
511 Union Street, Suite 2700 | Nashville, Tennessee 37219
Phone 615.850.8749 | Fax 615.244.6804
blake.roth@hklaw.com | www.hklaw.com

_____

Add to address book | View professional biography



**Linda Simmons <lindasimmons2866@gmail.com>**

# Request for Plan Language – Hiawatha Manor Association, Inc. (Case No. 25-01916)
1 message

---

**Linda Simmons** <lindasimmons2866@gmail.com>              Mon, Jul 14, 2025 at 12:50 PM
To: Blake.Roth@hklaw.com
Cc: "Jack Robinson, Jr." <jrobinsonjr@gsrm.com>, "tforrester@gsrm.com" <tforrester@gsrm.com>, djames@gsrm.com

Mr. Roth:

Please find attached my letter requesting that the Debtor propose Plan language to protect non-delinquent owners in the above-referenced case.

Regards,

Linda Simmons

(615) 594-2866

lindasimmons2866@gmail.com

---

📄 **Simmons_Letter_to_Roth_RE_Plan_Language_for_Paid_Owners_7-14-2025.pdf**
118K

Case 2:25-bk-01916    Doc 63-2    Filed 07/29/25    Entered 07/29/25 15:11:30    Desc
Exhibit Supporting Exhibits    Page 13 of 73

Linda Simmons

9643 Chanteclair Circle

Highlands Ranch, CO 80126


July 14, 2025




Mr. Blake Roth

Holland & Knight LLP

511 Union Street, Suite 2700

Nashville, Tennessee 37219

RE: In re Hiawatha Manor Association, Inc., Case No. 25-01916

Subject: Request for Plan Language Protecting Non-Delinquent Timeshare Owners from Post-Confirmation Liability

Dear Mr. Roth:

I am writing to request that the forthcoming Chapter 11 Plan of Liquidation for Hiawatha Manor Association, Inc. include clear language protecting the interests of those owners who are current on their maintenance assessments as of the Plan's effective date.

Without clarity in the Plan, there remains a risk, even if unintended, that owners who have paid their assessments in full may later face claims relating to unresolved Association debts or administrative costs not fully satisfied during the bankruptcy process.

This concern is especially pressing in light of the current process under which owners are asked to pay a $250 fee to deed back their week. I understand the Debtor may contend that owners wishing to avoid future obligations should participate in the deed-back program. However, requiring owners to pay a $250 fee to forfeit a fully paid-up interest under threat of future claims, imposes a coercive burden that is neither required by the recorded declarations nor authorized by any existing court order. If the Plan does not confirm that retaining fully paid ownership will not result in continuing liability for bankruptcy-related shortfall, there remains a real risk that such owners could later be targeted for contribution or collection efforts by a successor entity.

If the Plan intends to treat Lemonjuice's claims as enforceable against non-delinquent owners, this must be stated expressly and is likely to raise legal objections under § 524 of the Bankruptcy Code and related protections. Owners should not be forced into private forfeiture as the only means of avoiding undefined future liabilities. Such a requirement may also violate fundamental

principles of due process and unjust enrichment, particularly where owners have fulfilled all contractual obligations under the original governing documents.

I urge that this matter be addressed expressly in the Plan to provide clarity and protect owners who have acted in good faith to meet their obligations, in many cases by faithfully paying maintenance fees for more than 40 years.

I request a written response confirming whether such protective language will be included in the proposed Plan. If so, I ask that the Debtor provide the specific language in advance, so that any issues may be addressed now to avoid last-minute objections or delays.

Respectfully,


Linda Simmons
Co-Owner, Hiawatha Manor Association East
lindasimmons2866@gmail.com
615-594-2866

Cc: Rebecca J. Yielding, U.S. Trustee (Rebecca.J.Yielding@usdoj.gov)
    Jack W. Robinson, Jr., Counsel for Lake Tansi Village, POA (jrobinsonjr@gsrm.com)

**EXHIBIT E**

**Letter from Hiawatha East President Archie Doby**

**Including Q&A Stating Former Owners Will Have No Further Obligations**

**December 17, 2024**

# HIAWATHA EAST RESORT

**December 17, 2024**

**Subject: Important Update Regarding Hiawatha Resort**

Dear Hiawatha East Owners,

I hope this message finds you well. I am reaching out to share an important update regarding the financial status of Hiawatha East Resort.

Over the past several months, significant efforts have been made to address the challenges the resort has been facing. Despite these efforts, Hiawatha East Resort is now insolvent. After careful consideration of all available options, the decision has been made to initiate bankruptcy proceedings in the coming weeks.

This step was not taken lightly and is a result of a combination of factors, including rising operational costs, changes in market conditions, and insufficient revenue to sustain the resort's financial obligations. Filing for bankruptcy will provide a structured path forward and ensure that all stakeholders, including owners, are treated equitably during this process.

**What This Means for Owners:**

1. **Current Operations:** The resort will remain operational during the early stages of the bankruptcy process, and efforts will be made to minimize any disruptions.

2. **Owner Impact:** Details regarding the implications for ownership interests and next steps will be shared as soon as they become available.

3. **Future Communication:** Regular updates will be provided to ensure transparency throughout the process.

We understand that this news may be concerning, and we are committed to providing clear and timely information. If you have immediate questions or concerns, please use the contact us page of the info site http://hiawatharesort.info/contact-us or call Lemonjuice Solutions Owner Support at 931-444-1394. If email is convenient, please send an email to hiawathaeastreimagined@lemonjuice.biz.

Thank you for your understanding and support during this challenging time. Hiawatha East Resort has long been a cherished destination, and this decision reflects our commitment to addressing its financial challenges in a responsible and transparent manner.

Sincerely,
Archie Doby, Hiawatha East Board President

# HIAWATHA EAST RESORT

**Q: Why are we taking this route?**

A: The purpose of this bankruptcy is to obtain a federal court order to oversee the sale proceeding and also ensure that everything is carried out adequately regarding the sale of Hiawatha East up to and including distribution of the net proceeds of any sale amount to the current owners.

**Q: How will the bankruptcy process affect me as an owner?**

A: Bankruptcy is an association-level process aimed at selling the Hiawatha East property to maximize its value for all owners. It will not affect your personal credit.

**Q: How long is this process going to take?**

A: The entire process can take up to 1 year. The auction will occur after the Court approves the sale of Hiawatha East.

**Q: Will I need to appear in Court?**

A: You will not be required to appear before the Court. If the Judge approves the sale, you will receive your due share of the sale proceeds at the time of distribution.

**Q: What if I am behind on my fees?**

A: Any delinquent fees and related expenses owed to Hiawatha East will be deducted from your proceeds after the sale. The remaining funds will be distributed to the owners after all accounts have been settled.

**Q: Can I still deed back my week?**

A: Yes, you can deed back your week to the Association. We request that all owners that would like to deed back are current on maintenance fees and pay a $250 filing fee. You can email HiawathaEastReimagined@Lemonjuice.biz with any questions regarding deeding back.

**Q: Do I continue to pay Maintenance and Taxes?**

A: Hiawatha East is not currently collecting 2025 maintenance fees and, as a result, will not be making reservations for 2025 or allowing deposits into exchange companies for 2025 intervals at this time. If you currently have a deposit with an exchange company, there is no impact to your deposit. For RCI Points members, RCI points for your current use year should be available with no disruption.

Case 2:25-bk-01916   Doc 63-2   Filed 07/29/25   Entered 07/29/25 15:11:30   Desc
Exhibit Supporting Exhibits   Page 18 of 73

**Q:  After the bankruptcy has been completed, and the property sold, will the former owners have any repercussions since they were named owners of the resort?**

**A:** Once the bankruptcy process has been completed and the property has been sold, former owners will not have any further obligations or repercussions related to their prior ownership of the resort. The sale of the property and conclusion of the bankruptcy proceedings will release former owners from any ongoing liabilities or responsibilities associated with the resort.

**EXHIBIT F**

**Email from Kate Koeppen Regarding Owner Liability and Deed-Backs**

**March 10, 2025**

11

3. If a deed back is applied for after the bankruptcy is filed, will that have to be approved by the bankruptcy court? Or would that be considered an action that LemonJuice could take as a normal course of business? **No. We are allowed to proceed.**

4. What could happen within the bankruptcy proceedings that would put an end to the option for owners to do a deed back? **There is nothing preventing an owner from deeding back and I've been told there's no line in the sand where we have to stop accepting deed backs.**

5. Have you received any opinion from Holland & Knight that a Chapter 9 reorganization bankruptcy will 100% result in a discharge of any deficiencies? Or is there any possibility, however, small, that that may not take place? **We are filing Chapter 11, not Chapter 9. As stated in prior calls, the bankruptcy discharges deficiencies, and in the event that it could not discharge certain creditors, the court requirement is sale of the property. This is already the end goal. The owners are not responsible for any deficiencies, only the Association is responsible.**

**<u>EXHIBIT G</u>**

**Excerpt from Zoom Meeting Recording**

**Assurance That No Liability Will Remain After Distribution**

**February 24, 2025**

The following exchange occurred during the February 24, 2025 Zoom meeting. The speaker was not identified by name in the recording:

(28:22) SPEAKER: So if I didn't deed back and I just held on and see what happens with the distribution, then once that's done, I'm free of the timeshare? Is that what I'm hearing?

MS. KOEPPEN: Yes, that's correct. Once you receive distribution proceeds, you are done. You are no longer an owner of the timeshare.

SPEAKER: And I'm not liable for any other expenses that might occur?

Ms. KOEPPEN: That's correct.

SPEAKER: Court costs or anything like that?

MS. KOEPPEN: That's correct.

SPEAKER: Okay. Well, thank you for your answers.

**EXHIBIT H**


**Excerpt from Zoom Meeting Recording**

**Statement Regarding 476-Week Transfer to Lemonjuice**

**February 24, 2025**

The following statement was made during a February 24, 2025 Zoom meeting:

(30:33) MS. KOEPPEN: So those weeks are part of a purchase agreement executed between the Association and Lemonjuice. Lemonjuice has loaned Hiawatha East Association approximately $300,000. And in exchange for that $300,000, we took the right to purchase receivables or to purchase intervals. And so those intervals are part of that purchase agreement deal.

Now, there's 120,000 extra funds that the association can pull on as they need to, and with that comes the option to exercise more weeks.

**EXHIBIT I**

**Deeds Reflecting Transfer of Timeshare Intervals**

**From Hiawatha Manor Association, Inc. to Lemonjuice Capital Solutions, LLC**

**February – March 2025**

17

# US Title Search Network
### a division of Professional Governmental Research & Solutions, Inc.

Change Search County    Options    Logoff

QuickLinks...

