# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc., | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

## CERTIFICATE OF SUPPLEMENTAL SERVICE

I hereby certify that I have served a copy of the following document by placing a true and correct copy in the U.S. Mail, postage prepaid, on July 29, 2025:

> Motion of Linda Simmons for Rule 2004 Production of Documents including Exhibit A and all supporting exhibits (Docket No. 63) .

This document was served on:

**Rebecca J. Yielding**
Pursuant to Local Rule 9013-1(e) and her Notice of Appearance (Docket No. 8)
Trial Attorney, Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203

**Lemonjuice Solutions, LLC**
7380 W. Sand Lake Road, Suite 130
Orlando, FL 32819


/s/ Linda Simmons
Linda Simmons, Pro Se
Telephone: (615) 594-2866
Email: lindasimmons2866@gmail.com