# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIAWATHA MANOR ASSOCIATION, INC., | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |
| | RE: Docket Number 65 |

### DEBTOR'S NOTICE OF WITHDRAWAL OF EXPEDITED MOTION FOR SERVICE BY PUBLICATION

**PLEASE TAKE NOTICE** that, Hiawatha Manor Association, Inc. (the "**Debtor**"), the debtor and debtor in possession in the above-captioned chapter 11 case, withdraws its *Expedited Motion for Service by Publication Pursuant to Rules 7004(c) and 9008 of the Federal Rules of Bankruptcy Procedure*, seeking approval of the form and manner of publication notice (Docket No. 65).

1

Dated: July 31, 2025	Respectfully submitted,
      Nashville, Tennessee

      */s/   C. Scott Kunde*
Blake D. Roth (TN Bar No. 031499)
C. Scott Kunde (TN Bar No. 040218)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: blake.roth@hklaw.com
       scott.kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, a copy of the foregoing was sent via ECF to the U.S. Trustee and all parties registered to receive electronic notice.

                                        /s/ *C. Scott Kunde*
                                        Blake D. Roth (TN Bar No. 031499)
                                        C. Scott Kunde (TN Bar No. 040218)
                                        **HOLLAND & KNIGHT LLP**
                                        511 Union Street, Suite 2700
                                        Nashville, TN 37219
                                        Telephone: (615) 244-6380
                                        Facsimile: (615) 244-6804
                                        Email: blake.roth@hklaw.com
                                                     scott.kunde@hklaw.com

                                        *Counsel for the Debtor and Debtor in Possession*