Form vorder

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170  
Nashville, TN 37203

---

Bankruptcy Proceeding No.: 2:25−bk−01916  
Chapter: 11  
Judge: Randal S Mashburn

In Re:  
　Hiawatha Manor Association, Inc.  
　7380 W SAND LAKE RD SUITE 130  
　ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:  
　64−0654512

---

## ORDER

ORDER by Judge Mashburn : With regard to docket entry # 63, Linda Simmons has filed a motion for a Rule 2004 examination. She has used a procedure that is not in full compliance with the applicable rules, but the motion is fairly clear as to her intent and goals regarding discovery in this bankruptcy. Most, if not all, of her requests could also be relevant to activity in the two related adversary proceedings (2:25−ap−90051 and 2:25−ap−90052). Since there is already a status−pretrial conference set in those two matters for 1:30 p.m. on August 5, 2025, the Court will conduct a status conference relating to this Rule 2004 motion at that time to determine the best method and timetable for dealing with the requests made by Ms. Simmons. Participation in the status conference will be governed by the instructions regarding allowance of virtual appearances that were included with the summonses issued in the two adversary proceedings. (RE: related document(s) 63) (skb)

Dated: 8/1/25

　　　　　　　　　　　　　　　　　　　　　/s/ Randal S Mashburn  
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE