**Form prosenot**

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>2:25–bk–01916</u>
### Chapter 11

In re:

    Hiawatha Manor Association, Inc.
    7380 W SAND LAKE RD SUITE 130
    ORLANDO, FL 32819

Social Security No.:


Employer's Tax I.D. No.:
    64–0654512

---

### PRO SE PARTY NOTICE OF FILING

---

Status Conference Set – (Motion for 2004 Examination – BK Motion, Docket Order). Status Conference scheduled 8/5/2025 at 01:30 PM, Courtroom 1 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203. (RE: related document(s)63 Motion for 2004 Examination – BK Motion, 67 Docket Order) (las)


Dated: <u>8/1/25</u>