United States Bankruptcy Court

Middle District of Tennessee

In re:                                                                        Case No. 25-01916-RSM

Hiawatha Manor Association, Inc.                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285 |
| aty | + | BLAKE ROTH, Holland & Knight LLP, 511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219-1791 |
| aty | + | Christopher Scott Kunde, Jr, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Debtor Hiawatha Manor Association  Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Debtor Hiawatha Manor Association  Inc. scott.kunde@hklaw.com |
| Jack W Robinson, Jr | on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. jrobinsonjr@gsrm.com, djames@gsrm.com |
| REBECCA JO YIELDING | on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov |
| THOMAS H. FORRESTER | on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. tforrester@gsrm.com, |

District/off: 0650-2

User: admin

Page 2 of 2

Date Rcvd: Aug 01, 2025

Form ID: vorder

Total Noticed: 3

djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 2:25−bk−01916
Chapter: 11
Judge: Randal S Mashburn

In Re:
  Hiawatha Manor Association, Inc.
  7380 W SAND LAKE RD SUITE 130
  ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
  64−0654512

ORDER

ORDER by Judge Mashburn : With regard to docket entry # 63, Linda Simmons has filed a motion for a Rule 2004 examination. She has used a procedure that is not in full compliance with the applicable rules, but the motion is fairly clear as to her intent and goals regarding discovery in this bankruptcy. Most, if not all, of her requests could also be relevant to activity in the two related adversary proceedings (2:25−ap−90051 and 2:25−ap−90052). Since there is already a status−pretrial conference set in those two matters for 1:30 p.m. on August 5, 2025, the Court will conduct a status conference relating to this Rule 2004 motion at that time to determine the best method and timetable for dealing with the requests made by Ms. Simmons. Participation in the status conference will be governed by the instructions regarding allowance of virtual appearances that were included with the summonses issued in the two adversary proceedings. (RE: related document(s) 63) (skb)

Dated: 8/1/25

/s/ Randal S Mashburn
UNITED STATES BANKRUPTCY JUDGE