SO ORDERED.
SIGNED 6th day of August, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

## ORDER CONTINUING HEARING ON MOTION FOR 2004 EXAMINATION

On August 5, 2025, the Court conducted a status/scheduling conference on the Motion for 2004 Examination filed by Linda Simmons on July 29, 2025 (Doc. 63). After discussion with Ms. Simmons, the United States Trustee, and Debtor's counsel, the Court concluded that a rescheduling of this matter is appropriate under the circumstances. In the meantime, Debtor's counsel shall work with Ms. Simmons and the United States Trustee to propose and attempt to agree upon a process of providing access to additional information to all co-owners and other interested parties, based on the Court's directive that it expects maximum transparency about the ongoing effort of the Debtor to obtain approval of a sale of the time share interests of co-owners.

Accordingly, the Rule 2004 examination matter is continued to **9:30 a.m. on August 26, 2025**, in **Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Ms. Simmons and other interested parties may appear by Zoom video, but Debtor's counsel is expected to appear in person. For video participation, advance registration is required to obtain the Zoom link for the

hearing. Parties should register as instructed on the Court's website using the following link: https://www.tnmb.uscourts.gov/register-virtual-link.

    IT IS SO ORDERED.