United States Bankruptcy Court
Middle District of Tennessee

| | |
|---|---|
| In re: | Case No. 25-01916-RSM |
| Hiawatha Manor Association, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0650-2        User: admin        Page 1 of 2
Date Rcvd: Aug 06, 2025        Form ID: pdf001        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com |
| Jack W Robinson, Jr | on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com |
| REBECCA JO YIELDING | on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov |
| THOMAS H. FORRESTER | on behalf of Creditor Lake Tansi Village Property Owners Association Inc. tforrester@gsrm.com, djames@gsrm.com;djoscelyn@gsrm.com |

US TRUSTEE     ustpregion08.na.ecf@usdoj.gov

TOTAL: 6

SO ORDERED.
SIGNED 6th day of August, 2025



THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

**ORDER CONTINUING HEARING ON MOTION FOR 2004 EXAMINATION**

On August 5, 2025, the Court conducted a status/scheduling conference on the Motion for 2004 Examination filed by Linda Simmons on July 29, 2025 (Doc. 63). After discussion with Ms. Simmons, the United States Trustee, and Debtor's counsel, the Court concluded that a rescheduling of this matter is appropriate under the circumstances. In the meantime, Debtor's counsel shall work with Ms. Simmons and the United States Trustee to propose and attempt to agree upon a process of providing access to additional information to all co-owners and other interested parties, based on the Court's directive that it expects maximum transparency about the ongoing effort of the Debtor to obtain approval of a sale of the time share interests of co-owners.

Accordingly, the Rule 2004 examination matter is continued to **9:30 a.m. on August 26, 2025**, in **Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Ms. Simmons and other interested parties may appear by Zoom video, but Debtor's counsel is expected to appear in person. For video participation, advance registration is required to obtain the Zoom link for the

hearing. Parties should register as instructed on the Court's website using the following link: https://www.tnmb.uscourts.gov/register-virtual-link.

IT IS SO ORDERED.