IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:                                                  Chapter 11

Hiawatha Manor Association, Inc.,               Case No. 25-01916

        Debtor.                                Judge Randal S. Mashburn

_____

**NOTICE OF WITHDRAWAL OF
MOTION FOR RULE 2004 EXAMINATION**

       Movant, Linda Simmons, hereby withdraws her Motion for Rule 2004 Production of Documents, (Doc. No. 63).

Dated: August 15, 2025                 Respectfully submitted,

                                              /s/ Linda Simmons
                                              Linda Simmons
                                              9643 Chanteclair Circle
                                              Highlands Ranch, CO 80126
                                              Telephone: (615) 594-2866
                                              Email: lindasimmons2866@gmail.com

1

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I served a true and correct copy of this Notice of Withdrawal of Motion for Rule 2004 Examination.

Via CM/ECF on all registered participants:

- Blake D. Roth – Counsel for Debtor
- C. Scott Kunde – Counsel for Debtor
- Thomas H. Forrester – Counsel for Lake Tansi Village POA
- Rebecca J. Yielding – Trial Attorney, Office of the U.S. Trustee
- Office of the United States Trustee

/s/ Linda Simmons
Linda Simmons
9643 Chanteclair Circle
Highlands Ranch, CO 80126
Telephone: (615) 594-2866
Email: lindasimmons2866@gmail.com

2

Case 2:25-bk-01916   Doc 78   Filed 08/15/25   Entered 08/15/25 15:15:27   Desc Main
Document    Page 2 of 2