**UNITED STATES BANKRUPTCY COURT**

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 2:25−bk−01916
Chapter: 11
Judge: Randal S Mashburn

In Re:
Hiawatha Manor Association, Inc.
7380 W SAND LAKE RD SUITE 130
ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
64−0654512

ORDER

ORDER by Judge Mashburn : With regard to docket entry # 72, 76, the Court continued a status conference on a motion for a Rule 2004 examination filed by Linda Simmons, in part to discuss the process proposed by the Debtor for disseminating information to parties in interest in this case and two related adversary proceedings. Ms. Simmons has now withdrawn her motion for the Rule 2004 examination. Since the continued status conference was intended to address not only the specific requests of Ms. Simmons but broader issues as well, the Court will proceed with the status conference set for 9:30 a.m. on August 26, 2025, as it relates to the general disclosure and transparency issues previously raised by the Court and the proposed protective order that the Debtor submitted with its response to the motion for 2004 examination at Doc. 76. (RE: related document(s) 72, 76) (skb)

Dated: 8/19/25

/s/ Randal S Mashburn
UNITED STATES BANKRUPTCY JUDGE