## Hiawatha Manor Association, Inc. - East

**1010 Alliance Operating x7678, Period Ending 07/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 08/06/2025

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

### Summary

|  | USD |
|---|---|
| Statement beginning balance | 3,331.78 |
| Checks and payments cleared (20) | -97,864.62 |
| Deposits and other credits cleared (7) | 94,532.84 |
| Statement ending balance | 0.00 |
| | |
| Register balance as of 07/31/2025 | 0.00 |

### Details

Checks and payments cleared (20)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2025 | Transfer | | | -297.80 |
| 07/03/2025 | Journal | 435 | | -25.40 |
| 07/03/2025 | Bill Payment | 127507655 | First Insurance Funding Loan … | -4,490.94 |
| 07/09/2025 | Transfer | | | -338.84 |
| 07/11/2025 | Bill Payment | | Cumberland County Irrigation … | -34.79 |
| 07/11/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -850.00 |
| 07/11/2025 | Bill Payment | | Potters Ace Hardware | -315.10 |
| 07/11/2025 | Bill Payment | | Blue Bird Motors, LLC. | -4,266.69 |
| 07/11/2025 | Bill Payment | | Happy Sak Exxon | -382.76 |
| 07/11/2025 | Bill Payment | | Lowes Business Acct/SYNCB | -204.33 |
| 07/11/2025 | Bill Payment | | Josh Sherrill | -700.00 |
| 07/11/2025 | Bill Payment | 19154084366 | Ford Credit | -785.19 |
| 07/11/2025 | Bill Payment | | WM Corporate Services, Inc. | -322.00 |
| 07/11/2025 | Bill Payment | | Cashin Assoc. dba S&W Pool … | -255.01 |
| 07/15/2025 | Bill Payment | Auto draft 07.15.2025 | AUTO PAY - South Cumberla… | -943.41 |
| 07/15/2025 | Bill Payment | Auto draft 07.15.2025 | AUTO PAY - South Cumberla… | -134.82 |
| 07/16/2025 | Journal | 436 | | -35.00 |
| 07/16/2025 | Journal | 422 | | -50,000.00 |
| 07/17/2025 | Journal | 437 | | -40.21 |
| 07/18/2025 | Transfer | | | -33,442.33 |

Total                                                                                      -97,864.62

Deposits and other credits cleared (7)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2025 | Journal | 434 | | 250.00 |
| 07/07/2025 | Deposit | | | 25,000.00 |
| 07/08/2025 | Deposit | | | 250.00 |
| 07/11/2025 | Journal | 410 | | 15,537.70 |
| 07/11/2025 | Journal | 409 | | 2,873.64 |
| 07/16/2025 | Deposit | | | 50,000.00 |
| 07/18/2025 | Transfer | | | 621.50 |

Total                                                                                        94,532.84


Western Alliance Bank®

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

Last statement: June 30, 2025
This statement: July 31, 2025
Total days in statement period: 31

HIAWATHA MANOR ASSOCIATION INC
C/O HPP PROPERTY SERVICES LLC
HIAWATHA MANOR EAST OPERATING
7380 W SAND LAKE RD SUITE 130
ORLANDO FL 32819-5285

Page 1
XXXXXX7678
( 0)

