United States Bankruptcy Court

Middle District of Tennessee

In re:                                                                          Case No. 25-01916-RSM

Hiawatha Manor Association, Inc.                                                 Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-2                           User: admin                                     Page 1 of 2

Date Rcvd: Aug 19, 2025                         Form ID: vorder                                 Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285 |
| aty | + | BLAKE ROTH, Holland & Knight LLP, 511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219-1791 |
| aty | + | Christopher Scott Kunde, Jr, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BLAKE ROTH | |
| | on behalf of Debtor Hiawatha Manor Association  Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | |
| | on behalf of Debtor Hiawatha Manor Association  Inc. scott.kunde@hklaw.com |
| Jack W Robinson, Jr | |
| | on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. jrobinsonjr@gsrm.com, djames@gsrm.com |
| REBECCA JO YIELDING | |
| | on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov |
| THOMAS H. FORRESTER | |
| | on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. tforrester@gsrm.com, |

djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.:  2:25−bk−01916
Chapter: 11
Judge:  Randal S Mashburn

In Re:
  Hiawatha Manor Association, Inc.
  7380 W SAND LAKE RD SUITE 130
  ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
  64−0654512

## ORDER

ORDER by Judge Mashburn : With regard to docket entry # 72, 76, the Court continued a status conference on a motion for a Rule 2004 examination filed by Linda Simmons, in part to discuss the process proposed by the Debtor for disseminating information to parties in interest in this case and two related adversary proceedings. Ms. Simmons has now withdrawn her motion for the Rule 2004 examination. Since the continued status conference was intended to address not only the specific requests of Ms. Simmons but broader issues as well, the Court will proceed with the status conference set for 9:30 a.m. on August 26, 2025, as it relates to the general disclosure and transparency issues previously raised by the Court and the proposed protective order that the Debtor submitted with its response to the motion for 2004 examination at Doc. 76. (RE: related document(s) 72, 76) (skb)

Dated: 8/19/25

/s/ Randal S Mashburn
UNITED STATES BANKRUPTCY JUDGE