# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: September 12, 2025**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: September 23, 2025 at 9:30AM ET in Courtroom 1, 701 Broadway, Nashville, TN 37203**
(Virtual Hearing if allowed; See website for details)

## NOTICE OF DEBTOR'S MOTION FOR AN ORDER EXTENDING ITS EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Hiawatha Manor Association, Inc. ("Debtor") has asked the court for the following relief: Entry of an Order Extending its Exclusive Period to File a Chapter 11 Plan to and including March 2, 2026, and extending the Exclusivity Solicitation Period to and including May 1, 2026.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>. You may also view the guidelines for when Virtual Participation is allowed on the court's website.

Case 2:25-bk-01916  Doc 83-2  Filed 08/22/25  Entered 08/22/25 09:25:01  Desc
LBR 9013-1 Notice    Page 1 of 2

Dated: August 22, 2025.
Nashville, Tennessee

**HOLLAND & KNIGHT LLP**

/s/ *Blake D. Roth*
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
        Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*