IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc., | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

**NOTICE OF FILING OF EXHIBITS A–H**
**(Deed-Back Transfer Lists and Bulk Transfer Deeds)**

Movant, Linda Simmons, pro se, respectfully gives notice of filing the following exhibits in support of the record of this proceeding. The attached Exhibits A through H consist of deed-back transfer lists and recorded bulk transfer deeds compiled from the public records of the Cumberland County Register of Deeds.

**Exhibits Filed**

- **Exhibit A –** Hiawatha Manor Association, Inc. (East) – Post-Petition Quitclaim Transfers (After May 6, 2025)
- **Exhibit B –** Hiawatha Manor West – Post-Petition Quitclaim Transfers (After May 6, 2025)
- **Exhibit C –** Hiawatha Manor Association, Inc. (East) Quitclaim Transfers (90 Days Prepetition Feb. 6 – May 6, 2025)
- **Exhibit D –** Hiawatha Manor Association, Inc. (East) Quitclaim Transfers (May 6, 2024 – Feb. 6, 2025)
- **Exhibit E –** Quitclaim Transfers Executed Jan. 29 – 2025 by Douglas R. Porter as "Authorized Person upon Dissolution" of Grantor Entities
- **Exhibit F –** Bulk Quitclaim Transfers from Crown Resorts to Hiawatha Manor Association, Inc. (East), Recorded July 3, 2024
- **Exhibit G –** Bulk Quitclaim Transfer from Hiawatha Manor Association, Inc. to Lemonjuice Capital, LLC, Recorded Feb. 24, 2025
- **Exhibit H –** Bulk Quitclaim Transfer from Crown Resorts to Hiawatha Manor Association, Inc. (East), Recorded Feb. 2, 2025

Dated: August 25, 2025                              Respectfully submitted,

        /s/ Linda Simmons
Linda Simmons
9643 Chanteclair Circle
Highlands Ranch, CO 80126
Telephone: (615) 594-2866
Email: lindasimmons2866@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I served a true and correct copy of the Notice of Filing of Exhibits A–H by the methods indicated below:

    Via CM/ECF on all registered participants:

    - Blake D. Roth – Counsel for Debtor
    - C. Scott Kunde – Counsel for Debtor
    - Thomas H. Forrester – Counsel for Lake Tansi Village POA
    - Rebecca J. Yielding – Trial Attorney, Office of the U.S. Trustee
    - Office of the United States Trustee

/s/ Linda Simmons
Linda Simmons
9643 Chanteclair Circle
Highlands Ranch, CO 80126
Telephone: (615) 594-2866
Email: lindasimmons2866@gmail.com