SO ORDERED.
SIGNED 27th day of August, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Randal S. Mashburn
Chief U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

**ORDER CONTINUING STATUS CONFERENCE**
**REGARDING DEBTOR'S DISCLOSURE OF INFORMATION,**
**IMPLEMENTATION OF USE OF DATA ROOM, AND RELATED MATTERS**

At hearings conducted on August 5 and 26, 2025, the Court has had discussions with Debtor's counsel, Ms. Linda Simmons, and the United States Trustee regarding a process for the Debtor to provide additional information and documents to all co-owners and other interested parties. Debtor's counsel represented on August 26, 2025, that the Debtor is establishing a data room and populating it with documents that may be informative for anticipated sale motions and for pending adversary proceedings. This data room could also assist in resolving issues with Ms. Simmons' discovery requests. The Court is contemporaneously entering a protective order to facilitate this process.

Based on discussions at the prior status conferences, the Court has determined that it is appropriate to set a deadline for Debtor to provide access to the data room

and to set another status conference to determine what, if any, issues remain regarding this process. Accordingly,

IT IS HEREBY ORDERED as follows:

1. On or before **September 9, 2025,** the Debtor shall open the data room and make access information available to co-owners and other known interested parties who choose to avail themselves of the materials located there, subject to the terms of the protective order.

2. Counsel for the Debtor shall work informally with the U.S. Trustee and any other parties who respond to Debtor's counsel between the date of the data room opening and the status conference to resolve any issues about the sufficiency of the materials in the data room or the designation of any materials as confidential.

3. The Court will conduct another status conference at **9:30 a.m. on September 23, 2025**, in **Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Ms. Simmons and other interested parties may appear by Zoom video, but Debtor's counsel is expected to appear in person. For video participation, advance registration is required to obtain the Zoom link for the hearing. Parties should register for Judge Mashburn's Chapter 7 and 11 docket as instructed on the Court's website using the following link:

**https://www.tnmb.uscourts.gov/register-virtual-link**.

IT IS SO ORDERED.