In re:                                                   Case No. 25-01916-RSM

Hiawatha Manor Association, Inc.                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-2                        User: admin                           Page 1 of 2

Date Rcvd: Aug 27, 2025                 Form ID: pdf001                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

**Recip ID**             **Recipient Name and Address**
db                   +   Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025                         Signature:              /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com |
| Jack W Robinson, Jr | on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com |
| REBECCA JO YIELDING | on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov |
| THOMAS H. FORRESTER | on behalf of Creditor Lake Tansi Village Property Owners Association Inc. tforrester@gsrm.com, djames@gsrm.com;djoscelyn@gsrm.com |

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

TOTAL: 6

SO ORDERED.
SIGNED 27th day of August, 2025



THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Randal S. Mashburn
Chief U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

### ORDER CONTINUING STATUS CONFERENCE
### REGARDING DEBTOR'S DISCLOSURE OF INFORMATION,
### IMPLEMENTATION OF USE OF DATA ROOM, AND RELATED MATTERS

At hearings conducted on August 5 and 26, 2025, the Court has had discussions with Debtor's counsel, Ms. Linda Simmons, and the United States Trustee regarding a process for the Debtor to provide additional information and documents to all co-owners and other interested parties. Debtor's counsel represented on August 26, 2025, that the Debtor is establishing a data room and populating it with documents that may be informative for anticipated sale motions and for pending adversary proceedings. This data room could also assist in resolving issues with Ms. Simmons' discovery requests. The Court is contemporaneously entering a protective order to facilitate this process.

Based on discussions at the prior status conferences, the Court has determined that it is appropriate to set a deadline for Debtor to provide access to the data room

and to set another status conference to determine what, if any, issues remain regarding this process. Accordingly,

IT IS HEREBY ORDERED as follows:

1. On or before **September 9, 2025,** the Debtor shall open the data room and make access information available to co-owners and other known interested parties who choose to avail themselves of the materials located there, subject to the terms of the protective order.

2. Counsel for the Debtor shall work informally with the U.S. Trustee and any other parties who respond to Debtor's counsel between the date of the data room opening and the status conference to resolve any issues about the sufficiency of the materials in the data room or the designation of any materials as confidential.

3. The Court will conduct another status conference at **9:30 a.m. on September 23, 2025**, in **Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.** Ms. Simmons and other interested parties may appear by Zoom video, but Debtor's counsel is expected to appear in person. For video participation, advance registration is required to obtain the Zoom link for the hearing. Parties should register for Judge Mashburn's Chapter 7 and 11 docket as instructed on the Court's website using the following link:

**https://www.tnmb.uscourts.gov/register-virtual-link**.

IT IS SO ORDERED.