Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 08/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 09/08/2025

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 29,095.49 |
| Checks and payments cleared (70) | -26,734.10 |
| Deposits and other credits cleared (5) | 51,123.16 |
| Statement ending balance | 53,484.55 |
| | |
| Register balance as of 08/31/2025 | 53,484.55 |
| Cleared transactions after 08/31/2025 | 0.00 |
| Uncleared transactions after 08/31/2025 | -14,438.94 |
| Register balance as of 09/08/2025 | 39,045.61 |

**Details**

Checks and payments cleared (70)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/01/2025 | Bill Payment | 10738316 | Volunteer Energy Cooperative | -4,490.11 |
| 08/01/2025 | Journal | 446 | | -13.15 |
| 08/01/2025 | Journal | 446 | | -4.37 |
| 08/01/2025 | Journal | 446 | | -319.59 |
| 08/01/2025 | Journal | 446 | | -150.17 |
| 08/01/2025 | Bill Payment | 129349650 | First Insurance Funding Loan… | -4,490.94 |
| 08/03/2025 | Journal | 447 | | -25.99 |
| 08/03/2025 | Journal | 447 | | -17.54 |
| 08/03/2025 | Journal | 447 | | -47.13 |
| 08/04/2025 | Journal | 448 | | -2.00 |
| 08/04/2025 | Bill Payment | | Frontier Communications Acct… | -231.51 |
| 08/04/2025 | Bill Payment | | Frontier Communications Acct… | -485.40 |
| 08/04/2025 | Bill Payment | | Potters Ace Hardware | -558.35 |
| 08/04/2025 | Bill Payment | | South Cumberland Utility Distr… | -140.64 |
| 08/04/2025 | Bill Payment | | Tammy Lapp | -600.00 |
| 08/04/2025 | Bill Payment | | Tim Gettel | -177.47 |
| 08/04/2025 | Bill Payment | | WM Corporate Services, Inc. | -322.00 |
| 08/04/2025 | Journal | 448 | | -16.29 |
| 08/06/2025 | Journal | 449 | | -124.99 |
| 08/06/2025 | Journal | 450 | | -92.74 |
| 08/06/2025 | Journal | 451 | | -58.67 |
| 08/07/2025 | Journal | 452 | | -34.80 |
| 08/07/2025 | Journal | 452 | | -70.21 |
| 08/08/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -595.00 |
| 08/08/2025 | Bill Payment | | Happy Sak Exxon | -382.61 |
| 08/08/2025 | Bill Payment | | Potters Ace Hardware | -14.26 |
| 08/08/2025 | Bill Payment | | South Cumberland Utility Distr… | -863.44 |
| 08/10/2025 | Journal | 453 | | -198.57 |
| 08/11/2025 | Bill Payment | 6560640436 | Ford Credit | -785.19 |
| 08/11/2025 | Journal | 454 | | -226.03 |
| 08/11/2025 | Journal | 454 | | -129.03 |
| 08/11/2025 | Journal | 454 | | -77.88 |
| 08/11/2025 | Journal | 484 | | -10.00 |
| 08/12/2025 | Journal | 474 | | -43.43 |
| 08/12/2025 | Journal | 455 | | -197.54 |
| 08/12/2025 | Journal | 455 | | -87.78 |
| 08/12/2025 | Journal | 455 | | -70.22 |
| 08/12/2025 | Journal | 455 | | -30.89 |
| 08/12/2025 | Journal | 455 | | -11.97 |
| 08/14/2025 | Journal | 475 | | -14.20 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/15/2025 | Journal | 476 | | -16.09 |
| 08/15/2025 | Bill Payment | | Potters Ace Hardware | -474.85 |
| 08/15/2025 | Bill Payment | | Cashin Assoc. dba S&W Pool … | -39.40 |
| 08/15/2025 | Bill Payment | | Frontier Communications Acct… | -128.47 |
| 08/15/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -425.00 |
| 08/15/2025 | Journal | 476 | | -35.21 |
| 08/15/2025 | Journal | 476 | | -39.93 |
| 08/18/2025 | Journal | 477 | | -32.86 |
| 08/18/2025 | Journal | 477 | | -3.00 |
| 08/18/2025 | Journal | 477 | | -9.82 |
| 08/18/2025 | Journal | 477 | | -26.83 |
| 08/18/2025 | Journal | 477 | | -67.46 |
| 08/19/2025 | Journal | 485 | | -81.68 |
| 08/19/2025 | Bill Payment | | Lake Tansi POA | -906.00 |
| 08/19/2025 | Bill Payment | 27QMH1HP | U.S. Trustee Payment Center | -61.00 |
| 08/19/2025 | Journal | 478 | | -109.59 |
| 08/20/2025 | Journal | 479 | | -54.82 |
| 08/21/2025 | Bill Payment | | Gregory & Appel Insurance | -3,412.00 |
| 08/21/2025 | Bill Payment | O483770515 | Spectrum Enterprise Acctxx17… | -1,854.90 |
| 08/21/2025 | Journal | 483 | | -176.09 |
| 08/22/2025 | Journal | 481 | | -90.41 |
| 08/22/2025 | Bill Payment | | Potters Ace Hardware | -116.83 |
| 08/22/2025 | Bill Payment | | CMC Plumbing Service Of Cr… | -1,530.00 |
| 08/22/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -255.00 |
| 08/25/2025 | Journal | 482 | | -19.31 |
| 08/25/2025 | Journal | 482 | | -43.88 |
| 08/25/2025 | Journal | 490 | | -117.50 |
| 08/27/2025 | Journal | 487 | | -98.67 |
| 08/28/2025 | Journal | 480 | | -275.00 |
| 08/31/2025 | Journal | 486 | | -20.40 |
| **Total** | | | | **-26,734.10** |

