SO ORDERED.
SIGNED 23rd day of September, 2025

Randal S. Mashburn
Chief U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

### ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER EXTENDING ITS EXCLUSIVE PERIODS TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon consideration of the *Debtor's Motion For An Order Extending Its Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereto Pursuant To Section 1121(D) Of The Bankruptcy Code* (the "**Motion**");[1] and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334, and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court finding that the relief requested in the Motion is in the best

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

interests of the Debtor and its estate; and it appearing that due and sufficient notice of the Motion has been provided by the Debtor and that no other or further notice is required; and after due deliberation and good cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth in this order.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's Exclusivity Filing Period is extended to and including March 2, 2026.

3. The Exclusivity Solicitation Period is hereby extended to and including May 1, 2026.

4. The Extension granted by this order is without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code by the Debtor, or any party-in-interest, for cause shown, upon notice and a hearing.

5. The Court expressly retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

APPROVED FOR ENTRY:

**HOLLAND & KNIGHT LLP**

*/s/ Blake D. Roth*
Blake D. Roth (TN Bar No. 031499)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
　　　　Scott.Kunde@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*