SO ORDERED.
SIGNED 25th day of September, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Randal S. Mashburn
Chief U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Hiawatha Manor Association, Inc., ) | Case No. 2:25-bk-01916 |
| ) | Chapter 11 |
| Debtor. ) | Judge Randal S. Mashburn |

## ORDER REGARDING THE STATUS OF DEBTOR'S DISCLOSURE OF INFORMATION AND IMPLEMENTATION OF USE OF DATA ROOMS

The Court conducted a status conference on September 23, 2025, to discuss the status of the Debtor's disclosure of information to co-owners and other parties in interest through use of data rooms that have been established pursuant to the order at Doc. 86. Counsel for the Debtor appeared at the conference, along with the U.S. Trustee and respective counsel for Lake Tansi Village Property Owners Association, Inc. and Hiawatha Manor West Association, LLC.

Based on the representations of counsel, the Court finds that it is not necessary at this time to schedule a further status conference. However, if additional issues arise regarding the Debtor's disclosure of information, the sufficiency of the information, or access to such information, the Court will promptly address the matter upon the filing of an appropriate motion.

IT IS SO ORDERED.