United States Bankruptcy Court

Middle District of Tennessee

In re:                                                                                          Case No. 25-01916-RSM

Hiawatha Manor Association, Inc.                                                    Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-2                                  User: admin                                          Page 1 of 2

Date Rcvd: Sep 25, 2025                           Form ID: pdf001                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

**Recip ID**     **Recipient Name and Address**
db     + Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

**Name**     **Email Address**

BLAKE ROTH
     on behalf of Debtor Hiawatha Manor Association  Inc. blake.roth@hklaw.com,
     brooke.freeman@hklaw.com;cathy.thomas@hklaw.com

Christopher Scott Kunde, Jr
     on behalf of Debtor Hiawatha Manor Association  Inc. scott.kunde@hklaw.com

Jack W Robinson, Jr
     on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. jrobinsonjr@gsrm.com, djames@gsrm.com

MICHAEL EDWARD COLLINS
     on behalf of Creditor Hiawatha Manor West Association  LLC mcollins@manierherod.com,
     TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com

REBECCA JO YIELDING
     on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

THOMAS H. FORRESTER
on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. tforrester@gsrm.com,
djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE
ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

*Randal S. Mashburn*

**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

## ORDER REGARDING THE STATUS OF DEBTOR'S DISCLOSURE OF INFORMATION AND IMPLEMENTATION OF USE OF DATA ROOMS

The Court conducted a status conference on September 23, 2025, to discuss the status of the Debtor's disclosure of information to co-owners and other parties in interest through use of data rooms that have been established pursuant to the order at Doc. 86. Counsel for the Debtor appeared at the conference, along with the U.S. Trustee and respective counsel for Lake Tansi Village Property Owners Association, Inc. and Hiawatha Manor West Association, LLC.

Based on the representations of counsel, the Court finds that it is not necessary at this time to schedule a further status conference. However, if additional issues arise regarding the Debtor's disclosure of information, the sufficiency of the information, or access to such information, the Court will promptly address the matter upon the filing of an appropriate motion.

IT IS SO ORDERED.