# UNITED STATES BANKRUPTCY COURT

### EASTERN   DISTRICT OF   TENNESSEE

### Cookeville Division

In Re. Hiawatha East Condominium Association, Inc.  §  Case No.  25-01916
                                                                                          §
                                                                                          §
_____  §
                    Debtor(s)                       §

☐ Jointly Administered

## Monthly Operating Report                                   Chapter 11

Reporting Period Ended: 09/30/2025                    Petition Date: 05/06/2025

Months Pending: 5                                    Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:                    Accrual Basis  ◉        Cash Basis  ○

Debtor's Full-Time Employees (current):                          7

Debtor's Full-Time Employees (as of date of order for relief):   7

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☒  Accounts receivable aging
☒  Postpetition liabilities aging
☐  Statement of capital assets
☒  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Richard Winkler                                    Richard Winkler
Signature of Responsible Party                         Printed Name of Responsible Party

10/17/2025
Date                                                   7380 West Sand Lake Road, Suite 130
                                                       Orlando, FL 32819
                                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $53,485 | |
| b. Total receipts (net of transfers between accounts) | $46,922 | $298,401 |
| c. Total disbursements (net of transfers between accounts) | $22,147 | $238,706 |
| d. Cash balance end of month (a+b-c) | $78,260 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $22,147 | $238,706 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $409 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d Total current assets | $156,267 |
| e. Total assets | $306,271 |
| f. Postpetition payables (excluding taxes) | $176,233 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $176,233 |
| k. Prepetition secured debt | $523,141 |
| l. Prepetition priority debt | $28,379 |
| m. Prepetition unsecured debt | $67,152 |
| n. Total liabilities (debt) (j+k+l+m) | $794,905 |
| o. Ending equity/net worth (e-n) | $-488,634 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $9,444 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $9,444 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $-41,507 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $-384 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $-3,181 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-35,628 | $-221,816 |

UST Form 11-MOR (12/01/2021)

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $200 | $1,000 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $1,349 | $8,066 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $1,633 | $8,163 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯   No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯   No ⦿

c. Were any payments made to or on behalf of insiders?    Yes ◯   No ⦿

d. Are you current on postpetition tax return filings?    Yes ⦿   No ◯

e. Are you current on postpetition estimated tax payments?    Yes ⦿   No ◯

f. Were all trust fund taxes remitted on a current basis?    Yes ⦿   No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯   No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ◯   No ◯   N/A ⦿

i. Do you have:        Worker's compensation insurance?    Yes ⦿   No ◯

        If yes, are your premiums current?    Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

        Casualty/property insurance?    Yes ⦿   No ◯

        If yes, are your premiums current?    Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

        General liability insurance?    Yes ⦿   No ◯

        If yes, are your premiums current?    Yes ⦿   No ◯   N/A ◯   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ◯   No ⦿

k. Has a disclosure statement been filed with the court?    Yes ◯   No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿   No ◯

UST Form 11-MOR (12/01/2021)

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ◯  No ⊙

m. If yes, have you made all Domestic Support Obligation payments?    Yes ◯  No ◯  N/A ⊙

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Richard Winkler | Richard Winkler |
| Signature of Responsible Party | Printed Name of Responsible Party |
| General Counsel, Lemonjuice Solutions | 10/17/2025 |
| Title | Date |



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)



## Servis 1st Bank®

P.O. Box 1508
Birmingham, AL 35201
866-317-0810

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## C H E C K I N G   A C C O U N T S

| | | |
|---|---|---|
| BUSINESS CHECKING | Number of Enclosures | 0 |
| Account Number  XXXXXXXXXXXX6861 | Statement Dates  8/01/25 thru  9/01/25 | |
| Previous Balance  29,095.49 | Days in the Statement Period  32 | |
| 5 Deposits/Credits  51,123.16 | Average Ledger  43,205.98 | |
| 70 Checks/Debits  26,734.10 | Average Collected  43,205.98 | |
| Service Charge  .00 | | |
| Interest Paid  .00 | | |
| Current Balance  53,484.55 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/11 | Incoming Wire 88875500 HIAWATHA MANOR WEST ASSOCIATION INC | 25,000.00 |
| 8/15 | Bill.com  Lemonjuice SolutCCD 015PRHPZBLM71QQ021000028819973 | 21,900.45 |
| 8/15 | Bill.com  Lemonjuice SolutCCD 015NGDRZJEM71QL021000028819969 | 3,633.58 |
| 8/15 | ACCTVERIFYHiawatha Manor WCCD 015MJHBBPMM5D91021000020682233 | .01 |
| 8/26 | VoidPaymntBill.com        CCD 015JXUJVGMMMG15021000020852351 | 589.12 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/01 | DBT CRD 1013 07/31/25 48157310 HOLSTON GASES CROSSVIL CROSSVILLE    TN C#7593 | 319.59- |
| 8/01 | DBT CRD 0825 08/01/25 83152107 AMAZON MKTPL*8216Y2EX3 Amzn.com/bill WA C#7593 | 150.17- |
| 8/01 | DBT CRD 1333 07/31/25 68115778 LOWE S #548 CROSSVILLE    TN C#7593 | 13.15- |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

