# UNITED STATES BANKRUPTCY COURT
## - MIDDLE DISTRICT OF TENNESSEE -

Revised 2/2013

## AUDIO FILE REQUEST FORM

Please complete one form for each trial or hearing, attach payment (search fee only), and deliver to Clerk's office at 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203 or file electronically through CM/ECF.

☐ REQUEST FOR AUDIO FILE ON CD-ROM
☐ REQUEST FOR AUDIO FILE ON FLASH DRIVE

| 1. NAME OF PARTY REQUESTING AUDIO FILE | 2. DATE OF THIS REQUEST |
|---|---|
| 3. EMAIL ADDRESS | 4. PHONE NUMBER |
| 5. MAILING ADDRESS | |

| 6. CASE NUMBER | 7. CASE NAME | 8. JUDGE |
|---|---|---|

**9. DATE(S) OF HEARING/TRIAL** (If hearing/trial was on multiple days, please fill in all days hearing/trial held)

From _____ to _____

**10. THIS REQUEST IS FOR:**
☐ APPEAL    ☐ BANKRUPTCY    ☐ ADVERSARY PROCEEDING
☐ OTHER: _____

**11. NUMBER OF COPIES REQUESTED** _____
(Note: Complete one copy of this form for each hearing/trial date requested.)

**12. PICK-UP/DELIVERY**
Requesting Party:
☐ Will wait while the audio file is prepared.
☐ Will return to pick-up the audio file.
☐ Has provided a self-addressed, postage-paid mailing envelope.

| FOR COURT USE ONLY | DATE | BY | PICKED-UP OR DELIVERED TO: | |
|---|---|---|---|---|
| ORDER RECEIVED BY INTAKE | | | INITIALS | |
| SEARCH FEE PAID | | | DATE | |
| FILE CREATED/DELIVERED | | | | |