IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| In re: | Chapter 11 |
|---|---|
| Hiawatha Manor Association, Inc., | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

### NOTICE REGARDING $25,000 TRANSFER IDENTIFIED IN MOR

Linda Simmons, a co-owner and interested party, respectfully files this Notice to clarify the record regarding a financial entry contained in the Debtor's Monthly Operating Report ("MOR"), Document No. 96.

1. The Monthly Operating Report filed for the period ending September 2025 reflects an incoming wire transfer in the amount of $25,000, identified as received from "Hiawatha Manor West Association Inc." A true and correct copy of the relevant page of the bank statement filed with the MOR (Doc. 96) showing this transfer is attached as Exhibit A.

2. No narrative description, accounting note, or docket entry appears to explain the nature, authority, or purpose of this transfer.

3. Hiawatha Manor Association West is not a debtor in a bankruptcy proceeding. Accordingly, transparency regarding inter-association transfers is important to ensure the accuracy of the record and to avoid any potential confusion regarding the nature of estate funds.

4. This Notice does not allege impropriety. Its sole purpose is to preserve the record and promote accurate disclosure where funds appear to have moved between the Debtor and a non-debtor association.

1

Dated: October 31, 2025					Respectfully submitted,


					/s/ Linda Simmons
					Linda Simmons
					9643 Chanteclair Circle
					Highlands Ranch, CO 80126
					Telephone: (615) 594-2866
					Email:lindasimmons2866@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2025, a true and correct copy of the foregoing Notice was served by the Court's CM/ECF system on all parties receiving electronic notice in this case, including counsel for the Debtor and the Chapter 11 Trustee.

					/s/ Linda Simmons
					Linda Simmons
					9643 Chanteclair Circle
					Highlands Ranch, CO 80126
					Telephone: (615) 594-2866
					Email: lindasimmons2866@gmail.com