

# EXHIBIT A

**Servis1st Bank**
P.O. Box 1508
Birmingham, AL 35201
866-317-0810

Date  8/29/25         Page     1
Primary Acct.    XXXXXXXXXXXX6861
Enclosures

---

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## CHECKING ACCOUNTS

| BUSINESS CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX6861 | Statement Dates | 8/01/25 thru 9/01/25 |
| Previous Balance | 29,095.49 | Days in the Statement Period | 32 |
| 5 Deposits/Credits | 51,123.16 | Average Ledger | 43,205.98 |
| 70 Checks/Debits | 26,734.10 | Average Collected | 43,205.98 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 53,484.55 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/11 | Incoming Wire 88875500 HIAWATHA MANOR WEST ASSOCIATION INC | 25,000.00 |
| 8/15 | Bill.com  Lemonjuice SolutCCD 015PRHPZBLM71QQ021000028819973 | 21,900.45 |
| 8/15 | Bill.com  Lemonjuice SolutCCD 015NGDRZJEM71QL021000028819969 | 3,633.58 |
| 8/15 | ACCTVERIFYHiawatha Manor WCCD 015MJHBBPMM5D91021000020682233 | .01 |
| 8/26 | VoidPaymntBill.com       CCD 015JXUJVGMMMG15021000020852351 | 589.12 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/01 | DBT CRD 1013 07/31/25 48157310 HOLSTON GASES CROSSVIL CROSSVILLE    TN C#7593 | 319.59- |
| 8/01 | DBT CRD 0825 08/01/25 83152107 AMAZON MKTPL*8216Y2EX3 Amzn.com/bill WA C#7593 | 150.17- |
| 8/01 | DBT CRD 1333 07/31/25 68115778 LOWE S #548 CROSSVILLE    TN C#7593 | 13.15- |

MEMBER FDIC       NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

