# UNITED STATES BANKRUPTCY COURT

### MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 2:25–bk–01916
Chapter: 11
Judge: Randal S Mashburn

In Re:
   Hiawatha Manor Association, Inc.
   7380 W SAND LAKE RD SUITE 130
   ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
   64–0654512

## ORDER

ORDER by Judge Mashburn : With regard to docket entry # 102, the motion seeking approval of interim compensation for counsel for the debtor is denied without prejudice for failure to comply with LBR 9013–1 and the associated LBR 9013 Motion Practice Procedures requiring at least seven days between response deadline and hearing date. (The Court also notes that no certificate of service was filed.) (RE: related document(s) 102) (las)

Dated: 11/5/25

                                             /s/ Randal S Mashburn
                                             UNITED STATES BANKRUPTCY JUDGE