IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

## CERTIFICATE OF SERVICE IN COMPLIANCE WITH LOCAL RULE 9013-3

Pursuant to Bankruptcy Rule 2002(a)(2) and Local Rule 9013-3 and 2081-1(d), I, Blake Roth, attorney for debtor-in-possession, Hiawatha Manor Association, Inc., certify as follows:

1. I have complied with Local Rule 9013-3 in regard to notice and service of the following documents:

   a. *Notice of First Fee Application for Holland & Knight LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession* and *First Fee Application for Holland & Knight LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession [Docket No. 104]*.

2. On November 5, 2025, notice and service of the documents described in paragraph 1 above were served on the attached creditor matrix via U.S. mail, postage prepaid.

Dated: November 5, 2025
Nashville, Tennessee

Respectfully submitted,
**HOLLAND & KNIGHT LLP**

*/s/ Blake D. Roth*
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Email: Blake.Roth@hklaw.com
Scott.Kunde@hklaw.com

*Proposed Counsel for the Debtor and Debtor in Possession*