United States Bankruptcy Court

Middle District of Tennessee

In re:                                                                                      Case No. 25-01916-RSM

Hiawatha Manor Association, Inc.                                                            Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol     Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285 |
| aty | + | BLAKE ROTH, Holland & Knight LLP, 511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219-1791 |
| aty | + | Christopher Scott Kunde, Jr, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025             Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Debtor Hiawatha Manor Association  Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Debtor Hiawatha Manor Association  Inc. scott.kunde@hklaw.com |
| Jack W Robinson, Jr | on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. jrobinsonjr@gsrm.com, djames@gsrm.com |
| MICHAEL EDWARD COLLINS | on behalf of Creditor Hiawatha Manor West Association  LLC mcollins@manierherod.com, TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com |
| REBECCA JO YIELDING | |

District/off: 0650-2        User: admin        Page 2 of 2

Date Rcvd: Nov 05, 2025      Form ID: vorder      Total Noticed: 3

on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

THOMAS H. FORRESTER

on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. tforrester@gsrm.com, djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov


TOTAL: 7

Form vorder

**UNITED STATES BANKRUPTCY COURT**


MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No.: 2:25−bk−01916
Chapter: 11
Judge: Randal S Mashburn

In Re:
  Hiawatha Manor Association, Inc.
  7380 W SAND LAKE RD SUITE 130
  ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
  64−0654512

---

ORDER

ORDER by Judge Mashburn : With regard to docket entry # 102, the motion seeking approval of interim compensation for counsel for the debtor is denied without prejudice for failure to comply with LBR 9013−1 and the associated LBR 9013 Motion Practice Procedures requiring at least seven days between response deadline and hearing date. (The Court also notes that no certificate of service was filed.) (RE: related document(s) 102) (las)

Dated: 11/5/25

/s/ Randal S Mashburn
UNITED STATES BANKRUPTCY JUDGE