IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc., | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

_____

**NOTICE REGARDING CORPORATE STATUS AND PARTY IDENTIFICATION**

Linda Simmons, a creditor and interested party, respectfully files this Notice for the limited purpose of ensuring clarity in the record.

### I. IDENTIFICATION OF PARTIES IN THE CARRARA ADVERSARY PROCEEDING

Upon reviewing the Complaint and the attached list of defendants in *Hiawatha Manor Association, Inc., v. Carrara,* Adv. Proc. No. 25-90052, it appears that Hiawatha Manor West Association, Inc., is not named as a defendant in that proceeding.

This observation is offered solely to support the Court's accurate understanding of the parties listed in the pleadings.

### II. CORPORATE STATUS OF HIAWATHA MANOR WEST ASSOCIATION, INC.

A search of the Tennessee Secretary of State's public records as of November 17, 2025, reflects that Hiawatha Manor West Association, Inc. is presently listed as delinquent in its filing requirements.

This Notice does not take a position on the implications of that status, but offers the information for the Court's convenience.

1

This Notice is not intended as a motion, objection, or request for relief. It is submitted solely to ensure the completeness and accuracy of the record.

Dated: November 17, 2025                                  Respectfully submitted,

/s/ Linda Simmons
Linda Simmons
9643 Chanteclair Circle
Highlands Ranch, CO 80126
Telephone: (615) 594-2866
Email: lindasimmons2866@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, I served a true and correct copy of the foregoing Notice Regarding Corporate Status and Party Identification via the Court's CM/ECF system on all registered participants, including:

- Blake D. Roth – Counsel for Debtor
- C. Scott Kunde – Counsel for Debtor
- Thomas H. Forrester – Counsel for Lake Tansi Village POA
- Rebecca J. Yielding – Trial Attorney, Office of the U.S. Trustee
- Office of the United States Trustee
- Michael E. Collins – Counsel for Hiawatha Manor West Association, Inc.
- S. Marc Buchman – Counsel for Hiawatha Manor West Association, Inc.

/s/ Linda Simmons
Linda Simmons
9643 Chanteclair Circle
Highlands Ranch, CO 80126
Telephone: (615) 594-2866
Email: lindasimmons2866@gmail.com