# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

**DEBTOR'S EXPEDITED MOTION TO CONTINUE AND CONSOLIDATE HEARINGS**

The above-captioned debtor (the "**Debtor**"), by and through its undersigned counsel, files this expedited motion (this "**Motion**") pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 9006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 9014-1 and 9075-1 of the Local Rules of Court for the United States Bankruptcy Court for the Middle District of Tennessee (the "**Local Rules**"), seeking entry of an order continuing the pretrial conference currently scheduled for November 24, 2025 at 1:30 pm to be consolidated with the hearing on the Debtor's Motion to Employ and Retain Broker, which is scheduled for December 30, 2025 at 9:30 am.

Notice of this expedited Motion shall be given to the U.S. Trustee and all parties entitled to notice pursuant to Bankruptcy Rule 2002.

No hearing is needed for this Motion and it can be decided by the Court in the Court's discretion.

In further support of the Motion, the Debtor, by and through its undersigned proposed counsel, respectfully represents:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §157(b).

1

2. Venue of this case and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are Bankruptcy Code sections 105(a) and 521, Bankruptcy Rules 9006 and 9014, and Local Rule 9014-1.

## BACKGROUND

4. On May 6, 2025 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing this chapter 11 case (the "**Chapter 11 Case**").

5. On the Petition Date, the Debtor also filed two complaints commencing adversary proceedings (Adv. Pro. No. 2:25-ap-90051 and Adv. Pro. No. 2:25-ap-90052) (the "**Adversary Proceedings**").

6. A status conference is to be held on November 24, 2025 at 1:30 pm to discuss the Adversary Proceedings (the "**Status Conference**").

7. On November 18, 2015, the Debtor filed the *Debtor's Motion To Employ and Retain Broker* (Dkt. No. 108) (the "**Broker Motion**"), which is set for hearing on December 30, 2025 at 9:30 a.m. (the "**Broker Hearing**").

## RELIEF REQUESTED

8. By this Motion, the Debtor seeks entry of an order consolidating the hearings to consider the Broker Motion, on the one hand, with the Status Conference, on the other hand, on December 30, 2025 at 9:30 a.m.

9. Consolidating each of the foregoing matters will: (a) permit any witnesses the Debtor may need to call, and any other parties in interest to travel to the Court a single time rather than being required to attend multiple hearings; and (b) promote judicial efficiency by having multiple interrelated matters considered at the same time.

## NOTICE

10. Notice of this Motion will be provided to the U.S. Trustee and all parties entitled to notice pursuant to Bankruptcy Rule 2002. Due to the nature of the relief requested herein, the Debtor submits that no other or further notice is required.

## NO PRIOR REQUEST

11. No previous request for relief sought herein has been made to this Court or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtor respectfully requests entry of an order granting the relief requested herein and granting such other relief as is just and proper.

DATED: November 18, 2025  
      Nashville, Tennessee

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

  */s/ Blake D. Roth*  
Blake D. Roth (Federal ID No. 2666808)  
C. Scott Kunde (TN Bar No. 040218)  
511 Union Street, Suite 2700  
Nashville, TN 37219  
Telephone: (615) 244-6380  
Facsimile: (615) 244-6804  
Email: Blake.Roth@hklaw.com  
       Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2025, a copy of the foregoing was sent via ECF to the U.S. Trustee and all parties registered to receive electronic notice.

          /s/ *Blake D. Roth*
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
          Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*