# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re:<br><br>Hiawatha Manor Association, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 25-01916<br><br>Judge Randal S. Mashburn |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: December 15, 2025**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: January 20, 2026 at 9:30 AM CT in Courtroom 1, 701 Broadway, Nashville, TN 37203**
**(Virtual Hearing if allowed; See website for details)**

## NOTICE OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C.§§ 105(a), 363, AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004 FOR AN ORDER (I) APPROVING BIDDING PROCEDURES, (II) SCHEDULING AN AUCTION FOR AND A HEARING TO APPROVE THE SALE OF THE PROPERTIES, (III) APPROVING NOTICE OF RESPECTIVE DATE, TIME AND PLACE FOR THE AUCTION AND FOR A HEARING TO APPROVE THE SALES (IV) AUTHORIZING THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (V) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS, AND (VI) GRANTING RELATED RELIEF

Debtor, Hiawatha Manor Association, Inc., has asked the court for the following relief: approve the sale of (i) that certain 47-unit development located at 8005 Cherokee Trail, Crossville, Tennessee 37863, which is commonly known as the "Hiawatha Manor Resort" and (ii) that certain 70-unit development located at 8007 Cherokee Trail, Crossville, Tennessee 37863, which is commonly known as the "Hiawatha Manor West at Lake Tansi Village"

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

    If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>. You may also view the guidelines for when Virtual Participation is allowed on the court's website.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Dated: November 19, 2025.
Nashville, Tennessee

**HOLLAND & KNIGHT LLP**

*/s/ Blake D. Roth*
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
 Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*