# UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF TENNESSEE

Cookeville Division

In Re. Hiawatha East Condominium Association, Inc.

§
§
§
§

Debtor(s)

Case No. 25-01916

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2025

Petition Date: 05/06/2025

Months Pending: 6

Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 7

Debtor's Full-Time Employees (as of date of order for relief): 7

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Richard Winkler

Signature of Responsible Party

11/18/2025

Date

Richard Winkler

Printed Name of Responsible Party

7380 West Sand Lake Road, Suite 130
Orlando, FL 32819

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $78,260 | |
| b. Total receipts (net of transfers between accounts) | $16,922 | $315,323 |
| c. Total disbursements (net of transfers between accounts) | $17,931 | $256,637 |
| d. Cash balance end of month (a+b-c) | $77,251 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $17,931 | $256,637 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $409 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ◯  Market ◯  Other ⦿  (attach explanation)) | $0 |
| d  Total current assets | $141,562 |
| e. Total assets | $291,182 |
| f. Postpetition payables (excluding taxes) | $210,342 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $210,342 |
| k. Prepetition secured debt | $522,748 |
| l. Prepetition priority debt | $30,212 |
| m. Prepetition unsecured debt | $71,278 |
| n. Total liabilities (debt) (j+k+l+m) | $834,580 |
| o. Ending equity/net worth (e-n) | $-543,398 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $8,314 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $8,314 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $-58,651 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $-384 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $-4,043 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-54,764 | $-276,580 |

**Part 5:  Professional Fees and Expenses**

|   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
|   | *Itemized Breakdown by Firm* | | | | |
|   | Firm Name / Role | | | | |
| i |   |   |   |   |   |
| ii |   |   |   |   |   |
| iii |   |   |   |   |   |
| iv |   |   |   |   |   |
| v |   |   |   |   |   |
| vi |   |   |   |   |   |
| vii |   |   |   |   |   |
| viii |   |   |   |   |   |
| ix |   |   |   |   |   |
| x |   |   |   |   |   |
| xi |   |   |   |   |   |
| xii |   |   |   |   |   |
| xiii |   |   |   |   |   |
| xiv |   |   |   |   |   |
| xv |   |   |   |   |   |
| xvi |   |   |   |   |   |
| xvii |   |   |   |   |   |
| xviii |   |   |   |   |   |
| xix |   |   |   |   |   |
| xx |   |   |   |   |   |
| xxi |   |   |   |   |   |
| xxii |   |   |   |   |   |
| xxiii |   |   |   |   |   |
| xxiv |   |   |   |   |   |
| xxv |   |   |   |   |   |
| xxvi |   |   |   |   |   |
| xxvii |   |   |   |   |   |
| xxviii |   |   |   |   |   |
| xxix |   |   |   |   |   |
| xxx |   |   |   |   |   |
| xxxi |   |   |   |   |   |
| xxxii |   |   |   |   |   |
| xxxiii |   |   |   |   |   |
| xxxiv |   |   |   |   |   |
| xxxv |   |   |   |   |   |
| xxxvi |   |   |   |   |   |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $200 | $1,200 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $2,210 | $10,276 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $1,633 | $9,795 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◯  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ◯  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ◯ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ◯ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ◯ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯  No ◯  N/A ◉ |
| i. | Do you have:  Worker's compensation insurance? | Yes ◉  No ◯ |
| | If yes, are your premiums current? | Yes ◉  No ◯  N/A ◯  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ◯ |
| | If yes, are your premiums current? | Yes ◉  No ◯  N/A ◯  (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ◯ |
| | If yes, are your premiums current? | Yes ◉  No ◯  N/A ◯  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯  No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ◯  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ◯ |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○   No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○   No ○   N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Richard Winkler | Richard Winkler |
| Signature of Responsible Party | Printed Name of Responsible Party |
| General Counsel, Lemonjuice Solutions | 11/18/2025 |
| Title | Date |



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 10/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 11/05/2025

