Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 2:25–bk–01916
Chapter: 11
Judge: Randal S Mashburn

In Re:
  Hiawatha Manor Association, Inc.
  7380 W SAND LAKE RD SUITE 130
  ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
  64–0654512

ORDER

ORDER by Judge Mashburn : With regard to docket entry # 108, Debtor has filed a motion to employ and retain broker, specifically HREC, using the procedures under LBR 9013–1 with a response deadline. The motion does not comply with Rule 2014(a)(3) since it does not attach a verified statement setting forth the connections of HREC with the Debtor and certain other parties. The Debtor states that it will file a declaration signed by HREC prior to the hearing, but this does not ensure that parties have notice of HREC connections, if any, prior to the deadline to object to the retention. Accordingly, the motion will be denied without prejudice unless the Debtor files the required verified statement or declaration by December 2, 2025. (RE: related document(s) 108) (skb)

Dated: 11/25/25

                                        /s/ Randal S Mashburn
                                        UNITED STATES BANKRUPTCY JUDGE