# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

## UNSWORN DECLARATION

     I, Paul Sexton, hereby verify, under penalty of perjury under the laws of the United States of America, that I am the Managing Director with D&C Hospitality Investments, LLC, a Colorado limited liability company, d/b/a HREC Investment Advisors ("**HREC**"), located at 6400 S Fiddler's Green Circle St. 1730 Greenwood Village, CO 80111, and that neither I, nor any other employee or agents of HREC have any interest adverse to the bankruptcy estate in connection with this proceeding, and that neither I nor any employees or agents have any connection with the Debtor, the creditors, or any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

Executed on: November 25, 2025

*Paul Sexton*
Paul Sexton, Managing Director HREC Investment Advisors

#529493532_v2