# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

## MOTION TO APPROVE AGREED ORDER EXTENDING DEADLINE OF UNITED STATES TRUSTEE TO OBJECT TO FEE APPLICATION

The Acting U.S. Trustee, Region 8, files this Motion to Approve the Agreed Order Extending Deadline to Object to Fee Application. On November 5, 2025, Debtor filed its First Interim Fee Application of Holland & Knight, LLP for Compensation and Reimbursement of Expenses ("First Interim Fee Application," Docket No. 104). The U.S. Trustee contacted Debtor's counsel for clarifications related to certain entries and raised informal objections. Debtor's counsel is diligently working on responses to the U.S. Trustee's inquires. However, the parties need additional time to determine whether the informal objections can be resolved. The parties believe that the additional time will facilitate the U.S. Trustee's review of the First Interim Fee Application and may prevent unnecessary litigation. As evidenced by the agreed order submitted simultaneously, the parties agree that the U.S. Trustee's deadline to file an objection to the First Interim Fee Application should be extended until December 12, 2025. The parties believe no hearing is necessary regarding this limited extension.

WHEREFORE, the U.S. Trustee respectfully requests that the Court grant the Motion to Approve the Agreed Order Extending Deadline of United States Trustee to Object to Fee Application and other such relief as may be appropriate.

Respectfully submitted,

Paul Randolph
Acting United States Trustee, Region 8

*/s/ Rebecca J. Yielding*
Rebecca J. Yielding, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
701 Broadway, Customs House Suite 318
Nashville, TN  37203
Phone: (615) 736-2258 / (202) 573-6953
Rebecca.J.Yielding@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on December 5, 2025, a copy of the foregoing document was sent electronically to registered ECF users.

 */s/ Rebecca J. Yielding*
Rebecca J. Yielding