SO ORDERED.
SIGNED 8th day of December, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Randal S. Mashburn
Chief U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

**AGREED ORDER EXTENDING DEADLINE OF UNITED STATES TRUSTEE TO OBJECT TO FEE APPLICATION**

The Acting U.S. Trustee, Region 8, and Debtor, by and through counsel, hereby agree, to extend the deadline for the U.S. Trustee to file an objection to the First Interim Fee Application of Holland & Knight, LLP for Compensation and Reimbursement of Expenses ("First Interim Fee Application," Docket No. 104). The parties believe that the additional time will facilitate the U.S. Trustee's review of the First Interim Fee Application and may prevent unnecessary litigation.

It is therefore, **ORDERED** that the deadline for the U.S. Trustee to file an objection to the First Interim Fee Application is hereby extended until December 12, 2025. This Order does not limit the U.S. Trustee's right to object to any final fee application submitted in this case.

**This order was signed and entered electronically as indicated at the top of the first page.**

Agreed and Approved:

Paul Randolph
Acting U.S. Trustee, Region 8

*/s/ Rebecca J. Yielding*
Rebecca J. Yielding, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
701 Broadway, Customs House, Suite 318
Nashville, TN 37203
Phone: (615) 736-2258 / (202) 573-6953
Rebecca.J.Yielding@usdoj.gov

*/s/ Blake D. Roth*
Blake D. Roth
Holland & Knight, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Blake.Roth@hklaw.com
*Debtor's Counsel*