**Form clkinq**

# United States Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE
Case No. <u>**2:25−bk−01916**</u>
**Chapter 11**

In re:
   Hiawatha Manor Association, Inc.
   7380 W SAND LAKE RD SUITE 130
   ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
   64−0654512

---

## CLERK'S REMARK

---

Remark Creditor Lake Tansi Village Property Owners Association, Inc. Response to Debtor's Motion and Notice to Sell Property Free and Clear of Liens under Section 363(f) is docketed without entering objection and hearing dates. (RE: related document(s)122) (las)

Dated: <u>12/16/25</u>                                                    <u>Vanessa A Lantin</u>
                                                                                                                        Court Clerk