**Form prosenot**

# United States Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE
Case No. **2:25−bk−01916**
**Chapter 11**

In re:
   Hiawatha Manor Association, Inc.
   7380 W SAND LAKE RD SUITE 130
   ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
   64−0654512

---

**PRO SE PARTY NOTICE OF FILING**

---

Hearing Set − (Response) filed on the behalf of Creditor Lake Tansi Village Property Owners Association, Inc. to Debtor's Motion and Notice to Sell Property Free and Clear of Liens under Section 363(f). Hearing scheduled 1/20/2026 at 09:30 AM, Courtroom 1 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203. (RE: related document(s)122 Response) (las)

Dated: 12/16/25