United States Bankruptcy Court
Middle District of Tennessee

In re:     Case No. 25-01916-RSM

Hiawatha Manor Association, Inc.     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-2     User: admin     Page 1 of 2
Date Rcvd: Dec 15, 2025     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com |
| Jack W Robinson, Jr | on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com |
| MICHAEL EDWARD COLLINS | on behalf of Creditor Hiawatha Manor West Association LLC mcollins@manierherod.com, TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com |
| REBECCA JO YIELDING | on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov |

THOMAS H. FORRESTER
    on behalf of Creditor Lake Tansi Village Property Owners Association Inc. tforrester@gsrm.com, djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

SO ORDERED.
SIGNED 15th day of December, 2025

Randal S. Mashburn
Chief U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

## AGREED ORDER RESOLVING OBJECTION OF UNITED STATES TRUSTEE TO FEE APPLICATION

This matter is before the Court upon the First Interim Fee Application of Holland & Knight, LLP for Compensation and Reimbursement of Expenses ("First Interim Fee Application," Docket No. 104). Notice of the application was served pursuant to Local Rules 2016-1 and 9013-1.

The U.S. Trustee raised objections to the First Interim Fee Application informally. No other party objected.

Holland & Knight disputes the U.S. Trustee's position on the disallowance of fees related to its professional services. However, it agreed to accept the U.S. Trustee's proposed reduction to avoid the cost of litigating this dispute. The entries that the parties agree to disallow are attached hereto as **Exhibit 1**.

Pursuant to the agreement of the parties, as evidenced by the signatures below, with no

other objections having been filed, and for other cause to the Court shown;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Holland & Knight, LLP is hereby awarded fees in the amount of $72,797 and expenses in the amount of $3,151.46.

2. Upon entry of this Order, the Debtor is hereby authorized to disburse any unpaid balance to Holland & Knight, LLP.

**This order was signed and entered electronically as indicated at the top of the first page.**

Agreed and Approved:

Paul Randolph
Acting U.S. Trustee, Region 8

*/s/ Rebecca J. Yielding*
Rebecca J. Yielding, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
701 Broadway, Customs House, Suite 318
Nashville, TN 37203
Phone: (615) 736-2258 / (202) 573-6953
Rebecca.J.Yielding@usdoj.gov

*/s/ Blake D. Roth*
Blake D. Roth
Holland & Knight, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Blake.Roth@hklaw.com
*Debtor's Counsel*

