United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 25-01916-RSM
Hiawatha Manor Association, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-2      User: admin      Page 1 of 2
Date Rcvd: Dec 16, 2025      Form ID: prosenot      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285 |
| aty | + | BLAKE ROTH, Holland & Knight LLP, 511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219-1791 |
| aty | + | Christopher Scott Kunde, Jr, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |
| aty | + | REBECCA JO YIELDING, USTP, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion08.na.ecf@usdoj.gov | Dec 17 2025 00:09:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:

**Name**      **Email Address**

BLAKE ROTH
    on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com

Christopher Scott Kunde, Jr

on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com

Jack W Robinson, Jr

on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com

MICHAEL EDWARD COLLINS

on behalf of Creditor Hiawatha Manor West Association LLC mcollins@manierherod.com, TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com

REBECCA JO YIELDING

on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

THOMAS H. FORRESTER

on behalf of Creditor Lake Tansi Village Property Owners Association Inc. tforrester@gsrm.com, djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

Form prosenot

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. <u>2:25−bk−01916</u>
**Chapter 11**

In re:
   Hiawatha Manor Association, Inc.
   7380 W SAND LAKE RD SUITE 130
   ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
   64−0654512

---

**PRO SE PARTY NOTICE OF FILING**

---

Hearing Set − (Response) filed on the behalf of Creditor Lake Tansi Village Property Owners Association, Inc. to Debtor's Motion and Notice to Sell Property Free and Clear of Liens under Section 363(f). Hearing scheduled 1/20/2026 at 09:30 AM, Courtroom 1 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203. (RE: related document(s)122 Response) (las)

Dated: <u>12/16/25</u>