IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

**CERTIFICATE OF NO OBJECTION**
**[Related to Docket No. 108]**

The undersigned counsel hereby certifies that:

1. On November 18, 2025, Hiawatha Manor Association, Inc., as debtor and debtor in possession in this Chapter 11 case (the "**Debtor**"), filed the *Debtor's Motion to Employ and Retain Broker* (the "**Motion**") [Docket No. 108].

2. The Motion was timely served on all interested parties in the manner of service referenced in the Motion.

3. Pursuant to the notice language in the Motion, the deadline to respond or object to the Motion was December 12, 2025.

4. No objections to nor requests for hearing on the Motion have been received, and as of December 22, 2025, a check of the electronic entries docketed in this case confirms that none have been filed.

Based on the foregoing, the Debtor respectfully requests entry of an order to be submitted by the Debtor, granting the Motion on a final basis.

Dated: December 22, 2025                    Respectfully Submitted,

                                            */s/ Blake D. Roth*
                                            Blake D. Roth (TN BPR No. 031499)
                                            C. Scott Kunde (TN BPR No. 040218)

**Holland & Knight LLP**
511 Union Street, Ste. 2700
Nashville, TN 37219
Telephone:   615.244.6380
Facsimile:    615.244.6804
Email: blake.roth@hklaw.com
        scott.kunde@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 22, 2025, a copy of the foregoing was sent via ECF to the U.S. Trustee and all parties registered to receive electronic notice.

 */s/ Blake D. Roth*
Blake D. Roth (TN Bar No. 031499)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email:  Blake.Roth@hklaw.com
        Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*
