SO ORDERED.
SIGNED 22nd day of December, 2025

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Randal S. Mashburn
Chief U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

## ORDER AUTHORIZING EMPLOYMENT OF BROKER

Upon consideration of the Motion[1]; and upon finding that this court has jurisdiction over the matters set forth in the Motion; and upon finding that venue is proper in this court; and upon finding that due and sufficient notice has been given and that no other or further notice need be given; and upon finding that the relief sought in the Motion is in the best interest of the Debtor, its creditors, and other parties in interest; and after due consideration and finding other sufficient cause for the relief sought in the Motion, it is hereby

1. **ORDERED** that the Motion is GRANTED; and it is further

2. **ORDERED** that no objections were filed; and it is further

---

[1] Capitalized terms used in this order and not otherwise defined shall have the meanings ascribed to them in the Motion.

3. **ORDERED** that the Debtor is authorized to employ HREC as its commercial real estate broker in connection with the sale of the Properties; and it is further

4. **ORDERED** that, notwithstanding any Bankruptcy Rule to the contrary, this order shall be immediately effective and enforceable upon its entry; and it is further

5. **ORDERED** that this court shall retain jurisdiction over any and all matters arising out of or related to this order.


APPROVED FOR ENTRY:

**HOLLAND & KNIGHT LLP**

  */s/ Blake D. Roth*
Blake D. Roth (Federal ID No. 2666808)
C. Scott. Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
         Scott.Kunde@hklaw.com

*Counsel for the Debtor and
Debtor in Possession*