Form vorder

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 2:25–bk–01916
Chapter: 11
Judge: Randal S Mashburn

In Re:

Hiawatha Manor Association, Inc.
7380 W SAND LAKE RD SUITE 130
ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
64–0654512

## ORDER

ORDER by Judge Mashburn : With regard to docket entry # 110, 122, 124, 131, 132, the Debtor has pending a motion at Doc. 110 seeking approval of a sale and certain bidding procedures as well as other related relief. Although this motion was filed pursuant to LBR 9013–1 that dispenses with a hearing under certain circumstances when a motion is uncontested, the Court will conduct a hearing on this motion, regardless of any formal objections or unresolved issues raised by parties in interest. This is appropriate due to the impact on two adversary proceedings that are set for a status conference on the same date as the hearing on the motion at Doc. 110 and the need to coordinate a schedule that will attempt to accommodate a contemporaneous resolution of the sale issues and the adversary proceeding issues. Accordingly, the hearing will be conducted, as stated in the notice accompanying the motion, at 9:30 a.m. on January 20, 2026, in Courtroom 1, 701 Broadway, Nashville, TN. (RE: related document(s) 110, 122, 124, 131, 132) (skb)

Dated: 12/30/25

/s/ Randal S Mashburn
UNITED STATES BANKRUPTCY JUDGE