United States Bankruptcy Court
Middle District of Tennessee

In re:                  Case No. 25-01916-RSM
Hiawatha Manor Association, Inc.      Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-2        User: admin        Page 1 of 2
Date Rcvd: Dec 30, 2025      Form ID: vorder      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285 |
| aty | + | BLAKE ROTH, Holland & Knight LLP, 511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219-1791 |
| aty | + | Christopher Scott Kunde, Jr, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:

**Name**      **Email Address**

BLAKE ROTH
     on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com

Christopher Scott Kunde, Jr
     on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com

Jack W Robinson, Jr
     on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com

MICHAEL EDWARD COLLINS
     on behalf of Creditor Hiawatha Manor West Association LLC mcollins@manierherod.com, TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com

REBECCA JO YIELDING

on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

THOMAS H. FORRESTER

on behalf of Creditor Lake Tansi Village Property Owners Association Inc. tforrester@gsrm.com, djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No.: 2:25−bk−01916
Chapter: 11
Judge: Randal S Mashburn

In Re:
　Hiawatha Manor Association, Inc.
　7380 W SAND LAKE RD SUITE 130
　ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
　64−0654512

---

ORDER

ORDER by Judge Mashburn : With regard to docket entry # 110, 122, 124, 131, 132, the Debtor has pending a motion at Doc. 110 seeking approval of a sale and certain bidding procedures as well as other related relief. Although this motion was filed pursuant to LBR 9013−1 that dispenses with a hearing under certain circumstances when a motion is uncontested, the Court will conduct a hearing on this motion, regardless of any formal objections or unresolved issues raised by parties in interest. This is appropriate due to the impact on two adversary proceedings that are set for a status conference on the same date as the hearing on the motion at Doc. 110 and the need to coordinate a schedule that will attempt to accommodate a contemporaneous resolution of the sale issues and the adversary proceeding issues. Accordingly, the hearing will be conducted, as stated in the notice accompanying the motion, at 9:30 a.m. on January 20, 2026, in Courtroom 1, 701 Broadway, Nashville, TN. (RE: related document(s) 110, 122, 124, 131, 132) (skb)

Dated: 12/30/25

　　　　　　　　　　　　　　　　　　　/s/ Randal S Mashburn
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE