Exhibit A

April 9, 2025 Town Hall transcript excerpt

MR. INGRAM: "…because you weren't in debt when we met you, but you didn't have any money."

Exhibit B

April 9, 2025 Town Hall transcript excerpt

*(Selected excerpts from different points during the April 9, 2025 members' Town Hall.)*

MR. INGRAM: But your declaration is written in such a way – declarations, plural, are written in such a way to almost make some things nearly impossible to accommodate . . .

But what bankruptcy does – and sorry if this is redundant for other town halls – but what bankruptcy does is it resolves most of the complications associated with the way your declarations are written . . .

So the Bankruptcy Court is an impartial third party. The title underwriters are partial (sic) third parties. Both of them are relatively on the conservative side when it comes to commercial activities. And when the judge approves it, the underwriter says, "Okay, based on the judge's approval, that's the only way that we can sell this property."

Because there is no way to actually conduct a termination vote without this bankruptcy.

*(Later in the meeting)*

MR. INGRAM: I would like to explain those proxies and the votes and everything we did.

. . . And by doing it in the form of a vote, knowing that the quorum as required in the declaration is an insurmountable hurdle to occur, we did prepare the vote and ask at the individual level so that we could use that with the Court to say, "Here is the outcome when asked as a popular vote when compared to the way in which the declaration – it was overwhelmingly to do this.

. . . We had the same judge, so we know what he wants . . . But that's why we did that vote, because the judge is going to ask, what do the owners want. And while it's not a binding vote, it sure as heck is indicative of what everybody wants.