Form vorder

**UNITED STATES BANKRUPTCY COURT**

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 2:25–bk–01916
Chapter: 11
Judge: Randal S Mashburn

In Re:
 Hiawatha Manor Association, Inc.
 7380 W SAND LAKE RD SUITE 130
 ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
 64–0654512

ORDER

ORDER by Judge Mashburn : With regard to docket entry # 139, Linda Simmons has filed a Request for U.S. Trustee Determination Under 11 USC 1104(a) and 1104(c), which the Court construes as a motion for the Court to appoint a Chapter 11 trustee or examiner. The Court will conduct a brief scheduling conference on this motion in conjunction with the sale motion and pretrial conferences on related adversary proceedings already set for Tuesday, January 20, 2026, at 9:30 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, TN. Ms. Simmons may participate by Zoom using the same Zoom video registration information included in the attachment to Doc. 132 that relates to the other matters set for that time. (RE: related document(s) 139) (las)

Dated: 1/16/26

 /s/ Randal S Mashburn
 UNITED STATES BANKRUPTCY JUDGE