**Form prosenot**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE
Case No. **2:25−bk−01916**
**Chapter 11**

In re:
   Hiawatha Manor Association, Inc.
   7380 W SAND LAKE RD SUITE 130
   ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
   64−0654512

---

**PRO SE PARTY NOTICE OF FILING**

---

Hearing Set − (Notice − BK Notice, Docket Order) − Scheduling Conference. Hearing scheduled 1/20/2026 at 09:30 AM, Courtroom 1 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203. (RE: related document(s)139 Notice − BK Notice, 140 Docket Order) (las)

Dated: 1/16/26