United States Bankruptcy Court
Middle District of Tennessee

In re:  
Hiawatha Manor Association, Inc.  
    Debtor

Case No. 25-01916-RSM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0650-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 16, 2026      Form ID: vorder      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285 |
| aty | + | BLAKE ROTH, Holland & Knight LLP, 511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219-1791 |
| aty | + | Christopher Scott Kunde, Jr, Holland & Knight LLP, 511 Union St, Suite 2700, Nashville, TN 37219-1791 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com |
| Jack W Robinson, Jr | on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com |
| MICHAEL EDWARD COLLINS | on behalf of Creditor Hiawatha Manor West Association LLC mcollins@manierherod.com, TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com |
| REBECCA JO YIELDING | |

on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

THOMAS H. FORRESTER

on behalf of Creditor Lake Tansi Village Property Owners Association Inc. tforrester@gsrm.com, djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No.: 2:25−bk−01916
Chapter: 11
Judge: Randal S Mashburn

In Re:
  Hiawatha Manor Association, Inc.
  7380 W SAND LAKE RD SUITE 130
  ORLANDO, FL 32819

Social Security No.:

Employer's Tax I.D. No.:
  64−0654512

---

## ORDER

ORDER by Judge Mashburn : With regard to docket entry # 139, Linda Simmons has filed a Request for U.S. Trustee Determination Under 11 USC 1104(a) and 1104(c), which the Court construes as a motion for the Court to appoint a Chapter 11 trustee or examiner. The Court will conduct a brief scheduling conference on this motion in conjunction with the sale motion and pretrial conferences on related adversary proceedings already set for Tuesday, January 20, 2026, at 9:30 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, TN. Ms. Simmons may participate by Zoom using the same Zoom video registration information included in the attachment to Doc. 132 that relates to the other matters set for that time. (RE: related document(s) 139) (las)

Dated: 1/16/26

　　　　　　　　　　　　　　　　　　　　/s/ Randal S Mashburn
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE