IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

**UNITED STATES TRUSTEE'S RESPONSE TO
REQUEST OF LINDA SIMMONS FOR UNITED STATES TRUSTEE
DETERMINATION UNDER 11 U.S.C. §§ 1104(a) and (c)**

Paul A. Randolph, the Acting United States Trustee for Region 8 (the "U.S. Trustee"), by and through undersigned counsel, files this response to the *Request for U.S. Trustee Determination Under 11 U.S.C. §§ 1104(a) and 1104(c)* (Dkt. No. 139) (the "Section 1104 Request") filed by Linda Simmons and respectfully states as follows:

1. The Section 1104 Request asks that the U.S. Trustee: (1) "conduct the review required by [Section 1104(a) and (c)]" and (2) "determine whether the appointment of a Chapter 11 trustee or examiner is warranted in this case." (Dkt. No. 139, at Section IV.)

2. As the "watchdog" of the bankruptcy system, the U.S. Trustee is cognizant of Section 1104 of the Bankruptcy Code. The U.S. Trustee has already considered the facts of this case as they apply to Section 1104, and the U.S. Trustee continues to evaluate the circumstances of the case to determine if any action is needed.

3. Currently, the U.S. Trustee does not intend to move forward with a motion to appoint a trustee or examiner. However, nothing in this response should be interpreted as a limitation on the U.S. Trustee's future ability to act pursuant to Section 1104 in this case should the need arise.

4.  Section 1104 allows any party in interest to request the appointment of a trustee or examiner, and any party that believes the circumstances warrant such appointment is able to file a motion requesting such relief.

WHEREFORE, to the extent the Court interprets the Section 1104 Request as a motion for an order directing the U.S. Trustee to take any specific investigative action, the U.S. Trustee respectfully requests that the Court deny the relief requested in the *Request for U.S. Trustee Determination Under 11 U.S.C. §§ 1104(a) and 1104(c),* and grant such relief as this Court deems just and proper.

Respectfully Submitted,

**PAUL A. RANDOLPH**
Acting U.S. Trustee, Region 8

*/s/ Rebecca J. Yielding*
Rebecca J. Yielding, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
701 Broadway, Ste 318
Nashville, TN 37203
Phone: (615) 736-2258; (202) 573-6953
Rebecca.J.Yielding@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2026, a true and correct copy of the foregoing was transmitted electronically to the parties consenting to electronic service in this case through the Court's ECF system and via email to Linda Simmons.

*/s/ Rebecca J. Yielding*
Rebecca J. Yielding