IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re:<br><br>Hiawatha manor Association, Inc.<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-01916<br><br>**Sale Objection Deadline:**<br>**March 2, 2026 at 4:00 p.m. (CT)**<br><br>**Sale Hearing Date:**<br>**June 9, 2026 at 9:30 a.m. (CT)** |

### NOTICE OF MOTIONS FOR: (I) SUMMARY JUDGMENT; AND (II) SALES, BIDDING PROCEDURES, AUCTION, AND SALE HEARING

1.    On May 6, 2025, Hiawatha Manor Association, Inc. (the "***Debtor***") filed with the United States Bankruptcy Court for the Middle District of Tennessee (the "***Bankruptcy Court***") the: (a) *Complaint to Sell Estate's Interest and Co-Owners' Interests in Real Property Pursuant to 11 U.S.C. § 363(h) (Hiawatha East)*, commencing adversary proceeding number 2:25-ap-90051 (the "***Hiawatha East Adversary Proceeding***"); and (b) *Complaint to Sell Estate's Interest and Co-Owners' Interest in Real Property Pursuant to 11 U.S.C. § 363(h) (Hiawatha West)*, commencing adversary proceeding number 2:25-ap-90052 (the "***Hiawatha West Adversary Proceeding***").

2.    On November 19, 2025, the Debtor filed with the Bankruptcy Court a motion (the "***Sale Motion***") for the entry of: (a) an order (the "***Bidding Procedures Order***"),[1] (i) authorizing and approving bidding procedures (the "***Bidding Procedures***") in connection with the sales or dispositions (the "***Sales***" and each a "***Sale***") of the Properties (the "***Properties***"), or any portion of the Properties, (ii) scheduling the auction (the "***Auction***") for and a hearing to approve the Sales, (iii) authorizing and approving the form and manner of notice of the respective date, time, and place for the Auction and a hearing to approve the Sales, (iv) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases, (v) approving the form and manner of notice of the assumption and assignment of certain executory contracts and unexpired leases, and (vi) granting related relief; and (b) orders (the "***Sale Orders***") authorizing and approving (i) the sales of the Properties free and clear of all claims, liens, liabilities, rights, interests, and encumbrances (except certain permitted encumbrances and/or assumed liabilities as provided in the applicable purchase agreements), (ii) the Debtor to assume and assign certain executory contracts and unexpired leases, and (iii) related relief.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Bidding Procedures Order (including the Bidding Procedures). Any summary of the Bidding Procedures and the Bidding Procedures Order contained herein is qualified in its entirety by the actual terms and conditions thereof. To the extent that there is any conflict between any such summary and such actual terms and conditions, the actual terms and conditions shall control.

3. On January 19, 2026, the Debtor filed with the Bankruptcy Court: (a) in the Hiawatha East Adversary Proceeding, a motion seeking entry of summary judgment, permitting the Debtor to sell its interests along with the interests of co-owners in the Hiawatha East Property, pursuant to section 363(h) of the Bankruptcy Code and further order(s) of this Court; and (b) in the Hiawatha West Adversary Proceeding, a motion seeking entry of summary judgment, permitting the Debtor to sell its interests along with the interests of co-owners in the Hiawatha West Property, pursuant to section 363(h) of the Bankruptcy Code and further order(s) of this Court.

4. Following a hearing on January 20, 2026, the Bankruptcy Court entered a scheduling order in each of the Hiawatha East Adversary Proceeding and Hiawatha West Adversary Proceeding and the Bidding Procedures Order (Dkt. No. [_]) in the above-captioned bankruptcy case.

5. Pursuant to the Bidding Procedures, a Potential Bidder that desires to make a bid on the Properties shall deliver an electronic copy of its bid to the parties identified in the Bidding Procedures so as to be received on or before **[ ] [ ], 2026 at 5:00 p.m. (prevailing Central time) (the "*Bid Deadline*") and otherwise comply with the Bidding Procedures. FAILURE TO ABIDE BY THE BIDDING PROCEDURES MAY RESULT IN A BID TO BE REJECTED. ANY PARTY INTERESTED IN BIDDING ON THE PROPERTIES SHOULD CONTACT DEBTOR'S LEGAL COUNSEL, HOLLAND & KNIGHT LLP (ATTN: BLAKE ROTH, (615) 244-6380, BLAKE.ROTH@HKLAW.COM).**

6. Pursuant to the Bidding Procedures, if the Debtor receives more than one Qualified Bid for certain of the Properties, the Debtor will conduct an auction for the relevant Properties (the "*Auction*") between **[ ] and [ ]** utilizing Crexi's auction platform (or at such later time or such other place as the Debtor shall designate and notify to all Qualified Bidders who have submitted Qualified Bids) for consideration of the Qualified Bids, each as may be increased at the Auction.

7. Only the Qualified Bidders are eligible to participate at the Auction.

8. If the Debtor only receives one Qualified Bid for the Properties that are the subject of the Auction, then (a) the Debtor may not hold an Auction with respect to the relevant Properties; (b) the sole Qualified Bid may be deemed the Successful Bid with respect to the relevant Properties; and (c) that Qualified Bidder may be named the Successful Bidder with respect to the relevant Properties.

9. Each Successful Bid and any Next-Highest Bid will be subject to approval by the Bankruptcy Court. The hearing to approve a Successful Bid and any Next-Highest Bid shall take place on **[ ] [ ], 2026 at 9:30 a.m. (prevailing Central time)** (the "*Sale Hearing*"). The Sale Hearing may be adjourned by the Debtor from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by filing a notice, which may be a hearing agenda stating the adjournment, on the docket of the Debtor's chapter 11 case.

10. Any objections to the Sales or the relief requested in connection with the Sales, including objections to the relief sought by the motions for summary judgment in the Hiawatha East Adversary Proceeding and Hiawatha West Adversary Proceeding or entry of any proposed Sale Orders (a "*Sale Objection*"), other than a Post-Auction Objection (as defined below) or a Cure Cost/Assignment Objection (which shall be governed by the Assignment Procedures) must: (i) be in writing; (ii) signed by counsel or attested to by the objecting party; (iii) be in conformity with the applicable provisions of the Bankruptcy Rules and the Local Rules; (iv) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (v) be filed with the Bankruptcy Court and properly served on the Notice Parties so as to be received no later than **[_] [_], 2026 at 4:00 p.m. (prevailing Central time)** (the "*Sale Objection Deadline*"). The "*Notice Parties*" are as follows: (a) proposed counsel to the Debtor, Holland & Knight LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 (Attn: Blake D. Roth, blake.roth@hklaw.com); and (b) the Office of the United States Trustee for the Middle District of Tennessee.

11. Any objections solely with respect to conduct at the Auction (if held) (a "*Post-Auction Objection*") must: (i) be in writing; (ii) signed by counsel or attested to by the objecting party; (iii) be in conformity with the applicable provisions of the Bankruptcy Rules and the Local Rules; (iv) state with particularity the legal and factual basis for the objection and the specific grounds therefor; (v) be filed with the Bankruptcy Court and properly served on the Notice Parties so as to be received no later than **[_] [_], 2026 at 4:00 p.m. (prevailing Central time)** (the "*Post-Auction Objection Deadline*").

DATED: [_] [_], 2026  
Nashville, Tennessee

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ Blake D. Roth*  
Blake D. Roth (Federal ID No. 2666808)  
C. Scott Kunde (TN Bar No. 040218)  
511 Union Street, Suite 2700  
Nashville, TN 37219  
Telephone: (615) 244-6380  
Facsimile: (615) 244-6804  
Email: Blake.Roth@hklaw.com  
          Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*