EASTERN   DISTRICT OF   TENNESSEE

Cookeville Division

In Re. Hiawatha East Condominium Association, Inc.    §
                                                      §          Case No.  25-01916
                                                      §
_____    §
                    Debtor(s)                         §

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2025

Petition Date: 05/06/2025

Months Pending: 8

Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:          Accrual Basis  ◉          Cash Basis  ○

Debtor's Full-Time Employees (current):                          5

Debtor's Full-Time Employees (as of date of order for relief):   5

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☐    Statement of capital assets
☒    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Richard Winkler
Signature of Responsible Party

Richard Winkler
Printed Name of Responsible Party

01/19/2026
Date

7380 West Sand Lake Road, Suite 130
Orlando, FL 32819
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

## Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $76,943 | |
| b. | Total receipts (net of transfers between accounts) | $69,391 | $400,746 |
| c. | Total disbursements (net of transfers between accounts) | $17,682 | $290,659 |
| d. | Cash balance end of month (a+b-c) | $128,652 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $17,682 | $290,659 |

## Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $409 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory　(Book ◯　Market ◯　Other ⦿　(attach explanation)) | $0 |
| d | Total current assets | $137,639 |
| e. | Total assets | $286,491 |
| f. | Postpetition payables (excluding taxes) | $409,618 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $409,618 |
| k. | Prepetition secured debt | $521,963 |
| l. | Prepetition priority debt | $33,877 |
| m. | Prepetition unsecured debt | $75,638 |
| n. | Total liabilities (debt) (j+k+l+m) | $1,041,096 |
| o. | Ending equity/net worth (e-n) | $-754,605 |

## Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

## Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $8,508 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $8,508 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $-117,264 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $-384 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $-3,107 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-112,248 | $-486,146 |

UST Form 11-MOR (12/01/2021)

**Part 5:  Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| xcix | | | | | | | |
| c | | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $200 | $1,600 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $1,275 | $12,824 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $1,633 | $13,061 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○    No ●

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○    No ●

c.   Were any payments made to or on behalf of insiders?    Yes ○    No ●

d.   Are you current on postpetition tax return filings?    Yes ●    No ○

e.   Are you current on postpetition estimated tax payments?    Yes ●    No ○

f.   Were all trust fund taxes remitted on a current basis?    Yes ●    No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○    No ●

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ○    No ○    N/A ●

i.   Do you have:        Worker's compensation insurance?    Yes ●    No ○

                 If yes, are your premiums current?    Yes ●    No ○    N/A ○    (if no, see Instructions)

            Casualty/property insurance?    Yes ●    No ○

                 If yes, are your premiums current?    Yes ●    No ○    N/A ○    (if no, see Instructions)

            General liability insurance?    Yes ●    No ○

                 If yes, are your premiums current?    Yes ●    No ○    N/A ○    (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ○    No ●

k.   Has a disclosure statement been filed with the court?    Yes ○    No ●

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●    No ○

UST Form 11-MOR (12/01/2021)

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ○  No ◉

m. If yes, have you made all Domestic Support Obligation payments?    Yes ○  No ○  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Richard Winkler

Signature of Responsible Party

General Counsel, Lemonjuice Solutions

Title

Richard Winkler

Printed Name of Responsible Party

01/19/2026

Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/01/2021)



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

Case 2:25-bk-01916    Doc 148    Filed 01/20/26    Entered 01/20/26 13:13:44    Desc Main
                                Document      12  Page 12 of 27

Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 12/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 01/19/2026

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

| **Summary** | **USD** |
|---|---|
| Statement beginning balance | 76,942.57 |
| Checks and payments cleared (54) | -17,682.40 |
| Deposits and other credits cleared (5) | 69,391.26 |
| Statement ending balance | 128,651.43 |
| | |
| Register balance as of 12/31/2025 | 128,651.43 |
| Cleared transactions after 12/31/2025 | 0.00 |
| Uncleared transactions after 12/31/2025 | -9,678.60 |
| Register balance as of 01/19/2026 | 118,972.83 |

