SO ORDERED.
SIGNED 20th day of January, 2026

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

## ORDER DENYING LINDA SIMMONS' MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE OR EXAMINER AS MOOT

Linda Simmons filed with the Court a document she titled: "Request for U.S. Trustee Determination Under 11 U.S.C. §§ 1104(a) and 1104(c)." (Doc. 139.) Because the U.S. Trustee does not make the determination of whether to appoint a Chapter 11 trustee or examiner pursuant to §§ 1104(a) and 1104(c), and the Court does, the Court construed Ms. Simmons' filing as a motion for such a determination by the Court and set a scheduling conference on January 20, 2026. Ms. Simmons appeared at the scheduling conference by Zoom video, and counsel for the Debtor and the U.S. Trustee appeared in person.

At the scheduling conference, Ms. Simmons stated that her filing was intended as a request for the U.S. Trustee to take action to request a trustee or examiner and not a motion for relief from the Court that she intended to pursue through discovery and to an evidentiary hearing. In a response filed on January 19 and in open Court, counsel for the U.S. Trustee stated generally that the U.S. Trustee's office monitors all Chapter 11 cases for circumstances where relief under § 1104 may be warranted,

but the U.S. Trustee does not intend to move forward with a motion to appoint a trustee or examiner in this case at this time based on the facts and circumstances presently known.

Based on the statements by Ms. Simmons and the U.S. Trustee that neither party intended to pursue a request for relief from the Court pursuant to § 1104, the Court considers Ms. Simmons' motion to be withdrawn and/or moot.

Accordingly, Ms. Simmons' request for the appointment of a Chapter 11 trustee or examiner is denied without prejudice to any party making such a request in the future.

IT IS SO ORDERED.