United States Bankruptcy Court
Middle District of Tennessee

In re:     Case No. 25-01916-RSM
Hiawatha Manor Association, Inc.     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-2     User: admin     Page 1 of 2
Date Rcvd: Jan 20, 2026     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

**Recip ID**     **Recipient Name and Address**
db     +   Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

**Name**     **Email Address**

BLAKE ROTH
    on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com

Christopher Scott Kunde, Jr
    on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com

Jack W Robinson, Jr
    on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com

MICHAEL EDWARD COLLINS
    on behalf of Creditor Hiawatha Manor West Association LLC mcollins@manierherod.com, TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com

REBECCA JO YIELDING
    on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

THOMAS H. FORRESTER
    on behalf of Creditor Lake Tansi Village Property Owners Association Inc. tforrester@gsrm.com, djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

SO ORDERED.
SIGNED 20th day of January, 2026

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

**Randal S. Mashburn
Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

## ORDER DENYING LINDA SIMMONS' MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE OR EXAMINER AS MOOT

Linda Simmons filed with the Court a document she titled: "Request for U.S. Trustee Determination Under 11 U.S.C. §§ 1104(a) and 1104(c)." (Doc. 139.) Because the U.S. Trustee does not make the determination of whether to appoint a Chapter 11 trustee or examiner pursuant to §§ 1104(a) and 1104(c), and the Court does, the Court construed Ms. Simmons' filing as a motion for such a determination by the Court and set a scheduling conference on January 20, 2026. Ms. Simmons appeared at the scheduling conference by Zoom video, and counsel for the Debtor and the U.S. Trustee appeared in person.

At the scheduling conference, Ms. Simmons stated that her filing was intended as a request for the U.S. Trustee to take action to request a trustee or examiner and not a motion for relief from the Court that she intended to pursue through discovery and to an evidentiary hearing. In a response filed on January 19 and in open Court, counsel for the U.S. Trustee stated generally that the U.S. Trustee's office monitors all Chapter 11 cases for circumstances where relief under § 1104 may be warranted,

but the U.S. Trustee does not intend to move forward with a motion to appoint a trustee or examiner in this case at this time based on the facts and circumstances presently known.

Based on the statements by Ms. Simmons and the U.S. Trustee that neither party intended to pursue a request for relief from the Court pursuant to § 1104, the Court considers Ms. Simmons' motion to be withdrawn and/or moot.

Accordingly, Ms. Simmons' request for the appointment of a Chapter 11 trustee or examiner is denied without prejudice to any party making such a request in the future.

IT IS SO ORDERED.