IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:  Chapter 11

Hiawatha Manor Association, Inc.  Case No. 25-01916

Debtor.  Judge Randal S. Mashburn

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: March 17, 2026**

**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: March 31, 2026, at 9:30AM CT in Courtroom 1, 701 Broadway, Nashville, TN 37203**
(Virtual Hearing if allowed; See website for details)

**NOTICE OF DEBTOR'S SECOND MOTION FOR AN ORDER EXTENDING
ITS EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN
AND SOLICIT ACCEPTANCES THERETO PURSUANT
TO SECTION 1121(d) OF THE BANKRUPTCY CODE**

Hiawatha Manor Association, Inc. ("Debtor") has asked the court for the following relief: Entry of an Order Extending its Exclusive Period to File a Chapter 11 Plan to and including November 6, 2026, and extending the Exclusivity Solicitation Period to and including January 6, 2027.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's

website at <https://ecf.tnmb.uscourts.gov>. You may also view the guidelines for when Virtual Participation is allowed on the court's website.

Dated: February 23, 2026.
Nashville, Tennessee	**HOLLAND & KNIGHT LLP**

    */s/ Blake D. Roth*
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
       Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*

```
Label Matrix for local noticing            Ford Motor Credit Company LLC, c/o AIS Portf   Hiawatha Manor Association, Inc.
0650-2                                     4515 N Santa Fe Ave. Dept. APS                 7380 W SAND LAKE RD SUITE 130
Case 2:25-bk-01916                         Oklahoma City, OK 73118-7901                   ORLANDO, FL 32819-5285
MIDDLE DISTRICT OF TENNESSEE
Cookeville
Mon Feb 23 10:30:12 CST 2026

701 Broadway Room 170                      CROWN RESORTS MANAGEMENT LLC                   CUMBERLAND CO TN ASSESSOR OF PROPERTY
Nashville, TN 37203-3979                   PMB 28046                                      2 S MAIN ST 101
                                           548 MARKET ST                                  CROSSVILLE TN 38555-4508
                                           SAN FRANCISCO CA 94104-5401


Clean Cut Lawn Care                        Cumberland Co Irrigation & Plumbing Supplies   FRONTIER
Jimmy A Webb                               230 Maryetta St                                PO BOX 211579
241 Hunters Ln                             Crossville, TN 38555-4005                      SAINT PAUL MN 55121-2879
Crossville, TN 38571-8010


FRONTIER COMMUNICATIONS                    Ford Motor Credit Company LLC                  Ford Motor Credit Company LLC c/o AIS Portfo
PO BOX 740407                              AIS Portfolio Services, LLC                    4515 N. Santa Fe Ave. Dept. APS
CINCINNATI OH 45274-0407                   4515 N Santa Fe Ave. Dept. APS                 Oklahoma City, OK 73118-7901
                                           Oklahoma City, OK 73118-7901


Keith Morris Lawn Care                     LAKE TANSI POA                                 Law Office of Jennifer McCoy PC
3360 Millstone Mtn Rd                      5050 SHOSHONE LOOP                             PO Box 140450
Rockwood, TN 37854-7223                    CROSSVILLE TN 38572-6416                       Nashville, TN 37214-0450


MADDOX COMPANY MECHANICAL                  Potters Ace Hardware                           SELK SANITATION
170 CITY LAKE ROAD                         3125 Lantana Rd                                544 EAST LANE
CROSSVILLE TN 38572-1704                   Crossville, TN 38572-1732                      CROSSVILLE TN 38555-2859


SOUTH CUMBERLAND UTILITY DISTRICT          (p)SMB BANKRUPTCIES                            Sarah Moore
139 UTILITY DRIVE                          1600 DUBLIN RD                                 1114 N Moore Rd
CROSSVILLE TN 38572-6739                   FLOOR 3                                        Rising Fawn Georgia 30738-4220
                                           COLUMBUS OH 43215-2095


US TRUSTEE                                 VACATIA                                        VOLUNTEER ENERGY COOPERATIVE
OFFICE OF THE UNITED STATES TRUSTEE        PMB 28046                                      PO BOX 22222
701 BROADWAY STE 318                       548 MARKET ST                                  DECATUR TN 37322-2222
NASHVILLE, TN 37203-3966                   SAN FRANCISCO CA 94104-5401


BLAKE ROTH                                 Christopher Scott Kunde Jr                     Linda (Lindstrom) Simmons
Holland & Knight LLP                       Holland & Knight LLP                           9643 Chanteclair Circle
511 UNION STREET, SUITE 2700               511 Union St                                   Highlands Ranch, CO 80126-3079
NASHVILLE, TN 37219-1791                   Suite 2700
                                           Nashville, TN 37219-1791
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SPECTRUM ENTERPRISE
CHARTER COMMUNICATIONS
BOX 223085
PITTSBURGH PA 15251

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hiawatha Manor West Association, LLC        (u)Lake Tansi Village Property Owners Associa        (u)CLEAN CUT LAWN CARE

End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29