# UNITED STATES BANKRUPTCY COURT

EASTERN    DISTRICT OF    TENNESSEE

Cookeville Division

| | | |
|---|---|---|
| In Re. Hiawatha East Condominium Association, Inc. | § | Case No.  25-01916 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2026        Petition Date: 05/06/2025

Months Pending: 9        Industry Classification: 5 3 1 1

Reporting Method:        Accrual Basis ◉        Cash Basis ○

Debtor's Full-Time Employees (current):        5

Debtor's Full-Time Employees (as of date of order for relief):        5

### Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Richard Winkler
_____
Signature of Responsible Party

02/19/2026
_____
Date

Richard Winkler
_____
Printed Name of Responsible Party

7380 West Sand Lake Road, Suite 130
Orlando, FL 32819
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $128,651 | |
| b. Total receipts (net of transfers between accounts) | $20,337 | $421,083 |
| c. Total disbursements (net of transfers between accounts) | $47,244 | $337,903 |
| d. Cash balance end of month (a+b-c) | $101,744 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $47,244 | $337,903 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $409 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 |
| d  Total current assets | $138,584 |
| e. Total assets | $287,052 |
| f. Postpetition payables (excluding taxes) | $445,718 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $445,718 |
| k. Prepetition secured debt | $521,571 |
| l. Prepetition priority debt | $35,709 |
| m. Prepetition unsecured debt | $75,280 |
| n. Total liabilities (debt) (j+k+l+m) | $1,078,278 |
| o. Ending equity/net worth (e-n) | $-791,226 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $19,941 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $19,941 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $-53,295 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $-384 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $-2,882 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-36,620 | $-522,766 |

**Part 5:  Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $200 | $1,800 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $1,049 | $13,873 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $1,633 | $14,694 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)  Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)  Yes ○  No ●

c. Were any payments made to or on behalf of insiders?  Yes ○  No ●

d. Are you current on postpetition tax return filings?  Yes ●  No ○

e. Are you current on postpetition estimated tax payments?  Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ●

i. Do you have:  Worker's compensation insurance?  Yes ●  No ○

   If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

   Casualty/property insurance?  Yes ●  No ○

   If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

   General liability insurance?  Yes ●  No ○

   If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ●

k. Has a disclosure statement been filed with the court?  Yes ○  No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ●  No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

a.  Gross income (receipts) from salary and wages                                        $0

b.  Gross income (receipts) from self-employment                                        $0

c.  Gross income from all other sources                                                 $0

d.  Total income in the reporting period (a+b+c)                                        $0

e.  Payroll deductions                                                                  $0

f.  Self-employment related expenses                                                    $0

g.  Living expenses                                                                     $0

h.  All other expenses                                                                  $0

i.  Total expenses in the reporting period (e+f+g+h)                                    $0

j.  Difference between total income and total expenses (d-i)                            $0

k.  List the total amount of all postpetition debts that are past due                   $0

l.  Are you required to pay any Domestic Support Obligations as defined by 11   Yes ◯  No ◉
    U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?   Yes ◯  No ◯  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Richard Winkler                                        Richard Winkler
_____                          _____
Signature of Responsible Party                             Printed Name of Responsible Party

General Counsel, Lemonjuice Solutions                      02/19/2026
_____                          _____
Title                                                      Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

### Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 01/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 02/17/2026

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

**Summary**       USD

| | |
|---|---:|
| Statement beginning balance | 128,651.43 |
| Checks and payments cleared (49) | -47,243.74 |
| Deposits and other credits cleared (4) | 20,336.77 |
| Statement ending balance | 101,744.46 |
| | |
| Register balance as of 01/31/2026 | 101,744.46 |
| Cleared transactions after 01/31/2026 | 0.00 |
| Uncleared transactions after 01/31/2026 | -21,831.68 |
| Register balance as of 02/17/2026 | 79,912.78 |

