# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: April 6, 2026**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: April 14, 2026 at 9:30**
**AM CT in Courtroom 1, 701 Broadway, Nashville, TN 37203**

---

## NOTICE OF SECOND FEE APPLICATION
## FOR HOLLAND & KNIGHT LLP

**PLEASE TAKE NOTICE** that on **March 5, 2026**, Hiawatha Manor Association, Inc., as debtor and debtor in possession (the "***Debtor***") in the above-captioned chapter 11 case has asked the court for the following relief: application to approve the fees and expenses of the Debtor's counsel.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>. You may also view the guidelines for when Virtual Participation is allowed on the court's website.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Dated: March 5, 2026

_/s/ Blake D. Roth_

Blake D. Roth
**Holland & Knight LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
blake.roth@hklaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

## SUMMARY OF SECOND INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION

| | | |
|---|---|---|
| Name of Applicant: | Holland & Knight LLP | |
| Applicant's Role in the Case: | Debtor's Counsel | |
| Date Order of Employment Signed: | July 14, 2025 | |
| Time Period Covered by This Application: | | October 1, 2025 – December 31, 2025 |
| Time Period(s) Covered by Prior Applications: | | May 6, 2025 – September 30, 2025 |
| Total Amounts Awarded in Prior Applications: | | $75,948.46 |
| Total Prof'l Fees Requested in This Application: | | $22,991.00 |
| Total Professional Hours in This Application: | | 37.0 |
| Average Hourly Rate for Professionals: | | $621.38 |
| Total Paraprof'l Fees Requested in This Application: | | $2,725.50 |
| Total Paraprof'l Hours in This Application: | | 6.7 |
| Average Hourly Rate for Paraprofessionals: | | $406.79 |
| Total Fees Requested in This Application | | $25,716.50 |
| Total Hours in This Application | | 43.7 |
| Average Hourly Rate | | $588.48 |
| Reimbursable Expenses in This Application | | $238.58 |

## Fees Incurred by Professional or Paraprofessional

| Professional / Paraprofessional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Roth, Blake D | Partner | $760.00 | 14.7 | $11,172.00 |
| Kunde, Scott | Associate | $530.00 | 22.3 | $11,819.00 |
| Freeman, Brooke | Paralegal | $415.00 | 6.2 | $2,573.00 |
| Alcorn, Dawn | Paralegal | $305.00 | 0.5 | $152.50 |
| | | | | |
| | | **Totals:** | **43.7** | **$25,716.50** |

## Expenses by Category

| Expense Category | Amounts |
|---|---|
| Court Costs | $199.00 |
| Online Research | $39.58 |
| | |
| **Total:** | **$238.58** |

## IN THE IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

## SECOND INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
## AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION

Holland & Knight LLP ("*H&K*"), counsel to Hiawatha Manor Association, Inc., as debtor and debtor in possession (the "*Debtor*") in the above-captioned chapter 11 case (the "*Chapter 11 Case*"), submits its second interim fee application ("*Fee Application*") and seeks entry of an order, substantially in the form attached hereto as **Exhibit B** (the "*Proposed Order*"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Rules 2016-1 and 9013-1 of the Local Rules of Court for the United States Bankruptcy Court for the Middle District of Tennessee (the "*Local Rules*"), granting: (i) approval and allowance of its compensation and reimbursement of fees in the amount of **$25,716.50** and expenses in the amount of **$238.58**, for the period October 1, 2025 through December 31, 2025 (the "*Application Period*") on an interim basis; and (ii) authorizing the H&K Total Fees and Expenses (defined below) requested in this Fee Application on an interim basis. In support of this Fee Application, H&K respectfully represents as follows:

### JURISDICTION AND VENUE

1.     The United States Bankruptcy Court for the Middle District of Tennessee (the "*Court*") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is

proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The bases for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

<u>**BACKGROUND**</u>

3.      On May 6, 2025 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief in this Court, pursuant to chapter 11 of the Bankruptcy Code, thus commencing the Chapter 11 Case.

4.      No trustee, examiner or official committee has been appointed in this Chapter 11 Case. Detailed information addressing the Debtor's business, its finances and the circumstances leading to the filing of this Chapter 11 Case is contained in the *Debtor's Motion for Entry of an Order Authorizing the Maintenance and Continued Use of Existing Bank Accounts and Declaration of Archie Dolby in Support of Debtor's Motion for an Entry of an Order Authorizing the Maintenance and Continued Use of Existing Bank Accounts* (Dkt. No. 9) which is fully incorporated here by reference.

5.      On June 9, 2025, the Debtor filed the *Debtor's Application for Entry of an Order Approving the Employment and Retention of Holland & Knight LLP as Counsel for the Debtor and Debtor in Possession Retroactive to the Petition Date* (Dkt. No. 36).

