**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

**CERTIFICATE OF NO OBJECTION**
**[Related to Docket No. 157]**

The undersigned counsel hereby certifies that:

1.     On March 5, 2026, Hiawatha Manor Association, Inc., as debtor and debtor in possession in this Chapter 11 case (the "**Debtor**"), by and through its undersigned counsel, caused to be filed the *Second Interim Fee Application of Holland & Knight LLP for Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possess* (the "**Fee Application**") [Docket No. 157].

2.     The Fee Application was timely served on all interested parties in the manner of service referenced in the Fee Application.

3.     Pursuant to the notice language in the Fee Application, the deadline to respond or object to the Fee Application was April 6, 2026.

4.     No objections to nor requests for hearing on the Fee Application have been received, and as of April 7, 2026, a check of the electronic entries docketed in this case confirms that none have been filed.

Based on the foregoing, the Debtor respectfully requests the Fee Application be granted and order be entered substantially in the form as was submitted with the Fee Application.

Dated: April 7, 2026

Respectfully Submitted,

/s/ Blake D. Roth

Blake D. Roth (TN BPR No. 031499)
C. Scott Kunde (TN BPR No. 040218)
**Holland & Knight LLP**
511 Union Street, Ste. 2700
Nashville, TN 37219
Telephone:    615.244.6380
Facsimile:    615.244.6804
Email: blake.roth@hklaw.com
   scott.kunde@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, a copy of the foregoing was sent via ECF to the U.S. Trustee and all parties registered to receive electronic notice.

/s/ Blake D. Roth

Blake D. Roth (TN Bar No. 031499)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
   Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*