**SO ORDERED.**
**SIGNED 8th day of April, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Randal S. Mashburn*
**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

## AGREED ORDER RESOLVING OBJECTION OF UNITED STATES TRUSTEE TO FEE APPLICATION

This matter is before the Court upon the Second Interim Fee Application of Holland & Knight, LLP for Compensation and Reimbursement of Expenses ("Second Interim Fee Application," Docket No. 157). Notice of the application was served pursuant to Local Rules 2016-1 and 9013-1.

The U.S. Trustee raised objections to the Second Interim Fee Application informally. No other party objected.

Holland & Knight disputes the U.S. Trustee's position on the disallowance of fees related to its professional services. However, it agreed to accept the U.S. Trustee's proposed reduction to avoid the cost of litigating this dispute. The entries that the parties agree to disallow are attached hereto as **Exhibit 1**.

Pursuant to the agreement of the parties, as evidenced by the signatures below, with no other objections having been filed, and for other cause to the Court shown;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Holland & Knight, LLP is hereby awarded fees in the amount of $24,430 and expenses in the amount of $238.58.

2. Upon entry of this Order, Debtor is hereby authorized to disburse any unpaid balance to Holland & Knight, LLP.

**This order was signed and entered electronically as indicated at the top of the first page.**

Agreed and Approved:

Paul Randolph
Acting U.S. Trustee, Region 8

*/s/ Rebecca J. Yielding*
Rebecca J. Yielding, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
701 Broadway, Customs House, Suite 318
Nashville, TN   37203
Phone: (615) 736-2258 / (202) 573-6953
Rebecca.J.Yielding@usdoj.gov

*/s/ Blake D. Roth*
Blake D. Roth
Holland & Knight, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Blake.Roth@hklaw.com
*Debtor's Counsel*

# Exhibit 1

| Date | Professional | Description | Hours | Rate | Amount | Objection |
|---|---|---|---|---|---|---|
| 10/15/2025 | Freeman | Review orders re pretrial and calendar | 0.4 | $ 415.00 | $ 166.00 | Secretarial in nature; not billable time |
| 10/21/2025 | Freeman | Review order rescheduling pretrial and calendar | 0.3 | $ 415.00 | $ 124.50 | Secretarial in nature; not billable time |
| 10/22/2025 | Freeman | Redact and file Sept. MOR | 0.3 | $ 415.00 | $ 124.50 | Secretarial in nature; not billable time |
| 11/4/2025 | Freeman | Review 9013 hearing schedule, revise & file fee application | 0.5 | $ 415.00 | $ 207.50 | No benefit to estate, billed for corrected filing 11/5 |
| 11/18/2025 | Freeman | File Motion to Employ Broker, Notice, calendar objection & hearing dates and coordinate service | 0.7 | $ 415.00 | $ 290.50 | Secretarial in nature; not billable time |
| 11/18/2025 | Freeman | File Motion to Continue and coordinate service | 0.4 | $ 415.00 | $ 166.00 | Secretarial in nature; not billable time |
| 12/8/2025 | Freeman | Calendar hearing date on H&K fee application | 0.2 | $ 415.00 | $ 83.00 | Secretarial in nature; not billable time |
| 12/22/2025 | Freeman | File Certificate of No Objection re: Employ D&C | 0.3 | $ 415.00 | $ 124.50 | Secretarial in nature; not billable time |
| | | | | | $ 1,286.50 | |