United States Bankruptcy Court

Middle District of Tennessee

In re:

Hiawatha Manor Association, Inc.

    Debtor

Case No. 25-01916-RSM

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0650-2             User: admin           Page 1 of 2

Date Rcvd: Apr 09, 2026         Form ID: pdf001          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

**Recip ID                 Recipient Name and Address**
db                   + Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

**Name                 Email Address**

BLAKE ROTH

     on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com

Christopher Scott Kunde, Jr

     on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com

Jack W Robinson, Jr

     on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com

MICHAEL EDWARD COLLINS

     on behalf of Creditor Hiawatha Manor West Association LLC mcollins@manierherod.com, TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com

REBECCA JO YIELDING

     on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

THOMAS H. FORRESTER

District/off: 0650-2

Date Rcvd: Apr 09, 2026

User: admin

Form ID: pdf001

Page 2 of 2

Total Noticed: 1

on behalf of Creditor Lake Tansi Village Property Owners Association Inc. tforrester@gsrm.com,
djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

## AGREED ORDER RESOLVING OBJECTION OF UNITED STATES TRUSTEE TO FEE APPLICATION

This matter is before the Court upon the Second Interim Fee Application of Holland & Knight, LLP for Compensation and Reimbursement of Expenses ("Second Interim Fee Application," Docket No. 157). Notice of the application was served pursuant to Local Rules 2016-1 and 9013-1.

The U.S. Trustee raised objections to the Second Interim Fee Application informally. No other party objected.

Holland & Knight disputes the U.S. Trustee's position on the disallowance of fees related to its professional services. However, it agreed to accept the U.S. Trustee's proposed reduction to avoid the cost of litigating this dispute. The entries that the parties agree to disallow are attached hereto as **Exhibit 1**.

Pursuant to the agreement of the parties, as evidenced by the signatures below, with no other objections having been filed, and for other cause to the Court shown;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Holland & Knight, LLP is hereby awarded fees in the amount of $24,430 and expenses in the amount of $238.58.

2. Upon entry of this Order, Debtor is hereby authorized to disburse any unpaid balance to Holland & Knight, LLP.

**This order was signed and entered electronically as indicated at the top of the first page.**

Agreed and Approved:

Paul Randolph
Acting U.S. Trustee, Region 8

*/s/ Rebecca J. Yielding*
Rebecca J. Yielding, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
701 Broadway, Customs House, Suite 318
Nashville, TN   37203
Phone: (615) 736-2258 / (202) 573-6953
Rebecca.J.Yielding@usdoj.gov

*/s/ Blake D. Roth*
Blake D. Roth
Holland & Knight, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Blake.Roth@hklaw.com
*Debtor's Counsel*

# Exhibit 1

| Date | Professional | Description | Hours | Rate | Amount | Objection |
|---|---|---|---|---|---|---|
| 10/15/2025 | Freeman | Review orders re pretrial and calendar | 0.4 | $ 415.00 | $ 166.00 | Secretarial in nature; not billable time |
| 10/21/2025 | Freeman | Review order rescheduling pretrial and calendar | 0.3 | $ 415.00 | $ 124.50 | Secretarial in nature; not billable time |
| 10/22/2025 | Freeman | Redact and file Sept. MOR | 0.3 | $ 415.00 | $ 124.50 | Secretarial in nature; not billable time |
| 11/4/2025 | Freeman | Review 9013 hearing schedule, revise & file fee application | 0.5 | $ 415.00 | $ 207.50 | No benefit to estate, billed for corrected filing 11/5 |
| 11/18/2025 | Freeman | File Motion to Employ Broker, Notice, calendar objection & hearing dates and coordinate service | 0.7 | $ 415.00 | $ 290.50 | Secretarial in nature; not billable time |
| 11/18/2025 | Freeman | File Motion to Continue and coordinate service | 0.4 | $ 415.00 | $ 166.00 | Secretarial in nature; not billable time |
| 12/8/2025 | Freeman | Calendar hearing date on H&K fee application | 0.2 | $ 415.00 | $ 83.00 | Secretarial in nature; not billable time |
| 12/22/2025 | Freeman | File Certificate of No Objection re: Employ D&C | 0.3 | $ 415.00 | $ 124.50 | Secretarial in nature; not billable time |
| | | | | | $ 1,286.50 | |