# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

In re:

Hiawatha Manor Association, Inc.

Debtor.

Chapter 11

Case No. 25-01916

Hon. Randal S. Mashburn

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: May 4, 2026**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: May 12, 2026 at 9:30**
**AM CT in Courtroom 1, 701 Broadway, Nashville, TN 37203**

## NOTICE OF THIRD FEE APPLICATION
## FOR HOLLAND & KNIGHT LLP

**PLEASE TAKE NOTICE** that on April 13, 2026, Hiawatha Manor Association, Inc., as debtor and debtor in possession (the "***Debtor***") in the above-captioned chapter 11 case has asked the court for the following relief: application to approve the fees and expenses of the Debtor's counsel.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1.  File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

    If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2.  Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>. You may also view the guidelines for when Virtual Participation is allowed on the court's website.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Dated: April 13, 2026

_/s/ Blake D. Roth_

Blake D. Roth
**Holland & Knight LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
blake.roth@hklaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

**SUMMARY OF THIRD INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**

| | |
|---|---|
| Name of Applicant: | Holland & Knight LLP |
| Applicant's Role in the Case: | Debtor's Counsel |
| Date Order of Employment Signed: | July 14, 2025 |
| Time Period Covered by This Application: | January 1, 2026 – March 31, 2026 |
| Time Period(s) Covered by Prior Applications: | May 6, 2025 – December 31, 2025 |
| Total Amounts Awarded in Prior Applications: | $100,617.04 |
| Total Prof'l Fees Requested in This Application: | $45,721.00 |
| Total Professional Hours in This Application: | 68.8 |
| Average Hourly Rate for Professionals: | $664.55 |
| Total Paraprof'l Fees Requested in This Application: | $1,950.50 |
| Total Paraprof'l Hours in This Application: | 4.7 |
| Average Hourly Rate for Paraprofessionals: | $415.00 |
| Total Fees Requested in This Application | $47,671.50 |
| Total Hours in This Application | 73.5 |
| Average Hourly Rate | $648.59 |
| Reimbursable Expenses in This Application | $256.76 |

## Fees Incurred by Professional or Paraprofessional

| Professional / Paraprofessional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Roth, Blake D | Partner | $760.00 | 29.6 | $22,496.00 |
| Callaway, Ed | Partner | $840.00 | 7.9 | $6,636.00 |
| Kunde, Scott | Associate | $530.00 | 31.3 | $16,589.00 |
| Freeman, Brooke | Paralegal | $415.00 | 4.7 | $1,950.50 |
| | | | | |
| | | **Totals:** | **73.5** | **$47,671.50** |

## Expenses by Category

| Expense Category | Amounts |
|---|---|
| Online Research | $256.76 |
| | |
| **Total:** | **$256.76** |

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Hon. Randal S. Mashburn |

**THIRD INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION</u>**

Holland & Knight LLP ("***H&K***"), counsel to Hiawatha Manor Association, Inc., as debtor and debtor in possession (the "***Debtor***") in the above-captioned chapter 11 case (the "***Chapter 11 Case***"), submits its third interim fee application ("***Fee Application***") and seeks entry of an order, substantially in the form attached hereto as <u>**Exhibit B**</u> (the "***Proposed Order***"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and Rules 2016-1 and 9013-1 of the Local Rules of Court for the United States Bankruptcy Court for the Middle District of Tennessee (the "***Local Rules***"), granting: (i) approval and allowance of its compensation and reimbursement of fees in the amount of **<u>$47,671.50</u>** and expenses in the amount of **<u>$256.76</u>**, for the period January 1, 2026 through March 31, 2026 (the "***Application Period***") on an interim basis; and (ii) authorizing the H&K Total Fees and Expenses (defined below) requested in this Fee Application on an interim basis. In support of this Fee Application, H&K respectfully represents as follows:

<u>**JURISDICTION AND VENUE**</u>

1. The United States Bankruptcy Court for the Middle District of Tennessee (the "***Court***") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is

proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

**BACKGROUND**

3. On May 6, 2025 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief in this Court, pursuant to chapter 11 of the Bankruptcy Code, thus commencing the Chapter 11 Case.

4. No trustee, examiner or official committee has been appointed in this Chapter 11 Case. Detailed information addressing the Debtor's business, its finances and the circumstances leading to the filing of this Chapter 11 Case is contained in the *Debtor's Motion for Entry of an Order Authorizing the Maintenance and Continued Use of Existing Bank Accounts and Declaration of Archie Dolby in Support of Debtor's Motion for an Entry of an Order Authorizing the Maintenance and Continued Use of Existing Bank Accounts* (Dkt. No. 9) which is fully incorporated here by reference.

5. On June 9, 2025, the Debtor filed the *Debtor's Application for Entry of an Order Approving the Employment and Retention of Holland & Knight LLP as Counsel for the Debtor and Debtor in Possession Retroactive to the Petition Date* (Dkt. No. 36).

6. On July 14, 2025, the Court entered the *Order Authorizing the Retention and Employment of Holland & Knight LLP as Counsel for the Debtor and Debtor in Possession Retroactive to the Petition Date* (Dkt. No. 58).

7. H&K's outstanding fees and expenses for the Application Period are **$47,928.26** (the "***Total Fees and Expenses***").

8. This is the third Fee Application for the fees and expenses incurred by H&K as bankruptcy counsel in the Chapter 11 Case.

**PRELIMINARY STATEMENT**

9. During the Application Period, H&K advised the Debtor on a variety of complex matters and issues, as a result of which, the Debtor took action to maximize the value of the Debtor's estate for the benefit of all parties in interest.

