**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

**DEBTOR'S MOTION TO CONTINUE THE SALE HEARING AND NOTICE OF
ADJOURNMENT OF CERTAIN SALE PROCESS DATES**

The above-captioned debtor (the "***Debtor***"), by and through its undersigned counsel, files this motion (this "***Motion***") pursuant to section 105(a) of title 11 of the United States Code (the "***Bankruptcy Code***"), Rules 9006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and Rule 9013-1 of the Local Rules of Court for the United States Bankruptcy Court for the Middle District of Tennessee (the "***Local Rules***"), seeking entry of an order continuing the hearing currently scheduled for June 9, 2026 at 9:30 am (the "***Sale Hearing***") to July 14, 2026 at 9:30 am (or such later date as determined by the Court).

No hearing is needed for this Motion and it can be decided by the Court in the Court's discretion.

In further support of the Motion, the Debtor, by and through its undersigned proposed counsel, respectfully represents:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §157(b).

2.      Venue of this case and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

1

3. The statutory predicates for the relief requested herein are Bankruptcy Code sections 105(a) and 521, Bankruptcy Rules 9006 and 9014, and Local Rule 9014-1.

## BACKGROUND

4. On May 6, 2025 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing this chapter 11 case (the "***Chapter 11 Case***").

5. On January 21, 2026, the Court entered its *Order (I) Approving Bidding Procedures, (II) Scheduling an Auction for and a Hearing to Approve the Sale of the Properties, (III) Approving Notice of respective Date, Time and Place for the Auction and for a Hearing to Approve the Sales, (IV) Authorizing the Sale of Certain Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, (V) Approving the Assumption and Assignment of Certain Executory Contracts, and (VI) Granting Related Relief* (Dkt. No. 150) (the "***Sale Process Order***") whereby it approved the bidding and notice procedures of the Debtor as they relate to the Sale Process and scheduled the Sale Hearing.

6. During the course of this Chapter 11 Case, the Debtor has been in discussions with Lake Tansi Village Property Owners Association, Inc. ("***Lake Tansi***"), which currently provides sewer and water treatment services to the Debtor and Hiawatha West.

7. Lake Tansi raised concerns regarding past due fees from the Debtor and Hiawatha West, as well as concerns over the go-forward rates for sewer and water treatment services post-sale of the Properties.

8. The lack of certainty regarding the post-sale service rates affected the Debtor's ability to effectively market the Properties, and therefore, the Debtor has adjourned the current Bid Deadline and Auction (as set forth in the Sale Process Order).

2

9. Recent progress with Lake Tansi regarding these issues has allowed the marketing process to progress once again, and the Debtor anticipates the Sale Process to proceed as noted herein.

### RELIEF REQUESTED

By this Motion, the Debtor seeks entry of an order continuing the Sale Hearing to to July 7, 2026 at 9:30 am (or such later date as determined by the Court).

10. Continuing the Sale Hearing will: (a) permit the Debtor to continue its marketing efforts for the Properties and maximize the value to the estate of any potential sale; and (b) promote judicial efficiency by hearing matters related to the Sale Process when they are complete.

11. The Debtor anticipates the remainder of the Sale Process to proceed along the following revised timeline:

| Sale Process Key Dates and Deadlines | |
|---|---|
| **No less than 31 days prior to the Sale Hearing** | Deadline for Debtor to Provide Notice of Potential Assumption and Assignment |
| **No less than 10 days prior to the Sale Hearing** | Deadline to File Cure Costs/Assignment and Sale Objections |
| **June 16, 2026** | Bid Deadline |
| **June 19, 2026** | Determination of Qualified Bids |
| **June 22-24, 2026 via Crexi auction platform** | Auction |
| **June 26, 2026** | Deadline to File Post-Auction Objections |
| **July 8, 2026** | Deadline for Debtor to File Reply to Sale Objections and Post-Auction Objections |
| **July 14, 2026** | Sale Hearing |

Case 2:25-bk-01916   Doc 168   Filed 05/20/26   Entered 05/20/26 10:20:35   Desc Main
Document    Page 3 of 6

## NOTICE

12. Notice of this Motion will be provided to the U.S. Trustee and all parties entitled to notice pursuant to Bankruptcy Rule 2002. Due to the nature of the relief requested herein, the Debtor submits that no other or further notice is required.

## NO PRIOR REQUEST

13. No previous request for relief sought herein has been made to this Court or any other court.

*[Remainder of page intentionally left blank.]*

Case 2:25-bk-01916    Doc 168    Filed 05/20/26    Entered 05/20/26 10:20:35    Desc Main
Document    Page 4 of 6

WHEREFORE, the Debtor respectfully requests entry of an order granting the relief requested herein and granting such other relief as is just and proper.

DATED: May 20, 2026  
      Nashville, Tennessee

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

  */s/ Blake D. Roth*  
Blake D. Roth (Federal ID No. 2666808)  
C. Scott Kunde (TN Bar No. 040218)  
511 Union Street, Suite 2700  
Nashville, TN 37219  
Telephone: (615) 244-6380  
Facsimile: (615) 244-6804  
Email: Blake.Roth@hklaw.com  
      Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*

5

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, a copy of the foregoing was sent via ECF to the U.S.

Trustee and all parties registered to receive electronic notice.

       */s/ Blake D. Roth*
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
       Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*

6