**SO ORDERED.**
**SIGNED 20th day of May, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



*Randal S. Mashburn*

**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

## ORDER GRANTING MOTION TO CONTINUE SALE HEARING
## AND RELATED SALE PROCESS DATES

Before the Court is the Debtor's Motion to Continue the Sale Hearing and Notice of Adjournment of Certain Sale Process Dates (Doc. 168) set by the Order (I) Approving Bidding Procedures, (II) Scheduling an Auction for and a Hearing to Approve the Sale of the Properties, (III) Approving Notice of Respective Date, Time and Place for the Auction and for a Hearing to Approve the Sales, (IV) Authorizing the Sale of Certain Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, (V) Approving the Assumption and Assignment of Certain Executory Contracts, and (VI) Granting Related Relief (Doc. 150; the "Sale Process Order").[1] Based on the representations in the motion, the Court finds good cause for granting the motion without further notice or a hearing.

Accordingly, it is hereby ORDERED as follows:

---

[1] Unless otherwise stated, all capitalized terms shall have the meaning ascribed to them in the Sale Process Order.

1.    The **Sale Hearing** is continued to **July 14, 2026, at 9:30 a.m.** (prevailing Central Time) in Courtroom 1, 701 Broadway, Nashville, Tennessee 37203.

2.    The following dates and deadlines set by the Sale Process Order and the approved Bidding Procedures are extended due to the continuation of the Sale Hearing:

| Sale Process Key Dates and Deadlines | |
| --- | --- |
| **No less than 31 days prior to the Sale Hearing** | Deadline for Debtor to Provide Notice of Potential Assumption and Assignment |
| **No less than 10 days prior to the Sale Hearing** | Deadline to File Cure Costs/Assignment and Sale Objections |
| **June 16, 2026** | Bid Deadline |
| **June 19, 2026** | Determination of Qualified Bids |
| **June 22-24, 2026, via Crexi auction platform** | Auction |
| **June 26, 2026** | Deadline to File Post-Auction Objections |
| **July 8, 2026** | Deadline for Debtor to File Reply to Sale Objections and Post-Auction Objections |
| **July 14, 2026** | Sale Hearing |

3.    To the extent the Sale Process Order permitted the Debtor to adjourn any dates or deadlines in its discretion, this Order does not affect such permission.

IT IS SO ORDERED.