In re:

Hiawatha Manor Association, Inc.

    Debtor

Case No. 25-01916-RSM

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0650-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com |
| Jack W Robinson, Jr | on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com |
| MICHAEL EDWARD COLLINS | on behalf of Creditor Hiawatha Manor West Association LLC mcollins@manierherod.com, TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com |
| REBECCA JO YIELDING | on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov |
| THOMAS H. FORRESTER | |

on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. tforrester@gsrm.com,
djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

**SO ORDERED.**
**SIGNED 20th day of May, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

## ORDER GRANTING MOTION TO CONTINUE SALE HEARING
## AND RELATED SALE PROCESS DATES

Before the Court is the Debtor's Motion to Continue the Sale Hearing and Notice of Adjournment of Certain Sale Process Dates (Doc. 168) set by the Order (I) Approving Bidding Procedures, (II) Scheduling an Auction for and a Hearing to Approve the Sale of the Properties, (III) Approving Notice of Respective Date, Time and Place for the Auction and for a Hearing to Approve the Sales, (IV) Authorizing the Sale of Certain Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, (V) Approving the Assumption and Assignment of Certain Executory Contracts, and (VI) Granting Related Relief (Doc. 150; the "Sale Process Order").[1] Based on the representations in the motion, the Court finds good cause for granting the motion without further notice or a hearing.

Accordingly, it is hereby ORDERED as follows:

---

[1] Unless otherwise stated, all capitalized terms shall have the meaning ascribed to them in the Sale Process Order.

1.     The **Sale Hearing** is continued to **July 14, 2026, at 9:30 a.m.** (prevailing Central Time) in Courtroom 1, 701 Broadway, Nashville, Tennessee 37203.

2.     The following dates and deadlines set by the Sale Process Order and the approved Bidding Procedures are extended due to the continuation of the Sale Hearing:

| Sale Process Key Dates and Deadlines | |
| --- | --- |
| **No less than 31 days prior to the Sale Hearing** | Deadline for Debtor to Provide Notice of Potential Assumption and Assignment |
| **No less than 10 days prior to the Sale Hearing** | Deadline to File Cure Costs/Assignment and Sale Objections |
| **June 16, 2026** | Bid Deadline |
| **June 19, 2026** | Determination of Qualified Bids |
| **June 22-24, 2026, via Crexi auction platform** | Auction |
| **June 26, 2026** | Deadline to File Post-Auction Objections |
| **July 8, 2026** | Deadline for Debtor to File Reply to Sale Objections and Post-Auction Objections |
| **July 14, 2026** | Sale Hearing |

3.     To the extent the Sale Process Order permitted the Debtor to adjourn any dates or deadlines in its discretion, this Order does not affect such permission.

IT IS SO ORDERED.