UNITED STATES BANKRUPTCY COURT

EASTERN  DISTRICT OF  TENNESSEE

Cookeville Division

In Re. Hiawatha East Condominium Association, Inc. §
§
§
§
_____ Debtor(s)

Case No.  25-01916

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2026

Petition Date: 05/06/2025

Months Pending: 13

Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:     Accrual Basis ⦿     Cash Basis ◯

Debtor's Full-Time Employees (current):     5

Debtor's Full-Time Employees (as of date of order for relief):     5

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Richard Winkler
Signature of Responsible Party

06/18/2026
Date

Richard Winkler
Printed Name of Responsible Party

7380 West Sand Lake Road, Suite 130
Orlando, FL 32819
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

Debtor's Name Hiawatha East Condominium Association, Inc.    Case No. 25-01916

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $71,339 | |
| b. Total receipts (net of transfers between accounts) | $17,916 | $512,035 |
| c. Total disbursements (net of transfers between accounts) | $30,930 | $445,630 |
| d. Cash balance end of month (a+b-c) | $58,325 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $30,930 | $445,630 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $409 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○    Market ○    Other ◉    (attach explanation)) | $0 |
| d Total current assets | $154,739 |
| e. Total assets | $301,747 |
| f. Postpetition payables (excluding taxes) | $568,436 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $568,436 |
| k. Prepetition secured debt | $520,000 |
| l. Prepetition priority debt | $43,039 |
| m. Prepetition unsecured debt | $122,622 |
| n. Total liabilities (debt) (j+k+l+m) | $1,254,097 |
| o. Ending equity/net worth (e-n) | $-952,350 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $23,569 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $23,569 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $-66,712 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $-307 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $-3,700 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-47,150 | $-683,891 |

UST Form 11-MOR (12/01/2021)

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* |  |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | |
|---|---|---|---|---|
| lvii | | | | |
| lviii | | | | |
| lix | | | | |
| lx | | | | |
| lxi | | | | |
| lxii | | | | |
| lxiii | | | | |
| lxiv | | | | |
| lxv | | | | |
| lxvi | | | | |
| lxvii | | | | |
| lxviii | | | | |
| lxix | | | | |
| lxx | | | | |
| lxxi | | | | |
| lxxii | | | | |
| lxxiii | | | | |
| lxxiv | | | | |
| lxxv | | | | |
| lxxvi | | | | |
| lxxvii | | | | |
| lxxviii | | | | |
| lxxix | | | | |
| lxxx | | | | |
| lxxxi | | | | |
| lxxxii | | | | |
| lxxxiii | | | | |
| lxxxiv | | | | |
| lxxxv | | | | |
| lxxxvi | | | | |
| lxxxvi | | | | |
| lxxxvi | | | | |
| lxxxix | | | | |
| xc | | | | |
| xci | | | | |
| xcii | | | | |
| xciii | | | | |
| xciv | | | | |
| xcv | | | | |
| xcvi | | | | |
| xcvii | | | | |
| xcviii | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $200 | $2,600 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $1,868 | $19,653 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $1,633 | $21,225 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)  Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)  Yes ○  No ●

c. Were any payments made to or on behalf of insiders?  Yes ○  No ●

d. Are you current on postpetition tax return filings?  Yes ●  No ○

e. Are you current on postpetition estimated tax payments?  Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ●

i. Do you have:  Worker's compensation insurance?  Yes ●  No ○

If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

Casualty/property insurance?  Yes ●  No ○

If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

General liability insurance?  Yes ●  No ○

If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ●

k. Has a disclosure statement been filed with the court?  Yes ○  No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ●  No ○

## Part 8: Individual Chapter 11 Debtors (Only)

a. Gross income (receipts) from salary and wages  $0

b. Gross income (receipts) from self-employment  $0

c. Gross income from all other sources  $0

d. Total income in the reporting period (a+b+c)  $0

e. Payroll deductions  $0

f. Self-employment related expenses  $0

g. Living expenses  $0

h. All other expenses  $0

i. Total expenses in the reporting period (e+f+g+h)  $0

j. Difference between total income and total expenses (d-i)  $0

k. List the total amount of all postpetition debts that are past due  $0

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ○  No ●

m. If yes, have you made all Domestic Support Obligation payments?    Yes ○  No ○  N/A ●

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Richard Winkler

Signature of Responsible Party

General Counsel, Lemonjuice Solutions

Title

Richard Winkler

Printed Name of Responsible Party

06/18/2026

Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 05/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/18/2026

