**SO ORDERED.**
**SIGNED 8th day of July, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

## ORDER CONVERTING SALE HEARING ON JULY 14, 2026, TO A STATUS CONFERENCE

A Sale Hearing is scheduled to occur on July 14, 2026, to consider approval of a potential sale to a successful bidder in an auction that was to have occurred during the period of June 22 – 24, 2026. The approved Bidding Procedures required the Debtor to file notice of the successful bidder and next-highest bidder as soon as practicable following the conclusion of the auction. As of July 7, 2026, the Debtor has not done so, thus suggesting that the auction did not occur. If the auction has occurred, the lack of notice of outcome is prejudicial to parties in interest that were expected to object to the auction by July 2, 2026.[1]

With no information in the record about the results of any auction, the Sale Hearing cannot proceed as planned on July 14, 2026. Therefore, the hearing on **July 14, 2026, at 9:30 a.m.**, is converted to a status conference to advise the Court and parties in interest regarding the sale process. The status conference will be conducted

---

[1] Nor has Debtor filed any notice of potential assumption and assignment of leases or executory contracts by the May 22, 2026, deadline, or related notice of cure costs by July 2, 2026. However, it is possible that the Debtor does not intend to assume and assign any such leases or contracts.

in Courtroom 1, 701 Broadway, Nashville, Tennessee 37203.  Virtual appearances by Zoom video are also permitted.  Advance registration is required for access to Zoom. Parties should register for Judge Mashburn's Chapter 7/11 Docket on July 14, 2026, using the link below:

https://www.tnmb.uscourts.gov/register-virtual-link.

No later than Friday, **July 10, 2026**, the Debtor shall file with the Court a status report and/or a motion requesting a new schedule for appropriate notices, objection periods, and a new sale hearing.

IT IS SO ORDERED.