## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIAWATHA MANOR ASSOCIATION, INC., | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

### NOTICE REGARDING AUCTION RESULTS AND SALE PROCESS

Hiawatha Manor Association, Inc., as debtor and debtor in possession (the "***Debtor***") in the above-captioned chapter 11 case (the "***Chapter 11 Case***"), by and through its undersigned proposed counsel, files this notice, pursuant to the *Order (I) Approving Bidding Procedures, (II) Scheduling an Auction for and a Hearing to Approve the Sale of the Properties, (III) Approving Notice of Respective Date, Time and Place for the Auction and for a Hearing to Approve the Sales, (IV) Authorizing the Sale of Certain Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (V) Approving the Assumption and Assignment of Certain Executory Contract, and (VI) Granting Related Relief* (Dkt. No. 150) and *Order Granting Motion to Continue Sale Hearing and Related Sale Process Dates* (Dkt. No. 169). Auctions with respect to the Properties were conducted from June 22, 2026, to June 24, 2026, utilizing the Crexi auction platform.

As a result of the marketing and auction process, highest or otherwise best offers were identified for each of Hiawatha East and Hiawatha West, respectively. Following consultation with and approval by the boards for each of Hiawatha East and Hiawatha West, the Debtor began preparing notices of successful bidders and the corresponding filings with this Court. Shortly thereafter, the Debtor was informed that the Successful Bidder for each of Hiawatha East and Hiawatha West had contacted Lake Tansi POA, the sewer and wastewater utility provider for each of Hiawatha East and Hiawatha West. As a result of conversations with Lake Tansi POA, the

Successful Bidder for each of Hiawatha East and Hiawatha West has withdrawn the offer for each property.

With the withdrawal of the offers for each of Hiawatha East and Hiawatha West, the Debtor has undertaken to (again) engage the relevant parties on solutions regarding Hiawatha East's and Hiawatha West's sewer and wastewater services. With this being an emergent issue the Debtor believed had been resolved prior to conducting the auction, the Debtor is now working urgently to construct a solution and new timetable to (again) market Hiawatha East and Hiawatha West without the specter of not having sewer and wastewater services available for any potential purchaser.

Dated: July 10, 2026
Nashville, Tennessee

**HOLLAND & KNIGHT LLP**

*/s/ Blake D. Roth*
Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
Symphony Place
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
        Scott.Kunde@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, a copy of the foregoing was sent via ECF to the U.S. Trustee and all parties registered to receive electronic notice and via U.S. mail to the creditor matrix.

/s/   Blake D. Roth
Blake D. Roth