In re:

Hiawatha Manor Association, Inc.

Debtor

Case No. 25-01916-RSM

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0650-2

Date Rcvd: Jul 08, 2026

User: admin

Form ID: pdf001

Page 1 of 2

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**　　**Definition**

+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

**Recip ID**　　　　　　**Recipient Name and Address**
db　　　　　　　　+　Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026　　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:

**Name**　　　　　　　　**Email Address**

BLAKE ROTH
　　　on behalf of Debtor Hiawatha Manor Association Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com

Christopher Scott Kunde, Jr
　　　on behalf of Debtor Hiawatha Manor Association Inc. scott.kunde@hklaw.com

Jack W Robinson, Jr
　　　on behalf of Creditor Lake Tansi Village Property Owners Association Inc. jrobinsonjr@gsrm.com, djames@gsrm.com

MICHAEL EDWARD COLLINS
　　　on behalf of Creditor Hiawatha Manor West Association LLC mcollins@manierherod.com, TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com

REBECCA JO YIELDING
　　　on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

THOMAS H. FORRESTER

on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. tforrester@gsrm.com,
djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 7



**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

### ORDER CONVERTING SALE HEARING ON JULY 14, 2026,
### TO A STATUS CONFERENCE

A Sale Hearing is scheduled to occur on July 14, 2026, to consider approval of a potential sale to a successful bidder in an auction that was to have occurred during the period of June 22 – 24, 2026. The approved Bidding Procedures required the Debtor to file notice of the successful bidder and next-highest bidder as soon as practicable following the conclusion of the auction. As of July 7, 2026, the Debtor has not done so, thus suggesting that the auction did not occur. If the auction has occurred, the lack of notice of outcome is prejudicial to parties in interest that were expected to object to the auction by July 2, 2026.[1]

With no information in the record about the results of any auction, the Sale Hearing cannot proceed as planned on July 14, 2026. Therefore, the hearing on **July 14, 2026, at 9:30 a.m.**, is converted to a status conference to advise the Court and parties in interest regarding the sale process. The status conference will be conducted

---

[1] Nor has Debtor filed any notice of potential assumption and assignment of leases or executory contracts by the May 22, 2026, deadline, or related notice of cure costs by July 2, 2026. However, it is possible that the Debtor does not intend to assume and assign any such leases or contracts.

in Courtroom 1, 701 Broadway, Nashville, Tennessee 37203. Virtual appearances by Zoom video are also permitted. Advance registration is required for access to Zoom. Parties should register for Judge Mashburn's Chapter 7/11 Docket on July 14, 2026, using the link below:

https://www.tnmb.uscourts.gov/register-virtual-link.

No later than Friday, **July 10, 2026**, the Debtor shall file with the Court a status report and/or a motion requesting a new schedule for appropriate notices, objection periods, and a new sale hearing.

IT IS SO ORDERED.