**SO ORDERED.**
**SIGNED 14th day of July, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Randal S. Mashburn*
**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

IN RE:                                              )
                                                    )
Hiawatha Manor Association, Inc.,                   )    Case No. 2:25-bk-01916
                                                    )    Chapter 11
          Debtor.                                   )    Judge Randal S. Mashburn

## ORDER CONTINUING STATUS CONFERENCE ON SALE PROCESS

On July 14, 2026, the Court conducted a status conference regarding the Debtor's progress toward completion of a sale of certain property, referred to as Hiawatha East and Hiawatha West, pursuant to an order at Doc. 150. Counsel for the Debtor, Lake Tansi Village Property Owners Association, Hiawatha Manor West Association, and the U.S. Trustee appeared. Based on representations by Debtor's counsel that an issue remains to be resolved before the properties can be re-marketed and re-auctioned, the status conference will be continued for three weeks for an update on the status and/or the setting of a new auction date and related deadlines.

The status conference is hereby continued to **August 4, 2026, at 9:30 a.m.**, in Courtroom 1, 701 Broadway, Nashville, Tennessee 37203. Virtual appearances by Zoom video are also permitted. Advance registration is required for access to Zoom. Parties should register for Judge Mashburn's Chapter 7/11 Docket on August 4, 2026, using the link below:

https://www.tnmb.uscourts.gov/register-virtual-link.

IT IS SO ORDERED.