In re:                                                                                      Case No. 25-01916-RSM

Hiawatha Manor Association, Inc.                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 14, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

**Recip ID                   Recipient Name and Address**
db                      +  Hiawatha Manor Association, Inc., 7380 W SAND LAKE RD SUITE 130, ORLANDO, FL 32819-5285

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BLAKE ROTH | on behalf of Debtor Hiawatha Manor Association  Inc. blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.thomas@hklaw.com |
| Christopher Scott Kunde, Jr | on behalf of Debtor Hiawatha Manor Association  Inc. scott.kunde@hklaw.com |
| Jack W Robinson, Jr | on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. jrobinsonjr@gsrm.com, djames@gsrm.com |
| MICHAEL EDWARD COLLINS | on behalf of Creditor Hiawatha Manor West Association  LLC mcollins@manierherod.com, TN44@ecfcbis.com;cburu@manierherod.com;dbouldin@manierherod.com;mbuchman@manierherod.com |
| REBECCA JO YIELDING | on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov |
| THOMAS H. FORRESTER | |

District/off: 0650-2      User: admin      Page 2 of 2

Date Rcvd: Jul 14, 2026      Form ID: pdf001      Total Noticed: 1

on behalf of Creditor Lake Tansi Village Property Owners Association  Inc. tforrester@gsrm.com, djames@gsrm.com;djoscelyn@gsrm.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

Case 2:25-bk-01916   Doc 177   Filed 07/16/26   Entered 07/16/26 23:51:28   Desc
Imaged Certificate of Notice    Page 2 of 3

SO ORDERED.
SIGNED 14th day of July, 2026

_Randal S. Mashburn_
**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

## ORDER CONTINUING STATUS CONFERENCE ON SALE PROCESS

On July 14, 2026, the Court conducted a status conference regarding the Debtor's progress toward completion of a sale of certain property, referred to as Hiawatha East and Hiawatha West, pursuant to an order at Doc. 150. Counsel for the Debtor, Lake Tansi Village Property Owners Association, Hiawatha Manor West Association, and the U.S. Trustee appeared. Based on representations by Debtor's counsel that an issue remains to be resolved before the properties can be re-marketed and re-auctioned, the status conference will be continued for three weeks for an update on the status and/or the setting of a new auction date and related deadlines.

The status conference is hereby continued to **August 4, 2026, at 9:30 a.m.**, in Courtroom 1, 701 Broadway, Nashville, Tennessee 37203. Virtual appearances by Zoom video are also permitted. Advance registration is required for access to Zoom. Parties should register for Judge Mashburn's Chapter 7/11 Docket on August 4, 2026, using the link below:

https://www.tnmb.uscourts.gov/register-virtual-link.

IT IS SO ORDERED.