Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/10/2026

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 58,324.65 |
| Service charge | -18.78 |
| Checks and payments cleared (56) | -38,137.81 |
| Deposits and other credits cleared (7) | 30,513.78 |
| Statement ending balance | 50,681.84 |
| | |
| Register balance as of 06/30/2026 | 50,681.84 |
| Cleared transactions after 06/30/2026 | 0.00 |
| Uncleared transactions after 06/30/2026 | -22,048.09 |
| Register balance as of 07/10/2026 | 28,633.75 |

**Details**

Checks and payments cleared (56)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Bill Payment | Pd Online 05.29.2026 | Volunteer Energy Cooperative | -3,981.90 |
| 06/01/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -1,655.00 |
| 06/01/2026 | Bill Payment | | Tammy Lap | -600.00 |
| 06/01/2026 | Bill Payment | | WM Corporate Services, Inc. | -236.52 |
| 06/01/2026 | Journal | 772 | | -37.27 |
| 06/01/2026 | Journal | 772 | | -41.05 |
| 06/02/2026 | Bill Payment | Pd Online 05.29.2026 | Auto-Owners Insurance | -613.66 |
| 06/02/2026 | Journal | 773 | | -52.02 |
| 06/03/2026 | Journal | 774 | | -24.12 |
| 06/03/2026 | Journal | 774 | | -24.63 |
| 06/03/2026 | Journal | 774 | | -16.42 |
| 06/05/2026 | Journal | 775 | | -19.74 |
| 06/05/2026 | Bill Payment | | Hiawatha Manor West Associ… | -2,645.57 |
| 06/05/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -730.00 |
| 06/05/2026 | Bill Payment | | C&L Construction | -350.00 |
| 06/05/2026 | Bill Payment | | Happy Sak Exxon | -648.90 |
| 06/05/2026 | Journal | 775 | | -16.43 |
| 06/05/2026 | Journal | 775 | | -65.81 |
| 06/08/2026 | Journal | 776 | | -35.19 |
| 06/08/2026 | Journal | 776 | | -15.35 |
| 06/08/2026 | Journal | 776 | | -15.34 |
| 06/08/2026 | Journal | 776 | | -13.13 |
| 06/08/2026 | Journal | 776 | | -26.25 |
| 06/08/2026 | Journal | 776 | | -122.28 |
| 06/08/2026 | Journal | 776 | | -63.66 |
| 06/08/2026 | Journal | 776 | | -17.78 |
| 06/10/2026 | Journal | 787 | | -53.67 |
| 06/10/2026 | Journal | 787 | | -1.10 |
| 06/10/2026 | Bill Payment | Pd Online 06.10.2026 | First Insurance Funding Loan… | -18,265.07 |
| 06/10/2026 | Journal | 787 | | -47.81 |
| 06/11/2026 | Journal | 788 | | -30.71 |
| 06/12/2026 | Bill Payment | Pd Online 06.12.26 | Spectrum Enterprise Acctxx17… | -2,398.21 |
| 06/12/2026 | Journal | 789 | | -17.55 |
| 06/12/2026 | Journal | 789 | | -44.66 |
| 06/14/2026 | Journal | 790 | | -84.48 |
| 06/15/2026 | Journal | 791 | | -19.54 |
| 06/15/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -410.00 |
| 06/15/2026 | Journal | 791 | | -175.59 |
| 06/15/2026 | Journal | 791 | | -124.00 |
| 06/15/2026 | Journal | 791 | | -1,106.92 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/17/2026 | Bill Payment | Pd Online 06.17.26 | Cumberland Plateau Water Au… | -845.41 |
| 06/17/2026 | Journal | 797 | | -52.79 |
| 06/18/2026 | Bill Payment | | Frontier Communications Acct… | -111.76 |
| 06/18/2026 | Bill Payment | | Apartments, LLC | -368.00 |
| 06/18/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -255.00 |
| 06/22/2026 | Journal | 795 | | -5.48 |
| 06/22/2026 | Journal | 795 | | -45.96 |
| 06/23/2026 | Journal | 796 | | -17.78 |
| 06/23/2026 | Journal | 796 | | -52.66 |
| 06/23/2026 | Journal | 796 | | -51.73 |
| 06/24/2026 | Journal | 800 | | -243.65 |
| 06/26/2026 | Journal | 799 | | -275.00 |
| 06/26/2026 | Journal | 801 | | -69.52 |
| 06/26/2026 | Journal | 801 | | -13.82 |
| 06/29/2026 | Journal | 802 | | -606.92 |
| 06/30/2026 | Journal | 798 | | -275.00 |
| Total | | | | -38,137.81 |

