UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TENNESSEE

Cookeville Division

In Re. Hiawatha East Condominium Association, Inc. §
§
§
Debtor(s) §

Case No. 25-01916

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 05/06/2025

Months Pending: 15

Industry Classification: 5 3 1 1

Reporting Method: Accrual Basis ◉ Cash Basis ◯

Debtor's Full-Time Employees (current): 5

Debtor's Full-Time Employees (as of date of order for relief): 5

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Richard Winkler
Signature of Responsible Party

08/20/2026
Date

Richard Winkler
Printed Name of Responsible Party

7380 West Sand Lake Road, Suite 13
Orlando, FL 32819
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $50,682 | |
| b. | Total receipts (net of transfers between accounts) | $22,734 | $565,283 |
| c. | Total disbursements (net of transfers between accounts) | $37,996 | $521,782 |
| d. | Cash balance end of month (a+b-c) | $35,420 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $37,996 | $521,782 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $409 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $160,983 |
| e. | Total assets | $307,377 |
| f. | Postpetition payables (excluding taxes) | $614,231 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $614,231 |
| k. | Prepetition secured debt | $519,215 |
| l. | Prepetition priority debt | $46,704 |
| m. | Prepetition unsecured debt | $113,824 |
| n. | Total liabilities (debt) (j+k+l+m) | $1,293,974 |
| o. | Ending equity/net worth (e-n) | $-986,597 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $27,591 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $27,591 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $-40,837 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $-307 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $-2,679 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-16,233 | $-718,135 |

Debtor's Name Hiawatha East Condominium Association, Inc. Case No. 25-01916

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $200 | $3,000 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $847 | $21,673 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $1,633 | $24,490 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ○ No ◉

d. Are you current on postpetition tax return filings? — Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ◉

i. Do you have:
- Worker's compensation insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- Casualty/property insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○ No ◉

k. Has a disclosure statement been filed with the court? — Yes ○ No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉ No ○

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/Richard Winkler | Richard Winkler |
| Signature of Responsible Party | Printed Name of Responsible Party |
| General Counsel, Lemonjuice Solutions | 08/20/2026 |
| Title | Date |

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/17/2026

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

**Summary**

| | USD |
|---|---|
| Statement beginning balance | 50,681.84 |
| Service charge | -20.40 |
| Checks and payments cleared (56) | -37,975.41 |
| Deposits and other credits cleared (4) | 22,734.19 |
| Statement ending balance | 35,420.22 |

| | |
|---|---|
| Register balance as of 07/31/2026 | 35,420.22 |
| Cleared transactions after 07/31/2026 | 0.00 |
| Uncleared transactions after 07/31/2026 | -33,939.67 |
| Register balance as of 08/17/2026 | 1,480.55 |

