**SO ORDERED.**
**SIGNED 1st day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

## ORDER CONTINUING STATUS CONFERENCE ON SALE PROCESS

On September 1, 2026, the Court conducted a status conference regarding the Debtor's progress toward completion of a sale of certain property, referred to as Hiawatha East and Hiawatha West, pursuant to an order at Doc. 150. Based on representations by the Debtor's counsel that progress is being made but that issues remain to be resolved before the properties can be re-marketed and re-auctioned, the status conference will be continued for four weeks for an update on the status and/or the setting of a new auction date and related deadlines.

The status conference is hereby continued to **September 29, 2026, at 9:30 a.m.**, in Courtroom 1, 701 Broadway, Nashville, Tennessee 37203. Virtual appearances by Zoom video are also permitted. Advance registration is required for access to Zoom. Parties should register for Judge Mashburn's Chapter 7/11 Docket on September 29, 2026, using the link below:

https://www.tnmb.uscourts.gov/register-virtual-link.

IT IS SO ORDERED.