Home    Contact    What's New    Fee Calculator    Assessment Data        Begin Search    Notebook    Book

View Image          ○ 150dpi - Low (Fastest Loading)        < Prev    **Instrument #**    Next >

Download Format      ○ 200dpi - Medium (Average Loading)
PDF                  ○ 300dpi - High (Slowest Loading)
**PDF download is now available!**  ☐ Print Security Cross Hatch Notice

| Instrument Type | Book & Page/Filing # | Recording Date & Time | Instrument # |
|---|---|---|---|
| QUITCLAIM DEED | 1701-826 | 7/29/2024 10:29:00 AM | 24023070 |

| Document Date | Consideration Amount | Index Class | Recording Class |
|---|---|---|---|
| 7/3/2024 | $1.00 | Land Records | Record Book |

| Direct Parties | | Reverse Parties | |
|---|---|---|---|
| **Name** | **WHO** | **Name** | **WHO** |
| CROWN RESORTS DEVELOPMENT LLC | | HIAWATHA MANOR ASSOCIATION INCORPORATED | |

| Property Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Subdivision / Property Address** | **Section** | **Phase** | **Lot** | **Building** | **Unit** | **Acres** | **District** |
| HIAWATHA MANOR | 1 | | | | | | 3 |

| Comments | |
|---|---|
| | WK 1 UNS K-3, K-4, L-7 & N-1 HIAWATHA MANOR 1 * WK 1 UNS N-4, N-6, O-2 & P-4 HIAWATHA MANOR |

| Linked Documents | | | | |
|---|---|---|---|---|
| **Recording Class** | **Book & Page/Filing #** | **Description** | **Recording Date & Time** | **Instrument Number** |
| RB | 1567-1776 | QUITCLAIM DEED | 1/15/2020 10:55:00 AM | 20000494 |
| D | 231-215 | DEEDCONV | 10/28/1980 | 80035110 |
| D | 231-215 | DEEDCONV | 10/28/1980 | 80035110 |
| RB | 1716-2418 | QUITCLAIM DEED | 2/26/2025 9:40:00 AM | 25031339 |
| RB | 1719-762 | QUITCLAIM DEED | 3/28/2025 1:52:00 PM | 25032614 |

*Cumberland County Tennessee*

# US Title Search Network
### a division of Professional Governmental Research & Solutions, Inc.

Change Search County    Options    Logoff

QuickLinks...

Home    Contact    What's New    Fee Calculator    Assessment Data        Begin Search    Notebook    Book

< Prev    **Instrument #**    Next >    ▲

| View Image | ○ 150dpi - Low (Fastest Loading) |
|---|---|
| | ○ 200dpi - Medium (Average Loading) |
| Download Format | ○ 300dpi - High (Slowest Loading) |
| PDF ▼ | ☐ Print Security Cross Hatch Notice |
| **PDF download is now available!** | |

| Instrument Type | Book & Page/Filing # | Recording Date & Time | Instrument # |
|---|---|---|---|
| QUITCLAIM DEED | 1716-2418 | 2/26/2025 9:40:00 AM | 25031339 |

| Document Date | Consideration Amount | Index Class | Recording Class |
|---|---|---|---|
| 2/24/2025 | $0.00 | Land Records | Record Book |

| Direct Parties | | Reverse Parties | |
|---|---|---|---|
| **Name** | **WHO** | **Name** | **WHO** |
| HIAWATHA MANOR ASSOCIATION INCORPORATED | | LEMON JUICE CAPITAL LLC | |
| | | LEMONJUICE CAPITAL LLC * | |

| Property Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Subdivision / Property Address** | **Section** | **Phase** | **Lot** | **Building** | **Unit** | **Acres** | **District** |
| HIAWATHA MANOR | I | | | | | | 3 |

| Comments | Legal Description |
|---|---|
| | |

| Linked Documents | | | | |
|---|---|---|---|---|
| **Recording Class** | **Book & Page/Filing #** | **Description** | **Recording Date & Time** | **Instrument Number** |
| RB | 1701-826 | QUITCLAIM DEED | 7/29/2024 10:29:00 AM | 24023070 |
| RB | 1715-1483 | QUITCLAIM DEED | 2/5/2025 10:26:00 AM | 25030621 |
| RB | 1694-2184 | DEED | 4/29/2024 10:05:00 AM | 24019531 |
| RB | 1697-624 | DEED | 6/3/2024 12:10:00 PM | 24020838 |
| RB | 1694-2182 | DEED | 4/29/2024 10:05:00 AM | 24019530 |
| RB | 1697-636 | DEED | 6/3/2024 12:10:00 PM | 24020844 |
| RB | 1591-121 | TRUSTEES DEED | 10/27/2020 11:23:00 AM | 20013296 |
| RB | 1692-1636 | DEED | 3/25/2024 12:45:00 PM | 24018194 |
| RB | 1697-634 | DEED | 6/3/2024 12:10:00 PM | 24020843 |
| RB | 1696-617 | DEED | 5/20/2024 12:45:00 PM | 24020268 |
| RB | 1697-660 | DEED | 6/3/2024 12:10:00 PM | 24020856 |
| RB | 1697-658 | DEED | 6/3/2024 12:10:00 PM | 24020855 |
| RB | 1529-901 | TRUSTEES DEED | 6/28/2018 10:29:00 AM | 18007692 |
| RB | 1694-2190 | DEED | 4/29/2024 10:05:00 AM | 24019534 |
| RB | 1203-2004 | DEED | 7/26/2005 2:00:00 PM | 5341183 |
| RB | 1697-646 | DEED | 6/3/2024 12:10:00 PM | 24020849 |
| RB | 1697-628 | DEED | 6/3/2024 12:10:00 PM | 24020840 |
| D | 231-215 | DEEDCONV | 10/28/1980 | 80035110 |
| D | 231-215 | DEEDCONV | 10/28/1980 | 80035110 |

*Cumberland County Tennessee* (sidebar)

# US Title Search Network
### a division of Professional Governmental Research & Solutions, Inc.

Change Search County   Options   Logoff

QuickLinks...

Home   Contact   What's New   Fee Calculator   Assessment Data   Begin Search   Notebook   Book

< Prev   **Instrument #**   Next >   ▲

| View Image | ○ 150dpi - Low (Fastest Loading) |
|---|---|
| | ○ 200dpi - Medium (Average Loading) |
| Download Format | ○ 300dpi - High (Slowest Loading) |
| PDF ▾ | ☐ Print Security Cross Hatch Notice |
| **PDF download is now available!** | |

| Instrument Type | Book & Page/Filing # | Recording Date & Time | Instrument # |
|---|---|---|---|
| QUITCLAIM DEED | 1716-2432 | 2/26/2025 10:41:00 AM | 25031341 |

| Document Date | Consideration Amount | Index Class | Recording Class |
|---|---|---|---|
| 2/24/2025 | $0.00 | Land Records | |
| | | | Record Book |

| Direct Parties | | Reverse Parties | |
|---|---|---|---|
| **Name** | **WHO** | **Name** | **WHO** |
| HIAWATHA MANOR ASSOCIATION INCORPORATED | | LEMON JUICE CAPITAL LLC | |
| | | LEMONJUICE CAPITAL LLC * | |

**Property Information**

| Subdivision / Property Address | Section | Phase | Lot | Building | Unit | Acres | District |
|---|---|---|---|---|---|---|---|
| HIAWATHA MANOR | | | | | | | 3 |

| Comments | Legal Description |
|---|---|
| | |

**Linked Documents**

| Recording Class | Book & Page/Filing # | Description | Recording Date & Time | Instrument Number |
|---|---|---|---|---|
| RB | 1701-816 | QUITCLAIM DEED | 7/29/2024 10:29:00 AM | 24023069 |
| RB | 1715-1374 | QUITCLAIM DEED | 2/4/2025 2:11:00 PM | 25030598 |
| RB | 1540-180 | DEED | 12/6/2018 11:55:00 AM | 18014275 |
| RB | 1656-283 | DEED | 9/26/2022 10:35:00 AM | 22015062 |
| RB | 1591-116 | TRUSTEES DEED | 10/27/2020 11:23:00 AM | 20013295 |
| RB | 1529-901 | TRUSTEES DEED | 6/28/2018 10:29:00 AM | 18007692 |
| RB | 1455-1958 | TRUSTEES DEED | 7/22/2015 10:37:00 AM | 15008193 |
| RB | 1203-2004 | DEED | 7/26/2005 2:00:00 PM | 5341183 |
| RB | 1656-1763 | QUITCLAIM DEED | 10/3/2022 10:47:00 AM | 22015447 |
| RB | 1697-656 | DEED | 6/3/2024 12:10:00 PM | 24020854 |
| RB | 1125-1431 | DEED | 1/13/2003 11:30:00 AM | 3286777 |
| RB | 1130-562 | DEED | 3/10/2003 3:36:00 PM | 3290041 |
| RB | 1696-611 | DEED | 5/20/2024 12:45:00 PM | 24020265 |
| RB | 1478-453 | TRUSTEES DEED | 6/28/2016 10:38:00 AM | 16007344 |
| RB | 1534-2153 | DEED | 9/14/2018 10:10:00 AM | 18011098 |
| RB | 1588-775 | DEED | 9/28/2020 12:40:00 PM | 20011858 |
| RB | 1537-577 | DEED | 10/22/2018 11:37:00 AM | 18012573 |
| D | 216-209 | DEEDCONV | 8/28/1979 | 79022602 |
| D | 216-209 | DEEDCONV | 8/28/1979 | 79022602 |

*Cumberland County Tennessee*

# US Title Search Network
### a division of Professional Governmental Research & Solutions, Inc.

Change Search County    Options    Logoff

QuickLinks...

Home    Contact    What's New    Fee Calculator    Assessment Data     Begin Search    Notebook    Book

---

**View Image**

Download Format

PDF

**PDF download is now available!**

- ○ 150dpi - Low (Fastest Loading)
- ○ 200dpi - Medium (Average Loading)
- ○ 300dpi - High (Slowest Loading)
- ☐ Print Security Cross Hatch Notice

< Prev    **Instrument #**    Next >

---

| Instrument Type | Book & Page/Filing # | Recording Date & Time | Instrument # |
|---|---|---|---|
| QUITCLAIM DEED | 1719-762 | 3/28/2025 1:52:00 PM | 25032614 |

| Document Date | Consideration Amount | Index Class | Recording Class |
|---|---|---|---|
| 3/28/2025 | $0.00 | Land Records | |
| | | | Record Book |

| Direct Parties | | Reverse Parties | |
|---|---|---|---|
| **Name** | **WHO** | **Name** | **WHO** |
| HIAWATHA MANOR ASSOCIATION INCORPORATED | | LEMON JUICE CAPITAL LLC | |
| | | LEMONJUICE CAPITAL LLC * | |

**Property Information**

| Subdivision / Property Address | Section | Phase | Lot | Building | Unit | Acres | District |
|---|---|---|---|---|---|---|---|
| HIAWATHA MANOR | I | | | | | | 3 |

| Comments | Legal Description |
|---|---|
| | |

**Linked Documents**

| Recording Class | Book & Page/Filing # | Description | Recording Date & Time | Instrument Number |
|---|---|---|---|---|
| RB | 1715-1483 | QUITCLAIM DEED | 2/5/2025 10:26:00 AM | 25030621 |
| RB | 1701-826 | QUITCLAIM DEED | 7/29/2024 10:29:00 AM | 24023070 |
| RB | 1697-648 | DEED | 6/3/2024 12:10:00 PM | 24020850 |
| RB | 1696-609 | DEED | 5/20/2024 12:45:00 PM | 24020264 |
| RB | 1696-607 | DEED | 5/20/2024 12:45:00 PM | 24020263 |

*Cumberland County Tennessee*

**<u>EXHIBIT J</u>**

**Excerpt from Zoom Meeting Recording**

**Owner Question and Response Regarding Suspension of 2025 Maintenance Fees**

**August 1, 2024**

The following excerpt is from the August 1, 2024 Zoom meeting:

(1:03:44) MS. COSTELLO: Excuse me, I have another question. This is Susan Costello. I have another question.

When we met earlier this year, with LemonJuice, we were told, the owners were told, this would be the last year that we would be paying our maintenance fee. And everyone was encouraged to pay the maintenance fee.

Is that true? Will there be maintenance fee for next year also?

MS. KOEPPEN: I will hopefully have more answers for you on that in the coming weeks. It depends on if we do have to go the bankruptcy route, and how long that path takes.

MS. COSTELLO: Okay.

MS. KOEPPEN: So I don't want to say yes or no on that yet until I have more information for you on that.