Direct inquiries to:
888-734-4567

Alliance Association Banking
3075 W. Ray Road, FL 4
Chandler AZ 85226

*THANK YOU FOR BANKING WITH US!*

** Closed Account - Final Statement

## AAB Community Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX7678 | Beginning balance | $3,331.78 |
| Low balance | $0.00 | Total additions | 94,532.84 |
| Average balance | $0.00 | Total subtractions | 97,864.62 |
| Avg collected balance | $0 | Ending balance | $.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 07-01 | ' Online Transfer Dr | 297.80 |
| | REF 1821100L FUNDS TRANSFER TO DEP XXXXXX2523 | |
| | FROM TRANSFER TO BRING BALANCE TO 1500 | |
| 07-03 | ' ACH Debit | 25.40 |
| | MERCHANT BANKCD DEPOSIT 250703 | |
| | 496087350880 | |
| 07-07 | ' ACH Debit | 4,490.94 |
| | FIRST INSURANCE INSURANCE 250707 | |
| | 900-103445631 | |
| 07-09 | ' Online Transfer Dr | 338.84 |
| | REF 1900857L FUNDS TRANSFER TO DEP XXXXXX2523 | |
| | FROM FUNDING DEBIT CARD 07 08 25 | |
| 07-11 | ' ACH Debit | 34.79 |
| | Cumberland Count Payables Cumberland County | |
| | Irrigation & Plumbing Supplies Bill.com P25071002 - 14 | |

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 07-11 | ' ACH Debit<br>Lowes Business A Payables Lowes Business Acc<br>t/SYNCB Bill.com P25071002 - 1484398 Inv 05/17/2025 | 204.33 |
| 07-11 | ' ACH Debit<br>S&W Pool and Spa Payables S&W Pool and Spa B<br>ill.com P25071002 - 1484327 Multiple invoices (details | 255.01 |
| 07-11 | ' ACH Debit<br>Bolster Hardware Payables Bolster Hardware B<br>ill.com P25071002 - 1484347 Acct 361585 - Hiawatha Eas | 315.10 |
| 07-11 | ' ACH Debit<br>WM Corporate Ser Payables WM Corporate Servi<br>ces, Inc. Bill.com P25071002 - 1484404 Acct 32-70295-4 | 322.00 |
| 07-11 | ' ACH Debit<br>Happy Sak Exxon Payables Happy Sak Exxon B<br>ill.com P25071002 - 1484388 Inv May2025 | 382.76 |
| 07-11 | ' ACH Debit<br>Josh Sherrill Sh Payables Josh Sherrill Sher<br>rill Plumbing, LLC Bill.com P25071002 - 1484393 Inv 10 | 700.00 |
| 07-11 | ' ACH Debit<br>FORD CREDIT AUTO PYMT 250711 | 785.19 |
| 07-11 | ' ACH Debit<br>Michellia Blaylo Payables Michellia Blaylock<br>dba Cumberland Cleaners Bill.com P25071002 - 1484338 | 850.00 |
| 07-11 | ' ACH Debit<br>Blue Bird Motors Payables Blue Bird Motors,<br>LLC. Bill.com P25071002 - 1484377 Inv 14928 | 4,266.69 |
| 07-15 | ' ACH Debit<br>South Cumberland UTILITY PA 250715 | 134.82 |
| 07-15 | ' ACH Debit<br>South Cumberland UTILITY PA 250715 | 943.41 |
| 07-16 | ' Wire Dr O/L Usd<br>WIRE OUT;BNF-HOLIDAY PROPERTY PARTNERS LLC;OBI-reduce<br>Purchase Receivable Note balance | 50,000.00 |
| 07-16 | ' Direct S/C<br>AAB DOM WIRE O/L | 35.00 |
| 07-17 | ' ACH Debit<br>BILL.COM LLC BILLING BILL.COM 02B4BSBJR<br>RLU4XF STMT 25074522239 HIAWATHA MANOR ASSOCIATION, IN | 40.21 |
| 07-18 | ' Wire Dr O/L Usd<br>WIRE OUT;BNF-HIAWATHA MANOR ASSOCIATION INC;OBI-to clo<br>se the account | 33,442.33 |