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/11/2025 | Deposit | | | 25,000.00 |
| 08/15/2025 | Deposit | | | 0.01 |
| 08/15/2025 | Journal | 471 | | 3,633.58 |
| 08/15/2025 | Journal | 472 | | 21,900.45 |
| 08/26/2025 | Deposit | | | 589.12 |
| **Total** | | | | **51,123.16** |

**Additional Information**

Uncleared checks and payments after 08/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/02/2025 | Bill Payment | KKH51BJSA06 | Volunteer Energy Cooperative | -5,133.56 |
| 09/02/2025 | Journal | 488 | | -95.34 |
| 09/02/2025 | Bill Payment | 131273716 | First Insurance Funding Loan… | -4,490.94 |
| 09/02/2025 | Journal | 488 | | -57.55 |
| 09/02/2025 | Journal | 488 | | -75.66 |
| 09/02/2025 | Journal | 488 | | -0.87 |
| 09/02/2025 | Journal | 488 | | -118.48 |
| 09/02/2025 | Journal | 488 | | -9.63 |
| 09/03/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -85.00 |
| 09/03/2025 | Bill Payment | | Potters Ace Hardware | -335.04 |
| 09/03/2025 | Bill Payment | | Cumberland County Irrigation … | -50.80 |
| 09/03/2025 | Bill Payment | | Tammy Lapp | -600.00 |
| 09/03/2025 | Journal | 489 | | -15.34 |
| 09/03/2025 | Journal | 489 | | -28.51 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/03/2025 | Journal | 489 | | -20.83 |
| 09/04/2025 | Bill Payment | | South Cumberland Utility Distr… | -742.22 |
| 09/04/2025 | Bill Payment | | WM Corporate Services, Inc. | -322.00 |
| 09/05/2025 | Bill Payment | | Potters Ace Hardware | -321.98 |
| 09/05/2025 | Bill Payment | | Keith Morris Lawn Care | -1,150.00 |
| 09/08/2025 | Bill Payment | 25156435454 | Ford Credit | -785.19 |
| Total | | | | -14,438.94 |

# Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
### As of August 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management LLC** | | | | | 38,294.17 | 38,294.17 |
| **Cumberland County Irrigation & Plumbing Supplies** | | 72.74 | | | | 72.74 |
| **First Insurance Funding Loan#- 103445631** | 4,490.94 | | | | | 4,490.94 |
| **Frontier Communications Acctxx 931-788-2235** | 442.89 | | | | | 442.89 |
| **Frontier Communications Acctxx 931-788-6532** | | -126.00 | | | | -126.00 |
| **Happy Sak Exxon** | 415.67 | | | | | 415.67 |
| **Holiday Property Partners, LLC** | 2,908.04 | 7,803.02 | | | 4,290.57 | 15,001.63 |
| **Keith Morris Lawn Care** | | 1,150.00 | | | | 1,150.00 |
| **Lake Tansi POA** | | | 1,710.00 | | 17,070.00 | 18,780.00 |
| **Lemonjuice Solutions. LLC** | 20,859.13 | 24,920.73 | | | | 45,779.86 |
| **Michellia Blaylock dba Cumberland Cleaners** | | 85.00 | | | | 85.00 |
| **Potters Ace Hardware** | 632.49 | 24.53 | | | | 657.02 |
| **South Cumberland Utility District Acctxx0001-00425-001** | 742.22 | | | | | 742.22 |
| **Tammy Lapp** | | 600.00 | | | | 600.00 |
| **Vacatia Inc** | | | | | 89.86 | 89.86 |
| **Volunteer Energy Cooperative** | 5,133.56 | | | | | 5,133.56 |
| **TOTAL** | **$ 35,624.94** | **$ 34,530.02** | **$ 1,710.00** | **$ 0.00** | **$ 59,744.60** | **$ 131,609.56** |

Monday, Sep 22, 2025 06:40:06 AM GMT-7

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of August 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** | | | | | 409.02 | 409.02 |
| **TOTAL** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 409.02** | **$ 409.02** |

Monday, Sep 22, 2025 06:41:44 AM GMT-7

## Hiawatha Manor Association, Inc. - East
## Balance Sheet
**As of August 31, 2025**

| | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **Association Operating Accounts** | |
| **1015 ServisFirst DIP xx6861** | 53,484.55 |
| **Total Association Operating Accounts** | **$ 53,484.55** |
| **Total Bank Accounts** | **$ 53,484.55** |
| **Accounts Receivable** | |
| **112900 Receivables - Other** | 409.02 |
| **Total Accounts Receivable** | **$ 409.02** |
| **Other Current Assets** | |
| **111500 Accounts Receivable Miscellaneous** | -13,440.36 |
| **111900 Allowance for Doubtful Accounts** | -6,722,938.76 |
| **112000 AR Maintenance Fees** | 6,722,938.76 |
| **1255.89 A/R - Lemonjuice Solutions** | 17,285.48 |
| **1255.90 A/R Hiawatha West** | 74,894.30 |
| **141001 Prepaid - Insurance** | 10,473.87 |
| **Undeposited Funds** | 1,250.00 |
| **Total Other Current Assets** | **$ 90,463.29** |
| **Total Current Assets** | **$ 144,356.86** |
| **Fixed Assets** | |
| **151000 Land** | 141,142.00 |
| **155000 Other Equipment** | 41,991.63 |
| **165000 Accum Depr - Other Equipment** | -41,991.63 |
| **Total 155000 Other Equipment** | **$ 0.00** |
| **157000 Furniture & Fixtures** | 4,156.98 |
| **167000 Accum Depr - Furniture & Fixtures** | -4,156.98 |
| **Total 157000 Furniture & Fixtures** | **$ 0.00** |
| **158000 Vehicles** | 33,667.54 |
| **168000 Accum Depr - Vehicles** | -24,421.27 |
| **Total 158000 Vehicles** | **$ 9,246.27** |
| **Total Fixed Assets** | **$ 150,388.27** |
| **TOTAL ASSETS** | **$ 294,745.13** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **200000 Accounts Payable - Trade** | 131,609.56 |
| **Total Accounts Payable** | **$ 131,609.56** |
| **Other Current Liabilities** | |
| **211000 HPP Loan - Investment in Purchased Receivables** | 519,644.98 |
| **212000 Accrued - Property & Income Taxes** | 27,487.50 |
| **213000 Accrued Expenses - Other** | 45,641.97 |
| **241101 Deferred Revenue - Prepaid Dues** | 13,915.42 |
| **255900 Due To/From Operating/Reserves** | 5,562.24 |
| **Total Other Current Liabilities** | **$ 612,252.11** |
| **Total Current Liabilities** | **$ 743,861.67** |
| **Long-Term Liabilities** | |
| **272000 Notes Payable** | 3,888.64 |
| **Total Long-Term Liabilities** | **$ 3,888.64** |
| **Total Liabilities** | **$ 747,750.31** |
| **Equity** | |
| **399000 Retained Earnings** | -169,131.19 |
| **Net Income** | -283,873.99 |
| **Total Equity** | **-$ 453,005.18** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 294,745.13** |