EQUAL HOUSING LENDER



Date  8/29/25        Page    2
Primary Acct.    XXXXXXXXXXXX6861
Enclosures

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING            XXXXXXXXXXXX6861  (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | DBT CRD 1029 07/31/25 57982791<br>LOWE S #548<br>CROSSVILLE     TN C#7593 | 4.37- |
| 8/04 | INSURANCE FIRST INSURANCE CCD<br>900-103445631  071925331420716 | 4,490.94- |
| 8/04 | WEB PMTS  Volunteer EnergyCCD<br>ZGGBTQ          111924681106005 | 4,490.11- |
| 8/04 | Payables  Tammy Lapp dba TCCD<br>015RSOLNMILIZF7021000027517508 | 600.00- |
| 8/04 | Payables  Bolster HardwareCCD<br>015NSDZXSRLIZFA021000027517517 | 558.35- |
| 8/04 | Payables  Frontier CommuniCCD<br>015LKXTWGBLIZF4021000027517499 | 485.40- |
| 8/04 | Payables  WM Corporate SerCCD<br>015SYWDNBCLIZF5021000027517502 | 322.00- |
| 8/04 | Payables  Frontier CommuniCCD<br>015FEIQGXJLIZF9021000027517514 | 231.51- |
| 8/04 | Payables  Tim Gettel      CCD<br>015ODBTYBDLIZF6021000027517505 | 177.47- |
| 8/04 | Payables  South CumberlandCCD<br>015OGTBXJGLIZF8021000027517511 | 140.64- |
| 8/04 | DBT CRD 1145 08/01/25 03158425<br>PARTSELECT.COM<br>WWW.PARTSELEC GA C#7593 | 47.13- |
| 8/04 | DBT CRD 1008 08/02/25 45028912<br>LOWE S #548<br>CROSSVILLE     TN C#7593 | 17.54- |
| 8/04 | DBT CRD 1248 08/03/25 41155429<br>AMAZON MKTPL*1Z9PQ3W73<br>Amzn.com/bill WA C#7593 | 16.29- |
| 8/04 | POS DEB 1130 08/04/25 00369628<br>WM SUPERCENTER #<br>168 OBED PLZ STE 1<br>CROSSVILLE     TN C#7593 | 2.00- |
| 8/05 | DBT CRD 1503 08/04/25 22287803<br>AMAZON MKTPL*0O8DT9E23<br>Amzn.com/bill WA C#7593 | 25.99- |