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
| --- | --- |
| Statement beginning balance | 78,259.85 |
| Checks and payments cleared (50) | -17,930.96 |
| Deposits and other credits cleared (3) | 16,922.31 |
| Statement ending balance | 77,251.20 |
| | |
| Register balance as of 10/31/2025 | 77,251.20 |
| Cleared transactions after 10/31/2025 | 0.00 |
| Uncleared transactions after 10/31/2025 | -7,707.77 |
| Register balance as of 11/05/2025 | 69,543.43 |

**Details**

Checks and payments cleared (50)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 10/01/2025 | Bill Payment | Pd online 09.29.2025 | Volunteer Energy Cooperative | -3,937.09 |
| 10/01/2025 | Bill Payment | 133215103 | First Insurance Funding Loan… | -4,490.94 |
| 10/01/2025 | Journal | 524 | | -168.88 |
| 10/02/2025 | Journal | 525 | | -81.26 |
| 10/02/2025 | Journal | 525 | | -56.98 |
| 10/02/2025 | Journal | 525 | | -48.91 |
| 10/03/2025 | Journal | 526 | | -19.73 |
| 10/06/2025 | Journal | 527 | | -139.40 |
| 10/06/2025 | Journal | 527 | | -63.18 |
| 10/06/2025 | Journal | 527 | | -32.12 |
| 10/06/2025 | Journal | 527 | | -16.45 |
| 10/07/2025 | Bill Payment | | South Cumberland Utility Distr… | -601.80 |
| 10/07/2025 | Bill Payment | | WM Corporate Services, Inc. | -322.00 |
| 10/07/2025 | Journal | 528 | | -4.37 |
| 10/07/2025 | Journal | 528 | | -11.71 |
| 10/08/2025 | Bill Payment | | Flynn's Fire Services, LLC | -470.28 |
| 10/08/2025 | Bill Payment | | Tammy Lapp | -600.00 |
| 10/08/2025 | Bill Payment | 28155885412 | Ford Credit | -785.19 |
| 10/09/2025 | Journal | 542 | | -52.10 |
| 10/10/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -340.00 |
| 10/13/2025 | Journal | 543 | | -21.58 |
| 10/13/2025 | Journal | 543 | | -35.11 |
| 10/17/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -170.00 |
| 10/17/2025 | Journal | 545 | | -19.91 |
| 10/17/2025 | Bill Payment | | Happy Sak Exxon | -391.51 |
| 10/17/2025 | Bill Payment | | U.S. Trustee Payment Center | -797.00 |
| 10/20/2025 | Journal | 547 | | -424.62 |
| 10/20/2025 | Journal | 547 | | -57.93 |
| 10/22/2025 | Journal | 548 | | -20.84 |
| 10/24/2025 | Bill Payment | | Frontier Communications Acct… | -83.73 |
| 10/24/2025 | Journal | 549 | | -59.02 |
| 10/24/2025 | Journal | 549 | | -14.67 |
| 10/25/2025 | Journal | 556 | | -117.50 |
| 10/27/2025 | Journal | 550 | | -8.00 |
| 10/27/2025 | Journal | 550 | | -13.96 |
| 10/27/2025 | Journal | 550 | | -3.82 |
| 10/27/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -255.00 |
| 10/27/2025 | Journal | 550 | | -23.03 |
| 10/27/2025 | Journal | 550 | | -186.11 |
| 10/28/2025 | Journal | 546 | | -275.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 10/29/2025 | Journal | 551 | | -13.91 |
| 10/29/2025 | Journal | 551 | | -3.94 |
| 10/30/2025 | Journal | 552 | | -39.49 |
| 10/30/2025 | Journal | 554 | | -10.00 |
| 10/30/2025 | Journal | 552 | | -8.76 |
| 10/31/2025 | Bill Payment | | Spectrum Enterprise Acctxx17… | -2,390.77 |
| 10/31/2025 | Journal | 555 | | -17.88 |
| 10/31/2025 | Journal | 553 | | -41.22 |
| 10/31/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -170.00 |
| 10/31/2025 | Journal | 553 | | -14.26 |