**Exhibit 1**

| Date | Professional | Description | Hours Reduced | Rate | Amount |
|---|---|---|---|---|---|
| 5/5/25 | BF | Prepare Matrix | 0.3 | $ 375.00 | $ 112.50 |
| 5/6/25 | SK | Calendar court due dates for Schedules & Plan | 0.1 | $ 480.00 | $ 48.00 |
| 5/6/25 | BF | Review deadlines, response and hearing dates, and calendar | 0.5 | $ 375.00 | $ 187.50 |
| 5/6/25 | BF | Review deadlines, response and hearing dates, and calendar | 0.5 | $ 375.00 | $ 187.50 |
| 5/8/25 | BF | calendar hearing dates and deadlines | 0.4 | $ 375.00 | $ 150.00 |
| 5/9/25 | BF | Revise 9013 Notice for cash management | 0.4 | $ 375.00 | $ 150.00 |
| 5/12/25 | BF | Revise and file App to Employ Realtor | 0.2 | $ 375.00 | $ 75.00 |
| 5/12/25 | BF | Revise and file COS | 0.3 | $ 375.00 | $ 112.50 |
| 5/12/25 | BF | Calendar objection deadline and hearing info. | 0.2 | $ 375.00 | $ 75.00 |
| 5/13/25 | SK | Attend court hearing & IDC - <u>Revised Entry</u>: Prepare for and attend court hearing (1.8); prepare for and attend initial Debtor conference with UST (0.3); draft email to client re: [redacted] (0.1) | 0 | $ 480.00 | $ - |
| 5/14/25 | BF | Review summons and calendar pretrial hearing date. | 0.6 | $ 375.00 | $ 225.00 |
| 5/14/25 | BF | Review notice of status conference and calendar | 0.2 | $ 375.00 | $ 75.00 |
| 5/19/25 | BF | File Motion to Extend Deadline to File Sch.; coordinate COS | 0.4 | $ 375.00 | $ 150.00 |
| 5/20/25 | BF | Review order and calendar new deadline | 0.2 | $ 375.00 | $ 75.00 |
| 5/30/25 | BF | File Schedules and SOFA | 0.6 | $ 375.00 | $ 225.00 |
| 6/4/25 | BF | Review objection to employ realtor and update team | 0.2 | $ 375.00 | $ 75.00 |
| 6/5/25 | BF | Review notice of hearing and calendar | 0.2 | $ 375.00 | $ 75.00 |
| 6/9/25 | BF | Draft LBR 9013 Notice for app to employ HK | 0.3 | $ 375.00 | $ 112.50 |
| 6/9/25 | BF | Calendar objection and hearing date | 0.2 | $ 375.00 | $ 75.00 |
| 6/18/25 | BF | Review order and calendar hearing date | 0.3 | $ 375.00 | $ 112.50 |
| 6/27/25 | BF | Update creditor matrix | 0.2 | $ 375.00 | $ 75.00 |
| 7/7/25 | BF | File Amended Sch. G | 0.2 | $ 375.00 | $ 75.00 |
| 7/7/25 | BF | Update creditor matrix | 0.3 | $ 375.00 | $ 112.50 |
| 7/14/25 | BF | Submit proposed orders re: employ HK & realtor | 0.3 | $ 375.00 | $ 112.50 |
| 7/29/25 | SK | Attention to email communications with client, etc. - <u>Revised Entry</u>: Attention to email communications with client (.3); phone call with client re: [redacted] (.4); attention to Rule 2004 discovery filing (.4); review court docket for upcoming deadlines and other due dates (0.1) | 0 | $ 480.00 | $ - |
| 7/31/25 | DA | Review motions and notices for ECF filing, file docs. | 1 | $ 275.00 | $ 275.00 |
| 8/6/25 | BF | Review order continuing 2004 Exam and calendar | 0.3 | $ 375.00 | $ 112.50 |
| 8/7/25 | BF | Review order and calendar PTC | 0.3 | $ 375.00 | $ 112.50 |
| 8/13/25 | BF | Revise and file Response to 2004 Exam, submit order | 0.4 | $ 375.00 | $ 150.00 |
| 8/22/25 | BF | Draft LBR 9013 Notice re Extend Plan Deadline | 0.4 | $ 375.00 | $ 150.00 |
| 8/22/25 | BF | Revise & file Motion to Extend Exclusivity | 0.4 | $ 375.00 | $ 150.00 |
| 8/26/25 | SK | Prepare for and attend hearing, revise proposed Protective Order, etc. - <u>Revised Entry</u>: Prepare for and attend hearing (2.1); revise proposed protective order (0.2); attention to email communications with client (0.2); attention to draft of First Fee Application (1.1) | 2 | $ 480.00 | $ 960.00 |
| 8/27/25 | BF | Submit proposed order re 2004 Exam | 0.3 | $ 375.00 | $ 112.50 |
| 8/27/25 | BF | Review order and calendar deadline | 0.3 | $ 375.00 | $ 112.50 |
| 9/23/25 | SK | Prepare for and attend hearing, coordinate re-filing, etc.- <u>Revised Entry</u>: Prepare for and attend hearing (2.0); coordinate re-filing of proposed order with Court for Motion to Extend Exclusivity (.1); prepare certificate of service by publication for East and West and coordinate filing (.2) | 2 | $ 480.00 | $ 960.00 |
| 9/23/25 | BF | Submit proposed order and revise deadlines | 0.4 | $ 375.00 | $ 150.00 |
| 9/24/25 | BF | Revise & file COS in both Aps | 0.4 | $ 375.00 | $ 150.00 |
| | | | | Total | $ 6,068.00 |