**Details**

Checks and payments cleared (54)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2025 | Bill Payment | | Volunteer Energy Cooperative | -3,420.07 |
| 12/01/2025 | Journal | 578 | | -275.00 |
| 12/01/2025 | Journal | 588 | | -32.68 |
| 12/03/2025 | Bill Payment | 138111067 | First Insurance Funding Loan… | -4,490.94 |
| 12/03/2025 | Journal | 589 | | -53.67 |
| 12/04/2025 | Journal | 590 | | -126.61 |
| 12/05/2025 | Bill Payment | | South Cumberland Utility Distr… | -656.63 |
| 12/05/2025 | Bill Payment | | WM Corporate Services, Inc. | -322.00 |
| 12/05/2025 | Journal | 591 | | -47.54 |
| 12/05/2025 | Journal | 591 | | -43.88 |
| 12/06/2025 | Journal | 592 | | -22.54 |
| 12/07/2025 | Journal | 593 | | -145.66 |
| 12/08/2025 | Bill Payment | | Happy Sak Exxon | -253.77 |
| 12/08/2025 | Bill Payment | | Henry Brothers Roofing | -785.00 |
| 12/08/2025 | Bill Payment | | Mike's Locksmith & Security, L… | -194.26 |
| 12/08/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -430.00 |
| 12/08/2025 | Bill Payment | 34256298040 | Ford Credit | -785.19 |
| 12/08/2025 | Journal | 594 | | -41.26 |
| 12/10/2025 | Journal | 608 | | -319.11 |
| 12/10/2025 | Journal | 608 | | -151.11 |
| 12/10/2025 | Journal | 608 | | -94.80 |
| 12/11/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -170.00 |
| 12/11/2025 | Journal | 609 | | -34.31 |
| 12/11/2025 | Journal | 609 | | -65.82 |
| 12/11/2025 | Journal | 609 | | -50.20 |
| 12/12/2025 | Journal | 610 | | -20.84 |
| 12/12/2025 | Journal | 610 | | -29.62 |
| 12/15/2025 | Journal | 611 | | -76.81 |
| 12/15/2025 | Journal | 611 | | -293.58 |
| 12/15/2025 | Journal | 611 | | -39.66 |
| 12/15/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -390.00 |
| 12/17/2025 | Journal | 628 | | -26.88 |
| 12/17/2025 | Journal | 612 | | -57.31 |
| 12/18/2025 | Journal | 613 | | -61.43 |
| 12/18/2025 | Journal | 613 | | -43.88 |
| 12/18/2025 | Journal | 613 | | -25.18 |
| 12/19/2025 | Journal | 614 | | -29.62 |
| 12/19/2025 | Bill Payment | | C&L Construction | -350.00 |
| 12/19/2025 | Bill Payment | | Frontier Communications Acct… | -83.73 |
| 12/19/2025 | Journal | 614 | | -13.92 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 12/19/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -415.00 |
| 12/22/2025 | Journal | 615 | | -19.38 |
| 12/22/2025 | Journal | 615 | | -207.39 |
| 12/22/2025 | Bill Payment | | Apartments, LLC | -350.00 |
| 12/23/2025 | Bill Payment | | Michellia Blaylock dba Cumbe… | -880.00 |
| 12/23/2025 | Journal | 616 | | -134.81 |
| 12/29/2025 | Journal | 626 | | -117.50 |
| 12/29/2025 | Journal | 617 | | -55.48 |
| 12/29/2025 | Journal | 625 | | -275.00 |
| 12/30/2025 | Bill Payment | | Tammy Lapp | -600.00 |
| 12/30/2025 | Journal | 618 | | -13.57 |
| 12/31/2025 | Journal | 619 | | -13.91 |
| 12/31/2025 | Journal | 627 | | -18.42 |
| 12/31/2025 | Journal | 619 | | -27.43 |

| Total | | | | -17,682.40 |
|-------|--|--|--|------------|

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 12/11/2025 | Deposit | | | 660.36 |
| 12/11/2025 | Deposit | | | 11,167.19 |
| 12/15/2025 | Deposit | | | 3,075.00 |
| 12/15/2025 | Deposit | | | 250.00 |
| 12/29/2025 | Deposit | | | 54,238.71 |