**Details**

Checks and payments cleared (49)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/01/2026 | Bill Payment | | Volunteer Energy Cooperative | -5,837.33 |
| 01/02/2026 | Journal | 620 | | -1.60 |
| 01/02/2026 | Journal | 620 | | -140.71 |
| 01/03/2026 | Journal | 621 | | -120.82 |
| 01/03/2026 | Journal | 621 | | -44.28 |
| 01/03/2026 | Journal | 621 | | -31.06 |
| 01/04/2026 | Journal | 622 | | -125.64 |
| 01/06/2026 | Journal | 623 | | -6.00 |
| 01/07/2026 | Journal | 624 | | -29.34 |
| 01/07/2026 | Journal | 641 | | -88.87 |
| 01/07/2026 | Journal | 641 | | -87.77 |
| 01/08/2026 | Journal | 642 | | -64.30 |
| 01/09/2026 | Bill Payment | 958275596 | Ford Credit | -785.19 |
| 01/09/2026 | Bill Payment | | WM Corporate Services, Inc. | -257.33 |
| 01/09/2026 | Journal | 643 | | -141.91 |
| 01/12/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -545.00 |
| 01/12/2026 | Bill Payment | | All Appropriate Inquiries Envir… | -900.00 |
| 01/12/2026 | Bill Payment | | Happy Sak Exxon | -200.92 |
| 01/12/2026 | Bill Payment | | Julie DeMeo-Pierce | -653.38 |
| 01/12/2026 | Journal | 644 | | -21.93 |
| 01/12/2026 | Journal | 644 | | -46.39 |
| 01/12/2026 | Journal | 644 | | -20.03 |
| 01/13/2026 | Journal | 645 | | -299.23 |
| 01/20/2026 | Journal | 646 | | -10.96 |
| 01/20/2026 | Journal | 662 | | -20.32 |
| 01/20/2026 | Journal | 646 | | -58.18 |
| 01/20/2026 | Journal | 646 | | -44.30 |
| 01/23/2026 | Journal | 647 | | -14.26 |
| 01/23/2026 | Bill Payment | pd online 01.23.26 | Auto-Owners Insurance | -1,223.40 |
| 01/23/2026 | Journal | 647 | | -276.57 |
| 01/26/2026 | Bill Payment | | Spectrum Enterprise Acctxx17… | -2,390.77 |
| 01/26/2026 | Journal | 651 | | -117.50 |
| 01/26/2026 | Bill Payment | | Mike's Locksmith & Security, L… | -13,101.28 |
| 01/26/2026 | Bill Payment | | South Cumberland Utility Distr… | -601.80 |
| 01/26/2026 | Bill Payment | | Spectrum Enterprise Acctxx17… | -2,390.77 |
| 01/26/2026 | Bill Payment | | U.S. Trustee Payment Center | -73.00 |
| 01/26/2026 | Bill Payment | | Christopher Sean Pugh | -3,500.00 |
| 01/26/2026 | Bill Payment | | Kelly Pugh | -850.00 |
| 01/26/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -635.00 |
| 01/27/2026 | Journal | 648 | | -96.65 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 01/28/2026 | Journal | 649 | | -275.00 |
| 01/28/2026 | Journal | 652 | | -133.83 |
| 01/29/2026 | Journal | 653 | | -27.43 |
| 01/30/2026 | Bill Payment | | Josh Sherrill | -1,050.00 |
| 01/30/2026 | Bill Payment | | Hiawatha Manor West Associ… | -8,556.53 |
| 01/30/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -380.00 |
| 01/30/2026 | Bill Payment | | Apartments, LLC | -350.00 |
| 01/30/2026 | Bill Payment | | Tammy Lapp | -600.00 |
| 01/30/2026 | Journal | 663 | | -17.16 |

| Total | | | | -47,243.74 |
|-------|--|--|--|-----------:|

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 01/08/2026 | Deposit | | | 5,481.53 |
| 01/12/2026 | Deposit | | | 250.00 |
| 01/20/2026 | Deposit | | | 4,008.08 |
| 01/20/2026 | Deposit | | | 10,597.16 |