6.      On July 14, 2025, the Court entered the *Order Authorizing the Retention and Employment of Holland & Knight LLP as Counsel for the Debtor and Debtor in Possession Retroactive to the Petition Date* (Dkt. No. 58).

7.      H&K's outstanding fees and expenses for the Application Period are <u>**$25,955.08**</u> (the "***Total Fees and Expenses***").

8.     This is the second Fee Application for the fees and expenses incurred by H&K as bankruptcy counsel in the Chapter 11 Case.

<u>**PRELIMINARY STATEMENT**</u>

9.     During the Application Period, H&K advised the Debtor on a variety of complex matters and issues, as a result of which, the Debtor took action to maximize the value of the Debtor's estate for the benefit of all parties in interest.

10.     During the Application Period, H&K assisted the Debtor on many matters related to the following primary items:

(a)     <u>**Preserving the Debtor's Business in Chapter 11.**</u> At the outset of this Chapter 11 Case, H&K assisted the Debtor with smoothly transitioning into chapter 11. H&K assisted the Debtor in complying with the Debtor's various duties as a debtor in possession, including filing monthly operating reports, ensuring compliance with various deadlines or extensions thereof, and complying with various other reporting requirements.

(b)     <u>**Preparation of Schedules and Statements.**</u> H&K assisted the Debtor in preparing and filing the Debtor's schedules and statements.

(c)     <u>**Sale Process.**</u> H&K has assisted the Debtor in navigating and preparing the sale process related to the sale of substantially all assets of the Debtor, including, but not limited to, preparing a motion for court authority to sell the properties and motions to employ/retain the professionals necessary to said sale process. In addition, the Debtor has assisted the Debtor in connection with two adversary proceedings through which the Debtor intends to obtain authority to sell substantially all assets of the Debtor free and clear. H&K will also provide the Debtor with assistance in closing the sale transaction, once authorized by this Court.

(d)     <u>**Discovery.**</u> H&K assisted the Debtor in addressing discovery requests received by creditors and defendants in the adversary proceeding. H&K worked with the Debtor in identifying which documents must be produced, reviewing said documents for privileged information, advising in the procedures surrounding the creation of a data room and attending court hearings regarding the production process.

11.     In sum, through the efforts of H&K during the Application Period, the Debtor has made considerable progress in this Chapter 11 Case.

12.     Given the complexity of the issues addressed through this chapter 11 case and the importance of the matters on which H&K has advised the Debtor, H&K respectfully submits that it is appropriate for this Court to enter an order allowing the compensation and reimbursements requested in this Fee Application.

**FEES INCURRED DURING APPLICATION PERIOD, PROFESSIONAL, AND PROJECT CATEGORY**

13.     Attached to this Fee Application as **Exhibit A** is a detailed statement of legal services rendered in the aggregate amount of **$25,716.50** and expenses incurred in the amount of **$238.58** during the Application Period as follows:

| Application Period | Invoice Number | Fees | Expenses | Total |
|---|---|---|---|---|
| 10/1/2025 - 10/31/2025 | 33783839 | $5,218.00 | $0.40 | $5,218.40 |
| 11/1/2025 - 11/30/2025 | 33812009 | $7,823.50 | $199.40 | $8,022.90 |
| 12/1/2025 - 12/31/2025 | 33846009 | $12,675.00 | $38.78 | $12,713.78 |

14.     The fees were incurred by an H&K professional or paraprofessional as follows:

| Professional / Paraprofessional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Roth, Blake D | Partner | $760.00 | 14.7 | $11,172.00 |
| Kunde, Scott | Associate | $530.00 | 22.3 | $11,819.00 |
| Freeman, Brooke | Paralegal | $415.00 | 6.2 | $2,573.00 |
| Alcorn, Dawn | Paralegal | $305.00 | 0.5 | $152.50 |
| | | **Totals:** | **43.7** | **$25,716.50** |

15.     The foregoing services were actual and necessary services rendered by H&K on behalf of the Debtor and the compensation requested is reasonable.

**EXPENSES**

16.     This Fee Application includes a request for reimbursement of expenses in the amount of **$3,151.46** which are expenses incurred by H&K as follows:

| Expense Category | Amounts |
|---|---|
| Court Costs | $199.00 |

| Online Research | $39.58 |
|---|---|
| **Total:** | **$238.58** |

17.     All expenses were actual and necessary expenses incurred in providing the legal services described herein and are reimbursable pursuant to 11 U.S.C. § 330.

18.     With respect to expenses such as postage, overnight mail, courier delivery, transportation, overtime expenses, legal research, photocopying, airfare, meals, and lodging, H&K's policy to charge its clients only the amount actually incurred by H&K in connection with such items. These charges are intended to cover H&K's direct operating costs, which costs are not incorporated into the H&K hourly billing rates.