10. During the Application Period, H&K assisted the Debtor on many matters related to the following primary items:

(a) **Preserving the Debtor's Business in Chapter 11.** At the outset of this Chapter 11 Case, H&K assisted the Debtor with smoothly transitioning into chapter 11. H&K assisted the Debtor in complying with the Debtor's various duties as a debtor in possession, including filing monthly operating reports, ensuring compliance with various deadlines or extensions thereof, and complying with various other reporting requirements.

(b) **Motions Summary Judgment.** H&K assisted the Debtor in preparing and filing the Debtor's Motions for Summary Judgment in the two adversary proceedings, including responses and supplemental filings to address certain objection made thereto.

(c) **Sale Process.** H&K has assisted the Debtor in navigating and preparing the sale process related to the sale of substantially all assets of the Debtor, including, but not limited to, preparing a motion for court authority to sell the properties and motions to employ/retain the professionals necessary to said sale process. In addition, the Debtor has assisted the Debtor in connection with two adversary proceedings through which the Debtor intends to obtain authority to sell substantially all assets of the Debtor free and clear. H&K will also provide the Debtor with assistance in closing the sale transaction, once authorized by this Court.

(d) **Discovery.** H&K assisted the Debtor in addressing discovery requests received by creditors and defendants in the adversary proceeding. H&K worked with the Debtor in identifying which documents must be produced, reviewing said documents for privileged information, advising in the procedures surrounding the creation of a data room and attending court hearings regarding the production process.

11. In sum, through the efforts of H&K during the Application Period, the Debtor has made considerable progress in this Chapter 11 Case.

12. Given the complexity of the issues addressed through this chapter 11 case and the importance of the matters on which H&K has advised the Debtor, H&K respectfully submits that it is appropriate for this Court to enter an order allowing the compensation and reimbursements requested in this Fee Application.

**FEES INCURRED DURING APPLICATION PERIOD, PROFESSIONAL, AND PROJECT CATEGORY**

13. Attached to this Fee Application as **Exhibit A** is a detailed statement of legal services rendered in the aggregate amount of **$47,671.50** and expenses incurred in the amount of **$256.76** during the Application Period as follows:

| Application Period | Invoice Number | Fees | Expenses | Total |
|---|---|---|---|---|
| 1/1/2026 - 1/31/2026 | 33865853 | $15,356.50 | $0.00 | $15,356.50 |
| 2/1/2026 – 2/28/2026 | 33885125 | $6,063.50 | $3.70 | $6,067.20 |
| 3/1/2026 - 3/31/2026 | 33915686 | $26,251.50 | $253.06 | $26,504.56 |

14. The fees were incurred by an H&K professional or paraprofessional as follows:

| Professional / Paraprofessional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Roth, Blake D | Partner | $760.00 | 29.6 | $22,496.00 |
| Callaway, Ed | Partner | $840.00 | 7.9 | $6,636.00 |
| Kunde, Scott | Associate | $530.00 | 31.3 | $16,589.00 |
| Freeman, Brooke | Paralegal | $415.00 | 4.7 | $1,950.50 |
| | | **Totals:** | **73.5** | **$47,671.50** |

15. The foregoing services were actual and necessary services rendered by H&K on behalf of the Debtor and the compensation requested is reasonable.

**EXPENSES**

16. This Fee Application includes a request for reimbursement of expenses in the amount of **$256.76** which are expenses incurred by H&K as follows:

| Expense Category | Amounts |
|---|---|
| Online Research | $256.76 |

| | |
|---|---|
| **Total:** | **$256.76** |

17.    All expenses were actual and necessary expenses incurred in providing the legal services described herein and are reimbursable pursuant to 11 U.S.C. § 330.

18.    With respect to expenses such as postage, overnight mail, courier delivery, transportation, overtime expenses, legal research, photocopying, airfare, meals, and lodging, H&K's policy to charge its clients only the amount actually incurred by H&K in connection with such items. These charges are intended to cover H&K's direct operating costs, which costs are not incorporated into the H&K hourly billing rates.

19.    H&K has necessarily and properly expended **73.5** hours of service in performance of its duties as counsel for the Debtor during the Application Period. H&K provided professional services in the aggregate amount of **$47,671.50** for the Application Period. H&K has also necessarily incurred expenses in the amount of **$256.76** in the performance of its duties as counsel in this case during the Application Period. Therefore, H&K respectfully requests the approval of this Fee Application for the total amount of **$47,928.26** (the "***Total Fees and Expenses***").

20.    The fees charged by H&K in this case are billed in accordance with H&K's existing billing rates and procedures in effect during the Application Period.

21.    The rates H&K charges for the services rendered by its professionals and paraprofessionals in this chapter 11 case are the same rates H&K charges for professional and paraprofessional services rendered in comparable bankruptcy and nonbankruptcy related matters.

22.    Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable bankruptcy and nonbankruptcy cases in a competitive national legal market.

## NOTICE

23.     In accordance with Local Rule 2016-1 and 9013-1, the Debtor has provided notice of the filing of the Application either by electronic mail, facsimile, or United States First Class Mail to: (a) the Office of the United States Trustee for the Middle District of Tennessee, (b) all secured claim holders, and (c) any party that has requested notice pursuant to Bankruptcy Rule 2002. Due to the nature of the relief requested in this Fee Application, the Debtor submits that no other or further notice is required.