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

**Summary**                                                                            USD

Statement beginning balance ................................................................... 72,190.70
Checks and payments cleared (65) ............................................................. -31,782.31
Deposits and other credits cleared (4) ....................................................... 17,916.26
Statement ending balance ....................................................................... 58,324.65

Uncleared transactions as of 05/31/2026 ..................................................... -613.66
Register balance as of 05/31/2026 ............................................................. 57,710.99
Cleared transactions after 05/31/2026 ........................................................ 0.00
Uncleared transactions after 05/31/2026 .................................................... -36,099.03
Register balance as of 06/18/2026 ............................................................. 21,611.96

**Details**

Checks and payments cleared (65)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/30/2026 | Bill Payment | Pd Online 04.30.26 | Cumberland Plateau Water Au… | -851.88 |
| 05/01/2026 | Bill Payment | Pd Online 04.23.26 | Volunteer Energy Cooperative | -5,086.32 |
| 05/01/2026 | Bill Payment | | WM Corporate Services, Inc. | -1,250.23 |
| 05/01/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -260.00 |
| 05/01/2026 | Bill Payment | | Tammy Lapp | -600.00 |
| 05/01/2026 | Journal | 745 | | -365.52 |
| 05/01/2026 | Journal | 745 | | -40.01 |
| 05/01/2026 | Journal | 745 | | -188.18 |
| 05/04/2026 | Journal | 746 | | -451.90 |
| 05/04/2026 | Journal | 746 | | -54.07 |
| 05/04/2026 | Journal | 747 | | -32.40 |
| 05/04/2026 | Journal | 747 | | -7.68 |
| 05/08/2026 | Bill Payment | Pd Online 05.08.26 | Ford Credit | -785.19 |
| 05/10/2026 | Journal | 748 | | -6.21 |
| 05/10/2026 | Journal | 748 | | -656.97 |
| 05/10/2026 | Journal | 748 | | -311.13 |
| 05/10/2026 | Journal | 748 | | -82.17 |
| 05/10/2026 | Journal | 748 | | -76.81 |
| 05/10/2026 | Journal | 748 | | -68.01 |
| 05/10/2026 | Journal | 748 | | -28.51 |
| 05/12/2026 | Bill Payment | | Happy Sak Exxon | -366.65 |
| 05/14/2026 | Journal | 761 | | -552.83 |
| 05/14/2026 | Journal | 761 | | -150.83 |
| 05/14/2026 | Journal | 761 | | -91.64 |
| 05/17/2026 | Journal | 762 | | -13.26 |
| 05/17/2026 | Journal | 762 | | -3.94 |
| 05/17/2026 | Journal | 762 | | -12.49 |
| 05/17/2026 | Journal | 762 | | -49.32 |
| 05/17/2026 | Journal | 762 | | -48.27 |
| 05/17/2026 | Journal | 762 | | -24.12 |
| 05/18/2026 | Bill Payment | | Spectrum Enterprise Acctxx17… | -2,398.22 |
| 05/18/2026 | Bill Payment | | Frontier Communications Acct… | -126.39 |
| 05/18/2026 | Bill Payment | | Holiday Property Partners, LLC | -11,435.62 |
| 05/18/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -955.00 |
| 05/19/2026 | Journal | 765 | | -18.65 |
| 05/19/2026 | Journal | 777 | | -49.32 |
| 05/20/2026 | Journal | 766 | | -151.40 |
| 05/20/2026 | Journal | 766 | | -109.29 |
| 05/20/2026 | Journal | 766 | | -21.95 |
| 05/20/2026 | Journal | 766 | | -3.97 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/20/2026 | Bill Payment | Pd Online 05.20.2026 | U.S. Trustee Payment Center | -491.14 |
| 05/21/2026 | Journal | 767 | | -73.95 |
| 05/21/2026 | Bill Payment | | Apartments, LLC | -350.00 |
| 05/21/2026 | Journal | 767 | | -97.47 |
| 05/22/2026 | Journal | 768 | | -24.57 |
| 05/22/2026 | Journal | 768 | | -162.43 |
| 05/22/2026 | Journal | 768 | | -36.19 |
| 05/22/2026 | Journal | 768 | | -18.65 |
| 05/22/2026 | Journal | 768 | | -53.18 |
| 05/26/2026 | Journal | 769 | | -26.33 |
| 05/26/2026 | Journal | 764 | | -275.00 |
| 05/26/2026 | Journal | 769 | | -13.16 |
| 05/26/2026 | Journal | 769 | | -123.98 |
| 05/26/2026 | Journal | 769 | | -65.84 |
| 05/27/2026 | Journal | 770 | | -181.08 |
| 05/27/2026 | Journal | 770 | | -206.94 |
| 05/27/2026 | Journal | 770 | | -24.12 |
| 05/27/2026 | Journal | 770 | | -30.72 |
| 05/27/2026 | Journal | 770 | | -28.52 |
| 05/27/2026 | Journal | 770 | | -47.00 |
| 05/28/2026 | Journal | 763 | | -275.00 |
| 05/29/2026 | Journal | 781 | | -18.42 |
| 05/30/2026 | Journal | 771 | | -1,106.92 |
| 05/30/2026 | Journal | 771 | | -228.85 |
| 05/30/2026 | Journal | 771 | | -36.50 |