Deposits and other credits cleared (7)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2026 | Deposit | | | 11,684.43 |
| 06/05/2026 | Deposit | | | 5,919.23 |
| 06/10/2026 | Journal | 779 | | 500.00 |
| 06/16/2026 | Deposit | | | 6,084.74 |
| 06/22/2026 | Journal | 806 | | 500.00 |
| 06/24/2026 | Deposit | | | 5,779.42 |
| 06/30/2026 | Journal | 803 | | 45.96 |
| Total | | | | 30,513.78 |

**Additional Information**

Uncleared checks and payments after 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2026 | Bill Payment | Pd Online 07.01.26 | Volunteer Energy Cooperative | -3,864.56 |
| 07/01/2026 | Bill Payment | Pd Online 07.01.26 | Auto-Owners Insurance | -613.66 |
| 07/01/2026 | Bill Payment | Pd Online 07.01.26 | Cumberland Plateau Water Au… | -1,092.84 |
| 07/01/2026 | Bill Payment | Pd Online 07.01.26 | First Insurance Funding Loan… | -4,398.79 |
| 07/01/2026 | Bill Payment | Pd Online 07.08.26 | Ford Credit | -785.19 |
| 07/02/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -125.00 |
| 07/02/2026 | Bill Payment | | Hiawatha Manor West Associ… | -3.74 |
| 07/02/2026 | Bill Payment | | Tammy Lap | -600.00 |
| 07/06/2026 | Journal | 804 | | -31.82 |
| 07/07/2026 | Journal | 805 | | -141.90 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Frontier Communications Acct… | -473.18 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Volunteer Energy Cooperative | -4,648.85 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Cumberland Plateau Water Au… | -1,117.82 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Cumberland Plateau Water Au… | -3,273.57 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Cumberland Plateau Water Au… | -53.47 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Middle Tennessee Natural Ga… | -298.95 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | WM Corporate Services, Inc. | -97.34 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Middle Tennessee Natural Ga… | -52.95 |
| 07/10/2026 | Bill Payment | | Happy Sak Exxon | -374.46 |
| Total | | | | -22,048.09 |

Servis1st Bank

P.O. Box 1508
Birmingham, AL 35201
866-317-0810


Primary Acct. XXXXXXXXXXXX6861
Enclosures

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## C H E C K I N G   A C C O U N T S