**Details**

Checks and payments cleared (56)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2026 | Bill Payment | Pd Online 07.01.26 | Volunteer Energy Cooperative | -3,864.56 |
| 07/01/2026 | Bill Payment | Pd Online 07.01.26 | Auto-Owners Insurance | -613.66 |
| 07/01/2026 | Bill Payment | Pd Online 07.01.26 | Cumberland Plateau Water Au… | -1,092.84 |
| 07/01/2026 | Bill Payment | Pd Online 07.01.26 | First Insurance Funding Loan… | -4,398.79 |
| 07/01/2026 | Bill Payment | Pd Online 07.08.26 | Ford Credit | -785.19 |
| 07/02/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -125.00 |
| 07/02/2026 | Bill Payment | | Hiawatha Manor West Associ… | -3.74 |
| 07/02/2026 | Bill Payment | | Tammy Lap | -600.00 |
| 07/06/2026 | Journal | 804 | | -31.82 |
| 07/07/2026 | Journal | 805 | | -141.90 |
| 07/09/2026 | Journal | 811 | | -9.61 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Middle Tennessee Natural Ga… | -298.95 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | WM Corporate Services, Inc. | -97.34 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Frontier Communications Acct… | -473.18 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Volunteer Energy Cooperative | -4,648.85 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Cumberland Plateau Water Au… | -1,117.82 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Cumberland Plateau Water Au… | -3,273.57 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Cumberland Plateau Water Au… | -53.47 |
| 07/09/2026 | Bill Payment | Pd Online 07.09.26 | Middle Tennessee Natural Ga… | -52.95 |
| 07/10/2026 | Journal | 812 | | -31.83 |
| 07/10/2026 | Bill Payment | | Happy Sak Exxon | -374.46 |
| 07/13/2026 | Journal | 813 | | -16.98 |
| 07/15/2026 | Journal | 814 | | -13.69 |
| 07/15/2026 | Journal | 814 | | -378.39 |
| 07/17/2026 | Bill Payment | Pd Online 07.17.26 | WM Corporate Services, Inc. | -303.04 |
| 07/17/2026 | Journal | 815 | | -29.93 |
| 07/17/2026 | Journal | 834 | | -48.67 |
| 07/17/2026 | Journal | 815 | | -606.92 |
| 07/20/2026 | Journal | 816 | | -95.86 |
| 07/20/2026 | Journal | 816 | | -645.33 |
| 07/20/2026 | Journal | 816 | | -12.15 |
| 07/20/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -2,385.00 |
| 07/20/2026 | Bill Payment | | Spectrum Acct#238754701 | -3,535.56 |
| 07/20/2026 | Bill Payment | | Spectrum Enterprise Acctxx17… | -2,409.18 |
| 07/20/2026 | Journal | 816 | | -19.73 |
| 07/22/2026 | Journal | 817 | | -97.47 |
| 07/23/2026 | Journal | 818 | | -94.34 |
| 07/23/2026 | Journal | 818 | | -25.22 |
| 07/23/2026 | Journal | 818 | | -32.89 |
| 07/23/2026 | Bill Payment | | Apartments, LLC | -368.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/24/2026 | Bill Payment | | Josh Sherrill | -700.00 |
| 07/24/2026 | Journal | 819 | | -28.51 |
| 07/27/2026 | Journal | 820 | | -105.16 |
| 07/27/2026 | Journal | 827 | | -275.00 |
| 07/27/2026 | Bill Payment | Pd Online 07.27.26 | Auto-Owners Insurance | -613.66 |
| 07/27/2026 | Bill Payment | Pd Online 07.27.26 | U.S. Trustee Payment Center | -352.86 |
| 07/28/2026 | Bill Payment | | Josh Sherrill | -550.00 |
| 07/28/2026 | Bill Payment | | Frontier Communications Acct… | -111.93 |
| 07/28/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -1,000.00 |
| 07/28/2026 | Journal | 821 | | -383.77 |
| 07/28/2026 | Bill Payment | | Middle Tennessee Natural Ga… | -229.00 |
| 07/28/2026 | Bill Payment | | Middle Tennessee Natural Ga… | -35.00 |
| 07/29/2026 | Journal | 822 | | -10.68 |
| 07/29/2026 | Journal | 826 | | -275.00 |
| 07/31/2026 | Journal | 823 | | -81.16 |
| 07/31/2026 | Journal | 823 | | -15.80 |
| Total | | | | -37,975.41 |

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2026 | Deposit | | | 5,661.45 |
| 07/02/2026 | Deposit | | | 5,719.14 |
| 07/15/2026 | Deposit | | | 6,176.36 |
| 07/21/2026 | Deposit | | | 5,177.24 |
| Total | | | | 22,734.19 |