**EXHIBIT K**

**List of Quitclaim Deed Transfers of Timeshare Intervals**

**to Debtor Hiawatha Manor Association East**

**January 1, 2025 – May 5, 2025 (Pre-Petition)**



US Title Search Network
a division of Professional Governmental Research & Solutions, Inc.

Change Search County   Options   Logoff
QuickLINKS

Home   Contact   What's New   Fee Calculator   Assessment Data   Begin Search   Notebook   Book Browser

New Party Name Search

Search Time = 0 minute(s), 0 second(s)
84 records found

Cumberland County Tennessee

| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk.Pg/Ref |
|------|----------------------|-------------|-----------|------|-------|-----------|
| 1 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | HUX PAMELA ASBURY TRUSTEE | QC | 5/1/2025 | RB | 1722-297 |
| 2 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | STREB ROBERT * | QC | 4/29/2025 | RB | 1721-2249 |
| 3 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | DEAN THOMAS M. * | QC | 4/23/2025 | RB | 1721-1245 |
| 4 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | WEISS ERIC S. * | QC | 4/23/2025 | RB | 1721-1159 |
| 5 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | PHILLIPS LUCILLE A. * | QC | 4/23/2025 | RB | 1721-1095 |
| 6 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | DELF MICHAEL * | QC | 4/17/2025 | RB | 1721-104 |
| 7 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | DELF MICHAEL * | QC | 4/17/2025 | RB | 1721-100 |
| 8 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | PHILLIPS BRADLEY T. * | QC | 4/16/2025 | RB | 1720-2378 |
| 9 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | J MAYS INVESTMENTS LLC | QC | 4/14/2025 | RB | 1720-1469 |
| 10 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | WALK MICHAEL L. | QC | 4/11/2025 | RB | 1720-1252 |
| 11 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | CRESWELL SANDRA L. * | QC | 4/11/2025 | RB | 1720-1248 |
| 12 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | DEBUSK MARIE S. | QC | 4/10/2025 | RB | 1720-1144 |
| 13 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | DEBUSK MARIE M. * | QC | 4/10/2025 | RB | 1720-1140 |
| 14 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | KESIK CONNIE E. * | QC | 4/8/2025 | RB | 1720-665 |
| 15 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | ERNST JAMES C. * | QC | 4/8/2025 | RB | 1720-638 |
| 16 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | COUEY RONALD A. * | QC | 4/8/2025 | RB | 1720-632 |
| 17 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | CASSETTY CHARLES H. * | QC | 4/8/2025 | RB | 1720-570 |
| 18 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | ERNST JAMES C. * | QC | 4/4/2025 | RB | 1719-2455 |
| 19 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | BLANE HENRY KEVIN * | QC | 4/4/2025 | RB | 1719-2451 |
| 20 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | PURCELL JAMES G. JR. | QC | 4/4/2025 | RB | 1719-2445 |
| 21 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | MAHAN ROSS P. * | QC | 4/4/2025 | RB | 1719-2441 |
| 22 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | ERNST JAMES C. * | QC | 4/4/2025 | RB | 1719-2437 |
| 23 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | PUFFENBERGER MARTIN L. * | QC | 4/4/2025 | RB | 1719-2236 |
| 24 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | BRENT HORACE BILL JR. * | QC | 4/4/2025 | RB | 1719-2240 |
| 25 | HIAWATHA MANOR ASSOCIATION INCORPORATED [D] | TERRELL CLIFTON S. JR. * | QC | 4/4/2025 | RB | 1719-2226 |



Home | Contact | What's New | Fee Calculator | Assessment Data | Begin Search | Notebook | Book Browser

New Party Name Search

| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk-Pg/File# |
|---|---|---|---|---|---|---|
| 26 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | PERINI DIANE * | QC | 4/4/2025 | RB | 1719-2222 |
| 27 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | PUFFENBERGER MARTIN L. * | QC | 4/4/2025 | RB | 1719-2199 |
| 28 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | BOYD JAMES E. ETUX | QC | 4/4/2025 | RB | 1719-2195 |
| 29 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | BATTLES WILLIAM J. * | QC | 4/4/2025 | RB | 1719-2191 |
| 30 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | HAYES SIDNEY A. ETVIR | QC | 4/4/2025 | RB | 1719-2187 |
| 31 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | PAYNE BEVERLY * | QC | 4/2/2025 | RB | 1719-1713 |
| 32 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | HORNE DAVID LEWIS ETUX | QC | 4/1/2025 | RB | 1719-1321 |
| 33 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | KENWORTHY GREG * | QC | 4/1/2025 | RB | 1719-1317 |
| 34 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | GREENE IMOGENE J. * | QC | 4/1/2025 | RB | 1719-1255 |
| 35 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | DORAN JAMES A. * | QC | 4/1/2025 | RB | 1719-1199 |
| 36 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | SKELTON HENRY R. ETUX | QC | 4/1/2025 | RB | 1719-1195 |
| 37 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | GLADDEN WILLIAM H. * | QC | 4/1/2025 | RB | 1719-1187 |
| 38 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | PATE WALFRED A. JR. * | QC | 4/1/2025 | RB | 1719-1183 |
| 39 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | MCLEMORE TOMMY W. * | QC | 4/1/2025 | RB | 1719-1191 |
| 40 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | HALLMAN PAUL D. SR. * | QC | 4/1/2025 | RB | 1719-1179 |
| 41 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | SCOTT PETER * | QC | 4/1/2025 | RB | 1719-1147 |
| 42 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | TODD STEPHEN E. * | QC | 4/1/2025 | RB | 1719-1134 |
| 43 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | DAVIS ABIGAIL ELLEN | QC | 4/1/2025 | RB | 1719-1113 |
| 44 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | CASADA STEVEN MICHAEL | QC | 3/31/2025 | RB | 1719-1067 |
| 45 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | GULLEY MARVIN ALAN | QC | 3/28/2025 | RB | 1719-758 |
| 46 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | ROBINSON MINNIE | QC | 3/26/2025 | RB | 1718-2488 |
| 47 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | VAUGHAN BILLY L. * | QC | 3/25/2025 | RB | 1718-2241 |
| 48 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | REHM JOSEPH III * | QC | 3/21/2025 | RB | 1718-1873 |
| 49 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | EVANS REX | QC | 3/21/2025 | RB | 1718-1863 |
| 50 | HIAWATHA MANOR ASSOCIATION INCORPORATED (EE) | TIMESHARE SAVINGS LLC * | QC | 3/13/2025 | RB | 1718-285 |

Indexes are current as of 7/27/2025 3:00P. Images are current as of 7/27/2025 3:00P.
Documents are certified as of 7/25/2025 9:00A

Cumberland County Tennessee



| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk-Pg/File# |
|---|---|---|---|---|---|---|
| 51 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | TRIPZILLA LLC | QC | 3/12/2025 | RB | 1717-2256 |
| 52 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | PHILLIPS BRADLEY T. * | QC | 3/11/2025 | RB | 1717-2248 |
| 53 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | LIFT PUTTERS LLC | QC | 3/7/2025 | RB | 1717-1641 |
| 54 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | C AND S RESORT GETAWAY LLC | QC | 3/7/2025 | RB | 1717-1625 |
| 55 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | CUMMINGS FAMILY TRUST LLC | QC | 3/7/2025 | RB | 1717-1629 |
| 56 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | BLUE WATER VACATIONS LLC | QC | 3/7/2025 | RB | 1717-1637 |
| 57 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | JBM LAND TRUST LLC | QC | 3/7/2025 | RB | 1717-1633 |
| 58 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | HSA LLC | QC | 3/7/2025 | RB | 1717-1598 |
| 59 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | PETRUS VACATION RENTALS LLC | QC | 3/7/2025 | RB | 1717-1621 |
| 60 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | RESORTS ACCESS NETWORK LLC | QC | 3/7/2025 | RB | 1717-1617 |
| 61 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | RESORT PROPERTY HOLDINGS LLC | QC | 2/28/2025 | RB | 1717-732 |
| 62 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | QUIXOTE STRATEGIES LLC | QC | 2/28/2025 | RB | 1717-717 |
| 63 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | RESORTS ACCESS NETWORK LLC | QC | 2/28/2025 | RB | 1717-713 |
| 64 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | HOLIDAY TRAVEL & TOURS LLC * | QC | 2/28/2025 | RB | 1717-709 |
| 65 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | TTC HOLDINGS LLC | QC | 2/28/2025 | RB | 1717-662 |
| 66 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | RESORTS ACCESS NETWORK LLC | QC | 2/27/2025 | RB | 1717-301 |
| 67 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | J MAYS INVESTMENTS LLC | QC | 2/25/2025 | RB | 1716-2133 |
| 68 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | ZURCHER DERYLL G. * | QC | 2/25/2025 | RB | 1716-2041 |
| 69 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | BLAIR DEWEY E. ETUX | QC | 2/25/2025 | RB | 1716-2035 |
| 70 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | REHM JOSEPH III * | QC | 2/25/2025 | RB | 1716-2005 |
| 71 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | BRENT HORACE BILL JR * | QC | 2/25/2025 | RB | 1716-1977 |
| 72 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | BURRELL RICHARD T. | QC | 2/25/2025 | RB | 1716-1981 |
| 73 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | CROWN RESORTS DEVELOPMENT LLC | QC | 2/5/2025 | RB | 1715-1483 |
| 74 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | CROWN RESORTS DEVELOPMENT LLC | QC | 2/4/2025 | RB | 1715-1374 |
| 75 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | BURGESS ROYCE E. ETUX | QC | 1/29/2025 | RB | 1715-84 |

Indexes are current as of 7/27/2025 3:00P. Images are current as of 7/27/2025 3:00P.

Documents are certified as of 7/27/2025 9:00A.



Change Search County | Options | Logoff
QuickLinks

Home | Contact | What's New | Fee Calculator | Assessment Data | Begin Search | Notebook | Book Browser

New Party Name Search

| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk-Pg/File# |
|------|----------------------|-------------|------------|------|-------|-------------|
| 76 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | RICHARDS ELIZABETH * | QC | 1/15/2025 | RB | 1714-117 |
| 77 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | TOMANO DANIEL J. JR. TRUSTEE * | QC | 1/15/2025 | RB | 1714-39 |
| 78 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | TOMANO DANIEL J. JR. TRUSTEE * | QC | 1/13/2025 | RB | 1713-1920 |
| 79 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | BARRY JAMES V. | QC | 1/9/2025 | RB | 1713-1763 |
| 80 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | ONTIVEROS CHARLES * | QC | 1/9/2025 | RB | 1713-1755 |
| 81 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | KNAPE BEN K. * | QC | 1/9/2025 | RB | 1713-1759 |
| 82 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | FURNARI JOSEPH JR. * | QC | 1/9/2025 | RB | 1713-1747 |
| 83 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | BRYANT DONALD * | QC | 1/9/2025 | RB | 1713-1711 |
| 84 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED * | QC | 1/8/2025 | RB | 1713-1456 |

Indexes are current as of 7/27/2025 3:00P. Images are current as of 7/27/2025 3:00P.

Documents are certified as of 7/25/2025 9:00A

# EXHIBIT L

**List of Quitclaim Deed Transfers of Timeshare Intervals**

**to Debtor Hiawatha Manor Association East**

**May 6, 2025 – July 27, 2025 (Post-Petition)**



US Title Search Network
a division of Professional Governmental Research & Solutions, Inc.