**CREDITS**

| Date | Description | Additions |
|------|-------------|-----------|
| 07-01 | ' ACH Credit | 250.00 |
| | MERCHANT BANKCD DEPOSIT 250701 | |
| | 496087350880 | |
| 07-07 | ' Online Transfer Cr | 25,000.00 |
| | REF 1880838L FUNDS TRANSFER FRMDEP XXXXXX7043 | |
| | FROM REPAYMENT OF EXPENSES | |
| 07-09 | ' ACH Credit | 250.00 |
| | MERCHANT BANKCD DEPOSIT 250709 | |
| | 496087350880 | |
| 07-11 | ' ACH Credit | 2,873.64 |
| | Lemonjuice Solut Bill.com Lemonjuice Solutio | |
| | ns Bill.com 015NBTZRGOKGJ7H Multiple invoices | |
| 07-11 | ' ACH Credit | 15,537.70 |
| | Lemonjuice Solut Bill.com Lemonjuice Solutio | |
| | ns Bill.com 015CAEXOKYKGJ7K Inv DQ WKs 22-25 2025 | |
| 07-16 | ' Online Transfer Cr | 50,000.00 |
| | REF 1971225L FUNDS TRANSFER FRMDEP XXXXXX7043 | |
| | FROM TRANSFER FUNDS OWED FROM WEST | |
| 07-18 | ' Online Transfer Cr | 621.50 |
| | REF 1990933L FUNDS TRANSFER FRMDEP XXXXXX2523 | |
| | FROM TRANSFER FUNDS TO CLOSE ACCOUNT | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06-30 | 3,331.78 | 07-09 | 23,678.80 | 07-17 | 32,820.83 |
| 07-01 | 3,283.98 | 07-11 | 33,974.27 | 07-18 | 0.00 |
| 07-03 | 3,258.58 | 07-15 | 32,896.04 | | |
| 07-07 | 23,767.64 | 07-16 | 32,861.04 | | |

**INTEREST INFORMATION**

| | |
|---|---|
| Annual percentage yield earned | 0.00% |
| Interest-bearing days | 17 |
| Average balance for APY | $20,527.66 |
| Interest earned | $0.00 |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Alliance Association Banking*

## Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 07/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 08/19/2025

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                              USD

| | |
|---|---:|
| Statement beginning balance | 1,990.00 |
| Checks and payments cleared (31) | -6,844.31 |
| Deposits and other credits cleared (5) | 33,949.80 |
| Statement ending balance | 29,095.49 |
| | |
| Register balance as of 07/31/2025 | 29,095.49 |
| Cleared transactions after 07/31/2025 | 0.00 |
| Uncleared transactions after 07/31/2025 | -18,118.19 |
| Register balance as of 08/19/2025 | 10,977.30 |

**Details**

Checks and payments cleared (31)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 07/09/2025 | Deposit | | | -0.25 |
| 07/17/2025 | Bill Payment | 1 | U.S. Trustee Payment Center | -274.00 |
| 07/18/2025 | Journal | 423 | | -10.00 |
| 07/22/2025 | Journal | 428 | | -42.47 |
| 07/22/2025 | Bill Payment | | Keith Morris Lawn Care | -2,300.00 |
| 07/22/2025 | Bill Payment | | Lowes Business Acct/SYNCB | -589.12 |
| 07/22/2025 | Bill Payment | | Michael Beard | -449.00 |
| 07/22/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -510.00 |
| 07/22/2025 | Bill Payment | | Potters Ace Hardware | -509.20 |
| 07/22/2025 | Bill Payment | | Happy Sak Exxon | -279.96 |
| 07/23/2025 | Journal | 429 | | -47.17 |
| 07/23/2025 | Journal | 429 | | -42.23 |
| 07/23/2025 | Journal | 429 | | -53.82 |
| 07/24/2025 | Journal | 430 | | -75.54 |
| 07/24/2025 | Journal | 430 | | -140.89 |
| 07/24/2025 | Journal | 430 | | -22.62 |
| 07/25/2025 | Journal | 431 | | -74.62 |
| 07/25/2025 | Journal | 424 | | -10.00 |
| 07/26/2025 | Journal | 432 | | -2.00 |
| 07/26/2025 | Journal | 432 | | -91.73 |
| 07/26/2025 | Journal | 432 | | -54.55 |
| 07/26/2025 | Journal | 432 | | -197.54 |
| 07/26/2025 | Journal | 432 | | -55.84 |
| 07/27/2025 | Journal | 433 | | -11.95 |
| 07/28/2025 | Journal | 468 | | -117.50 |
| 07/29/2025 | Journal | 438 | | -4.16 |
| 07/29/2025 | Journal | 467 | | -275.00 |
| 07/31/2025 | Journal | 445 | | -47.94 |
| 07/31/2025 | Journal | 440 | | -16.98 |
| 07/31/2025 | Journal | 445 | | -311.25 |
| 07/31/2025 | Journal | 435 | | -226.98 |