Monday, Sep 22, 2025 06:43:19 AM GMT-7 - Accrual Basis

# Hiawatha Manor Association, Inc. - East
## Profit and Loss
**August 2025**

| | | Total |
|---|---|---|
| **Income** | | |
| **400600-02 Rental Income - Transient** | | 3,109.06 |
| **400601-01 Other Rental Income - Cleaning Fees** | | 736.06 |
| **401000-10 Property Mgmt - Late Fees** | | 25.00 |
| **409900 Other Revenue** | | 12,207.13 |
| **Total Income** | **$** | **16,077.25** |
| **Gross Profit** | **$** | **16,077.25** |
| **Expenses** | | |
| **601010 Salary and Wages** | | 20,955.01 |
| **601015 Uniforms** | | 40.02 |
| **601050 Benefits - Healthcare** | | 5,566.83 |
| **601051 Benefits - Retirement** | | 649.40 |
| **601080 Employer Taxes** | | 1,071.00 |
| **601081 Workers Comp** | | 184.40 |
| **601090 Other Payroll Expense** | | 2,095.51 |
| **602300 Legal Fees** | | 485.99 |
| **604010-02 Tech Software & Apps** | | 1,307.74 |
| **604010-04 Tech Finance & HR Software** | | 81.68 |
| **604019 Office Supplies** | | 80.20 |
| **604020 Bank Fees & Related Charges** | | 179.83 |
| **604030 Insurance - D&O** | | 568.17 |
| **604031 Insurance - General** | | 5,763.11 |
| **604040 Postage & Freight** | | 2,700.55 |
| **604051 Business & Property Taxes** | | 1,632.50 |
| **604080 Bad Debt** | | -8,464.33 |
| **604999 Misc & Other** | | 212.49 |
| **606030 Landscape and Lawn** | | 1,263.27 |
| **606031 Heating and Air Conditioning Repairs** | | 45.98 |
| **606032 Plumbing Repairs** | | 2,137.08 |
| **606033 Appliance Repairs** | | 66.44 |
| **606035 Electrical and Mechanical Repairs** | | 133.30 |
| **606036 Pool Service and Supplies** | | 136.74 |
| **606037 Furniture/Unit Repairs and Supplies** | | 281.23 |
| **606038 Pest Control** | | 214.28 |
| **606049 Routine Preventative Maintenance (RPM/AUM)** | | 297.53 |
| **606050 Other Repairs & Maintenance** | | 117.90 |
| **606071 Electric** | | 5,133.56 |
| **606072 Gas** | | 207.83 |
| **606073 Water & Sewer** | | 2,452.22 |
| **606074 Trash Removal/Recycling** | | 322.00 |
| **606075 Media** | | 5,080.47 |
| **606301 Guest and Cleaning Supplies** | | 1,408.58 |
| **606701 Accounting Fees** | | 1,800.00 |
| **606795 POA Fees** | | 2,032.00 |
| **606990 Miscellaneous Supplies** | | -132.39 |
| **Total Expenses** | **$** | **58,108.12** |
| **Net Operating Income** | **-$** | **42,030.87** |
| **Other Expenses** | | |
| **608000 Depreciation Expense** | | 384.10 |
| **992000 Income Tax - Country/Federal** | | 200.00 |
| **Total Other Expenses** | **$** | **584.10** |
| **Net Other Income** | **-$** | **584.10** |
| **Net Income** | **-$** | **42,614.97** |

Monday, Sep 22, 2025 06:44:45 AM GMT-7 - Accrual Basis



P.O. Box 1508
Birmingham, AL 35201
866-317-0810



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## C H E C K I N G   A C C O U N T S