MEMBER FDIC


EQUAL HOUSING LENDER



Date  8/29/25          Page    3
Primary Acct.     XXXXXXXXXXXX6861
Enclosures

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819


BUSINESS CHECKING              XXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/06 | DBT CRD 0809 08/05/25 73714502<br>ROCKETLAW 877-757-1550<br>WWW.ROCKETLAW CA C#7593 | 124.99- |
| 8/06 | DBT CRD 1505 08/05/25 23551116<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 58.67- |
| 8/07 | DBT CRD 0344 08/07/25 14601885<br>AMAZON MKTPL*FO3GS8YG3<br>Amzn.com/bill WA C#7593 | 70.21- |
| 8/07 | DBT CRD 0344 08/07/25 14543155<br>AMAZON MKTPL*MW06S08D3<br>Amzn.com/bill WA C#7593 | 34.80- |
| 8/08 | Payables  South CumberlandCCD<br>015UUIFDAELTCGR021000021249226 | 863.44- |
| 8/08 | Payables  Michellia BlayloCCD<br>015XUQRRGTLTCGT021000021249232 | 595.00- |
| 8/08 | Payables  Happy Sak Exxon CCD<br>015NGNTOCOLTCGQ021000021249223 | 382.61- |
| 8/08 | DBT CRD 1344 08/07/25 74717451<br>SiteMinder Hospitality<br>029-2214444   TX C#7593 | 92.74- |
| 8/08 | Payables  Bolster HardwareCCD<br>015OHAEZZALTCGS021000021249229 | 14.26- |
| 8/11 | Wire Transfer Fee 88875500 | 10.00- |
| 8/11 | DBT CRD 1042 08/10/25 65194178<br>AMAZON MKTPL*0W3ET95F3<br>Amzn.com/bill WA C#7593 | 226.03- |
| 8/11 | DBT CRD 0414 08/11/25 32970275<br>AMAZON MKTPL*DL8BG6E13<br>Amzn.com/bill WA C#7593 | 129.03- |
| 8/11 | DBT CRD 0810 08/08/25 74450363<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 77.88- |
| 8/12 | FORDCREDITFORD MOTOR CR   WEB<br>3534610003      021000021517671 | 785.19- |
| 8/12 | DBT CRD 0414 08/12/25 32931635<br>AMAZON RETA* 4C1LL31H3 | 43.43- |

MEMBER FDIC


EQUAL HOUSING
LENDER



Date  8/29/25          Page    4
Primary Acct.     XXXXXXXXXXXX6861
Enclosures



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819


BUSINESS CHECKING                XXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | WWW.AMAZON.CO WA C#7593 | |
| 8/12 | DBT CRD 1122 08/11/25 89632649<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 30.89- |
| 8/13 | DBT CRD 0414 08/12/25 32879089<br>AMAZON MKTPL*T05XC3PK3<br>Amzn.com/bill WA C#7593 | 198.57- |
| 8/13 | DBT CRD 1231 08/12/25 30617159<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 11.97- |
| 8/14 | DBT CRD 1557 08/13/25 54776618<br>AMAZON MKTPL*WU2AH9O13<br>Amzn.com/bill WA C#7593 | 197.54- |
| 8/14 | DBT CRD 1604 08/13/25 58552363<br>AMAZON MKTPL*RF6I18HN3<br>Amzn.com/bill WA C#7593 | 87.78- |
| 8/14 | DBT CRD 1420 08/13/25 96243051<br>AMAZON MKTPL*KJ5NK1ZV3<br>Amzn.com/bill WA C#7593 | 70.22- |
| 8/14 | DBT CRD 1130 08/13/25 94214321<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 14.20- |
| 8/15 | Payables  Bolster HardwareCCD<br>015XAZETOLM5OMA021000028800549 | 474.85- |
| 8/15 | Payables  Michellia BlayloCCD<br>015OYKSYYUM5OM9021000028800546 | 425.00- |
| 8/15 | Payables  Frontier CommuniCCD<br>015AURRPGLM5OMB021000028800552 | 128.47- |
| 8/15 | DBT CRD 1148 08/15/25 04803722<br>AMAZON MKTPL*AR61D1UH3<br>Amzn.com/bill WA C#7593 | 39.93- |
| 8/15 | Payables  S&W Pool and SpaCCD<br>015LWIQGJJM5OM8021000028800543 | 39.40- |
| 8/15 | DBT CRD 1146 08/14/25 04044608<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 35.21- |
| 8/15 | DBT CRD 1430 08/14/25 02037703<br>LOWE S #548 | 16.09- |