| Total | | | | -17,930.96 |
|-------|--|--|--|-----------:|

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 10/09/2025 | Deposit | | | 3,227.84 |
| 10/09/2025 | Deposit | | | 12,493.49 |
| 10/30/2025 | Deposit | | | 1,200.98 |

| Total | | | | 16,922.31 |
|-------|--|--|--|----------:|

**Additional Information**

Uncleared checks and payments after 10/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 11/01/2025 | Bill Payment | | Volunteer Energy Cooperative | -3,183.93 |
| 11/03/2025 | Journal | 555 | | -32.90 |
| 11/03/2025 | Bill Payment | 135598274 | First Insurance Funding Loan… | -4,490.94 |

| Total | | | | -7,707.77 |
|-------|--|--|--|----------:|



Servis 1st Bank®

P.O. Box 1508
Birmingham, AL 35201
866-317-0810

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## CHECKING ACCOUNTS

| BUSINESS CHECKING | | | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX6861 | Number of Enclosures | 0 |
| Previous Balance | 78,259.85 | Statement Dates | 10/01/25 thru 11/02/25 |
| 3 Deposits/Credits | 16,922.31 | Days in the Statement Period | 33 |
| 50 Checks/Debits | 17,930.96 | Average Ledger | 77,649.87 |
| Service Charge | .00 | Average Collected | 77,649.87 |
| Interest Paid | .00 | | |
| Current Balance | 77,251.20 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/09 | Bill.com  Lemonjuice SolutCCD 015GEVYCIPOV76Y021000025941801 | 12,493.49 |
| 10/09 | Bill.com  Lemonjuice SolutCCD 015KHIIHYXOV76R021000025941793 | 3,227.84 |
| 10/30 | Incoming Wire 91402113 RENE AL EXANDER CAPO | 1,200.98 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 10/01 | DBT CRD 1542 09/30/25 45238445 LOWE S #548 CROSSVILLE    TN C#7593 | 168.88- |
| 10/02 | INSURANCE FIRST INSURANCE CCD 900-103445631  071925337666644 | 4,490.94- |
| 10/02 | WEB PMTS  Volunteer EnergyWEB 9000304546    111924680546144 | 3,937.09- |
| 10/02 | DBT CRD 1523 10/01/25 34100652 AMAZON MKTPL*NJ2KV17C1 Amzn.com/bill WA C#7593 | 81.26- |
| 10/02 | DBT CRD 1022 10/01/25 53370345 LOWE S #548 CROSSVILLE    TN C#7593 | 56.98- |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

EQUAL HOUSING LENDER



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                XXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/02 | POS DEB 1609 10/01/25 00002048<br>POTTERS ACE HARD<br>3125 LANTANA RD<br>CROSSVILLE    TN C#7593 | 48.91- |
| 10/03 | DBT CRD 1309 10/02/25 53427665<br>Harbor Freight Tools U<br>CROSSVILLE    TN C#7593 | 19.73- |
| 10/06 | DBT CRD 1025 10/03/25 55266296<br>HAJOCA MODERN 396<br>CROSSVILLE    TN C#7593 | 139.40- |
| 10/06 | DBT CRD 1312 10/04/25 55749784<br>AMAZON RETA* NV5HD4980<br>WWW.AMAZON.CO WA C#7593 | 63.18- |
| 10/06 | POS DEB 1551 10/03/25 00001195<br>POTTERS ACE HARD<br>3125 LANTANA RD<br>CROSSVILLE    TN C#7593 | 32.12- |
| 10/06 | DBT CRD 1147 10/04/25 04668323<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 16.45- |
| 10/07 | Payables  South CumberlandCCD<br>015HJFZZCJOQKWA021000022587477 | 601.80- |
| 10/07 | Payables  WM Corporate SerCCD<br>015SVXOYCHOQKW9021000022587474 | 322.00- |
| 10/07 | DBT CRD 1017 10/06/25 50403855<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 11.71- |
| 10/07 | DBT CRD 1540 10/06/25 44271939<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 4.37- |
| 10/08 | Payables  Tammy Lapp dba TCCD<br>015IUCIIFFOQVW3021000029033457 | 600.00- |
| 10/08 | Payables  Flynn's Fire SerCCD<br>015YOWOLCBOQVW4021000029033460 | 470.28- |
| 10/09 | AUTO PYMT FORD CREDIT     TEL<br>1381612444    028000086734928 | 785.19- |
| 10/09 | DBT CRD 1020 10/08/25 52063969<br>ADVANCE AUTO PARTS #39 | 52.10- |