| Total | | | | 69,391.26 |
|-------|--|--|--|-----------|

**Additional Information**

Uncleared checks and payments after 12/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------|
| 01/01/2026 | Bill Payment | | Volunteer Energy Cooperative | -5,837.33 |
| 01/02/2026 | Journal | 620 | | -140.71 |
| 01/02/2026 | Journal | 620 | | -1.60 |
| 01/03/2026 | Journal | 621 | | -120.82 |
| 01/03/2026 | Journal | 621 | | -44.28 |
| 01/03/2026 | Journal | 621 | | -31.06 |
| 01/04/2026 | Journal | 622 | | -125.64 |
| 01/06/2026 | Journal | 623 | | -6.00 |
| 01/07/2026 | Journal | 624 | | -29.34 |
| 01/09/2026 | Bill Payment | | WM Corporate Services, Inc. | -257.33 |
| 01/09/2026 | Bill Payment | 958275596 | Ford Credit | -785.19 |
| 01/12/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -545.00 |
| 01/12/2026 | Bill Payment | | All Appropriate Inquiries Envir… | -900.00 |
| 01/12/2026 | Bill Payment | | Happy Sak Exxon | -200.92 |
| 01/12/2026 | Bill Payment | | Julie DeMeo-Pierce | -653.38 |

| Total | | | | -9,678.60 |
|-------|--|--|--|-----------|


## Servis1st Bank®

P.O. Box 1508
Birmingham, AL 35201
866-317-0810

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## CHECKING ACCOUNTS

| BUSINESS CHECKING | | Number of Enclosures | 2 |
|---|---|---|---|
| Account Number | XXXXXXXXXXXXX6861 | Statement Dates 12/01/25 thru 12/31/25 | |
| Previous Balance | 76,942.57 | Days in the Statement Period | 31 |
| 5 Deposits/Credits | 69,391.26 | Average Ledger | 79,089.93 |
| 54 Checks/Debits | 17,682.40 | Average Collected | 78,982.68 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 128,651.43 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/11 | Bill.com  Lemonjuice SolutCCD 015MZWULSLS1Z9H021000022244863 | 11,167.19 |
| 12/11 | Bill.com  Lemonjuice SolutCCD 015FGGPTOIS1Z9D021000022244861 | 660.36 |
| 12/15 | DEPOSIT | 3,075.00 |
| 12/15 | DEPOSIT | 250.00 |
| 12/29 | Bill.com  Hiawatha Manor WCCD 015ZJABLAMSUAAW021000029966342 | 54,238.71 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 12/01 | DBT CRD 0705 11/28/25 71283040 INTUIT *QBooks Online CL.INTUIT.COM CA C#7593 | 275.00- |
| 12/01 | DBT CRD 0705 11/28/25 71490143 AMAZON MKTPL*B28UU5S50 Amzn.com/bill WA C#7593 | 32.68- |
| 12/02 | WEB PMTS  Volunteer EnergyWEB 9000304546     111924680177437 | 3,420.07- |
| 12/03 | DBT CRD 1255 12/02/25 81431959 LOWE S #548 CROSSVILLE    TN C#7593 | 53.67- |

MEMBER FDIC        NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION


EQUAL HOUSING LENDER

  

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                XXXXXXXXXXXX6861   (Continued)

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/04 | INSURANCE FIRST INSURANCE CCD<br>900-103445631  071925334958677 | 4,490.94- |
| 12/04 | DBT CRD 1032 12/03/25 95405086<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 126.61- |
| 12/05 | Payables  South CumberlandCCD<br>015UFLVNOVRRFKU021000020903969 | 656.63- |
| 12/05 | Payables  WM Corporate SerCCD<br>015SDKGAFWRRFKT021000020903966 | 322.00- |
| 12/05 | DBT CRD 1242 12/04/25 73358724<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 47.54- |
| 12/05 | DBT CRD 0044 12/04/25 42703400<br>AMAZON MKTPL*BI16P63T1<br>Amzn.com/bill WA C#7593 | 43.88- |
| 12/08 | Payables  Henry Brothers RCCD<br>015PCCLKGCRRQV5021000029324335 | 785.00- |
| 12/08 | Payables  Michellia BlayloCCD<br>015TJNUONTRRQV4021000029324332 | 430.00- |
| 12/08 | Payables  Happy Sak Exxon CCD<br>015XWQGLBERRQV6021000029324338 | 253.77- |
| 12/08 | Payables  Mike's LocksmithCCD<br>015NSZWQWXRRQV7021000029324341 | 194.26- |
| 12/08 | DBT CRD 1243 12/06/25 74037830<br>AMAZON RETA* IK7755BE3<br>WWW.AMAZON.CO WA C#7593 | 41.26- |
| 12/09 | AUTO PYMT FORD CREDIT      TEL<br>1381612444      028000089892487 | 785.19- |
| 12/09 | DBT CRD 0015 12/08/25 25309780<br>AMAZON MKTPL*IJ87G57T3<br>Amzn.com/bill WA C#7593 | 145.66- |
| 12/09 | DBT CRD 1252 12/08/25 79233310<br>SUPPLIES DEPOT NJ LLC<br>856-692-9374  NJ C#7593 | 22.54- |
| 12/10 | DBT CRD 1708 12/10/25 32905806<br>SUPPLYHOUSE.COM<br>888-757-4774  NY C#7593 | 319.11- |