| Total | | | | 20,336.77 |
|-------|--|--|--|----------:|

**Additional Information**

Uncleared checks and payments after 01/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 02/01/2026 | Journal | 654 | | -150.86 |
| 02/01/2026 | Bill Payment | pd online 01.29.26 | Volunteer Energy Cooperative | -7,066.20 |
| 02/02/2026 | Journal | 655 | | -26.61 |
| 02/04/2026 | Bill Payment | | Dean Presson | -6,562.50 |
| 02/04/2026 | Journal | 656 | | -21.94 |
| 02/04/2026 | Journal | 656 | | -113.00 |
| 02/04/2026 | Journal | 656 | | -14.90 |
| 02/05/2026 | Journal | 657 | | -93.79 |
| 02/05/2026 | Journal | 657 | | -29.15 |
| 02/05/2026 | Journal | 657 | | -70.04 |
| 02/05/2026 | Journal | 657 | | -50.46 |
| 02/06/2026 | Bill Payment | pd online 02.06.2026 | Cumberland Plateau Water Au… | -819.37 |
| 02/06/2026 | Bill Payment | | WM Corporate Services, Inc. | -322.00 |
| 02/06/2026 | Bill Payment | Pd by phone 2.6.2026 | Ford Credit | -785.19 |
| 02/06/2026 | Journal | 658 | | -51.55 |
| 02/06/2026 | Journal | 658 | | -59.73 |
| 02/06/2026 | Journal | 658 | | -128.56 |
| 02/07/2026 | Journal | 659 | | -157.33 |
| 02/09/2026 | Bill Payment | | Happy Sak Exxon | -394.74 |
| 02/09/2026 | Bill Payment | | Josh Sherrill | -450.00 |
| 02/09/2026 | Journal | 660 | | -54.85 |
| 02/10/2026 | Journal | 661 | | -12.27 |
| 02/17/2026 | Bill Payment | | Apartments, LLC | -350.00 |
| 02/17/2026 | Bill Payment | | Frontier Communications Acct… | -97.89 |
| 02/17/2026 | Bill Payment | | Spectrum Enterprise Acctxx17… | -2,385.07 |
| 02/17/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -580.00 |
| 02/17/2026 | Bill Payment | | All Appropriate Inquiries Envir… | -900.00 |
| 02/17/2026 | Bill Payment | | Frontier Communications Acct… | -83.68 |

| Total | | | | -21,831.68 |
|-------|--|--|--|-----------:|



Servis 1st Bank®

P.O. Box 1508
Birmingham, AL 35201
866-317-0810

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## C H E C K I N G   A C C O U N T S

| BUSINESS CHECKING | | |
|---|---|---|
| Account Number | XXXXXXXXXXXX6861 | |
| Previous Balance | 128,651.43 | |
| 4 Deposits/Credits | 20,336.77 | |
| 49 Checks/Debits | 47,243.74 | |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Current Balance | 101,744.46 | |

| | |
|---|---|
| Number of Enclosures | 2 |
| Statement Dates | 1/01/26 thru 2/01/26 |
| Days in the Statement Period | 32 |
| Average Ledger | 124,005.29 |
| Average Collected | 123,826.18 |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/08 | DEPOSIT | 5,481.53 |
| 1/20 | Bill.com  Lemonjuice SolutCCD 015SGRAYZNTSG9J021000020734922 | 10,597.16 |
| 1/20 | Bill.com  Lemonjuice SolutCCD 015XJOTSWNTSG9F021000020734920 | 4,008.08 |
| 1/20 | DEPOSIT | 250.00 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 1/02 | DBT CRD 0754 12/31/25 00654329 LOWE S #548 CROSSVILLE       TN C#7593 | 140.71- |
| 1/02 | POS DEB 1030 01/02/26 00527081 DOLLAR GENERAL #16115 DG 1611521 STONE B CROSSVILLE       TN C#7593 | 1.60- |
| 1/05 | WEB PMTS  Volunteer EnergyWEB 9000304546    111924685215636 | 5,837.33- |
| 1/05 | DBT CRD 1302 01/02/26 85551901 LOWE S #548 CROSSVILLE       TN C#7593 | 125.64- |
| 1/05 | POS DEB 1320 01/03/26 00001335 POTTERS ACE HARD | 44.28- |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