19.     H&K has necessarily and properly expended **43.7** hours of service in performance of its duties as counsel for the Debtor during the Application Period. H&K provided professional services in the aggregate amount of **$25,716.50** for the Application Period. H&K has also necessarily incurred expenses in the amount of **$238.58** in the performance of its duties as counsel in this case during the Application Period. Therefore, H&K respectfully requests the approval of this Fee Application for the total amount of **$25,955.08** (the "***Total Fees and Expenses***").

20.     The fees charged by H&K in this case are billed in accordance with H&K's existing billing rates and procedures in effect during the Application Period.

21.     The rates H&K charges for the services rendered by its professionals and paraprofessionals in this chapter 11 case are the same rates H&K charges for professional and paraprofessional services rendered in comparable bankruptcy and nonbankruptcy related matters.

22.     Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable bankruptcy and nonbankruptcy cases in a competitive national legal market.

## NOTICE

23.     In accordance with Local Rule 2016-1 and 9013-1, the Debtor has provided notice

of the filing of the Application either by electronic mail, facsimile, or United States First Class

Mail to: (a) the Office of the United States Trustee for the Middle District of Tennessee, (b) all

secured claim holders, and (c) any party that has requested notice pursuant to Bankruptcy Rule

2002. Due to the nature of the relief requested in this Fee Application, the Debtor submits that no

other or further notice is required.

WHEREFORE, pursuant to 11 U.S.C. § 330, H&K respectfully requests that the Court

enter the Proposed Order approving the allowance and payment of its fees and expenses incurred

during this Chapter 11 Case as set forth in this Fee Application on a final basis and granting such

further relief as is just and proper.

Dated: March 5, 2026                              Respectfully Submitted,


                                                  _/s/ Blake D. Roth_____
                                                  Blake D. Roth (TN BPR No. 031499)
                                                  C. Scott Kunde (TN BPR No. 040218)
                                                  **Holland & Knight LLP**
                                                  511 Union Street, Ste. 2700
                                                  Nashville, TN 37219
                                                  Telephone:    615.244.6380
                                                  Facsimile:    615.244.6804
                                                  Email: blake.roth@hklaw.com
                                                          scott.kunde@hklaw.com

                                                  *Attorneys for the Debtor and Debtor in*
                                                  *Possession*

**Exhibit A**
**Detailed Statement of Legal Services Rendered**

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Hiawatha Manor Association, Inc.
Lemonjuice Solutions

November 4, 2025
Invoice 33783839

**Due On Receipt**

**Remittance Copy**

Matter 231749.00001
Restructuring

| | |
|---|---:|
| Fees For Professional Services | $5,218.00 |
| Reimbursable Costs | $0.40 |
| **Total Due This Invoice** | **$5,218.40** |

---

**Payment Information**

**Electronic Check through Client Pay (Preferred):**
For client portal setup, contact:
cashapplications@hklaw.com

**ACH (Preferred):** Holland & Knight LLP Wells Fargo Bank N.A.
Routing/ABA #
Account #
*CTX format is preferred.*

**Wire:**
Wells Fargo Bank N.A.
420 Montgomery Street
San Francisco, CA 94104-1207

Routing/ABA #
Account #

*Swift Routing Number:*
*(for international wires)*

**Mail:**
Holland & Knight LLP
P.O. Box 936937
Atlanta, GA 31193-6937

**For Overnight Express (UPS, FedEx, etc.) or Courier Delivery:**
LOCKBOX SERVICES 936937
Holland & Knight LLP
3585 Atlanta Avenue
Hapeville, GA 30354-1705

Please include the matter number(s) or invoice number(s) with your payment. As an added security measure, it is recommended that clients remitting payment for the first time, or changing payment forms, first verbally verify payment instructions. For remittance confirmation, vendor set-up, verbal wire and ACH instruction verification, contact: cashapplications@hklaw.com | +1-813-901-4110. For all other billing and payment questions, contact: account.services@hklaw.com | +1-813-901-4180.