WHEREFORE, pursuant to 11 U.S.C. § 330, H&K respectfully requests that the Court enter the Proposed Order approving the allowance and payment of its fees and expenses incurred during this Chapter 11 Case as set forth in this Fee Application on a final basis and granting such further relief as is just and proper.

Dated: [_____], 2026

Respectfully Submitted,

_/s/ Blake D. Roth_____
Blake D. Roth (TN BPR No. 031499)
C. Scott Kunde (TN BPR No. 040218)
**Holland & Knight LLP**
511 Union Street, Ste. 2700
Nashville, TN 37219
Telephone:     615.244.6380
Facsimile:     615.244.6804
Email: blake.roth@hklaw.com
           scott.kunde@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*

**Exhibit A**
**Detailed Statement of Legal Services Rendered**

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Hiawatha Manor Association, Inc.
Lemonjuice Solutions

February 6, 2026
Invoice 33865853

**Due On Receipt**

**Remittance Copy**

Matter 231749.00001
Restructuring

| | |
|---|---|
| Fees For Professional Services | $15,356.50 |
| **Total Due This Invoice** | **$15,356.50** |

**Payment Information**

**Electronic Check through Client Pay (Preferred):**
For client portal setup, contact:
cashapplications@hklaw.com

**ACH (Preferred):** Holland & Knight LLP Wells Fargo Bank N.A.
Routing/ABA # ▮▮▮▮▮▮
Account # ▮▮▮▮▮▮
*CTX format is preferred.*

**Wire:**
Wells Fargo Bank N.A.
333 Market Street
San Francisco, CA 94105

Routing/ABA # ▮▮▮▮▮▮
Account # ▮▮▮▮▮▮

*Swift Routing Number:* ▮▮▮▮▮
*(for international wires)*

**Mail:**
Holland & Knight LLP
P.O. Box 936937
Atlanta, GA 31193-6937

**For Overnight Express
(UPS, FedEx, etc.) or Courier Delivery:**
LOCKBOX SERVICES 936937
Holland & Knight LLP
3585 Atlanta Avenue
Hapeville, GA 30354-1705

Please include the matter number(s) or invoice number(s) with your payment. As an added security measure, it is recommended that clients remitting payment for the first time, or changing payment forms, first verbally verify payment instructions. For remittance confirmation, vendor set-up, verbal wire and ACH instruction verification, contact: cashapplications@hklaw.com | +1-813-901-4110. For all other billing and payment questions, contact: account.services@hklaw.com | +1-813-901-4180.

*Holland & Knight's standard rates are reviewed annually and subject to change effective October 1, of each year. Please note that any existing rate agreements will continue to remain in place for the agreed upon period.*

For more information on our privacy practices, please visit Holland & Knight's Privacy Policy at hklaw.com/firmprivacy

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Hiawatha Manor Association, Inc.　　　　　　　　　　　　　　　　February 6, 2026
Lemonjuice Solutions　　　　　　　　　　　　　　　　　　　　　　Invoice 33865853
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

**Due On Receipt**

For professional services rendered through January 31, 2026 in connection with the following

Matter 231749.00001

Restructuring

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/01/26 | Scott Kunde | Attention to email communications with Lake Tansi counsel and client. | 0.20 | 530.00 | 106.00 |
| 01/05/26 | Blake Roth | Communicate with Lake Tansi's counsel re: documents and outstanding marketing issues. | 0.20 | 760.00 | 152.00 |
| 01/05/26 | Scott Kunde | Attention to email communications re: ███████████████ | 0.10 | 530.00 | 53.00 |
| 01/05/26 | Brooke Freeman | Prepare for filing and file November 2025 MOR. | 0.40 | 415.00 | 166.00 |
| 01/05/26 | Brooke Freeman | Review orders and calendar pretrial conferences. | 0.30 | 415.00 | 124.50 |
| 01/06/26 | Blake Roth | Call with timeshare owner re: sale process. | 0.20 | 760.00 | 152.00 |
| 01/06/26 | Blake Roth | Communicate with Hiawatha West counsel re: sale process. | 0.20 | 760.00 | 152.00 |
| 01/06/26 | Blake Roth | Review documents provided by Lake Tansi POA. | 0.10 | 760.00 | 76.00 |
| 01/06/26 | Scott Kunde | Attention to email communications with client and West counsel re: sale process. | 0.20 | 530.00 | 106.00 |
| 01/07/26 | Scott Kunde | Attention to email communications with West counsel re: Sale Motion. | 0.10 | 530.00 | 53.00 |
| 01/08/26 | Blake Roth | Review notice filed by L. Simmons. | 0.20 | 760.00 | 152.00 |
| 01/08/26 | Blake Roth | Review bidding procedures order dates and motions for summary judgment interplay. | 0.30 | 760.00 | 228.00 |
| 01/08/26 | Scott Kunde | Attention to Sale Motion edits from West counsel (.2); review filing from Ms. | 0.40 | 530.00 | 212.00 |