| Total | | | | -31,782.31 |
|---|---|---|---|---|

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/05/2026 | Deposit | | | 5,452.84 |
| 05/12/2026 | Deposit | | | 5,998.46 |
| 05/13/2026 | Journal | 778 | | 500.00 |
| 05/20/2026 | Deposit | | | 5,964.96 |

| Total | | | | 17,916.26 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments as of 05/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/29/2026 | Bill Payment | Pd Online 05.29.2026 | Auto-Owners Insurance | -613.66 |

| Total | | | | -613.66 |
|---|---|---|---|---|

Uncleared checks and payments after 05/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Bill Payment | | Tammy Lapp | -600.00 |
| 06/01/2026 | Journal | 772 | | -41.05 |
| 06/01/2026 | Journal | 772 | | -37.27 |
| 06/01/2026 | Bill Payment | | WM Corporate Services, Inc. | -236.52 |
| 06/01/2026 | Bill Payment | Pd Online 05.29.2026 | Volunteer Energy Cooperative | -3,981.90 |
| 06/01/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -1,655.00 |
| 06/02/2026 | Journal | 773 | | -52.02 |
| 06/03/2026 | Journal | 774 | | -24.63 |
| 06/03/2026 | Journal | 774 | | -24.12 |
| 06/03/2026 | Journal | 774 | | -16.42 |
| 06/05/2026 | Bill Payment | Pd Online 06.05.2026 | Ford Credit | -785.19 |
| 06/05/2026 | Bill Payment | | Hiawatha Manor West Associ… | -2,645.57 |
| 06/05/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -730.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/05/2026 | Bill Payment | | C&L Construction | -350.00 |
| 06/05/2026 | Bill Payment | | Happy Sak Exxon | -648.90 |
| 06/05/2026 | Journal | 775 | | -65.81 |
| 06/05/2026 | Journal | 775 | | -19.74 |
| 06/05/2026 | Journal | 775 | | -16.43 |
| 06/08/2026 | Journal | 776 | | -63.66 |
| 06/08/2026 | Journal | 776 | | -122.28 |
| 06/08/2026 | Journal | 776 | | -35.19 |
| 06/08/2026 | Journal | 776 | | -26.25 |
| 06/08/2026 | Journal | 776 | | -17.78 |
| 06/08/2026 | Journal | 776 | | -15.35 |
| 06/08/2026 | Journal | 776 | | -15.34 |
| 06/08/2026 | Journal | 776 | | -13.13 |
| 06/10/2026 | Journal | 787 | | -53.67 |
| 06/10/2026 | Bill Payment | Pd Online 06.10.2026 | First Insurance Funding Loan# | -18,265.07 |
| 06/10/2026 | Journal | 787 | | -1.10 |
| 06/10/2026 | Journal | 787 | | -47.81 |
| 06/11/2026 | Journal | 788 | | -30.71 |
| 06/12/2026 | Bill Payment | Pd Online 06.12.26 | Spectrum Enterprise Acctxx17… | -2,398.21 |
| 06/12/2026 | Journal | 789 | | -17.55 |
| 06/12/2026 | Journal | 789 | | -44.66 |
| 06/14/2026 | Journal | 790 | | -84.48 |
| 06/15/2026 | Journal | 791 | | -19.54 |
| 06/15/2026 | Journal | 791 | | -175.59 |
| 06/15/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -410.00 |
| 06/15/2026 | Journal | 791 | | -124.00 |
| 06/15/2026 | Journal | 791 | | -1,106.92 |
| 06/17/2026 | Bill Payment | Pd Online 06.17.26 | Cumberland Plateau Water Au… | -845.41 |
| 06/18/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -255.00 |
| 06/18/2026 | Bill Payment | | Frontier Communications Acct… | -111.76 |
| 06/18/2026 | Bill Payment | | Apartments, LLC | -368.00 |