| | | | |
|---|---|---|---|
| BUSINESS CHECKING | | Number of Enclosures | 0 |
| Account Number | XXXXXXXXXXXX6861 | Statement Dates | 6/01/26 thru 6/30/26 |
| Previous Balance | 58,324.65 | Days in the Statement Period | 30 |
| 7 Deposits/Credits | 30,513.78 | Average Ledger | 52,856.70 |
| 57 Checks/Debits | 38,156.59 | Average Collected | 52,856.70 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 50,681.84 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/02 | Bill.com Lemonjuice SolutCCD 016VSZSJS10WJJW021000026241934 | 11,684.43 |
| 6/05 | Bill.com Lemonjuice SolutCCD 016RJGOKI11535Z021000028086359 | 5,919.23 |
| 6/10 | POS CRE 0000 06/08/26 05439286 TRI COUNTY CROSSVILLE TN C#7593 | 500.00 |
| 6/16 | Bill.com Lemonjuice SolutCCD 016DGTKFA11Q4Y3021000029090593 | 6,084.74 |
| 6/24 | Bill.com Lemonjuice SolutCCD 996OSISUT125L1V021000025570979 | 5,779.42 |
| 6/24 | POS CRE 0000 06/22/26 11637103 TRI COUNTY CROSSVILLE TN C#7593 | 500.00 |
| 6/30 | POS CRE 0000 06/29/26 60460459 AMAZON MKTPLACE PMTS Amzn.com/bill WA C#7593 | 45.96 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 6/01 | Payables Michellia BlayloCCD 016NGSZUN10RGVR021000028964157 | 1,655.00- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 6/01 | Payables Tammy Lapp dba TCCD<br>016XSELJF10RGVS021000028964160 | 600.00- |
| 6/01 | Payables WM Corporate SerCCD<br>016AQWVZB10RGVT021000028964163 | 236.52- |
| 6/01 | DBT CRD 1145 05/29/26 03046125<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 41.05- |
| 6/01 | DBT CRD 1425 05/29/26 99341860<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 37.27- |
| 6/02 | WEB PMTS Volunteer EnergyWEB<br>9000304546 111924688654110 | 3,981.90- |
| 6/02 | INS. PREM AUTO-OWNERS PPD<br>1380315280 072000911477869 | 613.66- |
| 6/03 | DBT CRD 1022 06/02/26 53584752<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 16.42- |
| 6/04 | DBT CRD 0413 06/03/26 31886065<br>AMAZON MKTPL*NT01L3Q93<br>Amzn.com/bill WA C#7593 | 52.02- |
| 6/04 | DBT CRD 0959 06/03/26 39718743<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 24.63- |
| 6/04 | DBT CRD 1602 06/03/26 57536269<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#7593 | 24.12- |
| 6/05 | Payables Hiawatha Manor WCCD<br>016PZAFDS113GQA021000029481894 | 2,645.57- |
| 6/05 | Payables Michellia BlayloCCD<br>016VLJKLP113GQC021000029481900 | 730.00- |
| 6/05 | Payables Happy Sak Exxon CCD<br>016WOPXZZ113GQB021000029481897 | 648.90- |
| 6/05 | Payables C&L ConstructionCCD<br>016ZGKYTO113GQD021000029481903 | 350.00- |
| 6/05 | DBT CRD 1035 06/04/26 61510955<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 65.81- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 6/05 | DBT CRD 1445 06/04/26 11379845<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#7593 | 19.74- |
| 6/05 | DBT CRD 0840 06/04/26 92220485<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#7593 | 16.43- |
| 6/08 | DBT CRD 1233 06/06/26 31996359<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 63.66- |
| 6/09 | DBT CRD 1050 06/08/26 70292923<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 26.25- |
| 6/09 | DBT CRD 1348 06/08/26 77184810<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#7593 | 15.35- |
| 6/09 | DBT CRD 1446 06/08/26 11636917<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 13.13- |
| 6/10 | DBT CRD 1110 06/09/26 82588080<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 53.67- |
| 6/10 | POS DEB 1014 06/10/26 00000940<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE TN C#7593 | 47.81- |
| 6/10 | DBT CRD 1018 06/09/26 50889441<br>HAJOCA MODERN 396<br>CROSSVILLE TN C#7593 | 35.19- |
| 6/10 | DBT CRD 1014 06/09/26 48781397<br>HOLSTON GASES CROSSVIL<br>CROSSVILLE TN C#7593 | 17.78- |
| 6/10 | DBT CRD 0931 06/09/26 23086757<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#7593 | 15.34- |
| 6/10 | POS DEB 1414 06/09/26 00575653<br>DOLLAR GENERAL #16115 | 1.10- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| | DG 1611521 STONE B<br>CROSSVILLE TN C#7593 | |
| 6/11 | INSURANCE FIRST INSURANCE CCD<br>98835713 071925339147034 | 18,265.07- |
| 6/11 | POS DEB 1141 06/11/26 00000055<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE TN C#7593 | 30.71- |
| 6/12 | DBT CRD 0303 06/11/26 90159199<br>AMAZON RETA* HZ7T30713<br>WWW.AMAZON.CO WA C#7593 | 122.28- |
| 6/12 | DBT CRD 2002 06/11/26 37788830<br>AMAZON MKTPL*EW6GQ3JD3<br>Amzn.com/bill WA C#7593 | 44.66- |
| 6/12 | DBT CRD 0952 06/11/26 35691047<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#7593 | 17.55- |
| 6/15 | SPECTRUM SPECTRUM WEB<br>0000358635 021000028499771 | 2,398.21- |
| 6/15 | DBT CRD 0957 06/12/26 38523757<br>TRI COUNTY<br>CROSSVILLE TN C#7593 | 1,106.92- |
| 6/15 | Payables Michellia BlayloCCD<br>016TPMOSF11LOUP021000024113640 | 410.00- |
| 6/15 | DBT CRD 0931 06/12/26 23063438<br>AMAZON MKTPL*LH12F6JD3<br>Amzn.com/bill WA C#7593 | 175.59- |
| 6/15 | DBT CRD 1217 06/12/26 22696060<br>TAKE 5 (STORE 1237)<br>CROSSVILLE TN C#7593 | 124.00- |
| 6/15 | DBT CRD 1106 06/13/26 80054240<br>CROSSVILLE RURAL KING<br>CROSSVILLE TN C#7593 | 19.54- |
| 6/16 | DBT CRD 1600 06/15/26 56282652<br>AMAZON RETA* FJ25F7X33<br>WWW.AMAZON.CO WA C#7593 | 84.48- |
| 6/17 | BILLING BILL.COM LLC CCD<br>02B5ZCTLMR173KG021000024266470 | 52.79- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 6/18 | CRAB ORCHACRAB ORCHARD UTICCD 091000010383922 | 845.41- |
| 6/18 | Payables Apartments, LLC CCD 016HBURZO11TLTB021000021339080 | 368.00- |
| 6/18 | Payables Michellia BlayloCCD 016MMAKEJ11TLTC021000021339083 | 255.00- |
| 6/18 | Payables Frontier CommuniCCD 016XKZYQE11TLTA021000021339077 | 111.76- |
| 6/22 | DBT CRD 1249 06/20/26 41400860 AMAZON MKTPL*2K45G7C33 Amzn.com/bill WA C#7593 | 45.96- |
| 6/22 | DBT CRD 1342 06/19/26 73227276 POTTERS ACE HARDWARE O CROSSVILLE TN C#7593 | 5.48- |
| 6/23 | POS DEB 1204 06/23/26 00001721 POTTERS ACE HARD POTTERS ACE HARD CROSSVILLE TN C#7593 | 52.66- |
| 6/24 | POS DEB 1344 06/24/26 00551447 WM SUPERCENTER #687 168 OBED PLZ STE 1 CROSSVILLE TN C#7593 | 243.65- |
| 6/24 | DBT CRD 1107 06/23/26 80709933 HAJOCA MODERN 396 CROSSVILLE TN C#7593 | 51.73- |
| 6/24 | DBT CRD 1101 06/23/26 76992958 HOLSTON GASES CROSSVIL CROSSVILLE TN C#7593 | 17.78- |
| 6/26 | DBT CRD 0631 06/25/26 14669566 INTUIT *QBooks Online CL.INTUIT.COM CA C#7593 | 275.00- |
| 6/26 | DBT CRD 1049 06/25/26 69909096 LOWE S #548 CROSSVILLE TN C#7593 | 69.52- |
| 6/26 | DBT CRD 1546 06/25/26 48087021 POTTERS ACE HARDWARE O CROSSVILLE TN C#7593 | 13.82- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 6/29 | DBT CRD 1259 06/26/26 47511254<br>TRI COUNTY<br>CROSSVILLE TN C#7593 | 606.92- |
| 6/29 | DBT CRD 0702 06/28/26 33552068<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 275.00- |
| 6/30 | Account Analysis Charge | 18.78- |

DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/01 | 55,754.81 | 6/10 | 64,379.99 | 6/22 | 45,981.32 |
| 6/02 | 62,843.68 | 6/11 | 46,084.21 | 6/23 | 45,928.66 |
| 6/03 | 62,827.26 | 6/12 | 45,899.72 | 6/24 | 51,894.92 |
| 6/04 | 62,726.49 | 6/15 | 41,665.46 | 6/26 | 51,536.58 |
| 6/05 | 64,169.27 | 6/16 | 47,665.72 | 6/29 | 50,654.66 |
| 6/08 | 64,105.61 | 6/17 | 47,612.93 | 6/30 | 50,681.84 |
| 6/09 | 64,050.88 | 6/18 | 46,032.76 | | |

## ERRORS RELATING TO ELECTRONIC FUND TRANSFERS OR SUBSTITUTE CHECKS (Consumer Customers Only)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE SHOWN ON THIS STATEMBNT

$______________________

ADD+(IFANY)DEPOSITS NOT SHOWN ON THIS STATEMENT

$______________________

TOTAL

$______________________

SUBTRACT- (IF ANY)CHECKS OUTSTANDING

$______________________

BALANCE

$______________________

SHOULD AGREE WITH CHECKBOOK BALANCE

| CHECKS OUTSTANIDINIG | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK BOOK BALANCE AT STATEMENT DATE

$______________________

SUBTRACT- (IF ANY} ACTIVITY CHARGE

$______________________

SUBTOTAL

$______________________

SUBTRACT- (IFANY) OF BANK CHARGES

$______________________

BALANCE

$______________________

SHOULD AGREE WITH STATEMENT BALANCE

## YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness" in examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do n**ot do this, the Bank will not be liable to you for claims submitted after the timeframe specified. **A copy of our current "Terms and** Conditions" can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.