**Additional Information**

Uncleared checks and payments after 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/02/2026 | Journal | 824 | | -145.81 |
| 08/03/2026 | Journal | 825 | | -8.77 |
| 08/03/2026 | Bill Payment | Pd Online 07.31.2026 | First Insurance Funding Loan… | -4,398.79 |
| 08/03/2026 | Bill Payment | Pd Online 08.03.26 | Volunteer Energy Cooperative | -5,591.79 |
| 08/03/2026 | Bill Payment | Pd Online 08.03.27 | Volunteer Energy Cooperative | -4,524.71 |
| 08/04/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -1,135.00 |
| 08/04/2026 | Bill Payment | | Tammy Lap | -600.00 |
| 08/05/2026 | Journal | 829 | | -55.49 |
| 08/06/2026 | Journal | 828 | | -124.99 |
| 08/06/2026 | Journal | 830 | | -17.54 |
| 08/07/2026 | Bill Payment | Pd Online 08.07.26 | Gregory & Appel Insurance | -2,571.00 |
| 08/07/2026 | Bill Payment | Pd Online 08.07.26 | Cumberland Plateau Water Au… | -818.23 |
| 08/07/2026 | Bill Payment | Pd Online 08.07.26 | Cumberland Plateau Water Au… | -1,156.89 |
| 08/07/2026 | Bill Payment | Pd Online 08.07.26 | Cumberland Plateau Water Au… | -2,127.37 |
| 08/07/2026 | Bill Payment | Pd Online 08.07.26 | Cumberland Plateau Water Au… | -28.50 |
| 08/07/2026 | Journal | 831 | | -54.85 |
| 08/10/2026 | Bill Payment | | Happy Sak Exxon | -567.51 |
| 08/10/2026 | Journal | 832 | | -7.88 |
| 08/10/2026 | Journal | 832 | | -120.70 |
| 08/10/2026 | Journal | 832 | | -35.09 |
| 08/10/2026 | Journal | 832 | | -10.96 |
| 08/11/2026 | Journal | 833 | | -23.59 |
| 08/14/2026 | Bill Payment | | Spectrum Enterprise Acctxx17… | -3,535.56 |
| 08/14/2026 | Bill Payment | | Spectrum Enterprise Acctxx17… | -2,409.18 |
| 08/14/2026 | Bill Payment | | WM Corporate Services, Inc. | -166.32 |
| 08/14/2026 | Bill Payment | | WM Corporate Services, Inc. | -295.65 |
| 08/17/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -2,295.00 |
| 08/17/2026 | Bill Payment | | The Law Office of Jennifer Mc… | -1,112.50 |
| Total | | | | -33,939.67 |

Servis1st Bank

P.O. Box 1508
Birmingham, AL 35201
866-317-0810



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## C H E C K I N G   A C C O U N T S