Change Search County   Options   Logoff
QuickLinks

Home   Contact   What's New   Fee Calculator   Assessment Data   Begin Search   Notebook   Book Browser

New Party Name Search

Search Time = 0 minute(s), 0 second(s)
89 records found

Cumberland County Tennessee

| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk.Pg/Ref |
|------|------------------------|-------------|------------|------|-------|-----------|
| 1 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | CARTER ROBERT | QC | 7/25/2025 | RB | 1728-184 |
| 2 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | COLLINS CYNTHIA MARIE | QC | 7/25/2025 | RB | 1728-149 |
| 3 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | CHOATE VERONICA OLLIS | QC | 7/25/2025 | RB | 1728-169 |
| 4 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | MOON LISA MICHELE | QC | 7/24/2025 | RB | 1727-2802 |
| 5 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | GREEN LYDIA J. | QC | 7/24/2025 | RB | 1727-2796 |
| 6 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | FOGLE ANDREW VALMORE | QC | 7/24/2025 | RB | 1727-2794 |
| 7 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | FOGLE ANDREW VALMORE | QC | 7/24/2025 | RB | 1727-2790 |
| 8 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | LOHMAN LARRY R. | QC | 7/24/2025 | RB | 1727-2786 |
| 9 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | MORGAN LINDA G. | QC | 7/24/2025 | RB | 1727-2782 |
| 10 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | MILLER PATRICIA | QC | 7/24/2025 | RB | 1727-2750 |
| 11 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | DAGNAN ELIZABETH ANN | QC | 7/23/2025 | RB | 1727-2668 |
| 12 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | ADAMS TONY MICHAEL | QC | 7/23/2025 | RB | 1727-2661 |
| 13 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | TILLER REBECCA N. | QC | 7/23/2025 | RB | 1727-2655 |
| 14 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | MCMILLION JUDY | QC | 7/23/2025 | RB | 1727-2651 |
| 15 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | ADAMS TONY MICHAEL | QC | 7/23/2025 | RB | 1727-2647 |
| 16 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | JACKSON ROBERT W. | QC | 7/23/2025 | RB | 1727-2643 |
| 17 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | GHAZAL EZRA M. | QC | 7/23/2025 | RB | 1727-2639 |
| 18 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | ROBERTS MARY FRANCES | QC | 7/23/2025 | RB | 1727-2635 |
| 19 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | CORRELL SHERRI L. | QC | 7/23/2025 | RB | 1727-2610 |
| 20 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | WARING LEONARD H. III | QC | 7/23/2025 | RB | 1727-2356 |
| 21 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | VILLANTI MICHAEL J. | QC | 7/23/2025 | RB | 1727-2360 |
| 22 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | WARING LEONARD H. III | QC | 7/23/2025 | RB | 1727-2368 |
| 23 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | MOORE ROSA WRIGHT | QC | 7/23/2025 | RB | 1727-2372 |
| 24 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | PIERCE CATHY D. | QC | 7/23/2025 | RB | 1727-2376 |
| 25 | HIAWATHA MANOR ASSOCIATION INCORPORATED [ER] | BOWERS JANE B. LILLARD FKA | QC | 7/23/2025 | RB | 1727-2429 |



# US Title Search Network

*a division of Professional Governmental Research & Solutions, Inc.*

Change Search County | Options | Logoff

Home | Contact | What's New | Fee Calculator | Assessment Data | Begin Search | Notebook | Book Browser

New Party Name Search

Cumberland County Tennessee

| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk-Pg/File# |
|---|---|---|---|---|---|---|
| 26 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | REAMSMA SHERYL KAY | QC | 7/22/2025 | RB | 1727-2351 |
| 27 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | TWITCHELL GREGORY | QC | 7/22/2025 | RB | 1727-2347 |
| 28 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | THOMPSON JAMES E. | QC | 7/22/2025 | RB | 1727-2343 |
| 29 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | FORDHAM AMBER | QC | 7/22/2025 | RB | 1727-2339 |
| 30 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | WAGNER MICHAEL | QC | 7/22/2025 | RB | 1727-2283 |
| 31 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | DURHAM STEVEN D. | QC | 6/30/2025 | RB | 1726-969 |
| 32 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | DAWSON ROBERT W. TRUSTEE | QC | 6/30/2025 | RB | 1726-965 |
| 33 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | MIODUSKI JOSEPH W. | QC | 6/30/2025 | RB | 1726-933 |
| 34 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | MILEY ROXYE A. | QC | 6/30/2025 | RB | 1726-664 |
| 35 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | SPEICH MICHAEL | QC | 6/30/2025 | RB | 1726-660 |
| 36 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | MORROW DONNY R. | QC | 6/30/2025 | RB | 1726-629 |
| 37 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | CARRINGER BILLY R. | QC | 6/30/2025 | RB | 1726-637 |
| 38 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | KUHLMAN COLLEEN M. | QC | 6/27/2025 | RB | 1726-623 |
| 39 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | HALL JEAN S. | QC | 6/27/2025 | RB | 1726-566 |
| 40 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | TRAIL MELVIN D. | QC | 6/27/2025 | RB | 1726-499 |
| 41 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | MARTIN RAY A. | QC | 6/27/2025 | RB | 1726-487 |
| 42 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | FOWLER TERESA D. | QC | 6/27/2025 | RB | 1726-226 |
| 43 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | FOWLER TERESA | QC | 6/27/2025 | RB | 1726-244 |
| 44 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | SAULS JOHN R. | QC | 6/27/2025 | RB | 1726-248 |
| 45 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | WILSON ELIZABETH N. | QC | 6/27/2025 | RB | 1726-252 |
| 46 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | JONES SUSIE M. | QC | 6/27/2025 | RB | 1726-256 |
| 47 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | FUGATE MARTHA GIBSON FKA | QC | 6/27/2025 | RB | 1726-260 |
| 48 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | DOSS LORETTA SUE | QC | 6/26/2025 | RB | 1726-78 |
| 49 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | BROWN TIMOTHY V. | QC | 6/26/2025 | RB | 1726-74 |
| 50 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | ARMES REUBEN L. | QC | 6/26/2025 | RB | 1726-70 |

prev | next

Indexes are current as of 7/27/2025 3:15P. Images are current as of 7/27/2025 3:15P.

Documents are certified as of 7/25/2025 9:00A

US Title Search Network
a division of Professional Service and Research & Solutions, Inc.

Change Search County | Options | Logoff

Home | Contact | What's New | Fee Calculator | Assessment Data | Begin Search | Notebook | Book Browser

New Party Name Search



| Item | Grantor[OR] / Grantee[EE] | Other Party | Instr.Type | Date | Class | Bk-Pg/File# |
|---|---|---|---|---|---|---|
| 51 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | HILL MACK Q. | QC | 6/26/2025 | RB | 1726-60 |
| 52 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | HAND FRANK J. | QC | 6/26/2025 | RB | 1726-56 |
| 53 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | JUNG RICHARD E. | QC | 6/26/2025 | RB | 1726-42 |
| 54 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | WARREN VICKY R. | QC | 6/26/2025 | RB | 1726-33 |
| 55 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | TREMBLAY DOUGLAS A. | QC | 6/26/2025 | RB | 1725-2995 |
| 56 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | CHAPMAN BEN H. | QC | 6/25/2025 | RB | 1725-2905 |
| 57 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | RIDDLE LARHONDA JONES | QC | 6/25/2025 | RB | 1725-2899 |
| 58 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | RIDDLE LARHONDA JONES | QC | 6/25/2025 | RB | 1725-2895 |
| 59 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | WOMBOLD TROY | QC | 6/25/2025 | RB | 1725-2891 |
| 60 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | BLAKELY JOHN E. | QC | 6/25/2025 | RB | 1725-2887 |
| 61 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | MURDOCK MIKE R. | QC | 6/25/2025 | RB | 1725-2883 |
| 62 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | LECHNER LARRY EDWARD | QC | 6/19/2025 | RB | 1725-1909 |
| 63 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | SEIBER JEAN W. TRUSTEE | QC | 6/19/2025 | RB | 1725-1617 |
| 64 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | LECHNER CHARLENE | QC | 6/18/2025 | RB | 1725-1424 |
| 65 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | COTTON TERRY M. | QC | 6/18/2025 | RB | 1725-1342 |
| 66 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | WATSON CAROL J. | QC | 6/18/2025 | RB | 1725-1348 |
| 67 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | LEWIS RONNIE G. | QC | 6/13/2025 | RB | 1725-322 |
| 68 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | MYERS ELDON | QC | 6/13/2025 | RB | 1725-314 |
| 69 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | RUTHERFORD KIM. R. | QC | 6/13/2025 | RB | 1725-310 |
| 70 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | VANEK MARTIN A. | QC | 6/13/2025 | RB | 1725-257 |
| 71 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | RODEN MARGARET B. | QC | 6/9/2025 | RB | 1724-2273 |
| 72 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | PAYNE DON L. | QC | 6/9/2025 | RB | 1724-2269 |
| 73 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | CLAYTON WILLARD | DEED | 5/30/2025 | RB | 1724-383 |
| 74 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | GRIMES JOSEPH B. | QC | 5/30/2025 | RB | 1724-379 |
| 75 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | HEDDEN DONALD G. | QC | 5/29/2025 | RB | 1724-171 |

Indexes are current as of 7/27/2025 3:30P  Images are current as of 7/27/2025 3:30P
Documents are certified as of 7/25/2025 9:00A



US Title Search Network
a division of Professional Governmental Research & Solutions, Inc.

Change Search County   Logoff
QuickLinks

Home | Contact | What's New | Fee Calculator | Assessment Data | Begin Search | Notebook | Book Browser

New Party Name Search

| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk-Pg/#ref |
|------|------------------------|-------------|------------|------|-------|------------|
| 76 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | BEARD MICHAEL V. | QC | 5/29/2025 | RB | 1724-167 |
| 77 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | ELFTMAN DAVID L. | QC | 5/28/2025 | RB | 1723-2937 |
| 78 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | MORGAN PHILLIP O. | QC | 5/28/2025 | RB | 1723-2933 |
| 79 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | CORK JULIE E. | QC | 5/28/2025 | RB | 1723-2929 |
| 80 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | RUSSELL REX | QC | 5/28/2025 | RB | 1723-2925 |
| 81 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | HITCHCOCK MICHAEL D. TRUSTEE | QC | 5/28/2025 | RB | 1723-2921 |
| 82 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | HACKETT PHILLIP D. | QC | 5/28/2025 | RB | 1723-2913 |
| 83 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | NICKEL ROBERT A. | QC | 5/27/2025 | RB | 1723-2715 |
| 84 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | NICKEL ROBERT A. | QC | 5/27/2025 | RB | 1723-2695 |
| 85 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | CHASTAIN JEREMY | QC | 5/23/2025 | RB | 1723-2460 |
| 86 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | HAMILTON THOMAS R. | QC | 5/21/2025 | RB | 1723-1834 |
| 87 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | JUSTIS GINGER R. GODFREY | QC | 5/15/2025 | RB | 1723-795 |
| 88 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | GABBARD RONALD L. | QC | 5/15/2025 | RB | 1723-791 |
| 89 | HIAWATHA MANOR ASSOCIATION INCORPORATED [EE] | WILHIDE JAMES A. | QC | 5/6/2025 | RB | 1722-1607 |

Cumberland County Tennessee

Indexes are current as of 7/27/2025 3:30P. Images are current as of 7/27/2025 3:30P.

Documents are certified as of 7/25/2025 9:00A

**EXHIBIT M**

**List of Quitclaim Deed Transfers of Timeshare Intervals**

**to Hiawatha Manor West Association Incorporated**

**January 1, 2025 – July 27, 2025**



US Title Search Network
a division of Professional Governmental Research & Solutions, Inc.