| Total | | | | -6,844.31 |
|---|---|---|---|---:|

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 07/09/2025 | Deposit | | | 0.25 |
| 07/14/2025 | Deposit | | | 0.01 |
| 07/14/2025 | Deposit | | | 0.01 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 07/18/2025 | Transfer | | | 33,442.33 |
| 07/25/2025 | Deposit | | | 507.20 |
| **Total** | | | | **33,949.80** |

**Additional Information**

Uncleared checks and payments after 07/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 08/01/2025 | Journal | 446 | | -319.59 |
| 08/01/2025 | Bill Payment | 129349650 | First Insurance Funding Loan… | -4,490.94 |
| 08/01/2025 | Bill Payment | 10738316 | Volunteer Energy Cooperative | -4,490.11 |
| 08/01/2025 | Journal | 446 | | -4.37 |
| 08/01/2025 | Journal | 446 | | -150.17 |
| 08/01/2025 | Journal | 446 | | -13.15 |
| 08/03/2025 | Journal | 447 | | -47.13 |
| 08/03/2025 | Journal | 447 | | -25.99 |
| 08/03/2025 | Journal | 447 | | -17.54 |
| 08/04/2025 | Bill Payment | | Frontier Communications Acct… | -231.51 |
| 08/04/2025 | Bill Payment | | Frontier Communications Acct… | -485.40 |
| 08/04/2025 | Bill Payment | | Potters Ace Hardware | -558.35 |
| 08/04/2025 | Bill Payment | | South Cumberland Utility Distr… | -140.64 |
| 08/04/2025 | Bill Payment | | Tammy Lapp | -600.00 |
| 08/04/2025 | Bill Payment | | Tim Gettel | -177.47 |
| 08/04/2025 | Bill Payment | | WM Corporate Services, Inc. | -322.00 |
| 08/04/2025 | Journal | 448 | | -2.00 |
| 08/04/2025 | Journal | 448 | | -16.29 |
| 08/06/2025 | Journal | 449 | | -124.99 |
| 08/06/2025 | Journal | 450 | | -92.74 |
| 08/06/2025 | Journal | 451 | | -58.67 |
| 08/07/2025 | Journal | 452 | | -70.21 |
| 08/07/2025 | Journal | 452 | | -34.80 |
| 08/08/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -595.00 |
| 08/08/2025 | Bill Payment | | Happy Sak Exxon | -382.61 |
| 08/08/2025 | Bill Payment | | Potters Ace Hardware | -14.26 |
| 08/08/2025 | Bill Payment | | South Cumberland Utility Distr… | -863.44 |
| 08/10/2025 | Journal | 453 | | -198.57 |
| 08/11/2025 | Bill Payment | 6560640436 | Ford Credit | -785.19 |
| 08/11/2025 | Journal | 454 | | -129.03 |
| 08/11/2025 | Journal | 454 | | -77.88 |
| 08/11/2025 | Journal | 454 | | -226.03 |
| 08/12/2025 | Journal | 455 | | -87.78 |
| 08/12/2025 | Journal | 455 | | -197.54 |
| 08/12/2025 | Journal | 455 | | -70.22 |
| 08/12/2025 | Journal | 455 | | -30.89 |
| 08/12/2025 | Journal | 455 | | -11.97 |
| 08/15/2025 | Bill Payment | | Potters Ace Hardware | -474.85 |
| 08/15/2025 | Bill Payment | | Cashin Assoc. dba S&W Pool … | -39.40 |
| 08/15/2025 | Bill Payment | | Frontier Communications Acct… | -128.47 |
| 08/15/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -425.00 |
| 08/19/2025 | Bill Payment | | Lake Tansi POA | -906.00 |
| **Total** | | | | **-18,118.19** |