| BUSINESS CHECKING | | | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX6861 | Number of Enclosures | 0 |
| Previous Balance | 29,095.49 | Statement Dates | 8/01/25 thru 9/01/25 |
| 5 Deposits/Credits | 51,123.16 | Days in the Statement Period | 32 |
| 70 Checks/Debits | 26,734.10 | Average Ledger | 43,205.98 |
| Service Charge | .00 | Average Collected | 43,205.98 |
| Interest Paid | .00 | | |
| Current Balance | 53,484.55 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/11 | Incoming Wire 88875500 HIAWATH A MANOR WEST ASSOCIATION INC | 25,000.00 |
| 8/15 | Bill.com Lemonjuice SolutCCD 015PRHPZBLM71QQ021000028819973 | 21,900.45 |
| 8/15 | Bill.com Lemonjuice SolutCCD 015NGDRZJEM71QL021000028819969 | 3,633.58 |
| 8/15 | ACCTVERIFYHiawatha Manor WCCD 015MJHBBPMM5D91021000020682233 | .01 |
| 8/26 | VoidPaymntBill.com CCD 015JXUJVGMMMG1502100002085 2351 | 589.12 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/01 | DBT CRD 1013 07/31/25 48157310 HOLSTON GASES CROSSVIL CROSSVILLE TN C#7593 | 319.59- |
| 8/01 | DBT CRD 0825 08/01/25 83152107 AMAZON MKTPL*8216Y2EX3 Amzn.com/bill WA C#7593 | 150.17- |
| 8/01 | DBT CRD 1333 07/31/25 68115778 LOWE S #548 CROSSVILLE TN C#7593 | 13.15- |









HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/01 | DBT CRD 1029 07/31/25 57982791 LOWE S #548 CROSSVILLE TN C#7593 | 4.37- |
| 8/04 | INSURANCE FIRST INSURANCE CCD 900-103445631 071925331420716 | 4,490.94- |
| 8/04 | WEB PMTS Volunteer EnergyCCD ZGGBTQ 111924681106005 | 4,490.11- |
| 8/04 | Payables Tammy Lapp dba TCCD 015RSOLNMILIZF7021000027517508 | 600.00- |
| 8/04 | Payables Bolster HardwareCCD 015NSDZXSRLIZFA021000027517517 | 558.35- |
| 8/04 | Payables Frontier CommuniCCD 015LKXTWGBLIZF4021000027517499 | 485.40- |
| 8/04 | Payables WM Corporate SerCCD 015SYWDNBCLIZF5021000027517502 | 322.00- |
| 8/04 | Payables Frontier CommuniCCD 015FEIQGXJLIZF9021000027517514 | 231.51- |
| 8/04 | Payables Tim Gettel CCD 015ODBTYBDLIZF6021000027517505 | 177.47- |
| 8/04 | Payables South CumberlandCCD 015OGTBXJGLIZF8021000027517511 | 140.64- |
| 8/04 | DBT CRD 1145 08/01/25 03158425 PARTSELECT.COM WWW.PARTSELEC GA C#7593 | 47.13- |
| 8/04 | DBT CRD 1008 08/02/25 45028912 LOWE S #548 CROSSVILLE TN C#7593 | 17.54- |
| 8/04 | DBT CRD 1248 08/03/25 41155429 AMAZON MKTPL*1Z9PQ3W73 Amzn.com/bill WA C#7593 | 16.29- |
| 8/04 | POS DEB 1130 08/04/25 00369628 WM SUPERCENTER # 168 OBED PLZ STE 1 CROSSVILLE TN C#7593 | 2.00- |
| 8/05 | DBT CRD 1503 08/04/25 22287803 AMAZON MKTPL*OO8DT9E23 Amzn.com/bill WA C#7593 | 25.99- |









HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/06 | DBT CRD 0809 08/05/25 73714502 ROCKETLAW 877-757-1550 WWW.ROCKETLAW CA C#7593 | 124.99- |
| 8/06 | DBT CRD 1505 08/05/25 23551116 LOWE S #548 CROSSVILLE TN C#7593 | 58.67- |
| 8/07 | DBT CRD 0344 08/07/25 14601885 AMAZON MKTPL*FO3GS8YG3 Amzn.com/bill WA C#7593 | 70.21- |
| 8/07 | DBT CRD 0344 08/07/25 14543155 AMAZON MKTPL*MW06S08D3 Amzn.com/bill WA C#7593 | 34.80- |
| 8/08 | Payables South CumberlandCCD 015UUIFDAELTCGR021000021249226 | 863.44- |
| 8/08 | Payables Michellia BlayloCCD 015XUQRRGTLTCGT021000021249232 | 595.00- |
| 8/08 | Payables Happy Sak Exxon CCD 015NGNTOCOLTCGQ021000021249223 | 382.61- |
| 8/08 | DBT CRD 1344 08/07/25 74717451 SiteMinder Hospitality 029-2214444 TX C#7593 | 92.74- |
| 8/08 | Payables Bolster HardwareCCD 015OHAEZZALTCGS021000021249229 | 14.26- |
| 8/11 | Wire Transfer Fee 88875500 | 10.00- |
| 8/11 | DBT CRD 1042 08/10/25 65194178 AMAZON MKTPL*OW3ET95F3 Amzn.com/bill WA C#7593 | 226.03- |
| 8/11 | DBT CRD 0414 08/11/25 32970275 AMAZON MKTPL*DL8BG6E13 Amzn.com/bill WA C#7593 | 129.03- |
| 8/11 | DBT CRD 0810 08/08/25 74450363 LOWE S #548 CROSSVILLE TN C#7593 | 77.88- |
| 8/12 | FORDCREDITFORD MOTOR CR WEB 3534610003 021000021517671 | 785.19- |
| 8/12 | DBT CRD 0414 08/12/25 32931635 AMAZON RETA* 4C1LL31H3 | 43.43- |









HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| | WWW.AMAZON.CO WA C#7593 | |
| 8/12 | DBT CRD 1122 08/11/25 89632649 LOWE S #548 CROSSVILLE TN C#7593 | 30.89- |
| 8/13 | DBT CRD 0414 08/12/25 32879089 AMAZON MKTPL*T05XC3PK3 Amzn.com/bill WA C#7593 | 198.57- |
| 8/13 | DBT CRD 1231 08/12/25 30617159 LOWE S #548 CROSSVILLE TN C#7593 | 11.97- |
| 8/14 | DBT CRD 1557 08/13/25 54776618 AMAZON MKTPL*WU2AH9013 Amzn.com/bill WA C#7593 | 197.54- |
| 8/14 | DBT CRD 1604 08/13/25 58552363 AMAZON MKTPL*RF6I18HN3 Amzn.com/bill WA C#7593 | 87.78- |
| 8/14 | DBT CRD 1420 08/13/25 96243051 AMAZON MKTPL*KJ5NK1ZV3 Amzn.com/bill WA C#7593 | 70.22- |
| 8/14 | DBT CRD 1130 08/13/25 94214321 LOWE S #548 CROSSVILLE TN C#7593 | 14.20- |
| 8/15 | Payables Bolster HardwareCCD 015XAZETOLM5OMA021000028800549 | 474.85- |
| 8/15 | Payables Michellia BlayloCCD 015OYKSYYUM5OM9021000028800546 | 425.00- |
| 8/15 | Payables Frontier CommuniCCD 015AURRPGLM5OMB021000028800552 | 128.47- |
| 8/15 | DBT CRD 1148 08/15/25 04803722 AMAZON MKTPL*AR61D1UH3 Amzn.com/bill WA C#7593 | 39.93- |
| 8/15 | Payables S&W Pool and SpaCCD 015LWIQGJJM5OM8021000028800543 | 39.40- |
| 8/15 | DBT CRD 1146 08/14/25 04044608 LOWE S #548 CROSSVILLE TN C#7593 | 35.21- |
| 8/15 | DBT CRD 1430 08/14/25 02037703 LOWE S #548 | 16.09- |









HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| | CROSSVILLE TN C#7593 | |
| 8/18 | DBT CRD 1030 08/15/25 58167198 Harbor Freight Tools U CROSSVILLE TN C#7593 | 67.46- |
| 8/18 | POS DEB 1405 08/16/25 74290551 WAL WAL-MART #0687 002314 168 OBED PLZ STE 1 CROSSVILLE TN C#7593 | 32.86- |
| 8/18 | DBT CRD 1001 08/15/25 41171462 AMAZON MKTPL*GA6MZ7YG3 Amzn.com/bill WA C#7593 | 26.83- |
| 8/18 | DBT CRD 1554 08/18/25 52873963 AMAZON MKTPL*C10383T23 Amzn.com/bill WA C#7593 | 9.82- |
| 8/18 | POS DEB 1355 08/16/25 00263658 WM SUPERCENTER # 168 OBED PLZ STE 1 CROSSVILLE TN C#7593 | 3.00- |
| 8/19 | Payables Lake Tansi POA CCD 015KWVNRXUM9Y40021000029106134 | 906.00- |
| 8/19 | DBT CRD 1244 08/18/25 38425641 AMAZON MKTPL*TK4FT3PB3 Amzn.com/bill WA C#7593 | 109.59- |
| 8/19 | BILLING BILL.COM LLC CCD 02B4WRRFUCJVAUP021000021338702 | 81.68- |
| 8/20 | PAYMENT QUARTERLY FEE CCD 0000 041036041674137 | 61.00- |
| 8/20 | DBT CRD 1059 08/19/25 75839995 CUMBERLAND FARMERS COO CROSSVILLE TN C#7593 | 54.82- |
| 8/21 | DBT CRD 1955 08/20/25 33015935 AMAZON MKTPL*IJ4JE4GW3 Amzn.com/bill WA C#7593 | 176.09- |
| 8/22 | SPECTRUM SPECTRUM WEB 0000358635 021000029987486 | 1,854.90- |
| 8/22 | Payables CMC Plumbing SerCCD 015HYDOLPTMHKVD021000021048742 | 1,530.00- |









HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/22 | Payables Michellia BlayloCCD 015DDNKQANMHKVF021000021048748 | 255.00- |
| 8/22 | Payables Bolster HardwareCCD 015BNCYXFOMHKVE021000021048745 | 116.83- |
| 8/22 | DBT CRD 1730 08/21/25 10463055 AMAZON MKTPL*C38453KU3 Amzn.com/bill WA C#7593 | 90.41- |
| 8/25 | J2624 OOFFGREGORY & APPEL,CCD CZ10000HFDZDC 111000020065041 TRN*1*CZ10000HFDZDC\ RMR*IK*GREGORY APPEL, INC.\ | 3,412.00- |
| 8/25 | DBT CRD 1429 08/22/25 01449635 LOWE S #548 CROSSVILLE TN C#7593 | 43.88- |
| 8/25 | DBT CRD 1613 08/23/25 64271122 AMAZON MKTPL*9158E7RA3 Amzn.com/bill WA C#7593 | 19.31- |
| 8/26 | DBT CRD 0732 08/25/25 51242943 INTUIT *QBooks Online CL.INTUIT.COM CA C#7593 | 117.50- |
| 8/27 | DBT CRD 1116 08/26/25 86119732 HAJOCA MODERN 396 CROSSVILLE TN C#7593 | 98.67- |
| 8/29 | Account Analysis Charge | 20.40- |
| 8/29 | DBT CRD 0851 08/28/25 98725356 INTUIT *QBooks Online CL.INTUIT.COM CA C#7593 | 275.00- |

DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 28,608.21 | 8/11 | 39,323.18 | 8/19 | 61,021.24 |
| 8/04 | 17,028.83 | 8/12 | 38,463.67 | 8/20 | 60,905.42 |
| 8/05 | 17,002.84 | 8/13 | 38,253.13 | 8/21 | 60,729.33 |
| 8/06 | 16,819.18 | 8/14 | 37,883.39 | 8/22 | 56,882.19 |
| 8/07 | 16,714.17 | 8/15 | 62,258.48 | 8/25 | 53,407.00 |
| 8/08 | 14,766.12 | 8/18 | 62,118.51 | 8/26 | 53,878.62 |

MEMBER FDIC












HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

DAILY BALANCES

| Date | Balance | Date | Balance |
|---|---|---|---|
| 8/27 | 53,779.95 | 8/29 | 53,484.55 |





## ERRORS RELATING TO ELECTRONIC FUND TRANSFERS OR SUBSTITUTE CHECKS (Consumer Customers Only)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE SHOWN ON THIS STATEMBNT

$________________

ADD+(IFANY)DEPOSITS NOT SHOWN ON THIS STATEMENT

$________________

TOTAL

$________________

SUBTRACT- (IF ANY)CHECKS OUTSTANDING

$________________

BALANCE

$________________

SHOULD AGREE WITH CHECKBOOK BALANCE

| CHECKS OUTSTANIDINIG | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK BOOK BALANCE AT STATEMENT DATE

$________________

SUBTRACT- (IF ANY} ACTIVITY CHARGE

$________________

SUBTOTAL

$________________

SUBTRACT- (IFANY) OF BANK CHARGES

$________________

BALANCE

$________________

SHOULD AGREE WITH STATEMENT BALANCE

## YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness" in examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do n**ot do this, the Bank will not be liable to you for claims submitted after the timeframe specified. **A copy of our current "Terms and** Conditions" can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.