EQUAL HOUSING LENDER



Date  8/29/25        Page    5
Primary Acct.     XXXXXXXXXXXX6861
Enclosures

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819


BUSINESS CHECKING            XXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| | CROSSVILLE    TN C#7593 | |
| 8/18 | DBT CRD 1030 08/15/25 58167198<br>Harbor Freight Tools U<br>CROSSVILLE    TN C#7593 | 67.46- |
| 8/18 | POS DEB 1405 08/16/25 74290551<br>WAL WAL-MART #0687 002314<br>168 OBED PLZ STE 1<br>CROSSVILLE    TN C#7593 | 32.86- |
| 8/18 | DBT CRD 1001 08/15/25 41171462<br>AMAZON MKTPL*GA6MZ7YG3<br>Amzn.com/bill WA C#7593 | 26.83- |
| 8/18 | DBT CRD 1554 08/18/25 52873963<br>AMAZON MKTPL*C10383T23<br>Amzn.com/bill WA C#7593 | 9.82- |
| 8/18 | POS DEB 1355 08/16/25 00263658<br>WM SUPERCENTER #<br>168 OBED PLZ STE 1<br>CROSSVILLE    TN C#7593 | 3.00- |
| 8/19 | Payables  Lake Tansi POA  CCD<br>015KWVNRXUM9Y40021000029106134 | 906.00- |
| 8/19 | DBT CRD 1244 08/18/25 38425641<br>AMAZON MKTPL*TK4FT3PB3<br>Amzn.com/bill WA C#7593 | 109.59- |
| 8/19 | BILLING    BILL.COM LLC    CCD<br>02B4WRRFUCJVAUP021000021338702 | 81.68- |
| 8/20 | PAYMENT    QUARTERLY FEE    CCD<br>0000          041036041674137 | 61.00- |
| 8/20 | DBT CRD 1059 08/19/25 75839995<br>CUMBERLAND FARMERS COO<br>CROSSVILLE    TN C#7593 | 54.82- |
| 8/21 | DBT CRD 1955 08/20/25 33015935<br>AMAZON MKTPL*IJ4JE4GW3<br>Amzn.com/bill WA C#7593 | 176.09- |
| 8/22 | SPECTRUM   SPECTRUM      WEB<br>0000358635      021000029987486 | 1,854.90- |
| 8/22 | Payables  CMC Plumbing SerCCD<br>015HYDOLPTMHKVD021000021048742 | 1,530.00- |





Date  8/29/25          Page     6
Primary Acct.     XXXXXXXXXXXX6861
Enclosures

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                XXXXXXXXXXXX6861  (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/22 | Payables  Michellia BlayloCCD 015DDNKQANMHKVF021000021048748 | 255.00- |
| 8/22 | Payables  Bolster HardwareCCD 015BNCYXFOMHKVE021000021048745 | 116.83- |
| 8/22 | DBT CRD 1730 08/21/25 10463055 AMAZON MKTPL*C38453KU3 Amzn.com/bill WA C#7593 | 90.41- |
| 8/25 | J2624 OOFFGREGORY & APPEL,CCD CZ10000HFDZDC  111000020065041 TRN*1*CZ10000HFDZDC\ RMR*IK*GREGORY  APPEL, INC.\ | 3,412.00- |
| 8/25 | DBT CRD 1429 08/22/25 01449635 LOWE S #548 CROSSVILLE    TN C#7593 | 43.88- |
| 8/25 | DBT CRD 1613 08/23/25 64271122 AMAZON MKTPL*9158E7RA3 Amzn.com/bill WA C#7593 | 19.31- |
| 8/26 | DBT CRD 0732 08/25/25 51242943 INTUIT *QBooks Online CL.INTUIT.COM CA C#7593 | 117.50- |
| 8/27 | DBT CRD 1116 08/26/25 86119732 HAJOCA MODERN 396 CROSSVILLE    TN C#7593 | 98.67- |
| 8/29 | Account Analysis Charge | 20.40- |
| 8/29 | DBT CRD 0851 08/28/25 98725356 INTUIT *QBooks Online CL.INTUIT.COM CA C#7593 | 275.00- |

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 28,608.21 | 8/11 | 39,323.18 | 8/19 | 61,021.24 |
| 8/04 | 17,028.83 | 8/12 | 38,463.67 | 8/20 | 60,905.42 |
| 8/05 | 17,002.84 | 8/13 | 38,253.13 | 8/21 | 60,729.33 |
| 8/06 | 16,819.18 | 8/14 | 37,883.39 | 8/22 | 56,882.19 |
| 8/07 | 16,714.17 | 8/15 | 62,258.48 | 8/25 | 53,407.00 |
| 8/08 | 14,766.12 | 8/18 | 62,118.51 | 8/26 | 53,878.62 |



EQUAL HOUSING
LENDER



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819


BUSINESS CHECKING                    XXXXXXXXXXXX6861  (Continued)

### DAILY BALANCES

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 8/27 | 53,779.95 | 8/29 | 53,484.55 |