MEMBER FDIC





Date 10/31/25          Page      3
Primary Acct.     XXXXXXXXXXXX6861
Enclosures

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819


BUSINESS CHECKING                XXXXXXXXXXXX6861   (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| | CROSSVILLE    TN C#7593 | |
| 10/10 | Payables  Michellia BlayloCCD 015COOBBOTOVTPD021000022560850 | 340.00- |
| 10/14 | POS DEB 1415 10/13/25 00001454 POTTERS ACE HARD 3125 LANTANA RD CROSSVILLE    TN C#7593 | 35.11- |
| 10/14 | DBT CRD 0944 10/13/25 30747103 LOWE S #548 CROSSVILLE    TN C#7593 | 21.58- |
| 10/17 | Payables  U.S. Trustee PayCCD 015FJBUGPJP7Z9B021000025971509 | 797.00- |
| 10/17 | Payables  Happy Sak Exxon CCD 015KOBLATPP7Z9A021000025971506 | 391.51- |
| 10/17 | Payables  Michellia BlayloCCD 015DJLCQZTP7Z9C021000025971512 | 170.00- |
| 10/17 | BILLING    BILL.COM LLC    CCD 02B4UKHEOWJXK58021000027124573 | 19.91- |
| 10/20 | DBT CRD 0940 10/19/25 28557571 AMAZON MKTPL*NUO2M9TXO Amzn.com/bill WA C#7593 | 424.62- |
| 10/20 | DBT CRD 0224 10/19/25 66753067 AMAZON MKTPL*NM5O41BN2 Amzn.com/bill WA C#7593 | 57.93- |
| 10/22 | DBT CRD 0934 10/21/25 24889773 POTTERS ACE HARDWARE O CROSSVILLE    TN C#7593 | 20.84- |
| 10/24 | Payables  Frontier CommuniCCD 015IOZTLDTPMWFP021000027722226 | 83.73- |
| 10/24 | POS DEB 1403 10/23/25 00000177 POTTERS ACE HARD 3125 LANTANA RD CROSSVILLE    TN C#7593 | 59.02- |
| 10/24 | DBT CRD 1407 10/23/25 88749285 POTTERS ACE HARDWARE O CROSSVILLE    TN C#7593 | 14.67- |
| 10/27 | Payables  Michellia BlayloCCD 015VVODQYQPN80K021000025083864 | 255.00- |

MEMBER FDIC



EQUAL HOUSING
LENDER



Date 10/31/25          Page      4
Primary Acct.     XXXXXXXXXXXX6861
Enclosures

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING              XXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/27 | DBT CRD 0739 10/25/25 55472065<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 117.50- |
| 10/27 | DBT CRD 0839 10/24/25 91734852<br>LOWE S #548<br>CROSSVILLE     TN C#7593 | 3.82- |
| 10/28 | DBT CRD 1457 10/27/25 18670953<br>LOWE S #548<br>CROSSVILLE     TN C#7593 | 186.11- |
| 10/28 | DBT CRD 1311 10/27/25 54854499<br>POTTERS ACE HARDWARE O<br>CROSSVILLE     TN C#7593 | 23.03- |
| 10/28 | DBT CRD 1119 10/27/25 87877828<br>LOWE S #548<br>CROSSVILLE     TN C#7593 | 13.96- |
| 10/28 | DBT CRD 1554 10/27/25 52641978<br>POTTERS ACE HARDWARE O<br>CROSSVILLE     TN C#7593 | 8.00- |
| 10/29 | DBT CRD 0903 10/28/25 06145961<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 275.00- |
| 10/29 | DBT CRD 1229 10/28/25 29488367<br>LOWE S #548<br>CROSSVILLE     TN C#7593 | 13.91- |
| 10/29 | DBT CRD 0914 10/28/25 12637440<br>POTTERS ACE HARDWARE O<br>CROSSVILLE     TN C#7593 | 3.94- |
| 10/30 | Wire Transfer Fee 91402113 | 10.00- |
| 10/30 | DBT CRD 0946 10/29/25 31600814<br>LOWE S #548<br>CROSSVILLE     TN C#7593 | 39.49- |
| 10/30 | DBT CRD 1403 10/29/25 86016919<br>LOWE S #548<br>CROSSVILLE     TN C#7593 | 8.76- |
| 10/31 | Account Analysis Charge | 17.88- |
| 10/31 | Payables  Charter CommunicCCD<br>015GSTLOJXPXFO4021000020878123 | 2,390.77- |