MEMBER FDIC




**Servis1st Bank®**

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                XXXXXXXXXXXX6861   (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/10 | DBT CRD 1010 12/09/25 82317973<br>HAJOCA MODERN 396<br>CROSSVILLE    TN C#7593 | 151.11- |
| 12/10 | DBT CRD 1158 12/09/25 47096583<br>HAJOCA MODERN 396<br>CROSSVILLE    TN C#7593 | 94.80- |
| 12/11 | Payables  Michellia BlayloCCD<br>015NEEFXJCRZSRWO21000021709527 | 170.00- |
| 12/11 | POS DEB 1402 12/10/25 00000137<br>POTTERS ACE HARD<br>3125 LANTANA RD<br>CROSSVILLE    TN C#7593 | 65.82- |
| 12/11 | DBT CRD 1013 12/10/25 83821930<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 50.20- |
| 12/11 | DBT CRD 1144 12/10/25 38783422<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 34.31- |
| 12/12 | POS DEB 1528 12/11/25 00002114<br>CROSSVILLE CASH<br>786 SPARTA HWY<br>CROSSVILLE    TN C#7593 | 29.62- |
| 12/12 | DBT CRD 1313 12/11/25 92336847<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 20.84- |
| 12/15 | Payables  Michellia BlayloCCD<br>015UCLDYXES5EHKO21000026671119 | 390.00- |
| 12/15 | DBT CRD 1341 12/12/25 08802564<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 293.58- |
| 12/15 | DBT CRD 0946 12/13/25 68020753<br>Harbor Freight Tools U<br>CROSSVILLE    TN C#7593 | 76.81- |
| 12/15 | DBT CRD 1012 12/13/25 83477211<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 39.66- |
| 12/17 | DBT CRD 1305 12/16/25 87101603<br>LOWE S #548 | 57.31- |

MEMBER FDIC


EQUAL HOUSING LENDER



# Servis1st Bank®

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING          XXXXXXXXXXXXX6861   (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| | CROSSVILLE    TN C#7593 | |
| 12/17 | BILLING   BILL.COM LLC    CCD<br>02B4NHGQCHBZV2SO21000024551255 | 26.88- |
| 12/18 | POS DEB 1415 12/17/25 00002796<br>CROSSVILLE CASH<br>786 SPARTA HWY<br>CROSSVILLE    TN C#7593 | 61.43- |
| 12/18 | POS DEB 1154 12/18/25 00000803<br>CROSSVILLE CASH<br>786 SPARTA HWY<br>CROSSVILLE    TN C#7593 | 43.88- |
| 12/18 | DBT CRD 1354 12/17/25 16834993<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 25.18- |
| 12/19 | Payables  Michellia BlayloCCD<br>015ANHAKHUSFSWWO21000027543124 | 415.00- |
| 12/19 | Payables  C&L ConstructionCCD<br>015PTDJAFGSFSWXO21000027543127 | 350.00- |
| 12/19 | Payables  Frontier CommuniCCD<br>015LNTBWHPSFSWVO21000027543121 | 83.73- |
| 12/19 | POS DEB 1256 12/19/25 00002638<br>CROSSVILLE CASH<br>786 SPARTA HWY<br>CROSSVILLE    TN C#7593 | 29.62- |
| 12/19 | DBT CRD 1226 12/18/25 63966055<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 13.92- |
| 12/22 | Payables  Apartments, LLC CCD<br>015WGCQJHLSJFKO021000024379263 | 350.00- |
| 12/22 | POS DEB 1038 12/20/25 00001663<br>POTTERS ACE HARD<br>3125 LANTANA RD<br>CROSSVILLE    TN C#7593 | 207.39- |
| 12/22 | DBT CRD 1017 12/19/25 86399349<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 19.38- |
| 12/23 | Payables  Michellia BlayloCCD<br>015MMSQJDFSLE9ZO21000028653232 | 880.00- |