EQUAL HOUSING LENDER



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                    XXXXXXXXXXXX6861   (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|  | 3125 LANTANA RD | |
|  | CROSSVILLE     TN C#7593 | |
| 1/06 | DBT CRD 1541 01/05/26 80860007 | 120.82- |
|  | AMAZON MKTPL*VK9BB3TZ3 | |
|  | Amzn.com/bill WA C#7593 | |
| 1/06 | DBT CRD 1600 01/06/26 92410984 | 31.06- |
|  | AMAZON MKTPL*M48RK3G03 | |
|  | Amzn.com/bill WA C#7593 | |
| 1/07 | POS DEB 1102 01/07/26 00002178 | 88.87- |
|  | POTTERS ACE HARD | |
|  | 3125 LANTANA RD | |
|  | CROSSVILLE     TN C#7593 | |
| 1/07 | DBT CRD 1021 01/06/26 88830551 | 87.77- |
|  | LOWE S #548 | |
|  | CROSSVILLE     TN C#7593 | |
| 1/07 | DBT CRD 1329 01/06/26 01809123 | 6.00- |
|  | TAX1099.COM | |
|  | ZENWORK.COM    AR C#7593 | |
| 1/08 | POS DEB 1540 01/07/26 00000841 | 64.30- |
|  | POTTERS ACE HARD | |
|  | 3125 LANTANA RD | |
|  | CROSSVILLE     TN C#7593 | |
| 1/08 | DBT CRD 1148 01/07/26 41306156 | 29.34- |
|  | TAX1099.COM | |
|  | ZENWORK.COM    AR C#7593 | |
| 1/09 | Payables  WM Corporate SerCCD | 257.33- |
|  | 015DOCKMRXTE753021000022834305 | |
| 1/09 | DBT CRD 1249 01/08/26 77715910 | 141.91- |
|  | LOWE S #548 | |
|  | CROSSVILLE     TN C#7593 | |
| 1/12 | Payables  All Appropriate CCD | 900.00- |
|  | 015IZQETBGTEHBW021000029972723 | |
| 1/12 | AUTO PYMT FORD CREDIT      TEL | 785.19- |
|  | 1381612444      028000089587571 | |
| 1/12 | Payables  Julie DeMeo-PierCCD | 653.38- |
|  | 015UVOPDXGTEHBV021000029972720 | |
| 1/12 | Payables  Michellia BlayloCCD | 545.00- |
|  | 015DEVIGMUTEHBX021000029972726 | |