*Holland & Knight's standard rates are reviewed annually and subject to change effective October 1, of each year. Please note that any existing rate agreements will continue to remain in place for the agreed upon period.*

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Hiawatha Manor Association, Inc.
Lemonjuice Solutions

November 4, 2025
Invoice 33783839
Page 1

**Due On Receipt**

For professional services rendered through October 31, 2025 in connection with the following

Matter 231749.00001

Restructuring

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 10/01/25 | Blake Roth | Communicate with Lake Tansi counsel re: alleged amounts due and owing. | 0.20 | 760.00 | 152.00 |
| 10/01/25 | Blake Roth | Call with client re: ▮▮▮▮▮▮ | 0.40 | 760.00 | 304.00 |
| 10/01/25 | Scott Kunde | Prepare for and attend status call with client; review Court orders extending pretrial conference and email client re: same. | 0.60 | 530.00 | 318.00 |
| 10/01/25 | Brooke Freeman | Review orders continuing pre-trial conferences in both APs and calendar. | 0.40 | 415.00 | 166.00 |
| 10/06/25 | Scott Kunde | Follow up on September invoice. | 0.10 | 530.00 | 53.00 |
| 10/06/25 | Scott Kunde | Follow up with client re: ▮▮▮▮▮ | 0.10 | 530.00 | 53.00 |
| 10/07/25 | Scott Kunde | Attention to draft of First Fee Application. | 1.20 | 530.00 | 636.00 |
| 10/08/25 | Blake Roth | Review interim fee application. | 0.30 | 760.00 | 228.00 |
| 10/08/25 | Scott Kunde | Attention to draft of First Fee Application and redaction of invoices. | 0.30 | 530.00 | 159.00 |
| 10/08/25 | Scott Kunde | Attention to email communication from Lake Tansi counsel re: Lake Tansi fee calculations. | 0.10 | 530.00 | 53.00 |
| 10/09/25 | Blake Roth | Review communications from T. Forrester re: sewer system and alleged amounts due and owing. | 0.30 | 760.00 | 228.00 |
| 10/09/25 | Scott Kunde | Attention to email communications with client and Lake Tansi counsel. | 0.10 | 530.00 | 53.00 |
| 10/14/25 | Blake Roth | Communicate with client re: ▮▮▮▮▮ | 0.10 | 760.00 | 76.00 |

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10/14/25 | Blake Roth | Communicate with T. Forrester re: outstanding information requests. | 0.10 | 760.00 | 76.00 |
| 10/14/25 | Scott Kunde | Attention to email communications with client re: ███████████ | 0.10 | 530.00 | 53.00 |
| 10/15/25 | Blake Roth | Attention to broker retention and sale process. | 0.50 | 760.00 | 380.00 |
| 10/15/25 | Scott Kunde | Attention to email communications with client re: ████████████. | 0.10 | 530.00 | 53.00 |
| 10/15/25 | Brooke Freeman | Review orders re: pretrial conferences and calendar. | 0.40 | 415.00 | 166.00 |
| 10/20/25 | Blake Roth | Plan, prepare for, and attend status conference. | 1.70 | 760.00 | 1,292.00 |
| 10/20/25 | Blake Roth | Follow up with client re: █████ ██████████ | 0.10 | 760.00 | 76.00 |
| 10/21/25 | Brooke Freeman | Review order rescheduling pretrial conferences and calendar. | 0.30 | 415.00 | 124.50 |
| 10/22/25 | Scott Kunde | Attention to MOR and email communications re: same. | 0.30 | 530.00 | 159.00 |
| 10/22/25 | Brooke Freeman | Redact and file September MOR. | 0.30 | 415.00 | 124.50 |
| 10/27/25 | Blake Roth | Follow up with client re: sale process. | 0.10 | 760.00 | 76.00 |
| 10/31/25 | Scott Kunde | Receipt and review of Notice filing on Court docket re: MOR report; draft email to client re: █████ | 0.30 | 530.00 | 159.00 |

**Total Fees For Professional Services**　　　　　　　　　　　　**$5,218.00**

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Blake Roth | Partner | 3.80 | 760.00 | 2,888.00 |
| Scott Kunde | Associate | 3.30 | 530.00 | 1,749.00 |
| Brooke Freeman | Paralegal | 1.40 | 415.00 | 581.00 |
| | | | | **$5,218.00** |

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

**Reimbursable costs through October 31, 2025**

| Date | Description | Amount |
|------|-------------|--------|
| | Online Research | 0.40 |
| | **Total Reimbursable Costs** | **$0.40** |

**Invoice Summary**

| | | |
|---|---|---|
| | Fees For Professional Services | $5,218.00 |
| | Reimbursable Costs | $0.40 |
| | **Total Due This Invoice** | **$5,218.40** |

**Outstanding Invoice Summary**

| Date | Invoice No. | Balance |
|------|-------------|---------|
| 06/09/25 | 33673862 | 20,822.00 |
| 07/08/25 | 33695044 | 16,509.65 |
| 08/07/25 | 33716791 | 17,061.82 |
| 09/05/25 | 33740051 | 17,706.80 |
| 10/03/25 | 33761660 | 9,916.19 |
| **Total Outstanding Invoice(s)** | | **$82,016.46** |
| **Total Due** | | **$87,234.86** |

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

| | |
|---|---|
| Hiawatha Manor Association, Inc. | December 2, 2025 |
| Lemonjuice Solutions | Invoice 33812009 |
| | **Due On Receipt** |