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | Simmons (.2). | | | |
| 01/09/26 | Scott Kunde | Attention to email communications with client re: ███████████████. | 0.30 | 530.00 | 159.00 |
| 01/11/26 | Scott Kunde | Attention to email communication from Ms. Simmons. | 0.10 | 530.00 | 53.00 |
| 01/12/26 | Scott Kunde | Attention to email communications with West counsel re: Sale Motion (.1); attention to filing by Ms. Simmons re: request for trustee (.3). | 0.40 | 530.00 | 212.00 |
| 01/13/26 | Blake Roth | Review Ms. Simmons' motion for appointment of a trustee or examiner. | 0.20 | 760.00 | 152.00 |
| 01/13/26 | Blake Roth | Review affidavit in support of sale motion. | 0.10 | 760.00 | 76.00 |
| 01/14/26 | Blake Roth | Review revisions to motion for summary judgment and affidavit in support of same. | 0.40 | 760.00 | 304.00 |
| 01/14/26 | Scott Kunde | Attention to email communications with client (.1); attention to drafts of Motion for Summary Judgment and proposed order (2.0). | 2.10 | 530.00 | 1,113.00 |
| 01/15/26 | Blake Roth | Attention to motion for summary judgment for West. | 0.50 | 760.00 | 380.00 |
| 01/15/26 | Blake Roth | Attention to dates and deadlines for consolidated summary judgment and sale process. | 0.30 | 760.00 | 228.00 |
| 01/15/26 | Blake Roth | Attention to communications re: revisions to bidding procedures order. | 0.10 | 760.00 | 76.00 |
| 01/15/26 | Scott Kunde | Attention to email communications re: ███████████████ (.1); attention to drafts of MSJ for East and West (1.1). | 1.20 | 530.00 | 636.00 |
| 01/16/26 | Blake Roth | Attention to bidding procedures and motions for summary judgment. | 0.40 | 760.00 | 304.00 |
| 01/16/26 | Blake Roth | Call with S. Kunde re: █████████ ███████████. | 0.30 | 760.00 | 228.00 |
| 01/16/26 | Scott Kunde | Attention to Order entered by Court (.1); attention to email communications with client (.1); phone call with B. Roth re: ██████ (.1). | 0.30 | 530.00 | 159.00 |

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 01/16/26 | Brooke Freeman | Review order and calendar January 20 hearings. | 0.30 | 415.00 | 124.50 |
| 01/18/26 | Blake Roth | Communicate with client re: ▮▮▮▮▮▮▮▮▮▮▮▮. | 0.10 | 760.00 | 76.00 |
| 01/18/26 | Scott Kunde | Attention to drafts of Motions for Summary Judgment. | 0.30 | 530.00 | 159.00 |
| 01/19/26 | Blake Roth | Review U.S. Trustee's response to Ms. Simmons' motion for appointment of a trustee. | 0.10 | 760.00 | 76.00 |
| 01/19/26 | Blake Roth | Communicate with Lake Tansi counsel re: bidding procedures hearing and status conference. | 0.10 | 760.00 | 76.00 |
| 01/19/26 | Blake Roth | Review revisions to affidavits in support of motions for summary judgment. | 0.30 | 760.00 | 228.00 |
| 01/19/26 | Blake Roth | Review and revise bidding procedures order and bidding procedures (1.5); multiple communications with client, Hiawatha West, and U.S. Trustee re: incorporation of comments to same (0.6). | 2.10 | 760.00 | 1,596.00 |
| 01/19/26 | Blake Roth | Review and revise notice of auction. | 0.70 | 760.00 | 532.00 |
| 01/19/26 | Scott Kunde | Attention to email communications and phone calls with client, UST and West counsel re: MSJs and revised orders (.5); review and revise MSJ documents in preparation of filing (.5); file MSJs in adversary proceedings (.5). | 1.50 | 530.00 | 795.00 |
| 01/20/26 | Blake Roth | Prepare for and attend hearing and status conferences. | 2.50 | 760.00 | 1,900.00 |
| 01/20/26 | Scott Kunde | Review and file revised Sale Motion Exhibits (.3); prepare for and attend court hearing (2.5); revise Sale Motion documents per Court instruction (.5). | 3.30 | 530.00 | 1,749.00 |
| 01/20/26 | Brooke Freeman | Review and file Dec 2025 MOR and update team. | 0.50 | 415.00 | 207.50 |
| 01/21/26 | Blake Roth | Review redlines of bidding procedures and bidding procedures order. | 0.20 | 760.00 | 152.00 |
| 01/21/26 | Scott Kunde | Receipt and review of Court's revised orders (.2); coordinate mailing with client | 0.40 | 530.00 | 212.00 |

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | (.2). | | | |
| 01/22/26 | Blake Roth | Attention to communication from Lake Tansi re: amounts due and owing. | 0.30 | 760.00 | 228.00 |
| 01/22/26 | Scott Kunde | Attention to email communications with client re: ▮▮▮▮ (.1); attention to email communications with Lake Tansi counsel re: alleged amounts owed (.2). | 0.30 | 530.00 | 159.00 |
| 01/22/26 | Scott Kunde | Attention to Second Interim Fee Application. | 1.00 | 530.00 | 530.00 |
| 01/26/26 | Blake Roth | Email communications with client re: ▮▮▮▮▮▮▮▮▮ | 0.20 | 760.00 | 152.00 |
| 01/26/26 | Blake Roth | Call with client re: ▮▮▮▮▮▮▮▮ | 0.50 | 760.00 | 380.00 |
| 01/26/26 | Scott Kunde | Attention to email communications with client re: ▮▮▮▮▮▮▮▮ | 0.20 | 530.00 | 106.00 |
| 01/27/26 | Scott Kunde | Attention to email communications with client re: ▮▮▮▮▮▮▮▮ | 0.20 | 530.00 | 106.00 |

**Total Fees For Professional Services**  $15,356.50

### Professional Summary

| Professional | Title | Hours | Rate | Amount |
|-------------|-------|-------|------|--------|
| Blake Roth | Partner | 10.60 | 760.00 | 8,056.00 |
| Scott Kunde | Associate | 12.60 | 530.00 | 6,678.00 |
| Brooke Freeman | Paralegal | 1.50 | 415.00 | 622.50 |
| | | | | **$15,356.50** |