| Total | | | | -36,599.03 |
|---|---|---|---|---|

Uncleared deposits and other credits after 05/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/10/2026 | Journal | 779 | | 500.00 |

| Total | | | | 500.00 |
|---|---|---|---|---|



## Servis1st Bank®

P.O. Box 1508
Birmingham, AL 35201
866-317-0810

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## C H E C K I N G   A C C O U N T S

| | | | |
|---|---|---|---|
| BUSINESS CHECKING | | Number of Enclosures | 0 |
| Account Number | XXXXXXXXXXXX6861 | Statement Dates   5/01/26 thru   5/31/26 | |
| Previous Balance | 72,190.70 | Days in the Statement Period | 31 |
| 4 Deposits/Credits | 17,916.26 | Average Ledger | 65,108.25 |
| 65 Checks/Debits | 31,782.31 | Average Collected | 65,108.25 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 58,324.65 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/05 | Bill.com  Lemonjuice SolutCCD<br>015WPPDBBEZEEW1021000023226082 | 5,452.84 |
| 5/12 | Bill.com  Lemonjuice SolutCCD<br>015VXLXHCGZSHG2021000025937051 | 5,998.46 |
| 5/13 | POS CRE 0000 05/11/26 08480755<br>TRI COUNTY<br>CROSSVILLE    TN C#7593 | 500.00 |
| 5/20 | Bill.com  Lemonjuice SolutCCD<br>016ABUFUL10963I021000024382685 | 5,964.96 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | Payables  WM Corporate SerCCD<br>015GVGUFGOZ612D021000028999473 | 1,250.23- |
| 5/01 | Payables  Tammy Lapp dba TCCD<br>015BMMLKAEZ6G76021000021219208 | 600.00- |
| 5/01 | DBT CRD 0937 04/30/26 26215525<br>HAJOCA MODERN 396<br>CROSSVILLE    TN C#7593 | 365.52- |
| 5/01 | Payables  Michellia BlayloCCD<br>015THCNCLCZ6G77021000021219211 | 260.00- |
| 5/01 | DBT CRD 0746 04/30/26 59679410<br>LOWE S #548 | 188.18- |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION


EQUAL HOUSING LENDER



**Servis1st Bank®**

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                  XXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| | CROSSVILLE    TN C#7593 | |
| 5/01 | DBT CRD 0949 04/30/26 33926959 | 40.01- |
| | LOWE S #548 | |
| | CROSSVILLE    TN C#7593 | |
| 5/04 | WEB PMTS  Volunteer EnergyWEB | 5,086.32- |
| | 9000304546     111924684109099 | |
| 5/04 | CRAB ORCHACRAB ORCHARD UTICCD | 851.88- |
| | 091000013963322 | |
| 5/04 | DBT CRD 1139 05/01/26 99405689 | 451.90- |
| | HAJOCA MODERN 396 | |
| | CROSSVILLE    TN C#7593 | |
| 5/04 | DBT CRD 1520 05/01/26 32192063 | 54.07- |
| | LOWE S #548 | |
| | CROSSVILLE    TN C#7593 | |
| 5/06 | DBT CRD 1034 05/05/26 60635473 | 32.40- |
| | LOWE S #548 | |
| | CROSSVILLE    TN C#7593 | |
| 5/06 | POS DEB 1228 05/06/26 00564456 | 7.68- |
| | DOLLAR GENERAL #16115 | |
| | DG 1611521 STONE B | |
| | CROSSVILLE    TN C#7593 | |
| 5/11 | FORDCREDITFORD MOTOR CR   WEB | 785.19- |
| | 3534610003     021000028972411 | |
| 5/11 | DBT CRD 1337 05/08/26 70476822 | 656.97- |
| | LOWE S #548 | |
| | CROSSVILLE    TN C#7593 | |
| 5/11 | DBT CRD 1631 05/09/26 74602525 | 82.17- |
| | AMAZON MKTPL*BV10263R0 | |
| | Amzn.com/bill WA C#7593 | |
| 5/11 | DBT CRD 1224 05/10/26 26442957 | 76.81- |
| | AMAZON RETA* BF6065CQ1 | |
| | WWW.AMAZON.CO WA C#7593 | |
| 5/11 | POS DEB 0828 05/09/26 00001017 | 68.01- |
| | POTTERS ACE HARD | |
| | POTTERS ACE HARD | |
| | CROSSVILLE    TN C#7593 | |
| 5/11 | DBT CRD 1033 05/09/26 60276855 | 6.21- |
| | POTTERS ACE HARDWARE O | |