# Hiawatha Manor Association, Inc. - East

## A/P Aging Summary Report

### As of Jun 30, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Auto-Owners Insurance | 613.66 | | | | | 613.66 |
| Crown Resorts Management LLC | | | | | 38,294.17 | 38,294.17 |
| Cumberland Plateau Water Authority Acct#2001-00390-001 | 1,117.82 | | | | | 1,117.82 |
| Cumberland Plateau Water Authority Acct#2001-00425-001# | 1,092.84 | | | | | 1,092.84 |
| Cumberland Plateau Water Authority Acct#2004-03400-001 | 3,273.57 | | | | | 3,273.57 |
| Cumberland Plateau Water Authority Acct#2004-03500-001 | | 53.47 | | | | 53.47 |
| Ford Credit | | 785.19 | | | | 785.19 |
| Frontier Communications Acctxx 931-788-2235 | 473.18 | | | | | 473.18 |
| Frontier Communications Acctxx 931-788-6532 | | | | | -126.00 | -126.00 |
| Happy Sak Exxon | 374.46 | | | | | 374.46 |
| Hiawatha Manor West Association, Inc. | 101.24 | | | | | 101.24 |
| Holiday Property Partners, LLC | 24.10 | | | 28.75 | 11,375.39 | 11,428.24 |
| Holland & Knight LLP | | | | | 119,695.66 | 119,695.66 |
| Lake Tansi POA | 1,710.00 | 1,710.00 | 1,710.00 | 1,710.00 | 29,040.00 | 35,880.00 |
| Lemonjuice Solutions. LLC | 24,651.80 | 33,365.72 | 28,799.82 | 24,759.46 | 249,558.20 | 361,135.00 |
| Michellia Blaylock dba Cumberland Cleaners | 500.00 | 125.00 | | | | 625.00 |
| Middle Tennessee Natural Gas #003258-011972 | 52.95 | | | | | 52.95 |
| Middle Tennessee Natural Gas#03925-003779 | 298.95 | | | | | 298.95 |
| Tammy Lap | 600.00 | | | | | 600.00 |
| Vacatia Inc | | | | | 89.86 | 89.86 |
| Volunteer Energy Cooperative | 8,513.41 | | | | | 8,513.41 |
| **TOTAL** | **43,397.98** | **36,039.38** | **30,509.82** | **26,498.21** | **447,927.28** | **$584,372.67** |

Monday, July 20, 2026 02:41 PM GMT-04:00

# Hiawatha Manor Association, Inc. - East

## A/R Aging Summary Report

### As of Jun 30, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Crown Resorts Management | | | | | 409.02 | 409.02 |
| **TOTAL** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$409.02** | **$409.02** |

Monday, July 20, 2026 02:42 PM GMT-04:00

# Hiawatha Manor Association, Inc. - East
## Balance Sheet
### As of June 30, 2026

| | | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **Association Operating Accounts** | | |
| **1005 Funds in transit** | | 14,196.13 |
| **1015 ServisFirst DIP xx6861** | | 50,681.84 |
| **Total Association Operating Accounts** | **$** | **64,877.97** |
| **Total Bank Accounts** | **$** | **64,877.97** |
| **Accounts Receivable** | | |
| **112900 Receivables - Other** | | 409.02 |
| **Total Accounts Receivable** | **$** | **409.02** |
| **Other Current Assets** | | |
| **111900 Allowance for Doubtful Accounts** | | -6,681,797.51 |
| **112000 AR Maintenance Fees** | | 6,681,797.51 |
| **1255.90 A/R Hiawatha West** | | 44,382.21 |
| **141001 Prepaid - Insurance** | | 39,093.48 |
| **Undeposited Funds** | | 1,250.00 |
| **Total Other Current Assets** | **$** | **84,725.69** |
| **Total Current Assets** | **$** | **150,012.68** |
| **Fixed Assets** | | |
| **151000 Land** | | 141,142.00 |
| **155000 Other Equipment** | | 41,991.63 |
| **165000 Accum Depr - Other Equipment** | | -41,991.63 |
| **Total 155000 Other Equipment** | **$** | **0.00** |
| **157000 Furniture & Fixtures** | | 4,156.98 |
| **167000 Accum Depr - Furniture & Fixtures** | | -4,156.98 |
| **Total 157000 Furniture & Fixtures** | **$** | **0.00** |
| **158000 Vehicles** | | 33,667.54 |
| **168000 Accum Depr - Vehicles** | | -28,108.55 |
| **Total 158000 Vehicles** | **$** | **5,558.99** |
| **Total Fixed Assets** | **$** | **146,700.99** |
| **TOTAL ASSETS** | **$** | **296,713.67** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **200000 Accounts Payable - Trade** | | 584,372.67 |
| **Total Accounts Payable** | **$** | **584,372.67** |
| **Other Current Liabilities** | | |