| | | | |
|---|---|---|---|
| BUSINESS CHECKING | | Number of Enclosures | 0 |
| Account Number | XXXXXXXXXXXX6861 | Statement Dates | 7/01/26 thru 8/02/26 |
| Previous Balance | 50,681.84 | Days in the Statement Period | 33 |
| 4 Deposits/Credits | 22,734.19 | Average Ledger | 43,440.22 |
| 59 Checks/Debits | 37,995.81 | Average Collected | 43,440.22 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 35,420.22 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/02 | Bill.com Lemonjuice SolutCCD 996IWFTVF12W1UH021000022442150 | 5,719.14 |
| 7/02 | Bill.com Lemonjuice SolutCCD 996IIRVGE12W1UG021000022442148 | 5,661.45 |
| 7/15 | Bill.com Lemonjuice SolutCCD 996IRJSVI14U7JE021000029218360 | 6,176.36 |
| 7/21 | Bill.com Lemonjuice SolutCCD 996FTZRBJ15NQ58021000022696185 | 5,177.24 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 7/02 | INSURANCE FIRST INSURANCE CCD 900-107193351 071925334205557 | 4,398.79- |
| 7/02 | WEB PMTS Volunteer EnergyCCD FYVDMS 111924683526899 | 3,864.56- |
| 7/02 | Payables Tammy Lapp dba TCCD 996MHSFAI12SRR0021000028995729 | 600.00- |
| 7/02 | Payables Michellia BlayloCCD 996AMCOQR12SRR1021000028995732 | 125.00- |
| 7/02 | Payables Hiawatha Manor WCCD 996ONVLWG12SRR2021000028995735 | 3.74- |
| 7/03 | CRAB ORCHACRAB ORCHARD UTICCD 091000017058921 | 1,092.84- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 7/06 | INS. PREM AUTO-OWNERS PPD<br>1380315280 072000919347345 | 613.66- |
| 7/06 | POS DEB 1151 07/06/26 00001705<br>ACE HARDWARE 385<br>ACE HARDWARE 385<br>CROSSVILLE TN C#7593 | 31.82- |
| 7/08 | DBT CRD 1017 07/07/26 50504222<br>HAJOCA MODERN 396<br>CROSSVILLE TN C#7593 | 141.90- |
| 7/09 | FORDCREDITFORD MOTOR CR WEB<br>3534610003 021000024727695 | 785.19- |
| 7/09 | POS DEB 1549 07/08/26 00585827<br>DOLLAR GENERAL #16115<br>DG 1611521 STONE B<br>CROSSVILLE TN C#7593 | 9.61- |
| 7/10 | WEB PMTS Volunteer EnergyCCD<br>ZMNOPS 111924685010390 | 4,648.85- |
| 7/10 | BILL PAY FRONTIER COMMUNICCD<br>10737552621 031101110849625 | 473.18- |
| 7/10 | Payables Happy Sak Exxon CCD<br>996TYVOAZ140VZ4021000026741320 | 374.46- |
| 7/10 | PAYMENT Middle TennesseeWEB<br>0383913206 031101111062853 | 297.00- |
| 7/10 | PAYMENT WASTE MANAGEMENTPPD<br>9580653001 021000024798998 | 97.34- |
| 7/10 | PAYMENT Middle TennesseeWEB<br>0383913206 031101111062852 | 51.00- |
| 7/10 | DBT CRD 1053 07/09/26 72204389<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 31.83- |
| 7/10 | WEB PMTS Utility serv feeWEB<br>9000661485 111924685011363 | 1.95- |
| 7/10 | WEB PMTS Utility serv feeWEB<br>9000661485 111924685011962 | 1.95- |
| 7/13 | CRAB ORCHACRAB ORCHARD UTIWEB<br>1223755714 091000013210081 | 3,273.57- |
| 7/13 | CRAB ORCHACRAB ORCHARD UTIWEB<br>1223755714 091000013210078 | 1,117.82- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 7/13 | CRAB ORCHACRAB ORCHARD UTIWEB<br>1223755714 091000013210088 | 53.47- |
| 7/13 | DBT CRD 0932 07/11/26 23237299<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#7593 | 16.98- |
| 7/15 | DBT CRD 1053 07/14/26 71958290<br>HAJOCA MODERN 396<br>CROSSVILLE TN C#7593 | 378.39- |
| 7/15 | POS DEB 0922 07/15/26 00000641<br>ACE HARDWARE 385<br>ACE HARDWARE 385<br>CROSSVILLE TN C#7593 | 13.69- |
| 7/17 | DBT CRD 1409 07/16/26 89705921<br>TRI COUNTY<br>CROSSVILLE TN C#7593 | 606.92- |
| 7/17 | BILLING BILL.COM LLC CCD<br>02B5YFZUSW18AD1021000021610953 | 48.67- |
| 7/17 | POS DEB 1059 07/17/26 00000527<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE TN C#7593 | 29.93- |
| 7/20 | Payables Spectrum Acct#23CCD<br>996GIPMFY15FS19021000027769409 | 3,535.56- |
| 7/20 | Payables Charter CommunicCCD<br>996RQIBTJ15FS1A021000027769412 | 2,409.18- |
| 7/20 | Payables Michellia BlayloCCD<br>996ACQZOV15FS18021000027769406 | 2,385.00- |
| 7/20 | PAYMENT WASTE MANAGEMENTPPD<br>9580653001 021000025285896 | 303.04- |
| 7/20 | DBT CRD 0937 07/17/26 26282415<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 95.86- |
| 7/21 | DBT CRD 1027 07/20/26 56773132<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 645.33- |
| 7/21 | DBT CRD 1141 07/20/26 00978485<br>POTTERS ACE HARDWARE O | 19.73- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| | CROSSVILLE TN C#7593 | |
| 7/21 | DBT CRD 0928 07/20/26 20801759<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#7593 | 12.15- |
| 7/22 | DBT CRD 0959 07/21/26 39949873<br>HAJOCA MODERN 396<br>CROSSVILLE TN C#7593 | 97.47- |
| 7/23 | Payables Apartments, LLC CCD<br>996FESCRT15TQZZ021000029823510 | 368.00- |
| 7/23 | POS DEB 1027 07/23/26 00000339<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE TN C#7593 | 94.34- |
| 7/23 | POS DEB 1336 07/23/26 00002459<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE TN C#7593 | 32.89- |
| 7/23 | POS DEB 1051 07/23/26 00002346<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE TN C#7593 | 25.22- |
| 7/24 | Payables Josh Sherrill ShCCD<br>996CRBLXZ15Y4U1021000028592167 | 700.00- |
| 7/24 | DBT CRD 1415 07/23/26 93011861<br>AMAZON MKTPL*G278L58U3<br>Amzn.com/bill WA C#7593 | 28.51- |
| 7/27 | DBT CRD 0704 07/25/26 34786118<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 275.00- |
| 7/27 | DBT CRD 1128 07/25/26 93275664<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 105.16- |
| 7/28 | Payables Middle TennesseeCCD<br>996PTVTGH1674SV021000021108724 | 35.00- |
| 7/28 | Payables Michellia BlayloCCD<br>996YHCWIO1674SW021000021108727 | 1,000.00- |
| 7/28 | Payables Josh Sherrill ShCCD<br>996BFKKED1674SS021000021108715 | 550.00- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 7/28 | PAYMENT QUARTERLY FEE CCD<br>0000 041036046585639 | 352.86- |
| 7/28 | Payables Middle TennesseeCCD<br>996MXOHIK1674ST021000021108718 | 229.00- |
| 7/28 | Payables Frontier CommuniCCD<br>996IPAAFD1674SU021000021108721 | 111.93- |
| 7/29 | INS. PREM AUTO-OWNERS PPD<br>1380315280 072000917095641 | 613.66- |
| 7/29 | DBT CRD 1155 07/28/26 09329824<br>LOWE S #548<br>CROSSVILLE TN C#7593 | 383.77- |
| 7/29 | DBT CRD 0823 07/28/26 82285815<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 275.00- |
| 7/29 | POS DEB 1139 07/29/26 00592431<br>DOLLAR GENERAL #16115<br>DG 1611521 STONE B<br>CROSSVILLE TN C#7593 | 10.68- |
| 7/31 | Account Analysis Charge | 20.40- |
| 7/31 | DBT CRD 1156 07/30/26 10029785<br>CANCUN MEXICAN RESTAUR<br>CROSSVILLE TN C#7593 | 81.16- |
| 7/31 | DBT CRD 1020 07/30/26 52384674<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#7593 | 15.80- |

DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/01 | 50,681.84 | 7/13 | 39,955.92 | 7/24 | 39,479.64 |
| 7/02 | 53,070.34 | 7/15 | 45,740.20 | 7/27 | 39,099.48 |
| 7/03 | 51,977.50 | 7/17 | 45,054.68 | 7/28 | 36,820.69 |
| 7/06 | 51,332.02 | 7/20 | 36,326.04 | 7/29 | 35,537.58 |
| 7/08 | 51,190.12 | 7/21 | 40,826.07 | 7/31 | 35,420.22 |
| 7/09 | 50,395.32 | 7/22 | 40,728.60 | | |
| 7/10 | 44,417.76 | 7/23 | 40,208.15 | | |

## ERRORS RELATING TO ELECTRONIC FUND TRANSFERS OR SUBSTITUTE CHECKS (Consumer Customers Only)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE SHOWN ON THIS STATEMBNT

$____________________

ADD+(IFANY)DEPOSITS NOT SHOWN ON THIS STATEMENT

$____________________

TOTAL

$____________________

SUBTRACT- (IF ANY)CHECKS OUTSTANDING

$____________________

BALANCE

$____________________

SHOULD AGREE WITH CHECKBOOK BALANCE

| CHECKS OUTSTANIDINIG | | |
| --- | --- | --- |
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK BOOK BALANCE AT STATEMENT DATE

$____________________

SUBTRACT- (IF ANY} ACTIVITYCHARGE

$____________________

SUBTOTAL

$____________________

SUBTRACT- (IFANY) OF BANK CHARGES

$____________________

BALANCE

$____________________

SHOULD AGREE WITH STATEMENT BALANCE

## YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness" in examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do n**ot do this, the Bank will not be liable to you for claims submitted after the timeframe specified. **A copy of our current "Terms and** Conditions" can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.

# Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
### As of July 31, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management LLC** | | | | | 38,294.17 | 38,294.17 |
| **Cumberland Plateau Water Authority Acct#2001-00390-001** | 1,156.89 | | | | | 1,156.89 |
| **Cumberland Plateau Water Authority Acct#2001-00425-001#** | 818.23 | | | | | 818.23 |
| **Cumberland Plateau Water Authority Acct#2004-03400-001** | 2,127.37 | | | | | 2,127.37 |
| **Cumberland Plateau Water Authority Acct#2004-03500-001** | 28.50 | | | | | 28.50 |
| **Ford Credit** | | | 785.19 | | | 785.19 |
| **Frontier Communications Acctxx 931-788-6532** | | | | | -126.00 | -126.00 |
| **Gregory & Appel Insurance** | | 2,571.00 | | | | 2,571.00 |
| **Happy Sak Exxon** | 567.51 | | | | | 567.51 |
| **Hiawatha Manor West Association, Inc.** | 30.73 | 97.50 | | | | 128.23 |
| **Holiday Property Partners, LLC** | 11.53 | 24.10 | | | 11,404.14 | 11,439.77 |
| **Holland & Knight LLP** | | | | | 119,695.66 | 119,695.66 |
| **Lake Tansi POA** | 1,710.00 | 6,830.00 | 1,710.00 | 1,710.00 | 30,750.00 | 42,710.00 |
| **Lemonjuice Solutions. LLC** | 17,922.33 | 26,396.46 | 22,074.76 | 38,346.12 | 277,057.66 | 381,797.33 |
| **Michellia Blaylock dba Cumberland Cleaners** | | 1,135.00 | | | | 1,135.00 |
| **Tammy Lap** | 600.00 | | | | | 600.00 |
| **Vacatia Inc** | | | | | 89.86 | 89.86 |
| **Volunteer Energy Cooperative** | 10,116.50 | | | | | 10,116.50 |
| **WM Corporate Services, Inc.** | 295.65 | | | | | 295.65 |
| **TOTAL** | **$ 35,385.24** | **$ 37,054.06** | **$ 24,569.95** | **$ 40,056.12** | **$ 477,165.49** | **$ 614,230.86** |

Thursday, Aug 20, 2026 07:10:49 AM GMT-7

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of July 31, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** | | | | | 409.02 | 409.02 |
| **TOTAL** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 409.02** | **$ 409.02** |

Thursday, Aug 20, 2026 07:11:11 AM GMT-7

# Hiawatha Manor Association, Inc. - East
## Balance Sheet
### As of July 31, 2026

| | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **Association Operating Accounts** | |
| **1005 Funds in transit** | 19,052.52 |
| **1015 ServisFirst DIP xx6861** | 35,420.22 |
| **Total Association Operating Accounts** | **$ 54,472.74** |
| **Total Bank Accounts** | **$ 54,472.74** |
| **Accounts Receivable** | |
| **112900 Receivables - Other** | 409.02 |
| **Total Accounts Receivable** | **$ 409.02** |
| **Other Current Assets** | |
| **111900 Allowance for Doubtful Accounts** | -6,681,797.51 |
| **112000 AR Maintenance Fees** | 6,681,797.51 |
| **1255.90 A/R Hiawatha West** | 67,818.85 |
| **141001 Prepaid - Insurance** | 37,032.43 |
| **Undeposited Funds** | 1,250.00 |
| **Total Other Current Assets** | **$ 106,101.28** |
| **Total Current Assets** | **$ 160,983.04** |
| **Fixed Assets** | |
| **151000 Land** | 141,142.00 |
| **155000 Other Equipment** | 41,991.63 |
| **165000 Accum Depr - Other Equipment** | -41,991.63 |
| **Total 155000 Other Equipment** | **$ 0.00** |
| **157000 Furniture & Fixtures** | 4,156.98 |
| **167000 Accum Depr - Furniture & Fixtures** | -4,156.98 |
| **Total 157000 Furniture & Fixtures** | **$ 0.00** |
| **158000 Vehicles** | 33,667.54 |
| **168000 Accum Depr - Vehicles** | -28,415.79 |
| **Total 158000 Vehicles** | **$ 5,251.75** |
| **Total Fixed Assets** | **$ 146,393.75** |
| **TOTAL ASSETS** | **$ 307,376.79** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **200000 Accounts Payable - Trade** | 614,230.86 |
| **Total Accounts Payable** | **$ 614,230.86** |
| **Other Current Liabilities** | |