Change Search County | Options | Logoff

Home | Contact | What's New | Fee Calculator | Assessment Data | Begin Search | Notebook | Book Browser

New Party Name Search

Search Time = 0 minute(s), 0 second(s)
43 records found

◀◀ next ▶

| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk.Pg/Ref |
|------|----------------------|-------------|------------|------|-------|-----------|
| 1 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | SMITH ROBERT | QC | 7/25/2025 | RB | 1728-173 |
| 2 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | HOLT TREVOR J. | QC | 7/23/2025 | RB | 1727-2695 |
| 3 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | COOPER STEVEN L. | QC | 7/23/2025 | RB | 1727-2691 |
| 4 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | POWELL WILLIAM D. | QC | 7/23/2025 | RB | 1727-2687 |
| 5 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | EDWARDS EDDIE D. | QC | 7/23/2025 | RB | 1727-2683 |
| 6 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | REED MALVIN S. JR. | QC | 7/23/2025 | RB | 1727-2676 |
| 7 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | ROBERTSON-HULL LINDA FAYE AKA | QC | 7/23/2025 | RB | 1727-2364 |
| 8 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | FOLEY JAMES C. | QC | 7/23/2025 | RB | 1727-2398 |
| 9 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | HOPPER PATRICIA H. | QC | 7/23/2025 | RB | 1727-2364 |
| 10 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | COOK JANICE D. AKA | QC | 7/22/2025 | RB | 1727-2325 |
| 11 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | REYMANN CHRISTOPHER T. | QC | 7/1/2025 | RB | 1726-1063 |
| 12 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | SKEENS EDDIE L. | QC | 7/1/2025 | RB | 1726-1035 |
| 13 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | KEMERLY BARBARA A. | QC | 7/1/2025 | RB | 1726-1039 |
| 14 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | PROCTOR DOUGLAS SCOT | QC | 7/1/2025 | RB | 1726-1043 |
| 15 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | WOOD DEBORAH J. | QC | 7/1/2025 | RB | 1726-1047 |
| 16 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | NORVILLE ATKINS W. III | QC | 6/30/2025 | RB | 1726-973 |
| 17 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | HARNESS BRUCE E. | QC | 6/30/2025 | RB | 1726-692 |
| 18 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | DOYLE JERRY B. | QC | 6/30/2025 | RB | 1726-641 |
| 19 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | FOSTER J. T. | QC | 6/27/2025 | RB | 1726-495 |
| 20 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | CLARK LISA | QC | 6/27/2025 | RB | 1726-426 |
| 21 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | CLARK LISA | QC | 6/27/2025 | RB | 1726-421 |
| 22 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | THORNER DAN | QC | 6/24/2025 | RB | 1725-2452 |
| 23 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | CROW JAMES W. JR. | QC | 6/23/2025 | RB | 1725-2269 |
| 24 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | BARRY JAMES V. | QC | 6/18/2025 | RB | 1725-1416 |
| 25 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | BARRY JAMES V. | QC | 6/18/2025 | RB | 1725-1404 |

◀◀ next ▶



US Title Search Network
a division of Professional Governmental Research & Solutions, Inc.

Change Search County   Options   Logoff
Cumberland, TNN

Home   Contact   What's New   Fee Calculator   Assessment Data   Begin Search   Notebook   Book Browser

New Party Name Search

| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk-Pg/File# |
|------|------------------------|-------------|------------|------|-------|-------------|
| 26 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | KIMBLE BONNELIA M. | QC | 6/13/2025 | RB | 1725-287 |
| 27 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | FIKE SCOTT T. | QC | 6/9/2025 | RB | 1724-2286 |
| 28 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | MARTIN TERESA L. | QC | 6/9/2025 | RB | 1724-2282 |
| 29 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | WEBB PATRICIA G. | QC | 6/9/2025 | RB | 1724-2277 |
| 30 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | HANSON KEYAN | QC | 5/29/2025 | RB | 1724-208 |
| 31 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | CARTER RICHARD J. TRUSTEE | QC | 5/29/2025 | RB | 1724-163 |
| 32 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | LEINONEN CARRIE A. | QC | 5/28/2025 | RB | 1723-2941 |
| 33 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | SHELTON STACY L. | QC | 5/28/2025 | RB | 1723-2917 |
| 34 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | AUSTIN KENNETH DARRELL | QC | 5/28/2025 | RB | 1723-2878 |
| 35 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | MASON LEDDA HOPE AKA | QC | 5/27/2025 | RB | 1723-2731 |
| 36 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | SHELTON STACY L. | QC | 5/27/2025 | RB | 1723-2617 |
| 37 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | ZARICOR STEVEN C. | QC | 5/27/2025 | RB | 1723-2613 |
| 38 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | MALHOIT ANN S. | QC | 5/21/2025 | RB | 1723-1971 |
| 39 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | BELCASTRO DENISE | QC | 5/21/2025 | RB | 1723-1967 |
| 40 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | HAGEN DAVID VON | QC | 5/21/2025 | RB | 1723-1850 |
| 41 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | BIRCHFIELD SANDRA J. | QC | 5/15/2025 | RB | 1723-839 |
| 42 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | BIRCHFIELD SANDRA J. | QC | 5/15/2025 | RB | 1723-833 |
| 43 | HIAWATHA MANOR WEST ASSOCIATION INCORPORATED [EE] | MCDOWELL GEORGE * | QC | 3/28/2025 | RB | 1719-658 |

Indexes are current as of 7/27/2025 1:45P. Images are current as of 7/27/2025 1:45P.

Documents are certified as of 7/25/2025 9:00A.

# EXHIBIT N

**2025 Deed Transfers of Timeshare Interests**

**Naming Lemonjuice Capital, LLC as Grantee**



## US Title Search Network
### a division of Professional Governmental Research & Solutions, Inc.

| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk-Pg/File# |
|---|---|---|---|---|---|---|
| 1 | LEMON JUICE CAPITAL LLC [EE] | CASKEY LARRY D. | QC | 7/23/2025 | RB | 1727-2462 |
| 2 | LEMON JUICE CAPITAL LLC [EE] | DUNSTON PERCY F. | QC | 7/23/2025 | RB | 1727-2380 |
| 3 | LEMON JUICE CAPITAL LLC [EE] | COLEY JUDY | QC | 7/23/2025 | RB | 1727-2388 |
| 4 | LEMON JUICE CAPITAL LLC [EE] | SUGGS JEREMY R. | QC | 7/23/2025 | RB | 1727-2394 |
| 5 | LEMON JUICE CAPITAL LLC [EE] | EDWARDS DANNY | QC | 6/30/2025 | RB | 1726-1027 |
| 6 | LEMON JUICE CAPITAL LLC [EE] | MATTHEWS BENNY W. | QC | 6/30/2025 | RB | 1726-866 |
| 7 | LEMON JUICE CAPITAL LLC [EE] | THARP JEFF | QC | 6/30/2025 | RB | 1726-670 |
| 8 | LEMON JUICE CAPITAL LLC [EE] | NICHOLSON SUE | QC | 6/30/2025 | RB | 1726-633 |
| 9 | LEMON JUICE CAPITAL LLC [EE] | SIEGEL JEFFREY A. | QC | 6/26/2025 | RB | 1726-52 |
| 10 | LEMON JUICE CAPITAL LLC [EE] | SIEGEL JEFFREY A. | QC | 6/26/2025 | RB | 1726-48 |
| 11 | LEMON JUICE CAPITAL LLC [EE] | POOK GARRY G. | QC | 6/26/2025 | RB | 1726-28 |
| 12 | LEMON JUICE CAPITAL LLC [EE] | JORGENSEN DEBORAH | QC | 6/24/2025 | RB | 1725-2399 |
| 13 | LEMON JUICE CAPITAL LLC [EE] | BROWN REGINA H. | QC | 6/24/2025 | RB | 1725-2428 |
| 14 | LEMON JUICE CAPITAL LLC [EE] | TABOR GREGORY S. | QC | 6/18/2025 | RB | 1725-1420 |
| 15 | LEMON JUICE CAPITAL LLC [EE] | SIVERD AMY K. | QC | 6/13/2025 | RB | 1725-318 |
| 16 | LEMON JUICE CAPITAL LLC [EE] | HIAWATHA MANOR ASSOCIATION INCORPORATED | QC | 3/28/2025 | RB | 1719-762 |
| 17 | LEMONJUICE CAPITAL LLC [EE] | CASKEY LARRY D. | QC | 7/23/2025 | RB | 1727-2462 |
| 18 | LEMONJUICE CAPITAL LLC [EE] | SUGGS JEREMY R. | QC | 7/23/2025 | RB | 1727-2394 |
| 19 | LEMONJUICE CAPITAL LLC [EE] | DUNSTON PERCY F. | QC | 7/23/2025 | RB | 1727-2380 |
| 20 | LEMONJUICE CAPITAL LLC [EE] | COLEY JUDY | QC | 7/23/2025 | RB | 1727-2388 |
| 21 | LEMONJUICE CAPITAL LLC [EE] | EDWARDS DANNY | QC | 6/30/2025 | RB | 1726-1027 |
| 22 | LEMONJUICE CAPITAL LLC [EE] | MATTHEWS BENNY W. | QC | 6/30/2025 | RB | 1726-866 |
| 23 | LEMONJUICE CAPITAL LLC [EE] | THARP JEFF | QC | 6/30/2025 | RB | 1726-670 |
| 24 | LEMONJUICE CAPITAL LLC [EE] | NICHOLSON SUE | QC | 6/30/2025 | RB | 1726-633 |
| 25 | LEMONJUICE CAPITAL LLC [EE] | SIEGEL JEFFREY A. | QC | 6/26/2025 | RB | 1726-52 |

Indexes are current as of 7/27/2025 3:30P. Images are current as of 7/27/2025 3:30P.
Documents are certified as of 7/25/2025 9:00A



US Title Search Network
a division of Professional Governmental Research & Solutions, Inc.

Change Search County    Options    Logoff
QuickLINKS

Home    Contact    What's New    Fee Calculator    Assessment Data    Begin Search    Notebook    Book Browser

New Party Name Search

prev

| Item | Grant[OR] / Grant[EE] | Other Party | Instr.Type | Date | Class | Bk-Pg/File# |
|------|----------------------|-------------|------------|------|-------|-------------|
| 26 | LEMONJUICE CAPITAL LLC [EE] | SIEGEL JEFFREY A. | QC | 6/26/2025 | RB | 1726-48 |
| 27 | LEMONJUICE CAPITAL LLC [EE] | POOK GARRY G. | QC | 6/26/2025 | RB | 1726-28 |
| 28 | LEMONJUICE CAPITAL LLC [EE] | POOK GARRY G. | QC | 6/26/2025 | RB | 1726-24 |
| 29 | LEMONJUICE CAPITAL LLC [EE] | BROWN REGINA H. | QC | 6/24/2025 | RB | 1725-2428 |
| 30 | LEMONJUICE CAPITAL LLC [EE] | JORGENSEN DEBORAH | QC | 6/24/2025 | RB | 1725-2399 |
| 31 | LEMONJUICE CAPITAL LLC [EE] | TABOR GREGORY S. | QC | 6/18/2025 | RB | 1725-1420 |
| 32 | LEMONJUICE CAPITAL LLC [EE] | SIVERD AMY K. | QC | 6/13/2025 | RB | 1725-318 |
| 33 | LEMONJUICE CAPITAL LLC [EE] | TAYLOR HOMER DALLAS | QC | 6/9/2025 | RB | 1724-2290 |
| 34 | LEMONJUICE CAPITAL LLC * [EE] | HIAWATHA MANOR ASSOCIATION INCORPORATED | QC | 3/26/2025 | RB | 1719-762 |

prev

Indexes are current as of 7/27/2025 3:30P. Images are current as of 7/27/2025 3:30P.