## Servis1st Bank®

P.O. Box 1508
Birmingham, AL 35201
866-317-0810



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

| C H E C K I N G   A C C O U N T S | |
|---|---|
| BUSINESS CHECKING | Number of Enclosures                        0 |
| Account Number          XXXXXXXXXXXX6861 | Statement Dates   7/01/25 thru  7/31/25 |
| Previous Balance                  1,990.00 | Days in the Statement Period          31 |
| 5 Deposits/Credits             33,949.80 | Average Ledger               15,490.01 |
| 31 Checks/Debits                6,844.31 | Average Collected            15,490.01 |
| Service Charge                         .00 | |
| Interest Paid                          .00 | |
| Current Balance                  29,095.49 | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/09 | ACCTVERIFYBill.com          CCD<br>015LMTPTKVKA2QI021000025064780 | .25 |
| 7/14 | ACCTVERIFYLemonjuice SolutCCD<br>015OAGWHFTKJ7BZ021000021706268 | .01 |
| 7/14 | ACCTVERIFYLemonjuice SolutCCD<br>015FDVDIBLKJ7C0021000021706269 | .01 |
| 7/18 | Incoming Wire 88148913 HIAWATH<br>A MANOR ASSOCIATION INC | 33,442.33 |
| 7/25 | Incoming Wire 88368817 HIAWATH<br>A MANOR WEST ASSOCIATION INC | 507.20 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 7/09 | ACCTVERIFYBill.com          CCD<br>015LMTPTKVKA2QI021000025064782 | .25- |
| 7/18 | Wire Transfer Fee 88148913 | 10.00- |
| 7/18 | PAYMENT    QUARTERLY FEE    CCD<br>0000         041036043560482 | 274.00- |
| 7/22 | DBT CRD 1000 07/21/25 40492396<br>AMAZON MKTPL*NW4R76ZA3<br>Amzn.com/bill WA C#7593 | 42.47- |
| 7/23 | Payables  Keith Morris LawCCD<br>015MMAJNMDKYS9T021000028158142 | 2,300.00- |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION


EQUAL HOUSING
LENDER



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING             XXXXXXXXXXXX6861   (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 7/23 | Payables  Lowes Business ACCD<br>015ZMPGVGFKYS9S021000028158139 | 589.12- |
| 7/23 | Payables  Michellia BlayloCCD<br>015NARZHPSKYS9W021000028158151 | 510.00- |
| 7/23 | Payables  Bolster HardwareCCD<br>015CPTVDJRKYS9X021000028158154 | 509.20- |
| 7/23 | Payables  Michael Beard    CCD<br>015FEKYVBHKYS9V021000028158148 | 449.00- |
| 7/23 | Payables  Happy Sak Exxon CCD<br>015QPIVGVZKYS9U021000028158145 | 279.96- |
| 7/23 | DBT CRD 1039 07/23/25 63613519<br>AMAZON MKTPL*5P5GH4VA3<br>Amzn.com/bill WA C#7593 | 53.82- |
| 7/23 | DBT CRD 1154 07/22/25 08521750<br>CROSSVILLE RURAL KING<br>CROSSVILLE    TN C#7593 | 47.17- |
| 7/23 | DBT CRD 1135 07/22/25 97166245<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 42.23- |
| 7/24 | DBT CRD 1029 07/23/25 57944440<br>TIPTON BUILDERS INC<br>KNOXVILLE     TN C#7593 | 140.89- |
| 7/24 | DBT CRD 0155 07/23/25 49318878<br>AMAZON RETA* 1B7RR4H93<br>WWW.AMAZON.CO WA C#7593 | 75.54- |
| 7/24 | DBT CRD 1241 07/23/25 37043851<br>HAJOCA MODERN 396<br>CROSSVILLE    TN C#7593 | 22.62- |
| 7/25 | Wire Transfer Fee 88368817 | 10.00- |
| 7/25 | DBT CRD 0811 07/24/25 75143549<br>AMAZON RETA* LZ3ZE78W3<br>WWW.AMAZON.CO WA C#7593 | 74.62- |
| 7/28 | DBT CRD 1508 07/25/25 25071662<br>INTUIT *QBooks Live<br>CL.INTUIT.COM CA C#7593 | 117.50- |
| 7/28 | POS DEB 1101 07/26/25 00260931<br>WM SUPERCENTER # | 91.73- |





HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING              XXXXXXXXXXX6861  (Continued)

| WITHDRAWALS AND DEBITS | | |
|---|---|---|
| Date | Description | Amount |
| | 168 OBED PLZ STE 1<br>CROSSVILLE    TN C#7593 | |
| 7/28 | DBT CRD 2023 07/28/25 50209167<br>AMAZON RETA* 9W2EF9DL3<br>WWW.AMAZON.CO WA C#7593 | 55.84- |
| 7/28 | DBT CRD 1115 07/26/25 85388355<br>USPS PO 47212405 240 O<br>CROSSVILLE    TN C#7593 | 11.95- |
| 7/28 | POS DEB 1035 07/26/25 00563201<br>WM SUPERCENTER #<br>168 OBED PLZ STE 1<br>CROSSVILLE    TN C#7593 | 2.00- |
| 7/29 | DBT CRD 1704 07/28/25 94617453<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 275.00- |
| 7/29 | DBT CRD 1329 07/28/25 65468981<br>AMAZON MKTPL*291GH1YN3<br>Amzn.com/bill WA C#7593 | 197.54- |
| 7/29 | DBT CRD 1256 07/28/25 45707492<br>AMAZON RETA* 4P1Z78VX3<br>WWW.AMAZON.CO WA C#7593 | 54.55- |
| 7/29 | BILLING    BILL.COM LLC    CCD<br>02B4EQNHAMPUKNB021000024529800 | 4.16- |
| 7/31 | Account Analysis Charge | 16.98- |
| 7/31 | DBT CRD 0928 07/30/25 20979950<br>HAJOCA MODERN 396<br>CROSSVILLE    TN C#7593 | 311.25- |
| 7/31 | DBT CRD 1308 07/30/25 53269138<br>SiteMinder Hospitality<br>029-2214444    TX C#7593 | 226.98- |
| 7/31 | DBT CRD 1147 07/30/25 04639993<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 47.94- |





HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING              XXXXXXXXXXXX6861   (Continued)

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | 1,990.00 | 7/22 | 35,105.88 | 7/28 | 30,229.89 |
| 7/09 | 1,990.00 | 7/23 | 30,325.38 | 7/29 | 29,698.64 |
| 7/14 | 1,990.02 | 7/24 | 30,086.33 | 7/31 | 29,095.49 |
| 7/18 | 35,148.35 | 7/25 | 30,508.91 | | |



# ERRORS RELATING TO ELECTRONIC FUND TRANSFERS
## OR SUBSTITUTE CHECKS (Consumer Customers Only)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

| | CHECKS OUTSTANIDINIG | |
|---|---|---|
| | NO. | AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE SHOWN ON THIS STATEMBNT
$_____

ADD+(IFANY)DEPOSITS NOT SHOWN ON THIS STATEMENT
$_____

TOTAL
$_____

SUBTRACT- (IF ANY)CHECKS OUTSTANDING
$_____

BALANCE
$_____

SHOULD AGREE WITH CHECKBOOK BALANCE

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK BOOK BALANCE AT STATEMENT DATE
$_____

SUBTRACT- (IF ANY) ACTIVITY CHARGE
$_____

SUBTOTAL
$_____

SUBTRACT- (IFANY) OF BANK CHARGES
$_____

BALANCE
$_____

SHOULD AGREE WITH STATEMENT BALANCE

## YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness" in examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do n**ot do this, the Bank will not be liable to you for claims submitted after the timeframe specified. **A copy of our current "Terms and Conditions"** can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.

# Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
### As of July 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management LLC** | | | | | 38,294.17 | 38,294.17 |
| **First Insurance Funding Loan#- 103445631** | 4,490.94 | | | | | 4,490.94 |
| **Frontier Communications Acctxx 931-788-6291** | 231.51 | | | | | 231.51 |
| **Frontier Communications Acctxx 931-788-6532** | 485.40 | | | | | 485.40 |
| **Happy Sak Exxon** | 382.61 | | | | | 382.61 |
| **Holiday Property Partners, LLC** | 7,803.02 | | | | 4,290.57 | 12,093.59 |
| **Lake Tansi POA** | 1,710.00 | | | 1,710.00 | 16,266.00 | 19,686.00 |
| **Lemonjuice Solutions. LLC** | 12,422.71 | | | | | 12,422.71 |
| **Michellia Blaylock dba Cumberland Cleaners** | 255.00 | | | | | 255.00 |
| **Potters Ace Hardware** | 558.35 | | | | | 558.35 |
| **South Cumberland Utility District Acctxx0001-00425-001** | 863.44 | 140.64 | | | | 1,004.08 |
| **Tammy Lapp** | | 600.00 | | | | 600.00 |
| **Tim Gettel** | 177.47 | | | | | 177.47 |
| **Vacatia Inc** | | | | | 89.86 | 89.86 |
| **Volunteer Energy Cooperative** | 4,490.11 | | | | | 4,490.11 |
| **TOTAL** | $ 33,870.56 | $ 740.64 | $ 0.00 | $ 1,710.00 | $ 58,940.60 | $ 95,261.80 |

Tuesday, Aug 19, 2025 09:39:01 AM GMT-7

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of July 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** | | | | | 409.02 | 409.02 |
| **TOTAL** | $ 0.00 | $ 15,537.70 | -$ 15,537.70 | -$ 20,653.20 | $ 21,062.22 | $ 409.02 |

Tuesday, Aug 19, 2025 09:37:07 AM GMT-7

## Hiawatha Manor Association, Inc. - East
## Balance Sheet
### As of July 31, 2025

|  | Total |  |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **Association Operating Accounts** | | |
| 1015 ServisFirst DIP xx6861 | 29,095.49 | |
| **Total Association Operating Accounts** | $ 29,095.49 | |
| **Total Bank Accounts** | $ 29,095.49 | |
| **Accounts Receivable** | | |
| 112900 Receivables - Other | 409.02 | |
| **Total Accounts Receivable** | $ 409.02 | |
| **Other Current Assets** | | |
| 111500 Accounts Receivable Miscellaneous | -21,900.45 | |
| 111900 Allowance for Doubtful Accounts | -6,749,761.01 | |
| 112000 AR Maintenance Fees | 6,749,761.01 | |
| 1255.89 A/R - Lemonjuice Solutions | 25,534.03 | |
| 1255.90 A/R Hiawatha West | 100,655.76 | |
| 141001 Prepaid - Insurance | 8,905.21 | |
| Undeposited Funds | 1,250.00 | |
| **Total Other Current Assets** | $ 114,444.55 | |
| **Total Current Assets** | $ 143,949.06 | |
| **Fixed Assets** | | |
| 151000 Land | 141,142.07 | |
| 155000 Other Equipment | 41,991.63 | |
| 165000 Accum Depr - Other Equipment | -41,991.63 | |
| **Total 155000 Other Equipment** | $ 0.00 | |
| 157000 Furniture & Fixtures | 4,156.98 | |
| 167000 Accum Depr - Furniture & Fixtures | -4,156.98 | |
| **Total 157000 Furniture & Fixtures** | $ 0.00 | |
| 158000 Vehicles | 33,667.54 | |
| 168000 Accum Depr - Vehicles | -24,037.17 | |
| **Total 158000 Vehicles** | $ 9,630.37 | |
| **Total Fixed Assets** | $ 150,772.37 | |
| **TOTAL ASSETS** | $ 294,721.43 | |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| 200000 Accounts Payable - Trade | 95,261.80 | |
| **Total Accounts Payable** | $ 95,261.80 | |
| **Other Current Liabilities** | | |
| 211000 HPP Loan - Investment in Purchased Receivables | 519,644.98 | 523,926.21 |
| 212000 Accrued - Property & Income Taxes | 25,655.00 | |
| 213000 Accrued Expenses - Other | 41,899.97 | |
| 241101 Deferred Revenue - Prepaid Dues | 12,806.42 | |
| 255900 Due To/From Operating/Reserves | 5,562.24 | 60,268.63 |
| **Total Other Current Liabilities** | $ 605,568.61 | |
| **Total Current Liabilities** | $ 700,830.41 | |
| **Long-Term Liabilities** | | |
| 272000 Notes Payable | 4,281.23 | |
| **Total Long-Term Liabilities** | $ 4,281.23 | |
| **Total Liabilities** | $ 705,111.64 | |
| **Equity** | | |
| 399000 Retained Earnings | -169,131.19 | |
| Net Income | -241,259.02 | |
| **Total Equity** | -$ 410,390.21 | |
| **TOTAL LIABILITIES AND EQUITY** | $ 294,721.43 | |