MEMBER FDIC



# ERRORS RELATING TO ELECTRONIC FUND TRANSFERS
## OR SUBSTITUTE CHECKS (<u>Consumer Customers Only</u>)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

| CHECKS OUTSTANIDINIG | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE SHOWN ON THIS STATEMBNT

$_____

ADD+(IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT

$_____

TOTAL

$_____

SUBTRACT- (IF ANY) CHECKS OUTSTANDING

$_____

BALANCE

$_____

SHOULD AGREE WITH CHECKBOOK BALANCE

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK BOOK BALANCE AT STATEMENT DATE

$_____

SUBTRACT- (IF ANY} ACTIVITY CHARGE

$_____

SUBTOTAL

$_____

SUBTRACT- (IF ANY) OF BANK CHARGES

$_____

BALANCE

$_____

SHOULD AGREE WITH STATEMENT BALANCE

## YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness" in examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do n**ot do this, the Bank will not be liable to you for claims submitted after the timeframe specified. **A copy of our current "Terms and** Conditions" can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.

## Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 08/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 09/08/2025

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 29,095.49 |
| Checks and payments cleared (70) | -26,734.10 |
| Deposits and other credits cleared (5) | 51,123.16 |
| Statement ending balance | 53,484.55 |
| | |
| Register balance as of 08/31/2025 | 53,484.55 |
| Cleared transactions after 08/31/2025 | 0.00 |
| Uncleared transactions after 08/31/2025 | -14,438.94 |
| Register balance as of 09/08/2025 | 39,045.61 |

**Details**

Checks and payments cleared (70)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/01/2025 | Bill Payment | 10738316 | Volunteer Energy Cooperative | -4,490.11 |
| 08/01/2025 | Journal | 446 | | -13.15 |
| 08/01/2025 | Journal | 446 | | -4.37 |
| 08/01/2025 | Journal | 446 | | -319.59 |
| 08/01/2025 | Journal | 446 | | -150.17 |
| 08/01/2025 | Bill Payment | 129349650 | First Insurance Funding Loan… | -4,490.94 |
| 08/03/2025 | Journal | 447 | | -25.99 |
| 08/03/2025 | Journal | 447 | | -17.54 |
| 08/03/2025 | Journal | 447 | | -47.13 |
| 08/04/2025 | Journal | 448 | | -2.00 |
| 08/04/2025 | Bill Payment | | Frontier Communications Acct… | -231.51 |
| 08/04/2025 | Bill Payment | | Frontier Communications Acct… | -485.40 |
| 08/04/2025 | Bill Payment | | Potters Ace Hardware | -558.35 |
| 08/04/2025 | Bill Payment | | South Cumberland Utility Distr… | -140.64 |
| 08/04/2025 | Bill Payment | | Tammy Lapp | -600.00 |
| 08/04/2025 | Bill Payment | | Tim Gettel | -177.47 |
| 08/04/2025 | Bill Payment | | WM Corporate Services, Inc. | -322.00 |
| 08/04/2025 | Journal | 448 | | -16.29 |
| 08/06/2025 | Journal | 449 | | -124.99 |
| 08/06/2025 | Journal | 450 | | -92.74 |
| 08/06/2025 | Journal | 451 | | -58.67 |
| 08/07/2025 | Journal | 452 | | -34.80 |
| 08/07/2025 | Journal | 452 | | -70.21 |
| 08/08/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -595.00 |
| 08/08/2025 | Bill Payment | | Happy Sak Exxon | -382.61 |
| 08/08/2025 | Bill Payment | | Potters Ace Hardware | -14.26 |
| 08/08/2025 | Bill Payment | | South Cumberland Utility Distr… | -863.44 |
| 08/10/2025 | Journal | 453 | | -198.57 |
| 08/11/2025 | Bill Payment | 6560640436 | Ford Credit | -785.19 |
| 08/11/2025 | Journal | 454 | | -226.03 |
| 08/11/2025 | Journal | 454 | | -129.03 |
| 08/11/2025 | Journal | 454 | | -77.88 |
| 08/11/2025 | Journal | 484 | | -10.00 |
| 08/12/2025 | Journal | 474 | | -43.43 |
| 08/12/2025 | Journal | 455 | | -197.54 |
| 08/12/2025 | Journal | 455 | | -87.78 |
| 08/12/2025 | Journal | 455 | | -70.22 |
| 08/12/2025 | Journal | 455 | | -30.89 |
| 08/12/2025 | Journal | 455 | | -11.97 |
| 08/14/2025 | Journal | 475 | | -14.20 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/15/2025 | Journal | 476 | | -16.09 |
| 08/15/2025 | Bill Payment | | Potters Ace Hardware | -474.85 |
| 08/15/2025 | Bill Payment | | Cashin Assoc. dba S&W Pool … | -39.40 |
| 08/15/2025 | Bill Payment | | Frontier Communications Acct… | -128.47 |
| 08/15/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -425.00 |
| 08/15/2025 | Journal | 476 | | -35.21 |
| 08/15/2025 | Journal | 476 | | -39.93 |
| 08/18/2025 | Journal | 477 | | -32.86 |
| 08/18/2025 | Journal | 477 | | -3.00 |
| 08/18/2025 | Journal | 477 | | -9.82 |
| 08/18/2025 | Journal | 477 | | -26.83 |
| 08/18/2025 | Journal | 477 | | -67.46 |
| 08/19/2025 | Journal | 485 | | -81.68 |
| 08/19/2025 | Bill Payment | | Lake Tansi POA | -906.00 |
| 08/19/2025 | Bill Payment | 27QMH1HP | U.S. Trustee Payment Center | -61.00 |
| 08/19/2025 | Journal | 478 | | -109.59 |
| 08/20/2025 | Journal | 479 | | -54.82 |
| 08/21/2025 | Bill Payment | | Gregory & Appel Insurance | -3,412.00 |
| 08/21/2025 | Bill Payment | O483770515 | Spectrum Enterprise Acctxx17… | -1,854.90 |
| 08/21/2025 | Journal | 483 | | -176.09 |
| 08/22/2025 | Journal | 481 | | -90.41 |
| 08/22/2025 | Bill Payment | | Potters Ace Hardware | -116.83 |
| 08/22/2025 | Bill Payment | | CMC Plumbing Service Of Cr… | -1,530.00 |
| 08/22/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -255.00 |
| 08/25/2025 | Journal | 482 | | -19.31 |
| 08/25/2025 | Journal | 482 | | -43.88 |
| 08/25/2025 | Journal | 490 | | -117.50 |
| 08/27/2025 | Journal | 487 | | -98.67 |
| 08/28/2025 | Journal | 480 | | -275.00 |
| 08/31/2025 | Journal | 486 | | -20.40 |