MEMBER FDIC





HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING          XXXXXXXXXXX6861  (Continued)

| WITHDRAWALS AND DEBITS | | |
| --- | --- | --- |
| Date | Description | Amount |
| 10/31 | Payables  Michellia BlayloCCD 015KXLHBCBPXFO5021000020878126 | 170.00- |
| 10/31 | DBT CRD 1210 10/30/25 18031749 LOWE S #548 CROSSVILLE    TN C#7593 | 41.22- |
| 10/31 | DBT CRD 0936 10/30/25 25797589 POTTERS ACE HARDWARE O CROSSVILLE    TN C#7593 | 14.26- |

| DAILY BALANCES | | | | | |
| --- | --- | --- | --- | --- | --- |
| Date | Balance | Date | Balance | Date | Balance |
| 10/01 | 78,090.97 | 10/09 | 82,078.79 | 10/24 | 79,642.87 |
| 10/02 | 69,475.79 | 10/10 | 81,738.79 | 10/27 | 79,266.55 |
| 10/03 | 69,456.06 | 10/14 | 81,682.10 | 10/28 | 79,035.45 |
| 10/06 | 69,204.91 | 10/17 | 80,303.68 | 10/29 | 78,742.60 |
| 10/07 | 68,265.03 | 10/20 | 79,821.13 | 10/30 | 79,885.33 |
| 10/08 | 67,194.75 | 10/22 | 79,800.29 | 10/31 | 77,251.20 |

MEMBER FDIC



# ERRORS RELATING TO ELECTRONIC FUND TRANSFERS
# OR SUBSTITUTE CHECKS (Consumer Customers Only)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

|  | CHECKS OUTSTANIDING | |
|---|---|---|
|  | NO. | AMOUNT |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | TOTAL |  |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE SHOWN ON THIS STATEMBNT

$_____

ADD+(IFANY)DEPOSITS NOT SHOWN ON THIS STATEMENT

$_____

TOTAL

$_____

SUBTRACT- (IF ANY)CHECKS OUTSTANDING

$_____

BALANCE

$_____

SHOULD AGREE WITH CHECKBOOK BALANCE

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK BOOK BALANCE AT STATEMENT DATE

$_____

SUBTRACT- (IF ANY) ACTIVITY CHARGE

$_____

SUBTOTAL

$_____

SUBTRACT- (IFANY) OF BANK CHARGES

$_____

BALANCE

$_____

SHOULD AGREE WITH STATEMENT BALANCE

# YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness" in examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do n**ot do this, the Bank will not be liable to you for claims submitted after the timeframe specified. **A copy of our current "Terms and Conditions"** can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.

# Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
### As of October 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Crown Resorts Management LLC | | | | | 38,294.17 | 38,294.17 |
| First Insurance Funding Loan#- 103445631 | 4,490.94 | | | | | 4,490.94 |
| Frontier Communications Acctxx 931-788-6532 | | | | -126.00 | | -126.00 |
| Holiday Property Partners, LLC | 143.42 | 192.41 | 2,908.04 | 7,803.02 | 4,290.57 | 15,337.46 |
| Lake Tansi POA | 1,710.00 | | 1,710.00 | | 18,780.00 | 22,200.00 |
| Lemonjuice Solutions. LLC | 21,036.89 | 45,386.74 | 31,585.03 | 27,660.73 | | 125,669.39 |
| South Cumberland Utility District Acctxx0001-00425-001 | 601.80 | | | | | 601.80 |
| Tammy Lapp | 600.00 | | | | | 600.00 |
| Vacatia Inc | | | | | 89.86 | 89.86 |
| Volunteer Energy Cooperative | 3,183.93 | | | | | 3,183.93 |
| TOTAL | $ 31,766.98 | $ 45,579.15 | $ 36,203.07 | $ 35,337.75 | $ 61,454.60 | $ 210,341.55 |

Tuesday, Nov 18, 2025 02:42:16 PM GMT-8

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of October 31, 2025

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** |  |  |  |  | 409.02 | 409.02 |
| **TOTAL** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 409.02 | $ 409.02 |

Tuesday, Nov 18, 2025 02:42:55 PM GMT-8

# Hiawatha Manor Association, Inc. - East
## Balance Sheet
### As of October 31, 2025

|  |  | Total |
|---|---|---|
| **ASSETS** |  |  |
| **Current Assets** |  |  |
| **Bank Accounts** |  |  |
| **Association Operating Accounts** |  |  |
| 1015 ServisFirst DIP xx6861 |  | 77,251.20 |
| **Total Association Operating Accounts** | $ | 77,251.20 |
| **Total Bank Accounts** | $ | 77,251.20 |
| **Accounts Receivable** |  |  |
| 112900 Receivables - Other |  | 409.02 |
| **Total Accounts Receivable** | $ | 409.02 |
| **Other Current Assets** |  |  |
| 111500 Accounts Receivable Miscellaneous |  | -13,881.73 |
| 111900 Allowance for Doubtful Accounts |  | -6,704,626.45 |
| 112000 AR Maintenance Fees |  | 6,704,626.45 |
| 1255.89 A/R - Lemonjuice Solutions |  | 15,998.54 |
| 1255.90 A/R Hiawatha West |  | 53,173.64 |
| 141001 Prepaid - Insurance |  | 7,361.37 |
| Undeposited Funds |  | 1,250.00 |
| **Total Other Current Assets** | $ | 63,901.82 |
| **Total Current Assets** | $ | 141,562.04 |
| **Fixed Assets** |  |  |
| 151000 Land |  | 141,142.00 |
| 155000 Other Equipment |  | 41,991.63 |
| 165000 Accum Depr - Other Equipment |  | -41,991.63 |
| **Total 155000 Other Equipment** | $ | 0.00 |
| 157000 Furniture & Fixtures |  | 4,156.98 |
| 167000 Accum Depr - Furniture & Fixtures |  | -4,156.98 |
| **Total 157000 Furniture & Fixtures** | $ | 0.00 |
| 158000 Vehicles |  | 33,667.54 |
| 168000 Accum Depr - Vehicles |  | -25,189.47 |
| **Total 158000 Vehicles** | $ | 8,478.07 |
| **Total Fixed Assets** | $ | 149,620.07 |
| **TOTAL ASSETS** | $ | 291,182.11 |
| **LIABILITIES AND EQUITY** |  |  |
| **Liabilities** |  |  |
| **Current Liabilities** |  |  |
| **Accounts Payable** |  |  |
| 200000 Accounts Payable - Trade |  | 210,341.55 |
| **Total Accounts Payable** | $ | 210,341.55 |
| **Other Current Liabilities** |  |  |
| 211000 HPP Loan - Investment in Purchased Receivables |  | 519,644.98 |
| 212000 Accrued - Property & Income Taxes |  | 30,211.50 |
| 213000 Accrued Expenses - Other |  | 51,800.25 |
| 241101 Deferred Revenue - Prepaid Dues |  | 13,915.42 |
| 255900 Due To/From Operating/Reserves |  | 5,562.24 |
| **Total Other Current Liabilities** | $ | 621,134.39 |
| **Total Current Liabilities** | $ | 831,475.94 |
| **Long-Term Liabilities** |  |  |
| 272000 Notes Payable |  | 3,103.46 |
| **Total Long-Term Liabilities** | $ | 3,103.46 |
| **Total Liabilities** | $ | 834,579.40 |
| **Equity** |  |  |
| 399000 Retained Earnings |  | -169,131.19 |
| Net Income |  | -374,266.10 |
| **Total Equity** | -$ | 543,397.29 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 291,182.11 |