MEMBER FDIC



EQUAL HOUSING
LENDER



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                XXXXXXXXXXXXX6861   (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/23 | DBT CRD 0540 12/22/25 20496935<br>AMAZON MKTPL*5L3OU6MG3<br>Amzn.com/bill WA C#7593 | 134.81- |
| 12/26 | DBT CRD 0809 12/25/25 09592038<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 117.50- |
| 12/29 | DBT CRD 0901 12/28/25 41011793<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 275.00- |
| 12/29 | POS DEB 0847 12/27/25 00000174<br>POTTERS ACE HARD<br>3125 LANTANA RD<br>CROSSVILLE    TN C#7593 | 55.48- |
| 12/30 | Payables  Tammy Lapp dba TCCD<br>015LCNSSELSUZ80021000023086411 | 600.00- |
| 12/30 | DBT CRD 1412 12/29/25 27329160<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 13.57- |
| 12/31 | Account Analysis Charge | 18.42- |
| 12/31 | POS DEB 1255 12/31/25 00002413<br>POTTERS ACE HARD<br>3125 LANTANA RD<br>CROSSVILLE    TN C#7593 | 27.43- |
| 12/31 | DBT CRD 1703 12/30/25 30196546<br>AMAZON MKTPL*CJ3F6OQV3<br>Amzn.com/bill WA C#7593 | 13.91- |

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 76,634.89 | 12/10 | 64,250.85 | 12/22 | 76,548.84 |
| 12/02 | 73,214.82 | 12/11 | 75,758.07 | 12/23 | 75,534.03 |
| 12/03 | 73,161.15 | 12/12 | 75,707.61 | 12/26 | 75,416.53 |
| 12/04 | 68,543.60 | 12/15 | 78,232.56 | 12/29 | 129,324.76 |
| 12/05 | 67,473.55 | 12/17 | 78,148.37 | 12/30 | 128,711.19 |
| 12/08 | 65,769.26 | 12/18 | 78,017.88 | 12/31 | 128,651.43 |
| 12/09 | 64,815.87 | 12/19 | 77,125.61 | | |

MEMBER FDIC





| Credit | | Checking Deposit |
|---|---|---|
| **Bank:** | ServisFirst Bank | **Date/Time:** 12/15/2025 2:26 PM |
| **Branch #:** | 350 | **Workstation:** NSHMTELLER2-PC |
| **Branch Name:** | ServisFirst Bank- Nashville | **HIN #:** 948017780000030 |
| **Teller ID:** | B202484 | **Owner:** HIAWATHA MANOR ASSO |
| **Drawer #:** | 35003 | |
| **Trans #:** | 13 | |
| **Misc:** | Trn Deposit Transaction, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5140-0011 | 5001606861 | 10 | $250.00 |

Amount $250.00 Date 12/15/2025

| Credit | | Checking Deposit |
|---|---|---|
| **Bank:** | ServisFirst Bank | **Date/Time:** 12/15/2025 2:24 PM |
| **Branch #:** | 350 | **Workstation:** NSHMTELLER2-PC |
| **Branch Name:** | ServisFirst Bank- Nashville | **HIN #:** 948017780000028 |
| **Teller ID:** | B202484 | **Owner:** HIAWATHA MANOR ASSO |
| **Drawer #:** | 35003 | |
| **Trans #:** | 12 | |
| **Misc:** | Trn Deposit Transaction, | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5140-0011 | 5001606861 | 10 | $3,075.00 |

Amount $3,075.00 Date 12/15/2025

# ERRORS RELATING TO ELECTRONIC FUND TRANSFERS
## OR SUBSTITUTE CHECKS (Consumer Customers Only)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

| CHECKS OUTSTANIDINIG | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE
SHOWN ON THIS STATEMBNT

$_____

ADD+(IFANY)DEPOSITS NOT SHOWN ON THIS STATEMENT

$_____

TOTAL

$_____

SUBTRACT- (IF ANY)CHECKS OUTSTANDING

$_____

BALANCE

$_____

SHOULD AGREE WITH CHECKBOOK BALANCE

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK BOOK BALANCE AT STATEMENT DATE

$_____

SUBTRACT- (IF ANY} ACTIVITY CHARGE

$_____

SUBTOTAL

$_____

SUBTRACT- (IFANY) OF BANK CHARGES

$_____

BALANCE

$_____

SHOULD AGREE WITH STATEMENT BALANCE

# YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness" in examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do not do this, the Bank will not be liable to you** for claims submitted after the timeframe specified. **A copy of our current "Terms and** Conditions" can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.

## Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
### As of December 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Christopher Sean Pugh** | | 3,500.00 | | | | 3,500.00 |
| **Crown Resorts Management LLC** | | | | | 38,294.17 | 38,294.17 |
| **Frontier Communications Acctxx 931-788-6532** | | | | | -126.00 | -126.00 |
| **Happy Sak Exxon** | 200.92 | | | | | 200.92 |
| **Hiawatha Manor West Association, Inc.** | 247.67 | 416.58 | 1,567.14 | | | 2,231.39 |
| **Holiday Property Partners, LLC** | 66.82 | 8,067.12 | 143.42 | 192.41 | 10,711.06 | 19,180.83 |
| **Holland & Knight LLP** | | 119,695.66 | | | | 119,695.66 |
| **Julie DeMeo-Pierce** | 653.38 | | | | | 653.38 |
| **Kelly Pugh** | | | 850.00 | | | 850.00 |
| **Lake Tansi POA** | 1,710.00 | 1,710.00 | 1,710.00 | | 20,490.00 | 25,620.00 |
| **Lemonjuice Solutions. LLC** | 22,118.21 | 32,107.73 | 31,360.57 | 31,631.69 | 75,740.81 | 192,959.01 |
| **Michellia Blaylock dba Cumberland Cleaners** | 30.00 | | | | | 30.00 |
| **South Cumberland Utility District Acctxx0001-00425-001** | 601.80 | | | | | 601.80 |
| **Vacatia Inc** | | | | | 89.86 | 89.86 |
| **Volunteer Energy Cooperative** | 5,837.33 | | | | | 5,837.33 |
| **TOTAL** | $ 31,466.13 | $ 165,497.09 | $ 35,631.13 | $ 31,824.10 | $ 145,199.90 | $ 409,618.35 |

Monday, Jan 19, 2026 12:18:22 PM GMT-8

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of December 31, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** | | | | | 409.02 | 409.02 |
| **TOTAL** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 409.02 | $ 409.02 |

Monday, Jan 19, 2026 12:17:05 PM GMT-8

# Hiawatha Manor Association, Inc. - East
## Balance Sheet
**As of December 31, 2025**

| | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **Association Operating Accounts** | |
| 1005 Funds in transit | -57,313.71 |
| 1015 ServisFirst DIP xx6861 | 128,651.43 |
| **Total Association Operating Accounts** | $ 71,337.72 |
| **Total Bank Accounts** | $ 71,337.72 |
| **Accounts Receivable** | |
| 112900 Receivables - Other | 409.02 |
| **Total Accounts Receivable** | $ 409.02 |
| **Other Current Assets** | |
| 111500 Accounts Receivable Miscellaneous | -10,597.16 |
| 111900 Allowance for Doubtful Accounts | -6,689,371.52 |
| 112000 AR Maintenance Fees | 6,689,371.52 |
| 1255.89 A/R - Lemonjuice Solutions | 14,605.24 |
| 1255.90 A/R Hiawatha West | 56,385.21 |
| 141001 Prepaid - Insurance | 4,248.87 |
| Undeposited Funds | 1,250.00 |
| **Total Other Current Assets** | $ 65,892.16 |
| **Total Current Assets** | $ 137,638.90 |
| **Fixed Assets** | |
| 151000 Land | 141,142.00 |
| 155000 Other Equipment | 41,991.63 |
| 165000 Accum Depr - Other Equipment | -41,991.63 |
| **Total 155000 Other Equipment** | $ 0.00 |
| 157000 Furniture & Fixtures | 4,156.98 |
| 167000 Accum Depr - Furniture & Fixtures | -4,156.98 |
| **Total 157000 Furniture & Fixtures** | $ 0.00 |
| 158000 Vehicles | 33,667.54 |
| 168000 Accum Depr - Vehicles | -25,957.67 |
| **Total 158000 Vehicles** | $ 7,709.87 |
| **Total Fixed Assets** | $ 148,851.87 |
| **TOTAL ASSETS** | $ 286,490.77 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200000 Accounts Payable - Trade | 409,618.35 |