MEMBER FDIC


EQUAL HOUSING LENDER



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819


BUSINESS CHECKING                XXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/12 | Payables  Happy Sak Exxon CCD<br>015MJWVGXVTEHBY021000029972729 | 200.92- |
| 1/12 | DBT CRD 1441 01/09/26 45159397<br>CROSSVILLE RURAL KING<br>CROSSVILLE     TN C#7593 | 46.39- |
| 1/12 | DBT CRD 0950 01/09/26 70174288<br>POTTERS ACE HARDWARE O<br>CROSSVILLE     TN C#7593 | 21.93- |
| 1/12 | POS DEB 1530 01/09/26 00529190<br>DOLLAR GENERAL #16115<br>DG 1611521 STONE B<br>CROSSVILLE     TN C#7593 | 20.03- |
| 1/13 | DBT CRD 1520 01/12/26 68069998<br>AMAZON MKTPL*8X8843FY3<br>Amzn.com/bill WA C#7593 | 299.23- |
| 1/20 | DBT CRD 1705 01/19/26 31000224<br>AMAZON MKTPL*9P6CK8N43<br>Amzn.com/bill WA C#7593 | 58.18- |
| 1/20 | DBT CRD 1635 01/17/26 13358732<br>AMAZON RETA* E308X4PP3<br>WWW.AMAZON.CO WA C#7593 | 44.30- |
| 1/20 | BILLING   BILL.COM LLC    CCD<br>02B5XZPJWG111OD021000020126263 | 20.32- |
| 1/20 | DBT CRD 1215 01/17/26 57353451<br>POTTERS ACE HARDWARE O<br>CROSSVILLE     TN C#7593 | 10.96- |
| 1/23 | DBT CRD 1517 01/22/26 66742909<br>DO MY OWN<br>866-581-7378  CA C#7593 | 276.57- |
| 1/23 | DBT CRD 1549 01/22/26 85980393<br>Harbor Freight Tools U<br>CROSSVILLE     TN C#7593 | 14.26- |
| 1/26 | Payables  Mike's LocksmithCCD<br>015IKFQUPCU2ECN021000028017796 | 13,101.28- |
| 1/26 | Payables  Sean Pugh SurveyCCD<br>015FNJLXFWU2ECM021000028017793 | 3,500.00- |
| 1/26 | Payables  Charter CommunicCCD<br>015LSQXGNTU2ECI021000028017781 | 2,390.77- |

MEMBER FDIC





HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING              XXXXXXXXXXXX6861   (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/26 | Payables  Charter CommunicCCD 015VJSSPQNU2ECO021000028017799 | 2,390.77- |
| 1/26 | Payables  The Property ShoCCD 015EQKNNBVU2ECK021000028017787 | 850.00- |
| 1/26 | Payables  Michellia BlayloCCD 015YNJOUTVU2ECL021000028017790 | 635.00- |
| 1/26 | Payables  South CumberlandCCD 015FWMWAQDU2ECJ021000028017784 | 601.80- |
| 1/26 | DBT CRD 0641 01/25/26 57171947 INTUIT *QBooks Online CL.INTUIT.COM CA C#7593 | 117.50- |
| 1/26 | Payables  U.S. Trustee PayCCD 015HGUQFSKU2ECH021000028017778 | 73.00- |
| 1/27 | INS. PREM AUTO-OWNERS      PPD 1380315280     072000916792715 | 1,223.40- |
| 1/28 | POS DEB 1339 01/28/26 00001664 POTTERS ACE HARD 3125 LANTANA RD CROSSVILLE    TN C#7593 | 133.83- |
| 1/28 | DBT CRD 1151 01/27/26 42953018 HAJOCA MODERN 396 CROSSVILLE    TN C#7593 | 96.65- |
| 1/29 | DBT CRD 0732 01/28/26 87586768 INTUIT *QBooks Online CL.INTUIT.COM CA C#7593 | 275.00- |
| 1/29 | POS DEB 1008 01/29/26 00001607 POTTERS ACE HARD 3125 LANTANA RD CROSSVILLE    TN C#7593 | 27.43- |
| 1/30 | Account Analysis Charge | 17.16- |
| 1/30 | Payables  Hiawatha Manor WCCD 015FPXMOYTUBGF5021000024518896 | 8,556.53- |
| 1/30 | Payables  Josh Sherrill ShCCD 015CTMSDJEUBGF7021000024518902 | 1,050.00- |
| 1/30 | Payables  Tammy Lapp dba TCCD 015JNBZUYCUBGF6021000024518899 | 600.00- |
| 1/30 | Payables  Michellia BlayloCCD 015YASYRQHUBGF8021000024518905 | 380.00- |





Date 1/30/26        Page      5
Primary Acct.    XXXXXXXXXXXX6861
Enclosures                     2