**Remittance Copy**

Matter 231749.00001

Restructuring

| | |
|---|---|
| Fees For Professional Services | $7,823.50 |
| Reimbursable Costs | $199.40 |
| **Total Due This Invoice** | **$8,022.90** |

---

**Payment Information**

**Electronic Check through Client Pay (Preferred):**
For client portal setup, contact:
cashapplications@hklaw.com

**ACH (Preferred):** Holland &
Knight LLP Wells Fargo Bank N.A.
Routing/ABA # ▮▮▮▮
Account # ▮▮▮▮
*CTX format is preferred.*

**Wire:**
Wells Fargo Bank N.A.
333 Market Street
San Francisco, CA 94105

Routing/ABA # ▮▮▮▮
Account # ▮▮▮▮

*Swift Routing Number:* ▮▮▮▮
*(for international wires)*

**Mail:**
Holland & Knight LLP
P.O. Box 936937
Atlanta, GA 31193-6937

**For Overnight Express**
(UPS, FedEx, etc.) or Courier Delivery:
LOCKBOX SERVICES 936937
Holland & Knight LLP
3585 Atlanta Avenue
Hapeville, GA 30354-1705

Please include the matter number(s) or invoice number(s) with your payment. As an added security measure, it is recommended that clients remitting payment for the first time, or changing payment forms, first verbally verify payment instructions. For remittance confirmation, vendor set-up, verbal wire and ACH instruction verification, contact: cashapplications@hklaw.com | +1-813-901-4110. For all other billing and payment questions, contact: account.services@hklaw.com | +1-813-901-4180.

*Holland & Knight's standard rates are reviewed annually and subject to change effective October 1, of each year. Please note that any existing rate agreements will continue to remain in place for the agreed upon period.*

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Hiawatha Manor Association, Inc.
Lemonjuice Solutions

**Due On Receipt**

For professional services rendered through November 30, 2025 in connection with the following

Matter 231749.00001

Restructuring

| <u>Date</u> | <u>Professional</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 11/04/25 | Blake Roth | Communicate with S. Kunde re: ███████ ████████ | 0.20 | 760.00 | 152.00 |
| 11/04/25 | Scott Kunde | Attention to draft and filing of First Fee Application (.3); attention to email communications re: UST request for LEDES format (.1). | 0.40 | 530.00 | 212.00 |
| 11/04/25 | Scott Kunde | Attention to draft of Motion to Retain Broker (.6). | 0.60 | 530.00 | 318.00 |
| 11/04/25 | Brooke Freeman | Review 9013 hearing schedule; revise and file Fee Application for H&K. | 0.50 | 415.00 | 207.50 |
| 11/05/25 | Scott Kunde | Attention to Court order denying First Fee Application and coordinate refiling with B. Freeman. | 0.40 | 530.00 | 212.00 |
| 11/05/25 | Scott Kunde | Attention to draft of Sale Motion and exhibits. | 0.70 | 530.00 | 371.00 |
| 11/05/25 | Brooke Freeman | Resubmit H&K fee application and draft certifice of service re: H&K fee application; coordinate mail out. | 0.60 | 415.00 | 249.00 |
| 11/06/25 | Blake Roth | Communicate with U.S. Trustee re: transfer from Hiawatha West to Hiawatha East. | 0.10 | 760.00 | 76.00 |
| 11/14/25 | Blake Roth | Review and revise HREC retention application. | 0.40 | 760.00 | 304.00 |
| 11/14/25 | Blake Roth | Review and revise sale motion. | 0.50 | 760.00 | 380.00 |
| 11/14/25 | Scott Kunde | Revise draft of HREC Retention Application; draft email to client re: ███████████ | 0.70 | 530.00 | 371.00 |