## Invoice Summary

Fees For Professional Services  $15,356.50

**Total Due This Invoice**  **$15,356.50**

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

**Outstanding Invoice Summary**

| Date | Invoice No. | Balance |
|------|-------------|---------|
| 06/09/25 | 33673862 | 20,822.00 |
| 07/08/25 | 33695044 | 16,509.65 |
| 08/07/25 | 33716791 | 17,061.82 |
| 09/05/25 | 33740051 | 17,706.80 |
| 10/03/25 | 33761660 | 9,916.19 |
| 11/04/25 | 33783839 | 5,218.40 |
| 12/02/25 | 33812009 | 8,022.90 |
| 01/13/26 | 33846009 | 12,713.78 |

| | |
|---|---|
| **Total Outstanding Invoice(s)** | **$107,971.54** |
| **Total Due** | **$123,328.04** |

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Hiawatha Manor Association, Inc.                                         March 5, 2026
Lemonjuice Solutions                                                     Invoice 33885125

**Due On Receipt**

**Remittance Copy**

Matter 231749.00001

Restructuring

| | |
|---|---|
| Fees For Professional Services | $6,063.50 |
| Reimbursable Costs | $3.70 |
| **Total Due This Invoice** | **$6,067.20** |

---

**Payment Information**

**Electronic Check through Client Pay (Preferred):**
For client portal setup, contact:
cashapplications@hklaw.com

**ACH (Preferred):** Holland & Knight LLP Wells Fargo Bank N.A.
Routing/ABA #███████
Account #███████
*CTX format is preferred.*

**Wire:**
Wells Fargo Bank N.A.
333 Market Street
San Francisco, CA 94105

Routing/ABA #███████
Account #███████

*Swift Routing Number:* ███████
*(for international wires)*

**Mail:**
Holland & Knight LLP
P.O. Box 936937
Atlanta, GA 31193-6937

**For Overnight Express**
**(UPS, FedEx, etc.) or Courier Delivery:**
LOCKBOX SERVICES 936937
Holland & Knight LLP
3585 Atlanta Avenue
Hapeville, GA 30354-1705

Please include the matter number(s) or invoice number(s) with your payment. As an added security measure, it is recommended that clients remitting payment for the first time, or changing payment forms, first verbally verify payment instructions. For remittance confirmation, vendor set-up, verbal wire and ACH instruction verification, contact: cashapplications@hklaw.com | +1-813-901-4110. For all other billing and payment questions, contact: account.services@hklaw.com | +1-813-901-4180.

*Holland & Knight's standard rates are reviewed annually and subject to change effective October 1, of each year. Please note that any existing rate agreements will continue to remain in place for the agreed upon period.*

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Hiawatha Manor Association, Inc.
Lemonjuice Solutions

March 5, 2026
Invoice 33885125
Page 1

**Due On Receipt**

For professional services rendered through February 28, 2026 in connection with the following

Matter 231749.00001
Restructuring

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 02/02/26 | Blake Roth | Multiple conversations Hiawatha owners and Ms. Simmons. | 1.30 | 760.00 | 988.00 |
| 02/02/26 | Scott Kunde | Prepare and coordinate filing of Certificates of Service for MSJ and Bidding Procedures (.5); attention to email communications with Ms. Simmons (.1). | 0.60 | 530.00 | 318.00 |
| 02/03/26 | Scott Kunde | Phone call with B. Freeman re: ▉▉▉▉▉▉▉▉▉▉ (.1); attention to court docket and filings (.1). | 0.20 | 530.00 | 106.00 |
| 02/03/26 | Brooke Freeman | Revise and file three certificates of service. | 0.50 | 415.00 | 207.50 |
| 02/04/26 | Blake Roth | Multiple calls from owners inquiring about notice of sale process. | 0.40 | 760.00 | 304.00 |
| 02/05/26 | Blake Roth | Attention to potential resolution of sale issues with respect to Lake Tansi sewer system and amenities. | 1.00 | 760.00 | 760.00 |
| 02/05/26 | Scott Kunde | Attention to email communications with client re: ▉▉▉▉▉▉ | 0.20 | 530.00 | 106.00 |
| 02/10/26 | Blake Roth | Follow up with Lake Tansi counsel re: resolution of dispute over amounts due and process going forward. | 0.20 | 760.00 | 152.00 |
| 02/10/26 | Scott Kunde | Attention to email communications with client re: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.20 | 530.00 | 106.00 |
| 02/11/26 | Scott Kunde | Attention to court docket and filings. | 0.10 | 530.00 | 53.00 |
| 02/19/26 | Scott Kunde | Prepare draft of Second Exclusivity Extension Motion. | 0.70 | 530.00 | 371.00 |