**MEMBER FDIC**



EQUAL HOUSING
LENDER




Servis1st Bank®

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                XXXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | CROSSVILLE    TN C#7593 | |
| 5/12 | Payables  Happy Sak Exxon CCD<br>015ZKUOKRPZQUHJ021000025500550 | 366.65- |
| 5/12 | DBT CRD 1122 05/12/26 89296449<br>IN THE SWIM #2101<br>800-288-7946  IL C#7593 | 311.13- |
| 5/12 | DBT CRD 0852 05/11/26 99602275<br>AMAZON MKTPL*BV3YS2GC0<br>Amzn.com/bill WA C#7593 | 28.51- |
| 5/14 | POS DEB 1110 05/14/26 00000583<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE    TN C#7593 | 150.83- |
| 5/15 | DBT CRD 0928 05/14/26 21090713<br>HAJOCA MODERN 396<br>CROSSVILLE    TN C#7593 | 552.83- |
| 5/15 | DBT CRD 0958 05/14/26 38901430<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 91.64- |
| 5/18 | Payables  Holiday PropertyCCD<br>016RXQEKE10202Y021000025393510 | 11,435.62- |
| 5/18 | Payables  Charter CommunicCCD<br>016HSVSUT10202X021000025393507 | 2,398.22- |
| 5/18 | Payables  Michellia BlayloCCD<br>016DVZFNC10202V021000025393501 | 955.00- |
| 5/18 | Payables  Frontier CommuniCCD<br>016ZFCDXT10202w021000025393504 | 126.39- |
| 5/18 | DBT CRD 1031 05/15/26 58982956<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 49.32- |
| 5/18 | POS DEB 0933 05/18/26 00002214<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE    TN C#7593 | 48.27- |
| 5/18 | DBT CRD 1052 05/15/26 71670685<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 24.12- |

MEMBER FDIC



EQUAL HOUSING
LENDER




HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                XXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 5/18 | DBT CRD 0949 05/16/26 33614254<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 12.49- |
| 5/18 | DBT CRD 1327 05/15/26 64774208<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 3.94- |
| 5/19 | BILLING    BILL.COM LLC    CCD<br>02B5KGJAIE15YIN021000029394030 | 49.32- |
| 5/19 | DBT CRD 1258 05/18/26 47283370<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 18.65- |
| 5/19 | DBT CRD 1128 05/18/26 93317868<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 13.26- |
| 5/20 | POS DEB 1240 05/20/26 00000942<br>CROSSVILLE CASH<br>CROSSVILLE CASH<br>CROSSVILLE    TN C#7593 | 151.40- |
| 5/20 | DBT CRD 1008 05/19/26 45224290<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 109.29- |
| 5/20 | DBT CRD 0945 05/19/26 31185194<br>HOLSTON GASES CROSSVIL<br>CROSSVILLE    TN C#7593 | 21.95- |
| 5/20 | DBT CRD 0953 05/19/26 35914843<br>HAJOCA MODERN 396<br>CROSSVILLE    TN C#7593 | 3.97- |
| 5/21 | PAYMENT    QUARTERLY FEE    CCD<br>0000        041036047423899 | 491.14- |
| 5/21 | Payables  Apartments, LLC CCD<br>016YDYBEL10ABXV021000025604033 | 350.00- |
| 5/21 | DBT CRD 1050 05/20/26 70122040<br>HAJOCA MODERN 396<br>CROSSVILLE    TN C#7593 | 97.47- |
| 5/21 | DBT CRD 1330 05/20/26 66103307<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 73.95- |