| | | |
|---|---|---|
| **211000 HPP Loan - Investment in Purchased Receivables** | | 519,644.98 |
| **212000 Accrued - Property & Income Taxes** | | 44,871.50 |
| **213000 Accrued Expenses - Other** | | 63,929.97 |
| **241101 Deferred Revenue - Prepaid Dues** | | 13,540.70 |
| **255900 Due To/From Operating/Reserves** | | 5,562.24 |
| **261000 Insurance Payable** | | 35,190.32 |
| **Total Other Current Liabilities** | **$** | **682,739.71** |
| **Total Current Liabilities** | **$** | **1,267,112.38** |
| **Long-Term Liabilities** | | |
| **272000 Notes Payable** | | -37.26 |
| **Total Long-Term Liabilities** | **-$** | **37.26** |
| **Total Liabilities** | **$** | **1,267,075.12** |
| **Equity** | | |
| **399000 Retained Earnings** | | -880,339.50 |
| **Net Income** | | -90,021.95 |
| **Total Equity** | **-$** | **970,361.45** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **296,713.67** |

Monday, Jul 20, 2026 10:59:10 AM GMT-7 - Accrual Basis

# Hiawatha Manor Association, Inc. - East
## Profit and Loss
### June 2026

| | | Total |
|---|---|---|
| **Income** | | |
| **400600-02 Rental Income - Transient** | | 22,593.40 |
| **400601-01 Other Rental Income - Cleaning Fees** | | 651.35 |
| **Total Income** | **$** | **23,244.75** |
| **Gross Profit** | **$** | **23,244.75** |
| **Expenses** | | |
| **601010 Salary and Wages** | | 17,263.83 |
| **601050 Benefits - Healthcare** | | -1,660.75 |
| **601051 Benefits - Retirement** | | 574.70 |
| **601080 Employer Taxes** | | 1,019.90 |
| **601081 Workers Comp** | | 153.65 |
| **601090 Other Payroll Expense** | | 1,726.38 |
| **602300 Legal Fees** | | 300.00 |
| **604010-02 Tech Software & Apps** | | 1,215.00 |
| **604010-04 Tech Finance & HR Software** | | 52.79 |
| **604019 Office Supplies** | | 6.84 |
| **604020 Bank Fees & Related Charges** | | 18.78 |
| **604030 Insurance - D&O** | | 284.08 |
| **604031 Insurance - General** | | 4,343.72 |
| **604034 Insurance - Other** | | 214.78 |
| **604050 Business Licenses, Gov't Fees and Permits** | | 10.47 |
| **604051 Business & Property Taxes** | | 1,632.50 |
| **604999 Misc & Other** | | 97.46 |
| **606030 Landscape and Lawn** | | 305.19 |
| **606031 Heating and Air Conditioning Repairs** | | 146.19 |
| **606032 Plumbing Repairs** | | 127.66 |
| **606034 Vehicle Repairs** | | 43.40 |
| **606036 Pool Service and Supplies** | | 489.98 |
| **606037 Furniture/Unit Repairs and Supplies** | | 98.90 |
| **606071 Electric** | | 3,864.56 |
| **606072 Gas** | | 131.06 |
| **606073 Water & Sewer** | | 2,802.84 |
| **606074 Trash Removal/Recycling** | | 236.52 |
| **606075 Media** | | 2,509.97 |
| **606301 Guest and Cleaning Supplies** | | 698.51 |
| **606701 Accounting Fees** | | 1,800.00 |
| **606990 Miscellaneous Supplies** | | 87.03 |
| **607501-02 Marketing - Advertising** | | 152.85 |
| **Total Expenses** | **$** | **40,748.79** |

| | | |
|---|---|---|
| **Net Operating Income** | **-$** | **17,504.04** |
| **Other Expenses** | | |
| **608000 Depreciation Expense** | | 307.24 |
| **992000 Income Tax - Country/Federal** | | 200.00 |
| **Total Other Expenses** | **$** | **507.24** |
| **Net Other Income** | **-$** | **507.24** |
| **Net Income** | **-$** | **18,011.28** |

Monday, Jul 20, 2026 11:00:06 AM GMT-7 - Accrual Basis