| | | |
|---|---|---|
| **211000 HPP Loan - Investment in Purchased Receivables** | | 519,644.98 |
| **212000 Accrued - Property & Income Taxes** | | 46,704.00 |
| **213000 Accrued Expenses - Other** | | 63,929.97 |
| **241101 Deferred Revenue - Prepaid Dues** | | 13,540.70 |
| **255900 Due To/From Operating/Reserves** | | 5,562.24 |
| **261000 Insurance Payable** | | 30,791.53 |
| **Total Other Current Liabilities** | **$** | **680,173.42** |
| **Total Current Liabilities** | **$** | **1,294,404.28** |
| **Long-Term Liabilities** | | |
| **272000 Notes Payable** | | -429.85 |
| **Total Long-Term Liabilities** | **-$** | **429.85** |
| **Total Liabilities** | **$** | **1,293,974.43** |
| **Equity** | | |
| **399000 Retained Earnings** | | -880,339.50 |
| **Net Income** | | -106,258.14 |
| **Total Equity** | **-$** | **986,597.64** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **307,376.79** |

Thursday, Aug 20, 2026 07:10:18 AM GMT-7 - Accrual Basis

# Hiawatha Manor Association, Inc. - East
## Profit and Loss
### July 2026

| | | Total |
|---|---|---|
| **Income** | | |
| **400600-02 Rental Income - STR** | | -63,524.14 |
| **400600-03 Rental Income - LTR** | | 90,511.61 |
| **400601-01 Other Rental Income - Cleaning Fees** | | 603.11 |
| **Total Income** | **$** | **27,590.58** |
| **Gross Profit** | **$** | **27,590.58** |
| **Expenses** | | |
| **601010 Salary and Wages** | | 13,437.18 |
| **601050 Benefits - Healthcare** | | 1,665.97 |
| **601051 Benefits - Retirement** | | 516.14 |
| **601080 Employer Taxes** | | 727.15 |
| **601081 Workers Comp** | | 119.58 |
| **601090 Other Payroll Expense** | | 1,343.73 |
| **602300 Legal Fees** | | 765.44 |
| **603006 Employee Incentives** | | 28.41 |
| **604010-02 Tech Software & Apps** | | 1,215.00 |
| **604010-04 Tech Finance & HR Software** | | 48.67 |
| **604019 Office Supplies** | | 30.27 |
| **604020 Bank Fees & Related Charges** | | 20.40 |
| **604030 Insurance - D&O** | | 285.33 |
| **604031 Insurance - General** | | 4,343.72 |
| **604034 Insurance - Other** | | 214.78 |
| **604051 Business & Property Taxes** | | 1,632.50 |
| **606030 Landscape and Lawn** | | 212.42 |
| **606031 Heating and Air Conditioning Repairs** | | 850.54 |
| **606032 Plumbing Repairs** | | 126.53 |
| **606037 Furniture/Unit Repairs and Supplies** | | 171.89 |
| **606038 Pest Control** | | 4.25 |
| **606039 Fire Alarm Repairs & Maintenance** | | 32.89 |
| **606049 Routine Preventative Maintenance (RPM/AUM)** | | 239.48 |
| **606051 Security Monitoring & Maintenance** | | 31.83 |
| **606071 Electric** | | 4,524.71 |
| **606072 Gas** | | 198.63 |
| **606073 Water & Sewer** | | 3,778.23 |
| **606074 Trash Removal/Recycling** | | 598.69 |
| **606075 Media** | | 2,521.11 |
| **606301 Guest and Cleaning Supplies** | | 1,660.00 |
| **606701 Accounting Fees** | | 1,800.00 |
| **606990 Miscellaneous Supplies** | | 30.73 |

| | | |
|---|---|---|
| 607501-02 Marketing - Advertising | | 140.33 |
| **Total Expenses** | **$** | **43,316.53** |
| **Net Operating Income** | **-$** | **15,725.95** |
| **Other Expenses** | | |
| 608000 Depreciation Expense | | 307.24 |
| 992000 Income Tax - Country/Federal | | 200.00 |
| **Total Other Expenses** | **$** | **507.24** |
| **Net Other Income** | **-$** | **507.24** |
| **Net Income** | **-$** | **16,233.19** |

Thursday, Aug 20, 2026 06:09:13 AM GMT-7 - Accrual Basis