Documents are certified as of 7/25/2025 9:00A.

**EXHIBIT O**

**Recorded Deed**

**Transfer of 70 Timeshare Intervals From**

**Hiawatha Manor Association West to Hiawatha Manor Association, Inc.**

**January 8, 2025**

| BK/PG: 1713/1456-1464 | |
|---|---|
| 25029548 | |
| 9 PGS : QUITCLAIM DEED | |
| BAILEY DAVIS 208282 - 25029548 | |
| 01/08/2025 - 01:01 PM | |
| VALUE | |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 45.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 2.00 |
| TOTAL AMOUNT | 49.00 |

STATE OF TENNESSEE, CUMBERLAND COUNTY
**TREY KERLEY**
REGISTER OF DEEDS

Address New Owner:
PO BOX 469
Crossville, TN 38557

Send Tax Bill to:
PO BOX 469
Crossville, TN 38557

## QUITCLAIM DEED
HIAWATHA MANOR

This instrument prepared by and after recording return to:
**Lemonjuice Solutions**
**7380 W. Sand Lake Rd. Suite 130**
**Orlando, Florida 32819**

**MADE AND ENTERED INTO THIS DAY,** January 8, 2025, for and in consideration of the sum of Ten Dollars ($10.00), cash in hand paid, together with other good and valuable consideration not herein mentioned, receipt of all of which is hereby acknowledged, HIAWATHA MANOR WEST ASSOCIATION, INC., with an address of 8007 Cherokee Tr. Crossville, TN 38572, (hereinafter, the **"Grantor"**), has this day bargained and sold, and by these presents does hereby bargain, sell, transfer, quitclaim, assign and convey unto HIAWATHA MANOR ASSOCIATION, INC., (hereinafter, the **"Grantee"**), its successors and assigns, all of Grantor's interest in the following described real property, lying and being in the THIRD CIVIL DISTRICT of Cumberland County, Tennessee, bounded and described as follows:

Any right, title, and interest in Certain real estate located in Crossville, Cumberland county, Tennessee ( Subject Time-Share Estates) being Units and Weeks as designated in Exhibit "A", attached hereto and incorporated herein at:

TANSI RESORT, INC.'S HIAWATHA MANOR WEST, of record and as filed in the Declaration of Horizontal Property Regime, Deed Book 256, page 91, Register's Office, Cumberland County, Tennessee, as amended, including all rights, privileges, easements, and appurtenances thereto, wheresoever situated and howsoever derived.

This is improved property known as 8007 Cherokee Tr. Crossville, TN 38572.

THE GRANTOR HEREBY APPOINTS Grantee as its true and lawful "Attorney-in-Fact", granting unto said attorney the full power and authority to do and perform any and all acts deemed by Grantee to be necessary to correct or amend this instrument by "Corrective Deed", or similar instrumentation for the purpose of correcting book, page, spelling and innocuous and immaterial errors, for matters of public record and the vesting of proper title in the Grantee. A reference to the Book and Page of this Deed filing in the applicable land records in a Corrective deed or similar conveyance shall be sufficient to substantiate the applicability and effectiveness of the rights hereby conferred. This Power of Attorney cannot be revoked and shall survive the death, disability and incompetence of Grantor, individually and/or collectively.

This Property is conveyed subject to such limitations, restrictions and encumbrances as may affect the premises. Grantor makes no representations or warranties whatsoever with regard to the Property or the Grantor's interest therein.

**IN WITNESS WHEREOF**, the said Grantor caused this instrument to be signed and sealed these presents the day and year first above written.

GRANTOR
By: R. Scott MacGregor
Its: Authorized Agent

**STATE OF FLORIDA**
**COUNTY OF ORANGE**

Before me, the undersigned, a Notary Public of the State and County aforesaid, personally appeared R. Scott MacGregor, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon oath, acknowledged himself to be the Authorized Agent of Hiawatha Manor Association, Inc. the within named bargainor, a Tennessee not-for-profit corporation, and that he as such Authorized Agent being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the Hiawatha Manor Association, Inc. by himself as its Authorized Agent.

WITNESS my hand and official seal at Orlando, Florida, this 8th day of January, 2025.

Notary Public

My Commission Expires: Jun 7, 2025

MARIELA ALVAREZ DE VAN ADELBERG
Notary Public - State of Florida
Commission # HH 139031
My Comm. Expires Jun 7, 2025
Bonded through National Notary Assn.

## AFFIDAVIT OF CONSIDERATION

**STATE OF FLORIDA**
**COUNTY OF ORANGE**

The actual consideration for this transfer is $0.00.

R. Scott MacGregor, Affiant

Subscribed and sworn to before me this the 8th day of January, 2024.

Notary Public

My Commission Expires: Jun 7, 2025

MARIELA ALVAREZ DE VAN ADELBERG
Notary Public - State of Florida
Commission # HH 139031
My Comm. Expires Jun 7, 2025
Bonded through National Notary Assn.

# EXHIBIT "A"

Blocks, units, weeks and derivations are as follows:

| Block | Unit | Week | Grantor | Book | Page | Date of registration | Parcel |
|-------|------|------|---------|------|------|---------------------|--------|
| 2 | A | 5 | J. Warren Layne and Marion E. Layne | D456 | 373 | 9/21/1993 | 149D-A-2.00 |
| 3 | B | 5 | Crown Resorts Development, Llc. | 1576 | 538 | 5/13/2020 | 149D-A-2.00 |
| 1 | B | 2 | Crown Resorts Development, Llc. | 1576 | 538 | 5/13/2020 | 149D-A-2.00 |
| 2 | C | 3 | Crown Resorts Development, Llc | 1576 | 538 | 5/13/2020 | 149D-A-2.00 |
| 19 | B | 5 | Crown Resorts Development, Llc. | 1576 | 538 | 5/13/2020 | 149D-A-1.00 |
| 20 | D | 5 | Crown Resorts Development, Llc. | 1576 | 538 | 5/13/2020 | 149D-A-1.00 |
| 19 | A | 48 | Crown Resorts Development, Llc. | 1576 | 538 | 5/13/2020 | 149D-A-1.00 |
| 7 | F | 6 | Crown Resorts Development, Llc. | 1576 | 538 | 5/13/2020 | 149D-A-3.00 |
| 9 | C | 1 | Crown Resorts Development Llc | 1587 | 1155 | 9/21/2020 | 149D-A-3.00 |
| 9 | D | 1 | Crown Resorts Development Llc | 1587 | 1155 | 9/21/2020 | 149D-A-3.00 |
| 18 | B | 6 | Hazel R. Dowdy, Sole Survivor of Joint Tenancy With William T. Dowdy | 1593 | 69 | 11/16/2020 | 149D-A-3.00 |
| 3 | D | 5 | RANDALL LEE DAVIDSON, Executor of The Estate of ALETA N. DAVIDSON who was sole survivor of joint tenancy with J. C. DAVIDSON | 1606 | 1967 | 4/8/2021 | 149D-A-2.00 |
| 9 | B | 10 | Hughes Electric Kentucky, Inc., Katherine C. Hughes, President | 1606 | 1969 | 4/8/2021 | 149D-A-3.00 |
| 6 | B | 22 | BERCHIE MARIE ROBERTS, Executrix of The Estate Of WAYNE O. ROBERTS | 1611 | 364 | 5/24/2021 | 150-25.00 |
| 24 | B | 8 | Paul V. Wells | 1616 | 1193 | 7/19/2021 | 149D-H-1.00 |

| Block | Unit | Week | Grantor | Book | Page | Date of registration | Parcel |
|---|---|---|---|---|---|---|---|
| 3 | C | 21 | Robert E. Hargrave And Sylvia Hargrave | 1621 | 1179 | 9/7/2021 | 149D-A-2.00 |
| 7 | A | 2 | Carl E. Richardson, Jr. And Etta R. Richardson | 1621 | 1175 | 9/7/2021 | 149D-A-3.00 |
| 8 | C | 13 | CATHERINE ABERNATHY, Sole Survivor of Joint Tenancy With MICHAEL D. ABERNATHY | 1624 | 218 | 10/1/2021 | 149D-A-3.00 |
| 18 | D | 1 | Dallas W. Johnson and Peggie A. Johnson | 1624 | 216 | 10/1/2021 | 149D-A-1.00 |
| 8 | D | 14 | JAMES DOUGLAS HAGAR, Only Living Heir Of MARY I. HAGAR | 1624 | 212 | 10/1/2021 | 149D-A-3.00 |
| 6 | C | 49 | Stuart W. Fletcher and Kimberly K. Fletcher | 1624 | 206 | 10/1/2021 | 149D-A-3.00 |
| 4 | A | 52 | Craig Alan Stephenson and Brittany Blankenship Stephenson fka Brittany Leanne Blankenship | 1625 | 2237 | 10/21/2021 | 149D-A-2.00 |
| 2 | B | 52 | Daniel L. Hammond and Wanda G. Hammond | 1626 | 2444 | 11/1/2021 | 149D-A-2.00 |
| 21 | A | 25 | Arvil Stearman and Opal Stearman | 1629 | 1277 | 11/29/2021 | 149D-A-1.00 |
| 18 | C | 50 | Teresa Reed | 1632 | 760 | 12/28/2021 | 149D-A-1.00 |
| 19 | C | 36 | Roger D. Dotson and Lisa M. Dotson | 1633 | 682 | 1/10/2022 | 149D-A-1.00 |
| 8 | E | 27 | Elaine M. Standridge, Sole Survivor of joint tenancy with Earl Standridge | 1637 | 2130 | 3/4/2022 | 149D-A-3.00 |
| 18 | A | 8 | Donavin Gillespie and Alyne Gillespie | 1656 | 305 | 9/26/2022 | 149D-A-1.00 |
| 20 | B | 37 | Marian T. White, sole survivor of joint tenancy with Billy M. White | 1657 | 987 | 10/11/2022 | 149D-A-1.00 |
| 9 | A | 50 | Todd R. Cognion and Darby A. Cognion and Chad J. Gingrich, Sole Survivors Of Joint Tenancy With Larry C. | 1657 | 989 | 10/11/2022 | 149D-A-3.00 |