Tuesday, Aug 19, 2025 09:35:02 AM GMT-7 - Accrual Basis

## Hiawatha Manor Association, Inc. - East
## Profit and Loss
### July 2025

| | | Total |
|---|---|---:|
| **Income** | | |
| 400600-02 Rental Income - Transient | | 3,006.36 |
| 400601-01 Other Rental Income - Cleaning Fees | | 627.22 |
| 400602 CC Processing Fee Income | | 25.95 |
| 401000-10 Property Mgmt - Late Fees | | 900.00 |
| 409900 Other Revenue | | 8,869.17 |
| **Total Income** | $ | **13,428.70** |
| **Gross Profit** | $ | **13,428.70** |
| **Expenses** | | |
| 601010 Salary and Wages | | 20,860.64 |
| 601015 Uniforms | | 66.29 |
| 601050 Benefits - Healthcare | | 5,245.38 |
| 601051 Benefits - Retirement | | 666.31 |
| 601080 Employer Taxes | | 1,155.17 |
| 601081 Workers Comp | | 18.36 |
| 601090 Other Payroll Expense | | 2,086.07 |
| 602300 Legal Fees | | 574.00 |
| 603006 Employee Incentives | | 66.00 |
| 604010-02 Tech Software & Apps | | 1,453.51 |
| 604010-04 Tech Finance & HR Software | | 44.37 |
| 604019 Office Supplies | | 136.26 |
| 604020 Bank Fees & Related Charges | | 97.38 |
| 604031 Insurance - General | | 6,084.56 |
| 604040 Postage & Freight | | 9.30 |
| 604051 Business & Property Taxes | | 1,632.50 |
| 604080 Bad Debt | | -6,433.58 |
| 604999 Misc & Other | | 1,170.90 |
| 606030 Landscape and Lawn | | 2,555.87 |
| 606031 Heating and Air Conditioning Repairs | | 401.36 |
| 606032 Plumbing Repairs | | 111.55 |
| 606034 Vehicle Repairs | | 55.40 |
| 606036 Pool Service and Supplies | | 332.42 |
| 606038 Pest Control | | 242.09 |
| 606049 Routine Preventative Maintenance (RPM/AUM) | | 256.75 |
| 606050 Other Repairs & Maintenance | | 160.38 |
| 606071 Electric | | 4,653.26 |
| 606072 Gas | | 191.30 |
| 606073 Water & Sewer | | 3,441.56 |
| 606074 Trash Removal/Recycling | | 322.00 |
| 606075 Media | | 1,959.22 |
| 606301 Guest and Cleaning Supplies | | 1,195.41 |
| 606701 Accounting Fees | | 1,800.00 |
| 606795 POA Fees | | 2,032.00 |
| **Total Expenses** | $ | **54,643.99** |
| **Net Operating Income** | -$ | **41,215.29** |
| **Other Expenses** | | |
| 608000 Depreciation Expense | | 384.10 |
| 992000 Income Tax - Country/Federal | | 200.00 |
| **Total Other Expenses** | $ | **584.10** |
| **Net Other Income** | -$ | **584.10** |
| **Net Income** | -$ | **41,799.39** |