| Total | | | | -26,734.10 |
|---|---|---|---|---|

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/11/2025 | Deposit | | | 25,000.00 |
| 08/15/2025 | Deposit | | | 0.01 |
| 08/15/2025 | Journal | 471 | | 3,633.58 |
| 08/15/2025 | Journal | 472 | | 21,900.45 |
| 08/26/2025 | Deposit | | | 589.12 |

| Total | | | | 51,123.16 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments after 08/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/02/2025 | Bill Payment | KKH51BJSA06 | Volunteer Energy Cooperative | -5,133.56 |
| 09/02/2025 | Journal | 488 | | -95.34 |
| 09/02/2025 | Bill Payment | 131273716 | First Insurance Funding Loan… | -4,490.94 |
| 09/02/2025 | Journal | 488 | | -57.55 |
| 09/02/2025 | Journal | 488 | | -75.66 |
| 09/02/2025 | Journal | 488 | | -0.87 |
| 09/02/2025 | Journal | 488 | | -118.48 |
| 09/02/2025 | Journal | 488 | | -9.63 |
| 09/03/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -85.00 |
| 09/03/2025 | Bill Payment | | Potters Ace Hardware | -335.04 |
| 09/03/2025 | Bill Payment | | Cumberland County Irrigation … | -50.80 |
| 09/03/2025 | Bill Payment | | Tammy Lapp | -600.00 |
| 09/03/2025 | Journal | 489 | | -15.34 |
| 09/03/2025 | Journal | 489 | | -28.51 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 09/03/2025 | Journal | 489 | | -20.83 |
| 09/04/2025 | Bill Payment | | South Cumberland Utility Distr… | -742.22 |
| 09/04/2025 | Bill Payment | | WM Corporate Services, Inc. | -322.00 |
| 09/05/2025 | Bill Payment | | Potters Ace Hardware | -321.98 |
| 09/05/2025 | Bill Payment | | Keith Morris Lawn Care | -1,150.00 |
| 09/08/2025 | Bill Payment | 25156435454 | Ford Credit | -785.19 |

| Total | | | | -14,438.94 |
|-------|--|--|--|------------|

Case 2:25-bk-01916    Doc 96    Filed 10/22/25    Entered 10/22/25 09:32:07    Desc Main

# Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
**As of August 31, 2025**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management LLC** | | | | | 38,294.17 | 38,294.17 |
| **Cumberland County Irrigation & Plumbing Supplies** | | 72.74 | | | | 72.74 |
| **First Insurance Funding Loan#- 103445631** | 4,490.94 | | | | | 4,490.94 |
| **Frontier Communications Acctxx 931-788-2235** | 442.89 | | | | | 442.89 |
| **Frontier Communications Acctxx 931-788-6532** | | -126.00 | | | | -126.00 |
| **Happy Sak Exxon** | 415.67 | | | | | 415.67 |
| **Holiday Property Partners, LLC** | 2,908.04 | 7,803.02 | | | 4,290.57 | 15,001.63 |
| **Keith Morris Lawn Care** | | 1,150.00 | | | | 1,150.00 |
| **Lake Tansi POA** | | | 1,710.00 | | 17,070.00 | 18,780.00 |
| **Lemonjuice Solutions. LLC** | 20,859.13 | 24,920.73 | | | | 45,779.86 |
| **Michellia Blaylock dba Cumberland Cleaners** | | 85.00 | | | | 85.00 |
| **Potters Ace Hardware** | 632.49 | 24.53 | | | | 657.02 |
| **South Cumberland Utility District Acctxx0001-00425-001** | 742.22 | | | | | 742.22 |
| **Tammy Lapp** | | 600.00 | | | | 600.00 |
| **Vacatia Inc** | | | | | 89.86 | 89.86 |
| **Volunteer Energy Cooperative** | 5,133.56 | | | | | 5,133.56 |
| **TOTAL** | $ 35,624.94 | $ 34,530.02 | $ 1,710.00 | $ 0.00 | $ 59,744.60 | $ 131,609.56 |

Monday, Sep 22, 2025 06:40:06 AM GMT-7

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of August 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** | | | | | 409.02 | 409.02 |
| **TOTAL** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 409.02 | $ 409.02 |

Monday, Sep 22, 2025 06:41:44 AM GMT-7

## Hiawatha Manor Association, Inc. - East
## Balance Sheet
### As of August 31, 2025

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **Association Operating Accounts** | |
| **1015 ServisFirst DIP xx6861** | 53,484.55 |
| **Total Association Operating Accounts** | $ 53,484.55 |
| **Total Bank Accounts** | $ 53,484.55 |
| **Accounts Receivable** | |
| **112900 Receivables - Other** | 409.02 |
| **Total Accounts Receivable** | $ 409.02 |
| **Other Current Assets** | |
| **111500 Accounts Receivable Miscellaneous** | -13,440.36 |
| **111900 Allowance for Doubtful Accounts** | -6,722,938.76 |
| **112000 AR Maintenance Fees** | 6,722,938.76 |
| **1255.89 A/R - Lemonjuice Solutions** | 17,285.48 |
| **1255.90 A/R Hiawatha West** | 74,894.30 |
| **141001 Prepaid - Insurance** | 10,473.87 |
| **Undeposited Funds** | 1,250.00 |
| **Total Other Current Assets** | $ 90,463.29 |
| **Total Current Assets** | $ 144,356.86 |
| **Fixed Assets** | |
| **151000 Land** | 141,142.00 |
| **155000 Other Equipment** | 41,991.63 |
| **165000 Accum Depr - Other Equipment** | -41,991.63 |
| **Total 155000 Other Equipment** | $ 0.00 |
| **157000 Furniture & Fixtures** | 4,156.98 |
| **167000 Accum Depr - Furniture & Fixtures** | -4,156.98 |
| **Total 157000 Furniture & Fixtures** | $ 0.00 |
| **158000 Vehicles** | 33,667.54 |
| **168000 Accum Depr - Vehicles** | -24,421.27 |
| **Total 158000 Vehicles** | $ 9,246.27 |
| **Total Fixed Assets** | $ 150,388.27 |
| **TOTAL ASSETS** | $ 294,745.13 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **200000 Accounts Payable - Trade** | 131,609.56 |
| **Total Accounts Payable** | $ 131,609.56 |
| **Other Current Liabilities** | |
| **211000 HPP Loan - Investment in Purchased Receivables** | 519,644.98 |
| **212000 Accrued - Property & Income Taxes** | 27,487.50 |
| **213000 Accrued Expenses - Other** | 45,641.97 |
| **241101 Deferred Revenue - Prepaid Dues** | 13,915.42 |
| **255900 Due To/From Operating/Reserves** | 5,562.24 |
| **Total Other Current Liabilities** | $ 612,252.11 |
| **Total Current Liabilities** | $ 743,861.67 |
| **Long-Term Liabilities** | |
| **272000 Notes Payable** | 3,888.64 |
| **Total Long-Term Liabilities** | $ 3,888.64 |
| **Total Liabilities** | $ 747,750.31 |
| **Equity** | |
| **399000 Retained Earnings** | -169,131.19 |
| **Net Income** | -283,873.99 |
| **Total Equity** | -$ 453,005.18 |
| **TOTAL LIABILITIES AND EQUITY** | $ 294,745.13 |