Tuesday, Nov 18, 2025 03:10:47 PM GMT-8 - Accrual Basis

## Hiawatha Manor Association, Inc. - East
## Profit and Loss
### October 2025

| | Total |
|---|---:|
| **Income** | |
| 400600-02 Rental Income - Transient | 1,658.46 |
| 400601-01 Other Rental Income - Cleaning Fees | 458.35 |
| 401000-10 Property Mgmt - Late Fees | 50.00 |
| 409900 Other Revenue | 6,147.49 |
| **Total Income** | **$ 8,314.30** |
| **Gross Profit** | **$ 8,314.30** |
| **Expenses** | |
| 601010 Salary and Wages | 32,658.74 |
| 601050 Benefits - Healthcare | 4,817.04 |
| 601051 Benefits - Retirement | 1,023.53 |
| 601080 Employer Taxes | 1,922.94 |
| 601081 Workers Comp | 287.40 |
| 601090 Other Payroll Expense | 3,265.87 |
| 602300 Legal Fees | 1,097.00 |
| 603502 Employee Travel - Transportation/Parking | -351.19 |
| 603503 Employee Travel - Meals | -172.45 |
| 603508 Employee Travel - Car Rentals | -677.34 |
| 604010-02 Tech Software & Apps | 1,215.00 |
| 604010-04 Tech Finance & HR Software | 19.91 |
| 604019 Office Supplies | 37.16 |
| 604020 Bank Fees & Related Charges | 27.88 |
| 604030 Insurance - D&O | 284.08 |
| 604031 Insurance - General | 5,763.11 |
| 604040 Postage & Freight | 143.42 |
| 604051 Business & Property Taxes | 1,632.50 |
| 604080 Bad Debt | -6,251.00 |
| 604999 Misc & Other | 42.79 |
| 606030 Landscape and Lawn | 4.39 |
| 606031 Heating and Air Conditioning Repairs | 179.06 |
| 606032 Plumbing Repairs | 65.36 |
| 606033 Appliance Repairs | 20.28 |
| 606035 Electrical and Mechanical Repairs | 96.88 |
| 606036 Pool Service and Supplies | 157.13 |
| 606037 Furniture/Unit Repairs and Supplies | 131.17 |
| 606038 Pest Control | 301.56 |
| 606049 Routine Preventative Maintenance (RPM/AUM) | 423.24 |
| 606050 Other Repairs & Maintenance | 358.58 |
| 606071 Electric | 3,196.39 |
| 606072 Gas | 158.78 |
| 606073 Water & Sewer | 2,311.80 |
| 606074 Trash Removal/Recycling | 344.00 |
| 606075 Media | 2,474.50 |
| 606301 Guest and Cleaning Supplies | 1,343.60 |
| 606701 Accounting Fees | 1,800.00 |
| 606795 POA Fees | 2,032.00 |
| 606990 Miscellaneous Supplies | 308.73 |
| **Total Expenses** | **$ 62,493.84** |
| **Net Operating Income** | **-$ 54,179.54** |
| **Other Expenses** | |
| 608000 Depreciation Expense | 384.10 |
| 992000 Income Tax - Country/Federal | 200.00 |
| **Total Other Expenses** | **$ 584.10** |
| **Net Other Income** | **-$ 584.10** |
| **Net Income** | **-$ 54,763.64** |

Tuesday, Nov 18, 2025 03:10:56 PM GMT-8 - Accrual Basis