| | | |
|---|---|---:|
| **Total Accounts Payable** | $ | 409,618.35 |
| **Other Current Liabilities** | | |
| 211000 HPP Loan - Investment in Purchased Receivables | | 519,644.98 |
| 212000 Accrued - Property & Income Taxes | | 33,876.50 |
| 213000 Accrued Expenses - Other | | 56,160.74 |
| 241101 Deferred Revenue - Prepaid Dues | | 13,915.42 |
| 255900 Due To/From Operating/Reserves | | 5,562.24 |
| **Total Other Current Liabilities** | $ | 629,159.88 |
| **Total Current Liabilities** | $ | 1,038,778.23 |
| **Long-Term Liabilities** | | |
| 272000 Notes Payable | | 2,318.28 |
| **Total Long-Term Liabilities** | $ | 2,318.28 |
| **Total Liabilities** | $ | 1,041,096.51 |
| **Equity** | | |
| 399000 Retained Earnings | | -169,131.19 |
| Net Income | | -585,474.55 |
| **Total Equity** | -$ | 754,605.74 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 286,490.77 |

Monday, Jan 19, 2026 11:29:59 AM GMT-8 - Accrual Basis

# Hiawatha Manor Association, Inc. - East
## Profit and Loss
### December 2025

|  | Total |
|---|---:|
| **Income** | |
| 400600-02 Rental Income - Transient | 1,481.03 |
| 400601-01 Other Rental Income - Cleaning Fees | 2,527.05 |
| 401000-10 Property Mgmt - Late Fees | 1,000.00 |
| 409900 Other Revenue | 3,499.85 |
| **Total Income** | **$ 8,507.93** |
| **Gross Profit** | **$ 8,507.93** |
| **Expenses** | |
| 601010 Salary and Wages | 20,631.88 |
| 601050 Benefits - Healthcare | 4,817.04 |
| 601051 Benefits - Retirement | 659.73 |
| 601080 Employer Taxes | 1,093.38 |
| 601081 Workers Comp | 181.56 |
| 601090 Other Payroll Expense | 2,063.18 |
| 602300 Legal Fees | 71,957.89 |
| 603503 Employee Travel - Meals | 13.08 |
| 603506 Employee Travel - Mileage Reimb | 215.60 |
| 604010-02 Tech Software & Apps | 1,215.00 |
| 604010-04 Tech Finance & HR Software | 26.88 |
| 604020 Bank Fees & Related Charges | 18.42 |
| 604030 Insurance - D&O | 284.08 |
| 604031 Insurance - General | 1,272.17 |
| 604040 Postage & Freight | 66.82 |
| 604051 Business & Property Taxes | 1,632.50 |
| 604080 Bad Debt | -5,842.34 |
| 604999 Misc & Other | 15.35 |
| 606030 Landscape and Lawn | 350.00 |
| 606031 Heating and Air Conditioning Repairs | 587.56 |
| 606037 Furniture/Unit Repairs and Supplies | 991.76 |
| 606049 Routine Preventative Maintenance (RPM/AUM) | 344.56 |
| 606050 Other Repairs & Maintenance | 455.18 |
| 606071 Electric | 5,837.33 |
| 606072 Gas | 70.32 |
| 606073 Water & Sewer | 2,311.80 |
| 606074 Trash Removal/Recycling | 322.00 |
| 606075 Media | 2,474.50 |
| 606301 Guest and Cleaning Supplies | 1,879.16 |
| 606303 Laundry Service | 38.50 |
| 606701 Accounting Fees | 1,800.00 |

| | | |
|---|---|---:|
| **606795 POA Fees** | | 2,032.00 |
| **606990 Miscellaneous Supplies** | | 232.32 |
| **607501-02 Marketing - Advertising** | | 122.50 |
| **Total Expenses** | $ | **120,171.71** |
| **Net Operating Income** | -$ | **111,663.78** |
| **Other Expenses** | | |
| **608000 Depreciation Expense** | | 384.10 |
| **992000 Income Tax - Country/Federal** | | 200.00 |
| **Total Other Expenses** | $ | **584.10** |
| **Net Other Income** | -$ | **584.10** |
| **Net Income** | -$ | **112,247.88** |

Monday, Jan 19, 2026 11:34:18 AM GMT-8 - Accrual Basis