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING              XXXXXXXXXXXX6861  (Continued)

| WITHDRAWALS AND DEBITS | | |
|---|---|---|
| Date | Description | Amount |
| 1/30 | Payables  Apartments, LLC CCD | 350.00- |
|  | 015FXZNHAUUBGF9021000024518908 | |

| DAILY BALANCES | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 1/01 | 128,651.43 | 1/09 | 127,156.00 | 1/27 | 113,231.06 |
| 1/02 | 128,509.12 | 1/12 | 123,983.16 | 1/28 | 113,000.58 |
| 1/05 | 122,501.87 | 1/13 | 123,683.93 | 1/29 | 112,698.15 |
| 1/06 | 122,349.99 | 1/20 | 138,405.41 | 1/30 | 101,744.46 |
| 1/07 | 122,167.35 | 1/23 | 138,114.58 | | |
| 1/08 | 127,555.24 | 1/26 | 114,454.46 | | |

MEMBER FDIC





| Credit | | Checking Deposit | |
|---|---|---|---|
| **Bank:** ServisFirst Bank | | **Date/Time:** 1/20/2026 3:51 PM | |
| **Branch #:** 350 | | **Workstation:** NSHMTELLER1-PC | |
| **Branch Name:** ServisFirst Bank- Nashville | | **HIN #:** 951605480000029 | |
| **Teller ID:** B202150 | | **Owner:** HIAWATHA MANOR ASSO | |
| **Drawer #:** J50U1 | | | |
| **Trans #:** 6 | | | |
| **Misc:** Trn Deposit Transaction. | | | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5140-0011 | ACCOUNT ▓6861 | PC/TC 10 | AMOUNT $250.00 |
|---|---|---|---|---|

Amount $250.00 Date 1/20/2026

| Credit | | Checking Deposit | |
|---|---|---|---|
| **Bank:** ServisFirst Bank | | **Date/Time:** 1/8/2026 1:30 PM | |
| **Branch #:** 350 | | **Workstation:** NSHMTELLER2-PC | |
| **Branch Name:** ServisFirst Bank- Nashville | | **HIN #:** 950417780000044 | |
| **Teller ID:** B202484 | | **Owner:** HIAWATHA MANOR ASSO | |
| **Drawer #:** J50U3 | | | |
| **Trans #:** 11 | | | |
| **Misc:** Trn Deposit Transaction. | | | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T 5140-0011 | ACCOUNT ▓6861 | PC/TC 10 | AMOUNT $5,481.53 |
|---|---|---|---|---|

Amount $5,481.53 Date 1/8/2026

# ERRORS RELATING TO ELECTRONIC FUND TRANSFERS
## OR SUBSTITUTE CHECKS (Consumer Customers Only)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

| THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT | CHECKS OUTSTANIDINIG | | THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT |
|---|---|---|---|
| | NO. | AMOUNT | |
| BANK BALANCE SHOWN ON THIS STATEMBNT | | | CHECK BOOK BALANCE AT STATEMENT DATE |
| $_____ | | | $_____ |
| ADD+(IF ANY)DEPOSITS NOT SHOWN ON THIS STATEMENT | | | SUBTRACT- (IF ANY) ACTIVITY CHARGE |
| $_____ | | | $_____ |
| TOTAL | | | SUBTOTAL |
| $_____ | | | $_____ |
| SUBTRACT- (IF ANY)CHECKS OUTSTANDING | | | SUBTRACT- (IF ANY) OF BANK CHARGES |
| $_____ | | | $_____ |
| BALANCE | | | BALANCE |
| $_____ | | | $_____ |
| SHOULD AGREE WITH CHECKBOOK BALANCE | | | SHOULD AGREE WITH STATEMENT BALANCE |
| | TOTAL | | |

## YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness" in examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do n**ot do this, the Bank will not be liable to you for claims submitted after the timeframe specified. **A copy of our current "Terms and Conditions"** can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.

# Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
### As of January 31, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Crown Resorts Management LLC | | | | | 38,294.17 | 38,294.17 |
| Cumberland Plateau Water Authority Acct#2001-00425-001# | 819.37 | | | | | 819.37 |
| Dean Presson | 6,562.50 | | | | | 6,562.50 |
| Frontier Communications Acctxx 931-788-6291 | 83.68 | | | | | 83.68 |
| Frontier Communications Acctxx 931-788-6532 | | | | | -126.00 | -126.00 |
| Happy Sak Exxon | 394.74 | | | | | 394.74 |
| Hiawatha Manor West Association, Inc. | | 247.67 | 416.58 | 1,567.14 | | 2,231.39 |
| Holiday Property Partners, LLC | 3,566.40 | 66.82 | 8,067.12 | 143.42 | 10,903.47 | 22,747.23 |
| Holland & Knight LLP | | | 119,695.66 | | | 119,695.66 |
| Josh Sherrill | 450.00 | | | | | 450.00 |
| Lake Tansi POA | 1,710.00 | 1,710.00 | 1,710.00 | | 22,200.00 | 27,330.00 |
| Lemonjuice Solutions. LLC | 30,829.29 | 15,668.97 | 32,107.73 | 34,100.57 | 107,372.50 | 220,079.06 |
| Vacatia Inc | | | | | 89.86 | 89.86 |
| Volunteer Energy Cooperative | | 7,066.20 | | | | 7,066.20 |
| **TOTAL** | **$ 44,415.98** | **$ 24,759.66** | **$ 161,997.09** | **$ 35,811.13** | **$ 178,734.00** | **$ 445,717.86** |

Thursday, Feb 19, 2026 12:07:37 PM GMT-8

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of January 31, 2026

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** |  |  |  |  | 409.02 | 409.02 |
| **TOTAL** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 409.02 | $ 409.02 |

Thursday, Feb 19, 2026 12:08:04 PM GMT-8

# Hiawatha Manor Association, Inc. - East
## Balance Sheet
### As of January 31, 2026

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **Association Operating Accounts** | |
| 1015 ServisFirst DIP xx6861 | 101,744.46 |
| **Total Association Operating Accounts** | $ 101,744.46 |
| **Total Bank Accounts** | $ 101,744.46 |
| **Accounts Receivable** | |
| 112900 Receivables - Other | 409.02 |
| **Total Accounts Receivable** | $ 409.02 |
| **Other Current Assets** | |
| 111900 Allowance for Doubtful Accounts | -6,684,747.71 |
| 112000 AR Maintenance Fees | 6,684,747.71 |
| 1255.89 A/R - Lemonjuice Solutions | 16,380.14 |
| 1255.90 A/R Hiawatha West | 16,107.57 |
| 141001 Prepaid - Insurance | 2,692.62 |
| Undeposited Funds | 1,250.00 |
| **Total Other Current Assets** | $ 36,430.33 |
| **Total Current Assets** | $ 138,583.81 |
| **Fixed Assets** | |
| 151000 Land | 141,142.00 |
| 155000 Other Equipment | 41,991.63 |
| 165000 Accum Depr - Other Equipment | -41,991.63 |
| **Total 155000 Other Equipment** | $ 0.00 |
| 157000 Furniture & Fixtures | 4,156.98 |
| 167000 Accum Depr - Furniture & Fixtures | -4,156.98 |
| **Total 157000 Furniture & Fixtures** | $ 0.00 |
| 158000 Vehicles | 33,667.54 |
| 168000 Accum Depr - Vehicles | -26,341.77 |
| **Total 158000 Vehicles** | $ 7,325.77 |
| **Total Fixed Assets** | $ 148,467.77 |
| **TOTAL ASSETS** | $ 287,051.58 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200000 Accounts Payable - Trade | 445,717.86 |
| **Total Accounts Payable** | $ 445,717.86 |
| **Other Current Liabilities** | |