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 11/17/25 | Scott Kunde | Prepare for and attend meeting with client re:███████████. | 1.00 | 530.00 | 530.00 |
| 11/18/25 | Scott Kunde | Attention to email communications and phone call with client; draft 9013 Notices for Sale Motion and HREC Retention; draft Motion to Consolidate Hearings; finalize Sale Motion and coordinate filing. | 1.70 | 530.00 | 901.00 |
| 11/18/25 | Brooke Freeman | File Motion to Employ real estate broker, Notice, calendar objection and hearing dates and coordinate service. | 0.70 | 415.00 | 290.50 |
| 11/18/25 | Brooke Freeman | File Motion to Continue and coordinate service. | 0.40 | 415.00 | 166.00 |
| 11/18/25 | Brooke Freeman | Communicate with Lemonjuice re:██████████ | 0.40 | 415.00 | 166.00 |
| 11/19/25 | Scott Kunde | Attention to email communications re: ██████████; prepare for and attend meeting with Hiawatha West counsel; attention to draft of Motion for Summary Judgment. | 0.90 | 530.00 | 477.00 |
| 11/19/25 | Brooke Freeman | Revise and file 363 motion and notice, coordinate service with Lemonjuice, calendar hearing dates. | 0.70 | 415.00 | 290.50 |
| 11/20/25 | Scott Kunde | Attention to email communications with client and UST. | 0.10 | 530.00 | 53.00 |
| 11/20/25 | Brooke Freeman | Prepare October 2025 MOR for filing and update team. | 0.40 | 415.00 | 166.00 |
| 11/21/25 | Scott Kunde | Phone call with client. | 0.30 | 530.00 | 159.00 |
| 11/23/25 | Scott Kunde | Attention to email communications with client re: ██████████. | 0.30 | 530.00 | 159.00 |
| 11/24/25 | Scott Kunde | Attention to email communications with client and UST (.3); prepare for and attend status conference (.9); phone call with B. Roth re: ██████ (.1). | 1.30 | 530.00 | 689.00 |
| 11/25/25 | Blake Roth | Communicate with S. Kunde re:██████████ ████████████████ | 0.20 | 760.00 | 152.00 |
| 11/25/25 | Scott Kunde | Attention to draft of MSJ; coordinate ██████████ with client. | 1.30 | 530.00 | 689.00 |

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 11/25/25 | Brooke Freeman | Review order re: Motion to Employ. | 0.20 | 415.00 | 83.00 |

**Total Fees For Professional Services** $7,823.50

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Blake Roth | Partner | 1.40 | 760.00 | 1,064.00 |
| Scott Kunde | Associate | 9.70 | 530.00 | 5,141.00 |
| Brooke Freeman | Paralegal | 3.90 | 415.00 | 1,618.50 |
| | | | | **$7,823.50** |

**Reimbursable costs through November 30, 2025**

| Date | Description | Amount |
|------|-------------|--------|
| 11/19/25 | Vendor: Freeman, Brooke E Invoice#: 7827987911251310 Date: 11/24/2025 - #Report Name: 231749.00001 - COURTS/USBC-TN-M; Miscellaneous; Filing Fee - §363 Motion; 11/19/2025 | 199.00 |
| | Online Research | 0.40 |
| | **Total Reimbursable Costs** | **$199.40** |

## Invoice Summary

| | |
|--|--|
| Fees For Professional Services | $7,823.50 |
| Reimbursable Costs | $199.40 |
| **Total Due This Invoice** | **$8,022.90** |

## Outstanding Invoice Summary

| Date | Invoice No. | Balance |
|------|-------------|---------|

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

| | | |
|---|---|---|
| 06/09/25 | 33673862 | 20,822.00 |
| 07/08/25 | 33695044 | 16,509.65 |
| 08/07/25 | 33716791 | 17,061.82 |
| 09/05/25 | 33740051 | 17,706.80 |
| 10/03/25 | 33761660 | 9,916.19 |
| 11/04/25 | 33783839 | 5,218.40 |

| | |
|---|---|
| **Total Outstanding Invoice(s)** | **$87,234.86** |
| **Total Due** | **$95,257.76** |

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

| | |
|---|---|
| Hiawatha Manor Association, Inc. | January 13, 2026 |
| Lemonjuice Solutions | Invoice 33846009 |
| | **Due On Receipt** |

**Remittance Copy**

Matter 231749.00001

Restructuring

| | |
|---|---|
| Fees For Professional Services | $12,675.00 |
| Reimbursable Costs | $38.78 |
| **Total Due This Invoice** | **$12,713.78** |

---

**Payment Information**

**Electronic Check through Client Pay (Preferred):**
For client portal setup, contact:
cashapplications@hklaw.com

**ACH (Preferred):** Holland &
Knight LLP Wells Fargo Bank N.A.
Routing/ABA # ███████
Account # ███████
*CTX format is preferred.*

**Wire:**
Wells Fargo Bank N.A.
333 Market Street
San Francisco, CA 94105

Routing/ABA # ███████
Account # ███████

*Swift Routing Number:* ███████
*(for international wires)*

**Mail:**
Holland & Knight LLP
P.O. Box 936937
Atlanta, GA 31193-6937

**For Overnight Express
(UPS, FedEx, etc.) or Courier Delivery:**
LOCKBOX SERVICES 936937
Holland & Knight LLP
3585 Atlanta Avenue
Hapeville, GA 30354-1705

Please include the matter number(s) or invoice number(s) with your payment. As an added security measure, it is recommended that clients remitting payment for the first time, or changing payment forms, first verbally verify payment instructions. For remittance confirmation, vendor set-up, verbal wire and ACH instruction verification, contact: cashapplications@hklaw.com | +1-813-901-4110. For all other billing and payment questions, contact: account.services@hklaw.com | +1-813-901-4180.