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 02/20/26 | Blake Roth | Call with client re: ██████████ | 0.50 | 760.00 | 380.00 |
| 02/20/26 | Blake Roth | Call with Lake Tansi's counsel. | 0.70 | 760.00 | 532.00 |
| 02/20/26 | Scott Kunde | Prepare for and attend meeting with client re: ████████ | 0.50 | 530.00 | 265.00 |
| 02/23/26 | Scott Kunde | Review MOR and coordinate filing (.1); review draft 9013 Notice for Motion to Extend (.1). | 0.20 | 530.00 | 106.00 |
| 02/23/26 | Brooke Freeman | Review and file January MOR. | 0.30 | 415.00 | 124.50 |
| 02/23/26 | Brooke Freeman | Draft 9013 notice of second motion to extend exclusivity. | 0.40 | 415.00 | 166.00 |
| 02/23/26 | Brooke Freeman | Prepare for, assemble and file second motion to extend exclusivity period, coordinate service, calendar and submit proposed order. | 0.70 | 415.00 | 290.50 |
| 02/24/26 | Scott Kunde | Attention to email communications from Lake Tansi counsel. | 0.10 | 530.00 | 53.00 |
| 02/25/26 | Blake Roth | Communicate with client re: ██████ ████ | 0.40 | 760.00 | 304.00 |
| 02/25/26 | Scott Kunde | Attention to email communications with client re: ██████ | 0.10 | 530.00 | 53.00 |
| 02/26/26 | Scott Kunde | Attention to email communications with Lake Tansi counsel. | 0.10 | 530.00 | 53.00 |
| 02/27/26 | Scott Kunde | Review Lake Tansi permit. | 0.50 | 530.00 | 265.00 |

**Total Fees For Professional Services**      **$6,063.50**

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|--------------|-------|-------|------|--------|
| Blake Roth | Partner | 4.50 | 760.00 | 3,420.00 |
| Scott Kunde | Associate | 3.50 | 530.00 | 1,855.00 |
| Brooke Freeman | Paralegal | 1.90 | 415.00 | 788.50 |
| | | | | **$6,063.50** |

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

**Reimbursable costs through February 28, 2026**

| Date | Description | Amount |
|---|---|---|
| | Online Research | 3.70 |
| | **Total Reimbursable Costs** | **$3.70** |

**Invoice Summary**

| | |
|---|---|
| Fees For Professional Services | $6,063.50 |
| Reimbursable Costs | $3.70 |
| **Total Due This Invoice** | **$6,067.20** |

## Outstanding Invoice Summary

| Date | Invoice No. | Balance |
|---|---|---|
| 06/09/25 | 33673862 | 20,822.00 |
| 07/08/25 | 33695044 | 16,509.65 |
| 08/07/25 | 33716791 | 17,061.82 |
| 09/05/25 | 33740051 | 17,706.80 |
| 10/03/25 | 33761660 | 9,916.19 |
| 11/04/25 | 33783839 | 5,218.40 |
| 12/02/25 | 33812009 | 8,022.90 |
| 01/13/26 | 33846009 | 12,713.78 |
| 02/06/26 | 33865853 | 15,356.50 |

| | |
|---|---|
| **Total Outstanding Invoice(s)** | **$123,328.04** |
| **Total Due** | **$129,395.24** |

Hiawatha Manor Association, Inc.
231749.00001

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Hiawatha Manor Association, Inc.  April 9, 2026
Lemonjuice Solutions  Invoice 33915686

**Due On Receipt**

**Remittance Copy**

Matter 231749.00001

Restructuring

| | |
|---|---|
| Fees For Professional Services | $26,251.50 |
| Reimbursable Costs | $253.06 |
| **Total Due This Invoice** | **$26,504.56** |

---

**Payment Information**

**Electronic Check through Client Pay (Preferred):**
For client portal setup, contact:
cashapplications@hklaw.com

**ACH (Preferred):** Holland & Knight LLP Wells Fargo Bank N.A.
Routing/ABA # ▮▮▮▮▮▮
Account # ▮▮▮▮▮▮
*CTX format is preferred.*

**Wire:**
Wells Fargo Bank N.A.
333 Market Street
San Francisco, CA 94105

Routing/ABA # ▮▮▮▮▮▮
Account # ▮▮▮▮▮▮

*Swift Routing Number:* ▮▮▮▮▮▮
*(for international wires)*

**Mail:**
Holland & Knight LLP
P.O. Box 936937
Atlanta, GA 31193-6937

**For Overnight Express
(UPS, FedEx, etc.) or Courier Delivery:**
LOCKBOX SERVICES 936937
Holland & Knight LLP
3585 Atlanta Avenue
Hapeville, GA 30354-1705

Please include the matter number(s) or invoice number(s) with your payment. As an added security measure, it is recommended that clients remitting payment for the first time, or changing payment forms, first verbally verify payment instructions. For remittance confirmation, vendor set-up, verbal wire and ACH instruction verification, contact: cashapplications@hklaw.com | +1-813-901-4110. For all other billing and payment questions, contact: account.services@hklaw.com | +1-813-901-4180.

*Holland & Knight's standard rates are reviewed annually and subject to change effective October 1, of each year. Please note that any existing rate agreements will continue to remain in place for the agreed upon period.*

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Hiawatha Manor Association, Inc.  
Lemonjuice Solutions

April 9, 2026  
Invoice 33915686  
Page 1

**Due On Receipt**

For professional services rendered through March 31, 2026 in connection with the following