MEMBER FDIC







HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819


BUSINESS CHECKING                XXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/22 | POS DEB 1006 05/22/26 00892514<br>WM SUPERCENTER #687<br>168 OBED PLZ STE 1<br>CROSSVILLE    TN C#7593 | 162.43- |
| 5/22 | DBT CRD 1123 05/21/26 90023125<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 53.18- |
| 5/22 | POS DEB 1516 05/21/26 00001323<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE    TN C#7593 | 36.19- |
| 5/22 | DBT CRD 0812 05/21/26 75214652<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 24.57- |
| 5/22 | DBT CRD 1013 05/21/26 48210488<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 18.65- |
| 5/26 | DBT CRD 0602 05/25/26 97222913<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 275.00- |
| 5/26 | DBT CRD 1130 05/23/26 94088025<br>LOWE S #548<br>CROSSVILLE    TN C#7593 | 65.84- |
| 5/26 | POS DEB 1113 05/26/26 00000103<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE    TN C#7593 | 26.33- |
| 5/26 | DBT CRD 1520 05/23/26 32350784<br>POTTERS ACE HARDWARE O<br>CROSSVILLE    TN C#7593 | 13.16- |
| 5/27 | DBT CRD 1035 05/26/26 61065774<br>HAJOCA MODERN 396<br>CROSSVILLE    TN C#7593 | 206.94- |
| 5/27 | DBT CRD 1006 05/26/26 43737372<br>AMAZON MKTPL*N39ZF2ZQ3<br>Amzn.com/bill WA C#7593 | 181.08- |
| 5/27 | POS DEB 1137 05/27/26 00002634<br>POTTERS ACE HARD | 30.72- |

MEMBER FDIC


EQUAL HOUSING LENDER



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                XXXXXXXXXXXX6861  (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
|      | POTTERS ACE HARD<br>CROSSVILLE     TN C#7593 | |
| 5/28 | DBT CRD 1002 05/27/26 41550117<br>AMAZON MKTPL*U04VW5KV3<br>Amzn.com/bill WA C#7593 | 123.98- |
| 5/28 | POS DEB 1628 05/27/26 00002950<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE     TN C#7593 | 28.52- |
| 5/28 | DBT CRD 1222 05/27/26 25248731<br>POTTERS ACE HARDWARE O<br>CROSSVILLE     TN C#7593 | 24.12- |
| 5/29 | Account Analysis Charge | 18.42- |
| 5/29 | DBT CRD 1310 05/28/26 54508144<br>TRI COUNTY<br>CROSSVILLE     TN C#7593 | 1,106.92- |
| 5/29 | DBT CRD 0711 05/28/26 38711048<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 275.00- |
| 5/29 | DBT CRD 0907 05/28/26 08336461<br>SUPPLYHOUSE.COM<br>888-757-4774  NY C#7593 | 228.85- |
| 5/29 | DBT CRD 1124 05/27/26 90678015<br>CUMBERLAND WASTE DISPO<br>CROSSVILLE     TN C#7593 | 47.00- |
| 5/29 | DBT CRD 0942 05/28/26 29535757<br>LOWE S #548<br>CROSSVILLE     TN C#7593 | 36.50- |

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 69,486.76 | 5/12 | 72,072.16 | 5/19 | 56,642.26 |
| 5/04 | 63,042.59 | 5/13 | 72,572.16 | 5/20 | 62,320.61 |
| 5/05 | 68,495.43 | 5/14 | 72,421.33 | 5/21 | 61,308.05 |
| 5/06 | 68,455.35 | 5/15 | 71,776.86 | 5/22 | 61,013.03 |
| 5/11 | 66,779.99 | 5/18 | 56,723.49 | 5/26 | 60,632.70 |

**MEMBER FDIC**





HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING                XXXXXXXXXXXX6861   (Continued)

DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/27 | 60,213.96 | 5/28 | 60,037.34 | 5/29 | 58,324.65 |

MEMBER FDIC


# ERRORS RELATING TO ELECTRONIC FUND TRANSFERS
## OR SUBSTITUTE CHECKS (<u>Consumer Customers Only</u>)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

| CHECKS OUTSTANIDINIG | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

THIS IS PROVIDED TO HELP YOU
BALANCE YOUR BANK STATEMENT

BANK BALANCE
SHOWN ON THIS STATEMBNT

$_____

ADD+(IFANY)DEPOSITS NOT SHOWN
ON THIS STATEMENT

$_____

TOTAL

$_____

SUBTRACT- (IF ANY)CHECKS
OUTSTANDING

$_____

BALANCE

$_____

SHOULD AGREE WITH
CHECKBOOK BALANCE

THIS IS PROVIDED TO HELP YOU BALANCE YOUR
BANK STATEMENT

CHECK BOOK
BALANCE AT
STATEMENT DATE

$_____

SUBTRACT- (IF ANY}
ACTIVITY CHARGE

$_____

SUBTOTAL

$_____

SUBTRACT- (IFANY)
OF BANK CHARGES

$_____

BALANCE

$_____

SHOULD AGREE WITH STATEMENT BALANCE

## YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness"** in **examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do n**ot do this, the Bank will not be liable to you for claims submitted after the timeframe specified. **A copy of our current "Terms and** Conditions" can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.

# Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
**As of May 31, 2026**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Auto-Owners Insurance** | 613.66 | | | | | 613.66 |
| **Crown Resorts Management LLC** | | | | | 38,294.17 | 38,294.17 |
| **Cumberland Plateau Water Authority Acct#2001-00425-001#** | 845.41 | | | | | 845.41 |
| **First Insurance Funding Loan#** | 13,866.28 | | | | | 13,866.28 |
| **Frontier Communications Acctxx 931-788-6532** | | | | | -126.00 | -126.00 |
| **Happy Sak Exxon** | 648.90 | | | | | 648.90 |
| **Hiawatha Manor West Association, Inc.** | 3.74 | 3.46 | 410.72 | | 2,231.39 | 2,649.31 |
| **Holiday Property Partners, LLC** | | | 28.75 | 63.78 | 11,311.61 | 11,404.14 |
| **Holland & Knight LLP** | | | | | 119,695.66 | 119,695.66 |
| **Lake Tansi POA** | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 27,330.00 | 34,170.00 |
| **Lemonjuice Solutions. LLC** | 36,199.81 | 28,799.82 | 24,759.46 | 37,831.18 | 211,727.02 | 339,317.29 |
| **Michellia Blaylock dba Cumberland Cleaners** | 730.00 | 1,655.00 | | | | 2,385.00 |
| **Tammy Lapp** | | 600.00 | | | | 600.00 |
| **Vacatia Inc** | | | | | 89.86 | 89.86 |
| **Volunteer Energy Cooperative** | 3,981.90 | | | | | 3,981.90 |
| **TOTAL** | $ 58,599.70 | $ 32,768.28 | $ 26,908.93 | $ 39,604.96 | $ 410,553.71 | $ 568,435.58 |

Thursday, Jun 18, 2026 02:08:24 PM GMT-7

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of May 31, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** | | | | | 409.02 | 409.02 |
| **TOTAL** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 409.02 | $ 409.02 |

Thursday, Jun 18, 2026 02:07:54 PM GMT-7

# Hiawatha Manor Association, Inc. - East
## Balance Sheet
### As of May 31, 2026

| | | Total |
|---|---|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **Association Operating Accounts** | | |
| 1005 Funds in transit | | 2,815.54 |
| 1015 ServisFirst DIP xx6861 | | 58,324.65 |
| **Total Association Operating Accounts** | $ | 61,140.19 |
| **Total Bank Accounts** | $ | 61,140.19 |
| **Accounts Receivable** | | |
| 112900 Receivables - Other | | 409.02 |
| **Total Accounts Receivable** | $ | 409.02 |
| **Other Current Assets** | | |
| 111900 Allowance for Doubtful Accounts | | -6,682,945.51 |
| 112000 AR Maintenance Fees | | 6,682,945.51 |
| 1255.89 A/R - Lemonjuice Solutions | | 17,603.66 |
| 1255.90 A/R Hiawatha West | | 30,614.36 |
| 141001 Prepaid - Insurance | | 43,721.28 |
| Undeposited Funds | | 1,250.00 |
| **Total Other Current Assets** | $ | 93,189.30 |
| **Total Current Assets** | $ | 154,738.51 |
| **Fixed Assets** | | |
| 151000 Land | | 141,142.00 |
| 155000 Other Equipment | | 41,991.63 |
| 165000 Accum Depr - Other Equipment | | -41,991.63 |
| **Total 155000 Other Equipment** | $ | 0.00 |
| 157000 Furniture & Fixtures | | 4,156.98 |
| 167000 Accum Depr - Furniture & Fixtures | | -4,156.98 |
| **Total 157000 Furniture & Fixtures** | $ | 0.00 |
| 158000 Vehicles | | 33,667.54 |
| 168000 Accum Depr - Vehicles | | -27,801.31 |
| **Total 158000 Vehicles** | $ | 5,866.23 |
| **Total Fixed Assets** | $ | 147,008.23 |
| **TOTAL ASSETS** | $ | 301,746.74 |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| 200000 Accounts Payable - Trade | | 568,435.58 |
| **Total Accounts Payable** | $ | 568,435.58 |