| Block | Unit | Week | Grantor | Book | Page | Date of registration | Parcel |
|-------|------|------|---------|------|------|---------------------|--------|
|  |  |  | Gingrich and Shirley J. Gingrich |  |  |  |  |
| 8 | B | 46 | Todd R. Cognion and Darby A. Cognion and Chad J. Gingrich, sole Survivors of joint tenancy with Larry C. Gingrich and Shirley J. Gingrich | 1657 | 989 | 10/11/2022 | 149D-A-3.00 |
| 21 | C | 19 | Jon D. Epperson and Shirley F. Epperson | 1658 | 808 | 10/24/2022 | 149D-A-1.00 |
| 8 | A | 15 | Walter L. Crox and Barbara H. Crox | 1658 | 1804 | 10/31/2022 | 149D-A-3.00 |
| 22 | D | 39 | Patricia A. Reeves, sole survivor of joint tenancy with Richard D. Reeves | 1659 | 682 | 11/8/2022 | 149D-H-1.00 |
| 21 | B | 32 | Jimmy Denham and Teresa Denham | 1660 | 430 | 11/22/2022 | 150-25.00 |
| 7 | C | 20 | Mark Beaty and Connie Beaty | 1661 | 994 | 12/12/2022 | 149D-A-3.00 |
| 7 | B | 44 | Bettie L. Miller, sole survivor of joint tenancy with James L. Miller, Jr. | 1663 | 1835 | 1/25/2023 | 149D-A-3.00 |
| 25 | A | 2 | Phyllis L. Hart | 1664 | 38 | 1/31/2023 | 149D-H-1.00 |
| 21 | D | 45 | Mike Russell and Susan Russell | 1664 | 2064 | 2/13/2023 | 149D-A-1.00 |
| 24 | D | 41 | Sam B. Mckinney, Jr. and Key E. Mckinney | 1665 | 935 | 2/21/2023 | 149D-H-1.00 |
| 23 | A | 26 | Robert F. Kohler, Sole Survivor Of Joint Tenancy With Judith B. Kohler | 1665 | 931 | 2/21/2023 | 149D-H-1.00 |
| 24 | C | 6 | Johnathan R. Carter and Barbara Carter | 1665 | 951 | 2/21/2023 | 149D-H-1.00 |
| 25 | B | 4 | Sammy Popwell and Linda J. Popwell | 1665 | 1384 | 2/23/2023 | 149D-H-1.00 |
| 26 | A | 21 | Larry Brackner and Sharon Brackner | 1665 | 1380 | 2/23/2023 | 149D-H-1.00 |
| 8 | F | 31 | James T. Bandy and Peggy J. Bandy | 1665 | 1398 | 2/23/2023 | 149D-A-3.00 |

| Block | Unit | Week | Grantor | Book | Page | Date of registration | Parcel |
|---|---|---|---|---|---|---|---|
| 23 | B | 3 | Judith E. Poland aka Judith E. Polland Trochelman | 1666 | 818 | 3/6/2023 | 149D-H-1.00 |
| 22 | A | 8 | Dana N. Hassler and Kassandra Hassler | 1666 | 822 | 3/6/2023 | 149D-H-1.00 |
| 20 | A | 41 | Richard N. Mercader and Charlotte D. Mercader | 1668 | 365 | 3/30/2023 | 149D-A-1.00 |
| 24 | A | 22 | Benjamin Alig and Debra L. Alig | 1668 | 353 | 3/30/2023 | 149D-H-1.00 |
| 3 | A | 23 | Van M. Jodon and Phyllis J. Jodon and Christopher S. Jodon and Angelinque N. Aviles | 1668 | 347 | 3/30/2023 | 149D-A-2.00 |
| 22 | B | 42 | Kent B. West, sole survivor of joint tenancy with Cheryl E. West | 1669 | 748 | 4/17/2023 | 149D-A-1.00 |
| 9 | E | 32 | Anthony H. Ritter and Mary Jane Ritter | 1671 | 930 | 5/15/2023 | 149D-A-3.00 |
| 23 | D | 12 | Horace Bill Brent, Jr. and Ruth Lee Brent | 1671 | 964 | 5/15/2023 | 149D-H-1.00 |
| 26 | B | 24 | Robert E. Moffett and Kimberly R. Moffett | 1672 | 762 | 5/25/2023 | 149D-H-1.00 |
| 1 | D | 24 | Eric A. D. Bell and Barbara T. Bell | 1673 | 513 | 6/6/2023 | 149D-A-2.00 |
| 6 | D | 14 | William Reading and Donna Reading and Brian Jackson and Shirley Jackson | 1673 | 1729 | 6/12/2023 | 149D-A-3.00 |
| 22 | C | 15 | Delia N. Belcher, Sole Survivor Of Joint Tenancy With George T. Belcher | 1673 | 1723 | 6/12/2023 | 149D-H-1.00 |
| 4 | B | 26 | Glen R. Castleberry and Judith H. Castleberry | 1678 | 1668 | 8/17/2023 | 149D-A-2.00 |
| 4 | D | 31 | Wesley Hardman | 1680 | 1892 | 9/15/2023 | 149D-A-2.00 |
| 7 | E | 8 | BEATRICE GENTRY, Sole Survivor of joint tenancy with Lamour Gentry | 1680 | 1888 | 9/15/2023 | 149D-A-3.00 |
| 1 | A | 39 | Homer W. Effler and Geneva L. Effler | 1683 | 167 | 10/20/2023 | 149D-A-2.00 |
| 5 | B | 29 | Roy E. Ferrell and Linda A. Ferrell | 1683 | 161 | 10/20/2023 | 149D-A-3.00 |

| Block | Unit | Week | Grantor | Book | Page | Date of registration | Parcel |
|---|---|---|---|---|---|---|---|
| 4 | C | 41 | RALPH DAVID NORRIS, Sole Survivor Of Joint Tenancy With MARGARET DRAKE NORRIS | 1684 | 1011 | 11/9/2023 | 149D-A-2.00 |
| 23 | C | 19 | Richard S. Ball and Glendia L. Ball | 1687 | 703 | 12/22/2023 | 149D-H-1.00 |
| 19 | D | 38 | Reece Alan King, Trustee Of The Ricky and Carolin King Irrevocable Trust Dated 11/21/16 | 1692 | 1647 | 3/25/2024 | 149D-A-1.00 |
| 6 | A | 39 | Wendell Drakeford and Vickie Drakeford | 1692 | 1660 | 3/25/2024 | 149D-A-3.00 |
| 2 | D | 21 | Timothy J. Wolfram and Shirley M. Wolfram | 1693 | 2339 | 4/15/2024 | 149D-A-2.00 |
| 7 | D | 13 | Linda H. Mccoy and Susan M. Olinger fka Susan M. Mccoy and James Darren Mccoy | 1694 | 2171 | 4/29/2024 | 149D-A-3.00 |
| 5 | D | 14 | Sarah Sharp | 1696 | 630 | 5/20/2024 | 149D-A-3.00 |
| 20 | C | 11 | William D. Gocella and Donna K. Gocella | 1697 | 574 | 6/3/2024 | 149D-A-1.00 |
| 1 | C | 21 | David M. Dixon and Patricia J. Dixon | 1699 | 1225 | 7/2/2024 | 149D-A-2.00 |

### Tennessee Certification of Electronic Document

I, ___Natalie Maples___ , do hereby make oath that I am a licensed attorney and/or the custodian of the original version of the electronic document tendered for registration herewith and that this electronic document is a true and exact copy of the original document executed and authenticated according to law on ___Jan 8, 2025___ (date of document).

_____
Affiant Signature

___01/08/2025___
Date

State of ___Florida___

County of ___Orange___

Sworn to and subscribed before me this ___8___ day of ___January___ , 2025 .

_____
Notary's Signature

MY COMMISSION EXPIRES: ___Jun 7, 2025___

NOTARY'S SEAL



MARIELA ALVAREZ DE VAN ADELBERG
Notary Public - State of Florida
Commission # HH 139031
My Comm. Expires Jun 7, 2025
Bonded through National Notary Assn.

# **EXHIBIT P**

**Lemonjuice FAQ To Hiawatha West Owners**

**May 5, 2025**



Thank you for your commitment and dedication to the positive changes at Hiawatha Manor West Resort (Hiawatha Manor Resort). Let's stay engaged!

We encourage you to read all the Frequently Asked Questions to facilitate a successful communication exchange. Should the below does not address your question, please feel free to email us at hiawathawestreimagined@lemonjuice.biz or https://hiawatharesortwest.info for regular updates.

The Front Desk team will manage reservation and exchange-related questions, while any questions related to restructuring must be sent via the email address provided in the document. If a phone call is more convenient, please leave a valid phone number, and a member of the Owner Support team will return your call when time permits.

## Frequently Asked Questions

### Budget Questions

**Q: Why are my maintenance fees increasing?**
**A:** Maintenance fees are increasing by 4%, which aligns with the Consumer Price Index (CPI). This increase is modest and is permitted under the governing documents without a full owner vote. It helps address rising operational costs while maintaining essential services.

**Q: How much will I owe in total?**
**A:** You will be responsible for 2025–2026 Maintenance Fee: $624 per interval.

**Q: What happens if I pre-paid Maintenance Fees last year?**
**A:** Please contact HiawathaWestReimagination@lemonjuice.biz to provide proof of payment and to pay the $24 balance.

**Q: Will the maintenance fee be used for improvements?**
**A:** The maintenance fee covers operational expenses such as staffing, insurance, utilities, and routine upkeep.

**Q: If the resort is sold, will I receive a share of the proceeds?**
**A:** If you are an owner in good standing (i.e., all fees are paid and you have not deeded back your interval), you may be eligible for a share of any net proceeds from a potential sale, based on your ownership interest and applicable terms.

**Q: When will the vote to amend and remove the units happen?**
**A:** We are preparing the legal documents and logistics for the vote. You will receive advance notice, a full explanation of the process, and voting instructions in the coming weeks.

**Q: Which of the units have been identified to be sold?**
**A:** All units in buildings 1, 18, 19, 20, 21, 22, 23, 24, 25, and 26 located on Cochise Trail and White Wolf intersection.

Hiawatha Manor West
May 5, 2025

**Q: Who can I contact with questions or for assistance?**
**A:** Please reach out to our Owner Support Team at:
 HiawathaWestReimagined@lemonjuice.biz

We're here to help and are committed to keeping all owners informed and supported throughout this process.

**Bankruptcy Questions**

**Q: Why are we taking this route?**
**A:** The purpose of this bankruptcy is to obtain a federal court order to oversee the sale proceeding and also ensure that everything is carried out adequately regarding the sale of Hiawatha West up to and including distribution of the net proceeds of any sale amount to the current owners.

**Q: How will the bankruptcy process affect me as an owner?**
**A:** Bankruptcy is an association-level process aimed at selling the Hiawatha West property to maximize its value for all owners. It will not affect your personal credit.

**Q: How long is this process going to take?**
**A:** The entire process can take up to 1 year. The auction will occur after the Court approves the sale of Hiawatha East.

**Q: Will I need to appear in Court?**
**A:** You will not be required to appear before the Court. If the Judge approves the sale, you will receive your due share of the sale proceeds at the time of distribution.

**Q: What if I am behind on my fees?**
**A:** Any delinquent fees and related expenses owed to Hiawatha West will be deducted from your proceeds after the sale. The remaining funds will be distributed to the owners after all accounts have been settled.

## General Questions

**Q: Why did Hiawatha Manor West Resort  close temporarily?**
**A:** Hiawatha West was temporarily closed due to the unexpected layoff of essential resort employees. These layoffs were made without prior notification to Hiawatha Manor Association Inc. or Lemonjuice Solutions, leaving the resort unable to maintain the staffing levels necessary for operation.

**Q: How will I be informed about updates?**
**A:** Updates will be posted on the Frequently Asked Questions page at  https://hiawatharesortwest.info. Additionally, owners can email hiawathawestreimagined@lemonjuice.biz for more information.

**Q: Will there be any impact on my ownership or reservations?**
**A:** The team is working to ensure all guests and owners are informed and any questions regarding ownership or reservations will be addressed directly. Please contact us if you have specific concerns.

Hiawatha Manor West
May 5, 2025

**Q: What is Lemonjuice Solutions?**
**A:** Lemonjuice Solutions (LJS) provides strategic planning, restructuring execution, investment capital, and professional management to legacy timeshare properties. The company has extensive experience in the timeshare industry. One of our specialties is assisting distressed timeshare properties and proposing options to resolve financial issues, a process done through its Resorts Reimagined™ program.

**Q: Is Lemonjuice Solutions affiliated with Hiawatha Manor West Resort?**
**A:** Lemonjuice Solutions has been chosen by the Board as the new management company for Hiawatha Manor West Resort. It's important to note that Lemonjuice Solutions is independent and not affiliated with any of the Board Members or Developers associated with Hiawatha Manor West Resort.