Monday, Sep 22, 2025 06:43:19 AM GMT-7 - Accrual Basis

| | | Total |
|---|---|---|
| **Income** | | |
| 400600-02 Rental Income - Transient | | 3,109.06 |
| 400601-01 Other Rental Income - Cleaning Fees | | 736.06 |
| 401000-10 Property Mgmt - Late Fees | | 25.00 |
| 409900 Other Revenue | | 12,207.13 |
| **Total Income** | $ | **16,077.25** |
| **Gross Profit** | $ | **16,077.25** |
| **Expenses** | | |
| 601010 Salary and Wages | | 20,955.01 |
| 601015 Uniforms | | 40.02 |
| 601050 Benefits - Healthcare | | 5,566.83 |
| 601051 Benefits - Retirement | | 649.40 |
| 601080 Employer Taxes | | 1,071.00 |
| 601081 Workers Comp | | 184.40 |
| 601090 Other Payroll Expense | | 2,095.51 |
| 602300 Legal Fees | | 485.99 |
| 604010-02 Tech Software & Apps | | 1,307.74 |
| 604010-04 Tech Finance & HR Software | | 81.68 |
| 604019 Office Supplies | | 80.20 |
| 604020 Bank Fees & Related Charges | | 179.83 |
| 604030 Insurance - D&O | | 568.17 |
| 604031 Insurance - General | | 5,763.11 |
| 604040 Postage & Freight | | 2,700.55 |
| 604051 Business & Property Taxes | | 1,632.50 |
| 604080 Bad Debt | | -8,464.33 |
| 604999 Misc & Other | | 212.49 |
| 606030 Landscape and Lawn | | 1,263.27 |
| 606031 Heating and Air Conditioning Repairs | | 45.98 |
| 606032 Plumbing Repairs | | 2,137.08 |
| 606033 Appliance Repairs | | 66.44 |
| 606035 Electrical and Mechanical Repairs | | 133.30 |
| 606036 Pool Service and Supplies | | 136.74 |
| 606037 Furniture/Unit Repairs and Supplies | | 281.23 |
| 606038 Pest Control | | 214.28 |
| 606049 Routine Preventative Maintenance (RPM/AUM) | | 297.53 |
| 606050 Other Repairs & Maintenance | | 117.90 |
| 606071 Electric | | 5,133.56 |
| 606072 Gas | | 207.83 |
| 606073 Water & Sewer | | 2,452.22 |
| 606074 Trash Removal/Recycling | | 322.00 |
| 606075 Media | | 5,080.47 |
| 606301 Guest and Cleaning Supplies | | 1,408.58 |
| 606701 Accounting Fees | | 1,800.00 |
| 606795 POA Fees | | 2,032.00 |
| 606990 Miscellaneous Supplies | | -132.39 |
| **Total Expenses** | $ | **58,108.12** |
| **Net Operating Income** | -$ | **42,030.87** |
| **Other Expenses** | | |
| 608000 Depreciation Expense | | 384.10 |
| 992000 Income Tax - Country/Federal | | 200.00 |
| **Total Other Expenses** | $ | **584.10** |
| **Net Other Income** | -$ | **584.10** |
| **Net Income** | -$ | **42,614.97** |

Monday, Sep 22, 2025 06:44:45 AM GMT-7 - Accrual Basis