| | | |
|---|---|---:|
| **211000 HPP Loan - Investment in Purchased Receivables** | | 519,644.98 |
| **212000 Accrued - Property & Income Taxes** | | 35,709.00 |
| **213000 Accrued Expenses - Other** | | 55,801.97 |
| **241101 Deferred Revenue - Prepaid Dues** | | 13,915.42 |
| **255900 Due To/From Operating/Reserves** | | 5,562.24 |
| **Total Other Current Liabilities** | $ | **630,633.61** |
| **Total Current Liabilities** | $ | **1,076,351.47** |
| **Long-Term Liabilities** | | |
| **272000 Notes Payable** | | 1,925.69 |
| **Total Long-Term Liabilities** | $ | **1,925.69** |
| **Total Liabilities** | $ | **1,078,277.16** |
| **Equity** | | |
| **399000 Retained Earnings** | | -169,131.19 |
| **Net Income** | | -622,094.39 |
| **Total Equity** | -$ | **791,225.58** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **287,051.58** |

Wednesday, Feb 18, 2026 01:14:45 PM GMT-8 - Accrual Basis

# Hiawatha Manor Association, Inc. - East
## Profit and Loss
### January 2026

|  | Total |
|---|---|
| **Income** | |
| 400600-02 Rental Income - Transient | 16,022.12 |
| 400601-01 Other Rental Income - Cleaning Fees | 358.02 |
| 401000-10 Property Mgmt - Late Fees | 25.00 |
| 409900 Other Revenue | 3,535.50 |
| **Total Income** | **$ 19,940.64** |
| **Gross Profit** | **$ 19,940.64** |
| **Expenses** | |
| 601010 Salary and Wages | 13,100.42 |
| 601050 Benefits - Healthcare | 4,729.04 |
| 601051 Benefits - Retirement | 568.43 |
| 601080 Employer Taxes | 931.41 |
| 601081 Workers Comp | 117.70 |
| 601090 Other Payroll Expense | 1,310.05 |
| 602300 Legal Fees | 1,392.16 |
| 604010-02 Tech Software & Apps | 1,215.00 |
| 604010-04 Tech Finance & HR Software | 20.32 |
| 604019 Office Supplies | 51.62 |
| 604020 Bank Fees & Related Charges | 17.16 |
| 604030 Insurance - D&O | 284.08 |
| 604031 Insurance - General | 1,272.17 |
| 604034 Insurance - Other | 428.19 |
| 604040 Postage & Freight | 3,447.24 |
| 604051 Business & Property Taxes | 1,632.50 |
| 604080 Bad Debt | -4,536.66 |
| 606031 Heating and Air Conditioning Repairs | 96.65 |
| 606032 Plumbing Repairs | 44.28 |
| 606037 Furniture/Unit Repairs and Supplies | 817.17 |
| 606038 Pest Control | 276.57 |
| 606049 Routine Preventative Maintenance (RPM/AUM) | 232.86 |
| 606050 Other Repairs & Maintenance | 7,435.50 |
| 606051 Security Monitoring & Maintenance | 1,543.52 |
| 606071 Electric | 7,066.20 |
| 606072 Gas | 138.16 |
| 606073 Water & Sewer | 4,029.37 |
| 606074 Trash Removal/Recycling | 257.33 |
| 606075 Media | 2,474.45 |
| 606301 Guest and Cleaning Supplies | 1,480.12 |
| 606305 Carpet/Floor Cleaning | 148.87 |

| | | |
|---|---|---|
| **606701 Accounting Fees** | | 1,800.00 |
| **606795 POA Fees** | | 2,032.00 |
| **607501-02 Marketing - Advertising** | | 122.50 |
| **Total Expenses** | **$** | **55,976.38** |
| **Net Operating Income** | **-$** | **36,035.74** |
| **Other Expenses** | | |
| **608000 Depreciation Expense** | | 384.10 |
| **992000 Income Tax - Country/Federal** | | 200.00 |
| **Total Other Expenses** | **$** | **584.10** |
| **Net Other Income** | **-$** | **584.10** |
| **Net Income** | **-$** | **36,619.84** |

Wednesday, Feb 18, 2026 01:16:42 PM GMT-8 - Accrual Basis