*Holland & Knight's standard rates are reviewed annually and subject to change effective October 1, of each year. Please note that any existing rate agreements will continue to remain in place for the agreed upon period.*

For more information about our firm's privacy policy, please visit: https://www.hklaw.com/en/general-pages/firm-privacy-notice

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Hiawatha Manor Association, Inc.  
Lemonjuice Solutions

January 13, 2026  
Invoice 33846009  
Page 1

**Due On Receipt**

For professional services rendered through December 31, 2025 in connection with the following

Matter 231749.00001

Restructuring

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12/01/25 | Scott Kunde | Coordinate filing of HREC declaration (.1); attention to draft of Affidavit ISO of Motion for Summary Judgment (.6). | 0.70 | 530.00 | 371.00 |
| 12/01/25 | Dawn Melissa Alcorn | Conference with S. Kunde; e-file Paul Sexton Unsworn Declaration -relate to DE 108 Motion. | 0.50 | 305.00 | 152.50 |
| 12/02/25 | Blake Roth | Multiple calls from owners re: motion to approve bidding procedures. | 0.50 | 760.00 | 380.00 |
| 12/02/25 | Scott Kunde | Attention to draft of Plan. | 0.20 | 530.00 | 106.00 |
| 12/02/25 | Scott Kunde | Phone calls from timeshare owners re: sale motion. | 0.30 | 530.00 | 159.00 |
| 12/03/25 | Scott Kunde | Attention to draft of Plan. | 0.50 | 530.00 | 265.00 |
| 12/03/25 | Scott Kunde | Attention to draft of Motion for Summary Judgment and declaration re: same. | 0.40 | 530.00 | 212.00 |
| 12/04/25 | Blake Roth | Attention to calls from owners receiving notice of sale process. | 0.30 | 760.00 | 228.00 |
| 12/04/25 | Scott Kunde | Attention to email communication from UST re: fee objections. | 0.10 | 530.00 | 53.00 |
| 12/04/25 | Scott Kunde | Phone calls with timeshare owners. | 0.30 | 530.00 | 159.00 |
| 12/04/25 | Brooke Freeman | Review orders to continue pretrial conferences in both APs and calendar. | 0.40 | 415.00 | 166.00 |
| 12/05/25 | Blake Roth | Respond to U.S. Trustee's informal fee objections. | 0.40 | 760.00 | 304.00 |
| 12/05/25 | Scott Kunde | Attention to US Trustee fee objection and email communications re: same. | 0.50 | 530.00 | 265.00 |
| 12/08/25 | Blake Roth | Review draft plan of liquidation. | 0.30 | 760.00 | 228.00 |

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12/08/25 | Scott Kunde | Attention to email communications re: upcoming hearing and fee objection. | 0.10 | 530.00 | 53.00 |
| 12/08/25 | Brooke Freeman | Calendar hearing date on H&K fee application. | 0.20 | 415.00 | 83.00 |
| 12/09/25 | Scott Kunde | Attention to draft of Plan and email communications wtih client re: ███ | 0.30 | 530.00 | 159.00 |
| 12/10/25 | Scott Kunde | Attention to email communications with client; phone call with owner. | 0.20 | 530.00 | 106.00 |
| 12/12/25 | Blake Roth | Call with Hiawatha West's counsel re: ███ ███ | 0.90 | 760.00 | 684.00 |
| 12/12/25 | Blake Roth | Call with client re: ███ | 0.70 | 760.00 | 532.00 |
| 12/12/25 | Scott Kunde | Prepare for and attend meeting with counsel for Hiawatha West (.8); prepare for and attend meeting with client (.7); phone call with owner (.1). | 1.60 | 530.00 | 848.00 |
| 12/15/25 | Blake Roth | Review Lake Tansi's objection to sale motion. | 0.20 | 760.00 | 152.00 |
| 12/15/25 | Blake Roth | Call with U.S. Trustee re: sale motion. | 0.20 | 760.00 | 152.00 |
| 12/15/25 | Scott Kunde | Phone call from owner (.2); review Lake Tansi Objection to Sale Motion (.3); attention to email communications with client (.1). | 0.60 | 530.00 | 318.00 |
| 12/16/25 | Blake Roth | Prepare discovery requests to Lake Tansi. | 0.60 | 760.00 | 456.00 |
| 12/16/25 | Scott Kunde | Attention to email communications with client. | 0.10 | 530.00 | 53.00 |
| 12/17/25 | Scott Kunde | Attention to email communications with client. | 0.10 | 530.00 | 53.00 |
| 12/18/25 | Blake Roth | Draft discovery requests to Lake Tansi re: objection to sale motion. | 1.50 | 760.00 | 1,140.00 |
| 12/18/25 | Scott Kunde | Attention to draft of Request for Production of Documents. | 0.70 | 530.00 | 371.00 |
| 12/22/25 | Blake Roth | Call with client re: ███ | 0.30 | 760.00 | 228.00 |
| 12/22/25 | Scott Kunde | Attention to email communications with client (.2); prepare draft of Certificate of No Objection (.2). | 0.40 | 530.00 | 212.00 |