Matter 231749.00001  
Restructuring

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/26 | Blake Roth | Attention to Lake Tansi sewer issues. | 0.30 | 760.00 | 228.00 |
| 03/02/26 | Scott Kunde | Attention to email communications with client re: ▮▮▮▮▮ | 0.20 | 530.00 | 106.00 |
| 03/03/26 | Blake Roth | Call with client re: ▮▮▮▮▮▮▮ ▮▮▮▮ | 0.50 | 760.00 | 380.00 |
| 03/03/26 | Blake Roth | Attention to Lake Tansi sewer system issues re: sale process. | 0.40 | 760.00 | 304.00 |
| 03/04/26 | Ed Callaway | Review of background on Lake Tansi sewer system permitting (.4); telephone call with B. Roth (.3). | 0.70 | 840.00 | 588.00 |
| 03/04/26 | Blake Roth | Review brief and supporting papers filed by L. Simmons. | 0.10 | 760.00 | 76.00 |
| 03/04/26 | Scott Kunde | Review Linda Simmon's Objection to MSJ. | 0.50 | 530.00 | 265.00 |
| 03/05/26 | Ed Callaway | Review of correspondence about TDEC sewer permit, permit rationale. | 0.40 | 840.00 | 336.00 |
| 03/05/26 | Scott Kunde | Finalize Second Fee Application and coordinate filing with B. Freeman. | 0.20 | 530.00 | 106.00 |
| 03/05/26 | Brooke Freeman | Review, revise, and finalize for filing fee application and notice of same. | 0.50 | 415.00 | 207.50 |
| 03/06/26 | Scott Kunde | Review Simmons Objection to in West Adversary Proceeding. | 0.40 | 530.00 | 212.00 |
| 03/09/26 | Ed Callaway | Review of STP permit (.5); telephone call with P. Parker of TDEC re: "seasonal" restrictions (.3); preparation of summary to B. Roth (.2). | 1.00 | 840.00 | 840.00 |
| 03/09/26 | Blake Roth | Attention to issues re: Lake Tansi POA | 0.50 | 760.00 | 380.00 |

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | sewer system. | | | |
| 03/09/26 | Scott Kunde | Attention to email communications with HK Team re: ███████████ ███████ | 0.10 | 530.00 | 53.00 |
| 03/10/26 | Ed Callaway | Review of correspondence re: occupancy of time shares, "seasonal" use (.3); review of TDEC engineering standards guidance (.6); telephone call with P. Parker of TDEC (.5); telephone call with B. Roth re: ███████ (.3); email with B. Roth re: ██████ ███████████████ (.4). | 2.10 | 840.00 | 1,764.00 |
| 03/10/26 | Blake Roth | Attention to issues re: Lake Tansi POA sewer and marketing process. | 0.30 | 760.00 | 228.00 |
| 03/10/26 | Blake Roth | Multiple communications re: Lake Tansi POA sewer permit. | 0.50 | 760.00 | 380.00 |
| 03/10/26 | Scott Kunde | Attention to email communications with client re: ██████████ | 0.20 | 530.00 | 106.00 |
| 03/11/26 | Blake Roth | Communicate with E. Callaway re: ████████████████ | 0.10 | 760.00 | 76.00 |
| 03/11/26 | Blake Roth | Draft response in support of motions for summary judgment. | 0.40 | 760.00 | 304.00 |
| 03/11/26 | Scott Kunde | Attention to email communications from B. Roth re: ███████████ (.2); attention to draft Response to Simmons Objection to MSJ (2.6). | 2.80 | 530.00 | 1,484.00 |
| 03/12/26 | Blake Roth | Attention to Lake Tansi POA sewer issues. | 0.10 | 760.00 | 76.00 |
| 03/12/26 | Blake Roth | Call with S. Kunde re: ███████████ ████████████████ | 0.40 | 760.00 | 304.00 |
| 03/12/26 | Scott Kunde | Attention to draft Response to Simmons Objection to MSJ (East and West). | 2.60 | 530.00 | 1,378.00 |
| 03/13/26 | Ed Callaway | Call with client team re: ███████████ ███████████████████ (.6); preparation of email to P. Parker confirming permit interpretation issues (.5). | 1.10 | 840.00 | 924.00 |
| 03/13/26 | Blake Roth | Communicate with Lake Tansi counsel re: cease and desist of communications with buyers chilling marketing process while | 0.30 | 760.00 | 228.00 |

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Lake Tansi has expressed interest in being a bidder. | | | |
| 03/13/26 | Blake Roth | Call with client and E. Calaway re: ██████ ██████ | 0.50 | 760.00 | 380.00 |
| 03/13/26 | Scott Kunde | Attention to Third Fee Application. | 0.30 | 530.00 | 159.00 |
| 03/13/26 | Scott Kunde | Attention to email communications from client and Lake Tansi counsel re: Lake Tansi permit and next steps. | 0.20 | 530.00 | 106.00 |
| 03/16/26 | Blake Roth | Review and revise replies in support of motion for summary judgment. | 2.10 | 760.00 | 1,596.00 |
| 03/16/26 | Scott Kunde | Attention to email communications with Lake Tansi counsel. | 0.10 | 530.00 | 53.00 |
| 03/16/26 | Scott Kunde | Attention to Reply to Ms. Simmons Objection (East and West) (.8); attention to email communications with client re: ████ (.1). | 0.90 | 530.00 | 477.00 |
| 03/17/26 | Ed Callaway | Email with P. Parker re: TDEC review of permit conditions. | 0.20 | 840.00 | 168.00 |
| 03/17/26 | Blake Roth | Attention to issues surrounding Lake Tansi POA. | 0.70 | 760.00 | 532.00 |
| 03/17/26 | Scott Kunde | Attention to email communications with Lake Tansi counsel re: sale process (.1); attention to email communications with client re: ████████ (.1). | 0.20 | 530.00 | 106.00 |
| 03/17/26 | Scott Kunde | Attention to email communications and review of Claim Objections. | 0.40 | 530.00 | 212.00 |
| 03/18/26 | Ed Callaway | Call with P. Parker of TDEC re: permit terms, rationale. | 0.60 | 840.00 | 504.00 |
| 03/18/26 | Blake Roth | Attention to replies in support of motions for summary judgment. | 0.60 | 760.00 | 456.00 |
| 03/18/26 | Scott Kunde | Attention to email communications with M. Collins re: Simmons Objections. | 0.10 | 530.00 | 53.00 |
| 03/18/26 | Scott Kunde | Attention to draft Replies to Ms. Simmons Objections. | 1.00 | 530.00 | 530.00 |
| 03/19/26 | Blake Roth | Call with Lake Tansi POA counsel re: | 1.00 | 760.00 | 760.00 |