**Other Current Liabilities**

| | | |
|---|---|---:|
| 211000 HPP Loan - Investment in Purchased Receivables | | 519,644.98 |
| 212000 Accrued - Property & Income Taxes | | 43,039.00 |
| 213000 Accrued Expenses - Other | | 63,929.97 |
| 241101 Deferred Revenue - Prepaid Dues | | 13,540.70 |
| 255900 Due To/From Operating/Reserves | | 5,562.24 |
| 261000 Insurance Payable | | 39,589.11 |
| **Total Other Current Liabilities** | **$** | **685,306.00** |
| **Total Current Liabilities** | **$** | **1,253,741.58** |
| **Long-Term Liabilities** | | |
| 272000 Notes Payable | | 355.33 |
| **Total Long-Term Liabilities** | **$** | **355.33** |
| **Total Liabilities** | **$** | **1,254,096.91** |
| **Equity** | | |
| 399000 Retained Earnings | | -880,339.50 |
| Net Income | | -72,010.67 |
| **Total Equity** | **-$** | **952,350.17** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **301,746.74** |

Thursday, Jun 18, 2026 02:06:54 PM GMT-7 - Accrual Basis

# Hiawatha Manor Association, Inc. - East
## Profit and Loss
### May 2026

| | Total |
|---|---:|
| **Income** | |
| 400600-02 Rental Income - Transient | 22,941.39 |
| 400601-01 Other Rental Income - Cleaning Fees | 627.23 |
| **Total Income** | **$ 23,568.62** |
| **Gross Profit** | **$ 23,568.62** |
| **Expenses** | |
| 601010 Salary and Wages | 25,386.33 |
| 601050 Benefits - Healthcare | 2,834.09 |
| 601051 Benefits - Retirement | 833.14 |
| 601080 Employer Taxes | 1,641.68 |
| 601081 Workers Comp | 225.94 |
| 601090 Other Payroll Expense | 2,538.63 |
| 602300 Legal Fees | 791.14 |
| 604010-02 Tech Software & Apps | 1,215.00 |
| 604010-04 Tech Finance & HR Software | 49.32 |
| 604020 Bank Fees & Related Charges | 18.42 |
| 604030 Insurance - D&O | 284.08 |
| 604031 Insurance - General | 8,687.44 |
| 604034 Insurance - Other | 1,545.56 |
| 604051 Business & Property Taxes | 1,632.50 |
| 606030 Landscape and Lawn | 212.42 |
| 606031 Heating and Air Conditioning Repairs | 2,247.32 |
| 606032 Plumbing Repairs | 724.98 |
| 606036 Pool Service and Supplies | 520.92 |
| 606037 Furniture/Unit Repairs and Supplies | 681.24 |
| 606039 Fire Alarm Repairs & Maintenance | 13.26 |
| 606049 Routine Preventative Maintenance (RPM/AUM) | 13.16 |
| 606050 Other Repairs & Maintenance | 592.50 |
| 606071 Electric | 3,981.90 |
| 606072 Gas | 227.12 |
| 606073 Water & Sewer | 2,555.41 |
| 606074 Trash Removal/Recycling | 1,325.75 |
| 606075 Media | 2,524.61 |
| 606301 Guest and Cleaning Supplies | 2,949.69 |
| 606701 Accounting Fees | 1,800.00 |
| 606795 POA Fees | 2,032.00 |
| 606990 Miscellaneous Supplies | 3.74 |
| 607501-02 Marketing - Advertising | 122.50 |
| **Total Expenses** | **$ 70,211.79** |

| | | |
|---|---|---:|
| **Net Operating Income** | -$ | 46,643.17 |
| **Other Expenses** | | |
| 608000 Depreciation Expense | | 307.24 |
| 992000 Income Tax - Country/Federal | | 200.00 |
| **Total Other Expenses** | $ | 507.24 |
| **Net Other Income** | -$ | 507.24 |
| **Net Income** | -$ | 47,150.41 |

Thursday, Jun 18, 2026 01:01:31 PM GMT-7 - Accrual Basis