**Q: Why would the Board contemplate filing bankruptcy?**
**A:** The nature of timeshare, with multiple co-owners within each condominium dedicated to a timeshare usage plan, generally exceeds any state court's ability to resolve partition related questions.  Hiawatha Manor West Resort is further complicated by the buildings that were removed decades ago that still are believed to have rights associated with non-existing intervals. Some of those deeds are still held by individuals.

**Q**: **What will happen to future reservations?**
**A:** This transaction is not expected to affect 2025 reservations. If you currently have reservations deposited with the exchange company, they will remain in full force and effect, as will any other benefits you have of record in your existing ownership. Hiawatha Manor is committed to ensuring that all owners continue to have the quality vacation experience that all owners deserve.

**Q: What are the plans for the property?**
**A:** The goal is to provide a course of action that will protect all owners and provide value for their timeshare ownership.

**Q: Why is this happening to Hiawatha Manor West?**
**A:** As shown in the letter, Hiawatha Manor is currently facing financial hardship. Furthermore, after years of diminishing ownership and deferred maintenance, Hiawatha is unable to collect sufficient maintenance fees to sustain its operations. Increasing maintenance fees would likely lead to more owners discontinuing payments. This is the principal reason the Board enlisted the services of Lemonjuice Solutions.

**Q: Who should I contact with other questions?**
**A:** For Reimagination and Owner Support related questions, please call the resort at 931-444-1394. If email is a preferred option, please email at hiawathawestreimagined@lemonjuice.biz.  You may also review https://hiawatharesortwest.info for regular updates.

**Q: Where do I mail correspondence?**
**A:** Hiawatha Manor Resort West

Hiawatha Manor West
May 5, 2025

c/o: Lemonjuice Solution Reimagination
7380 W. Sand Lake Rd., Suite 130,
Orlando, Florida 32819

**<u>EXHIBIT Q</u>**


**Letter from Hiawatha Manor Association Board**

**Announcing 2024 Annual Members' Meeting**

**Undated**





Dear Hiawatha Manor Owner:

**Good news! No increase in maintenance fees for fiscal year 2024/2025.**

**The Hiawatha Manor Association annual meeting will be held at 10:00 a.m., Saturday, March 16, 2024, at the Hiawatha Community Center,** 125 Country Club Drive, Crossville, TN 38572. Registration will begin at 9:30 a.m. We look forward to seeing everyone again this year.

As most of you know, since the onset of the pandemic, the association has experienced a significant decline in owners who have paid the maintenance fees and assessments needed to maintain and repair the resort's aging buildings. As the number of delinquent owners has increased, so, too, has the burden on the remaining active owners to fund a quality vacation experience at Hiawatha Manor.

In addition to declining dues income, the board and employees have wrestled with the challenges of rising costs, leaving the association without the cash flow needed to operate as a timeshare resort in the long term. We've considered all feasible options — contacting industry experts, leaders at other failing resorts, and potential investors — and we've concluded that it will be in the best interest of our owners to develop a strategy to discontinue the timeshare's operations and find a potential buyer for the property.

The board intends to implement their strategy to stabilize the association's fiscal position and continue operating, so our owners can enjoy their timeshare this upcoming fiscal year as we further implement our strategy to discontinue the timeshare operations. We have kept the maintenance fee the same as in the prior year, and our employees will continue to do all they can to reduce costs. We ask for your support in making prompt payments, as it is critical for our staff to properly budget for expenses throughout the year.

As before, you can vacation at Tansi, or exchange through RCI or Interval International. If you are looking for a low-cost alternative, our management company, Vacatia, offers the opportunity to trade your week for stays at other Vacatia-managed properties throughout the country, with the OwnerPLUS benefit. You can enjoy a weeklong vacation or multiple short stays in popular destinations such as New Orleans, Virginia Beach, Daytona, the Tampa area, Scottsdale, and Breckenridge. For more information, call Customer Care at 833-643-0693.

Obviously, our ability to maintain the quality of the property through the coming year depends on owners paying their maintenance fee. We hope you can attend the annual meeting and share your thoughts and questions with fellow owners. We will also share our complete strategy to responsibly discontinue timeshare operations.

**Please sign and return the enclosed proxy to approve the budget as soon as possible.** The proxy enables you to vote for all significant issues yourself, assign your vote to someone of your choice, or assign your vote to the president of the association (who is also an owner). You have one vote for each week owned, so be sure to list all weeks associated with this account.

Lastly, we want to thank you for allowing us the opportunity to serve the association for so many years. As we prepare to discontinue the operations of Hiawatha Manor, we are committed to providing a workable strategy and a graceful exit for our owners.

With Deepest Gratitude,

Hiawatha Manor Association Board of Directors

**Hiawatha East**
**FY24-25 Budget**

| | FY24-25 Budget | FY23-24 Budget | $ Variance | % Variance |
|---|---|---|---|---|
| **Revenues** | | | | |
| Maintenance Dues and Other Income | $ 625,625 | $ 679,905 | $ (54,280) | -8% |
| Reserve Assessment | - | 71,308 | (71,308) | -100% |
| Rental and Other Income | 86,134 | 130,451 | (44,317) | -34% |
| Total Revenues | 711,759 | 881,665 | (169,905) | |
| | | | | |
| **Expenses** | | | | |
| Utilities and Other Services | 131,042 | 139,911 | (8,869) | -6% |
| Property Repairs and Maintenance | 64,793 | 124,428 | (59,635) | -48% |
| Unit Expense | 35,891 | 22,995 | 12,896 | 56% |
| Automobile Expense | 3,569 | 11,218 | (7,649) | -68% |
| Payroll | 198,892 | 211,008 | (12,115) | -6% |
| General and Administrative | 35,474 | 28,960 | 6,514 | 22% |
| Recreation | 6,969 | 12,000 | (5,031) | -42% |
| Insurance | 93,027 | 48,090 | 44,937 | 93% |
| Taxes | 21,992 | 20,621 | 1,371 | 7% |
| Property Management Fees | 40,950 | 64,156 | (23,206) | -36% |
| Accounting Fees | 24,189 | 23,484 | 705 | 3% |
| Dues Servicing Expense | 19,321 | 18,438 | 883 | 5% |
| P.O.A. Fees | 24,385 | 23,675 | 710 | 3% |
| Depreciation Expense | 10,564 | 10,952 | (389) | -4% |
| Allowance for Bad Debt | - | 71,285 | (71,285) | -100% |
| Total Expenses | 711,057 | 831,221 | (120,164) | -14% |
| | | | | |
| Reserve Assessment | - | 71,308 | (71,308) | |
| | | | | |
| **Net Income/(Loss)** | $ 703 | $ (20,864) | $ 21,566 | |

| FY24-25 Dues | | | |
|---|---|---|---|
| **1BD** | **2BD/1BR** | **2BD/2BR** | **3BD** |
| | | | |

| | 1BD | 2BD/1BR | 2BD/2BR | 3BD |
|---|---|---|---|---|
| Maintenance Dues | $ 524.00 | $ 699.00 | $ 759.00 | $ 849.00 |

# EXHIBIT R

**Excerpt from Zoom Meeting Recording**

**Discussion Regarding Lemonjuice's Selection**

**February 24, 2025**

58

The following exchange occurred during the February 24, 2025 Zoom meeting:

(33:49) MS. SIMMONS: Okay. Was there not a member meeting at the very start of the process where Lemonjuice was introduced? Was there not a Zoom meeting?

I have not received any notices whatsoever until very recently. So I'm totally in the dark except for what I've been able to see on the info dot site.

And I'm wondering if there was an introduction zoom meeting. And if that could be posted.

MS. KOEPPEN: If it's not posted on the web site, then we don't have a recording.

So everything that we have recordings of are posted on the dot info site.

Now, when we took over, there was some transition there where we were introduced but we weren't management. And so until we were management company, we weren't able to do things like record the meetings or facilitate certain things.

So if we were brought in as a guest of Vacatia, we do not have those recordings.

MS. SIMMONS: Can I ask if the Board members have those recordings? And also if Lemonjuice could request them from Vacatia?

MS. KOEPPEN: We've made a lot of requests from Vacatia.

MS. SIMMONS: Yes, I understand that. I understand that from watching the --

(34:59) MS. KOEPPEN: So we are willing to share everything we have. Nobody is trying to hide anything but – or omit anything. But there are some things that we just do not have access to.

MS. SIMMONS: The Board – I want to ask the Board – they don't have a copy of that Zoom meeting? They don't have a recording?

MR. DOBY: No, we don't.

Dr. BOB:  We do not have a recording.

MS. SIMMONS: Okay. And there was also --

DR. BOB:  If you are that interested, I would recommend you join the Board.

MS. SIMMONS: Well, it's too late to get that recording.

DR. BOB: Never too late. Never too late.

MS. SIMMONS: But if it's not available, it's too late to get that recording?

MR. DOBY: I don't believe there's a recording available. When we started, Vacatia was still our management company.

(35:50) DR. BOB: We were still deciding. <mark>We let the – basically the people to decide whether they wanted to go with Lemonjuice – or a recommendation. So we just followed the recommendation of the people.</mark>

MS. SIMMONS: But there's no recording of that?

DR. BOB: We're trying to do the best for you – to get the best outcome, so –

## EXHIBIT S


**Excerpt from Zoom Meeting Recording of February 24, 2025**


**Discussion of February 14, 2025 Purchase and Assignment Agreement**

*Lemonjuice Representative Statement that Agreement is Confidential and Not Available for Member Review*

The following exchange occurred during the February 24, 2025 Zoom meeting:

(31:37) MS. SIMMONS: Okay. And was this purchase agreement part of the original agreement with Lemonjuice, or was this executed at a later time?

MS. KOEPPEN: It was executed at a later time.

MS. SIMMONS: And I don't see the recording where that was presented to the Board. I wonder if you could post that on the info dot site? And also post the agreement?

MS. KOEPPEN: The – we cannot post the agreement. The agreement's confidential. It's between the Board and Lemonjuice. Um and the Association and Lemonjuice. But the agreement was presented in August and it was approved in a Board meeting in August.

So I think we have that recording. I'll find it for you.

MS. SIMMONS: Actually, in that meeting it was discussed that you would be presenting the contract, but it was not presented at that meeting.

MS. KOEPPEN: I can follow up on that.

The Board has a copy of the agreement and has reviewed it, but we can't post it.

And part of it is because it includes confidential things such as payroll and other issues. Because that's part of what those funds are covering.

**EXHIBIT T**


**Declaration of Linda Simmons**

**in Support of Transcript Accuracy and Exhibit Authentication**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc., | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

**DECLARATION OF LINDA SIMMONS**
**IN SUPPORT TRANSCRIPT ACCURACY AND EXHIBIT AUTHENTICATION**

I, Linda Simmons, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a fully paid co-owner of timeshare interests at Hiawatha Manor Association East and a party in interest in the above-captioned Chapter 11 case.

2. I have personally reviewed and transcribed portions of publicly available Zoom meetings conducted by representatives of the Debtor and its management company, Lemonjuice Solutions, LLC, during 2024 and 2025.

3. I am familiar with the contents of Exhibits G, H, J, R, and S to the Motion of Linda Simmons for Rule 2004 Production of Documents. The transcript excerpts and quotes contained in those exhibits are accurate to the best of my ability and are true representations of the statements made during those meetings.

4. I accessed the Zoom recordings posted at hiawatharesort.info, preserved copies of them, and used those recordings to prepare the transcript excerpts and quotations referenced in the exhibits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2025.


/s/ Linda Simmons
Linda Simmons, Pro Se
Telephone: 615-594-2866
lindasimmons2866@gmail.com