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12/22/25 | Brooke Freeman | File Certificate of No Objection re: Employ D&C Hospitality Investments LLC, d/b/a HREC Investment Advisors. | 0.30 | 415.00 | 124.50 |
| 12/23/25 | Blake Roth | Multiple calls with client, Hiawatha West and U.S. Trustee re: sale process. | 1.90 | 760.00 | 1,444.00 |
| 12/23/25 | Scott Kunde | Prepare for and attend meetings with HREC advisor, client, Hiawatha West counsel and UST re: Sale Process. | 2.00 | 530.00 | 1,060.00 |
| 12/29/25 | Scott Kunde | Attention to phone call and email communications from Lake Tansi counsel. | 0.20 | 530.00 | 106.00 |
| 12/30/25 | Blake Roth | Prepare for and attend status conference on adversary proceedings. | 1.20 | 760.00 | 912.00 |
| 12/31/25 | Blake Roth | Communicate with Lake Tansi's counsel re: sale motion and related issues. | 0.50 | 760.00 | 380.00 |

**Total Fees For Professional Services**      **$12,675.00**

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Blake Roth | Partner | 9.50 | 760.00 | 7,220.00 |
| Scott Kunde | Associate | 9.30 | 530.00 | 4,929.00 |
| Brooke Freeman | Paralegal | 0.90 | 415.00 | 373.50 |
| Dawn Melissa Alcorn | Paralegal | 0.50 | 305.00 | 152.50 |

     **$12,675.00**

**Reimbursable costs through December 31, 2025**

| Date | Description | Amount |
|------|-------------|--------|
| | Online Research | 0.20 |
| | Westlaw | 38.58 |
| | **Total Reimbursable Costs** | **$38.78** |

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

**Invoice Summary**

| | |
|---|---|
| Fees For Professional Services | $12,675.00 |
| Reimbursable Costs | $38.78 |

| | |
|---|---|
| **Total Due This Invoice** | **$12,713.78** |

### Outstanding Invoice Summary

| Date | Invoice No. | Balance |
|---|---|---|
| 06/09/25 | 33673862 | 20,822.00 |
| 07/08/25 | 33695044 | 16,509.65 |
| 08/07/25 | 33716791 | 17,061.82 |
| 09/05/25 | 33740051 | 17,706.80 |
| 10/03/25 | 33761660 | 9,916.19 |
| 11/04/25 | 33783839 | 5,218.40 |
| 12/02/25 | 33812009 | 8,022.90 |

| | |
|---|---|
| **Total Outstanding Invoice(s)** | $95,257.76 |
| **Total Due** | $107,971.54 |

**Exhibit B**
**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

In re:

Hiawatha Manor Association, Inc.

        Debtor.

Chapter 11

Case No. 25-01916

Hon. Randal S. Mashburn

## ORDER GRANTING SECOND INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION

Upon consideration of the Fee Application[1] of Holland & Knight LLP as bankruptcy counsel for Hiawatha Manor Association, Inc. as the debtor and debtor in possession (the "***Debtor***") for entry of an order (this "***Order***"), for allowance of compensation and reimbursement of expenses for the Application Period, all as more fully set forth in the Application; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rules 2016-1 and 9013-1 of the Local Rules for the United States Bankruptcy Court for the Middle District of Tennessee, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notice of the Fee Application was appropriate; and after due deliberation and sufficient good cause appearing; and that there were no objections to the Fee Application, it is hereby ORDERED that:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

1.      The Fee Application of H&K is approved on a final basis.

2.      The fees in the amount of **$25,716.50** and expenses in the amount of **$238.58** incurred by H&K during the Application Period are hereby allowed as being reasonable compensation and actual, necessary services and expenses of the estates and thus payable as fees and expenses pursuant to 11 U.S.C. § 330.

3.      The Debtor and H&K are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Fee Application.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


APPROVED FOR ENTRY:

**HOLLAND & KNIGHT LLP**

*/s/ Blake D. Roth*
Blake D. Roth (TN BPR No. 031499)
C. Scott Kunde (TN BPR No. 040218)
511 Union Street, Ste. 2700
Nashville, TN 37219
Telephone:      615.244.6380
Facsimile:      615.244.6804
Email: blake.roth@hklaw.com
        scott.kunde@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*