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | sewer and amenity issues. | | | |
| 03/19/26 | Blake Roth | Multiple communications re: sewer and amenity issues with Lake Tansi POA. | 0.60 | 760.00 | 456.00 |
| 03/19/26 | Scott Kunde | Prepare for and attend meeting with Lake Tansi counsel (1.2); attention to email communications with client (.2). | 1.40 | 530.00 | 742.00 |
| 03/19/26 | Brooke Freeman | Review, revise, and finalize for filing replies to Simmons pleadings in adversary proceedings | 0.50 | 415.00 | 207.50 |
| 03/20/26 | Ed Callaway | Call with P. Parker, W. Murphy re: TDEC permit parameters and impact on flow from Hiawatha (.5); preparation of revised confirmation email (.4); email with B. Roth re: update (.3). | 1.20 | 840.00 | 1,008.00 |
| 03/20/26 | Brooke Freeman | Review, revise and finalize monthly operating report for filing. | 0.30 | 415.00 | 124.50 |
| 03/23/26 | Ed Callaway | Review of new draft NPDES permit and rationale. | 0.60 | 840.00 | 504.00 |
| 03/23/26 | Scott Kunde | Attention to email communications with client. | 0.10 | 530.00 | 53.00 |
| 03/30/26 | Blake Roth | Plan and prepare for motion for summary judgment hearing. | 1.60 | 760.00 | 1,216.00 |
| 03/30/26 | Scott Kunde | Review filings in preparation for hearing tomorrow. | 0.30 | 530.00 | 159.00 |
| 03/31/26 | Blake Roth | Prepare for and attend hearing on motion for exclusivity and motions for summary judgment. | 3.50 | 760.00 | 2,660.00 |
| 03/31/26 | Scott Kunde | Prepare for and attend court hearing (3.0); attention to email communications with client re: ███████████ (.2). | 3.20 | 530.00 | 1,696.00 |

**Total Fees For Professional Services**        **$26,251.50**

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

## Professional Summary

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Blake Roth | Partner | 14.50 | 760.00 | 11,020.00 |
| Ed Callaway | Partner | 7.90 | 840.00 | 6,636.00 |
| Scott Kunde | Associate | 15.20 | 530.00 | 8,056.00 |
| Brooke Freeman | Paralegal | 1.30 | 415.00 | 539.50 |
| | | | | $26,251.50 |

**Reimbursable costs through March 31, 2026**

| Date | Description | Amount |
|---|---|---|
| 03/12/26 | Lexis-GENERATIVE AI SERVICE-2026-03-12 | 4.00 |
| | Westlaw | 249.06 |
| | **Total Reimbursable Costs** | **$253.06** |

**Invoice Summary**

| | |
|---|---|
| Fees For Professional Services | $26,251.50 |
| Reimbursable Costs | $253.06 |
| **Total Due This Invoice** | **$26,504.56** |

## Outstanding Invoice Summary

| Date | Invoice No. | Balance |
|---|---|---|
| 10/03/25 | 33761660 | 9,916.19 |
| 11/04/25 | 33783839 | 5,218.40 |
| 12/02/25 | 33812009 | 8,022.90 |
| 01/13/26 | 33846009 | 12,713.78 |
| 02/06/26 | 33865853 | 15,356.50 |

# Holland & Knight

Hiawatha Manor Association, Inc.
231749.00001

| 03/05/26 | 33885125 | 6,067.20 |

| **Total Outstanding Invoice(s)** | **$57,294.97** |
|---|---|
| **Total Due** | **$83,799.53** |

**Exhibit B**
**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

In re:

Hiawatha Manor Association, Inc.

Debtor.

Chapter 11

Case No. 25-01916

Hon. Randal S. Mashburn

## ORDER GRANTING THIRD INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION

Upon consideration of the Fee Application[1] of Holland & Knight LLP as bankruptcy counsel for Hiawatha Manor Association, Inc. as the debtor and debtor in possession (the "***Debtor***") for entry of an order (this "***Order***"), for allowance of compensation and reimbursement of expenses for the Application Period, all as more fully set forth in the Application; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rules 2016-1 and 9013-1 of the Local Rules for the United States Bankruptcy Court for the Middle District of Tennessee, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that notice of the Fee Application was appropriate; and after due

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

deliberation and sufficient good cause appearing; and that there were no objections to the Fee Application, it is hereby ORDERED that:

1.  The Fee Application of H&K is approved on a final basis.

2.  The fees in the amount of **$47,671.50** and expenses in the amount of **$256.76** incurred by H&K during the Application Period are hereby allowed as being reasonable compensation and actual, necessary services and expenses of the estates and thus payable as fees and expenses pursuant to 11 U.S.C. § 330.

3.  The Debtor and H&K are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Fee Application.

4.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


APPROVED FOR ENTRY:

**HOLLAND & KNIGHT LLP**

 /s/ Blake D. Roth
Blake D. Roth (TN BPR No. 031499)
C. Scott Kunde (TN BPR No. 040218)
511 Union Street, Ste. 2700
Nashville, TN 37219
Telephone:    615.244.6380
Facsimile:    615.244.6804
Email: blake.roth@hklaw.com
       scott.kunde@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*