UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

In Re. Hiawatha East Condominium Association, Inc. §
§
§
Debtor(s) §

Case No. 25-01916

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2026

Petition Date: 05/06/2025

Months Pending: 16

Industry Classification: 5 3 1 1

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 5

Debtor's Full-Time Employees (as of date of order for relief): 5

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Richard Winkler
Signature of Responsible Party

09/21/2026
Date

Richard Winkler
Printed Name of Responsible Party

7380 West Sand Lake Road, Suite 13
Orlando, FL 32819
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Hiawatha East Condominium Association, Inc. Case No. 25-01916

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $35,420 | |
| b. | Total receipts (net of transfers between accounts) | $16,329 | $581,612 |
| c. | Total disbursements (net of transfers between accounts) | $41,137 | $562,919 |
| d. | Cash balance end of month (a+b-c) | $10,612 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $41,137 | $562,919 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $409 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $149,063 |
| e. | Total assets | $295,149 |
| f. | Postpetition payables (excluding taxes) | $620,689 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $620,689 |
| k. | Prepetition secured debt | $519,608 |
| l. | Prepetition priority debt | $48,537 |
| m. | Prepetition unsecured debt | $107,535 |
| n. | Total liabilities (debt) (j+k+l+m) | $1,296,369 |
| o. | Ending equity/net worth (e-n) | $-1,001,220 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $25,499 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $25,499 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $-37,447 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $-307 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $-2,366 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-14,621 | $-732,756 |

Debtor's Name Hiawatha East Condominium Association, Inc. Case No. 25-01916

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $200 | $3,200 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $533 | $22,206 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $1,633 | $26,123 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | | | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ● | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● | | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ● | | |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ | | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○ | N/A ● | |
| i. | Do you have: Worker's compensation insurance? | Yes ● | No ○ | | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ | | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ | | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ● | | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ● | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● | No ○ | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/Richard Winkler | Richard Winkler |
| Signature of Responsible Party | Printed Name of Responsible Party |
| General Counsel, Lemonjuice Solutions | 09/21/2026 |
| Title | Date |

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

# Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
### As of August 31, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Auto-Owners Insurance** | 613.66 | | | | | 613.66 |
| **Crown Resorts Management LLC** | | | | | 38,294.17 | 38,294.17 |
| **Cumberland Plateau Water Authority Acct#2001-00425-001#** | 1,309.68 | | | | | 1,309.68 |
| **Frontier Communications Acctxx 931-788-6532** | | | | | -126.00 | -126.00 |
| **Happy Sak Exxon** | 325.71 | | | | | 325.71 |
| **Hiawatha Manor West Association, Inc.** | 7,426.78 | 30.73 | 97.50 | | | 7,555.01 |
| **Holiday Property Partners, LLC** | 1,398.30 | 11.53 | 24.10 | | 11,404.14 | 12,838.07 |
| **Holland & Knight LLP** | | | | | 119,695.66 | 119,695.66 |
| **Lake Tansi POA** | | 3,420.00 | 6,830.00 | 1,710.00 | 32,460.00 | 44,420.00 |
| **Lemonjuice Solutions. LLC** | 10,535.44 | 20,662.33 | 23,656.46 | 24,814.76 | 315,403.78 | 395,072.77 |
| **Tammy Lap** | 600.00 | | | | | 600.00 |
| **Vacatia Inc** | | | | | 89.86 | 89.86 |
| **TOTAL** | **$ 22,209.57** | **$ 24,124.59** | **$ 30,608.06** | **$ 26,524.76** | **$ 517,221.61** | **$ 620,688.59** |

Monday, Sep 21, 2026 09:25:19 AM GMT-7

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of August 31, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** | | | | | 409.02 | 409.02 |
| **TOTAL** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 409.02** | **$ 409.02** |

Monday, Sep 21, 2026 09:25:49 AM GMT-7

# Hiawatha Manor Association, Inc. - East
## Balance Sheet
### As of August 31, 2026

| | | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **Association Operating Accounts** | | |
| **1005 Funds in transit** | | 44,481.01 |
| **1015 ServisFirst DIP xx6861** | | 10,612.67 |
| **Total Association Operating Accounts** | **$** | **55,093.68** |
| **Total Bank Accounts** | **$** | **55,093.68** |
| **Accounts Receivable** | | |
| **112900 Receivables - Other** | | 409.02 |
| **Total Accounts Receivable** | **$** | **409.02** |
| **Other Current Assets** | | |
| **111900 Allowance for Doubtful Accounts** | | -6,681,797.51 |
| **112000 AR Maintenance Fees** | | 6,681,797.51 |
| **1255.89 A/R - Lemonjuice Solutions** | | -16,236.98 |
| **1255.90 A/R Hiawatha West** | | 76,143.67 |
| **141001 Prepaid - Insurance** | | 32,403.38 |
| **Undeposited Funds** | | 1,250.00 |
| **Total Other Current Assets** | **$** | **93,560.07** |
| **Total Current Assets** | **$** | **149,062.77** |
| **Fixed Assets** | | |
| **151000 Land** | | 141,142.00 |
| **155000 Other Equipment** | | 41,991.63 |
| **165000 Accum Depr - Other Equipment** | | -41,991.63 |
| **Total 155000 Other Equipment** | **$** | **0.00** |
| **157000 Furniture & Fixtures** | | 4,156.98 |
| **167000 Accum Depr - Furniture & Fixtures** | | -4,156.98 |
| **Total 157000 Furniture & Fixtures** | **$** | **0.00** |
| **158000 Vehicles** | | 33,667.54 |
| **168000 Accum Depr - Vehicles** | | -28,723.03 |
| **Total 158000 Vehicles** | **$** | **4,944.51** |
| **Total Fixed Assets** | **$** | **146,086.51** |
| **TOTAL ASSETS** | **$** | **295,149.28** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **200000 Accounts Payable - Trade** | | 620,688.59 |
| **Total Accounts Payable** | **$** | **620,688.59** |

| | | |
|---|---|---|
| **Other Current Liabilities** | | |
| **211000 HPP Loan - Investment in Purchased Receivables** | | 519,644.98 |
| **212000 Accrued - Property & Income Taxes** | | 48,536.50 |
| **213000 Accrued Expenses - Other** | | 64,041.90 |
| **241101 Deferred Revenue - Prepaid Dues** | | 13,540.70 |
| **255900 Due To/From Operating/Reserves** | | 5,562.24 |
| **261000 Insurance Payable** | | 24,389.86 |
| **Total Other Current Liabilities** | **$** | **675,716.18** |
| **Total Current Liabilities** | **$** | **1,296,404.77** |
| **Long-Term Liabilities** | | |
| **272000 Notes Payable** | | -37.26 |
| **Total Long-Term Liabilities** | **-$** | **37.26** |
| **Total Liabilities** | **$** | **1,296,367.51** |
| **Equity** | | |
| **399000 Retained Earnings** | | -880,339.50 |
| **Net Income** | | -120,878.73 |
| **Total Equity** | **-$** | **1,001,218.23** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **295,149.28** |

Monday, Sep 21, 2026 09:26:07 AM GMT-7 - Accrual Basis

# Hiawatha Manor Association, Inc. - East
## Profit and Loss
### August 2026

| | | Total |
|---|---|---|
| **Income** | | |
| **400600-02 Rental Income - STR** | | 5,918.35 |
| **400600-03 Rental Income - LTR** | | 19,051.79 |
| **400601-01 Other Rental Income - Cleaning Fees** | | 482.47 |
| **409900 Other Revenue** | | 46.44 |
| **Total Income** | **$** | **25,499.05** |
| **Gross Profit** | **$** | **25,499.05** |
| **Expenses** | | |
| **601010 Salary and Wages** | | 7,304.07 |
| **601050 Benefits - Healthcare** | | 1,606.97 |
| **601051 Benefits - Retirement** | | 360.75 |
| **601080 Employer Taxes** | | 468.24 |
| **601081 Workers Comp** | | 65.01 |
| **601090 Other Payroll Expense** | | 730.40 |
| **602300 Legal Fees** | | 1,573.62 |
| **604010-02 Tech Software & Apps** | | 1,280.00 |
| **604010-04 Tech Finance & HR Software** | | 53.04 |
| **604019 Office Supplies** | | 16.81 |
| **604020 Bank Fees & Related Charges** | | 20.58 |
| **604030 Insurance - D&O** | | 285.33 |
| **604031 Insurance - General** | | 4,343.72 |
| **604034 Insurance - Other** | | 214.78 |
| **604040 Postage & Freight** | | 1,398.30 |
| **604051 Business & Property Taxes** | | 1,632.50 |
| **606030 Landscape and Lawn** | | 1,995.00 |
| **606031 Heating and Air Conditioning Repairs** | | 79.15 |
| **606034 Vehicle Repairs** | | 260.16 |
| **606036 Pool Service and Supplies** | | 138.27 |
| **606037 Furniture/Unit Repairs and Supplies** | | 334.09 |
| **606038 Pest Control** | | 247.88 |
| **606049 Routine Preventative Maintenance (RPM/AUM)** | | 121.73 |
| **606071 Electric** | | 4,519.78 |
| **606072 Gas** | | 114.00 |
| **606073 Water & Sewer** | | 3,019.68 |
| **606075 Media** | | 2,521.11 |
| **606301 Guest and Cleaning Supplies** | | 2,859.00 |
| **606302 Small Appliance and Houseware Replacement** | | 119.63 |
| **606701 Accounting Fees** | | 1,800.00 |
| **607501-02 Marketing - Advertising** | | 128.80 |

| | | |
|---|---|---|
| **Total Expenses** | **$** | **39,612.40** |
| **Net Operating Income** | **-$** | **14,113.35** |
| **Other Expenses** | | |
| **608000 Depreciation Expense** | | 307.24 |
| **992000 Income Tax - Country/Federal** | | 200.00 |
| **Total Other Expenses** | **$** | **507.24** |
| **Net Other Income** | **-$** | **507.24** |
| **Net Income** | **-$** | **14,620.59** |

Monday, Sep 21, 2026 09:24:42 AM GMT-7 - Accrual Basis

# Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/14/2026

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 35,420.22 |
| Service charge | -20.58 |
| Checks and payments cleared (60) | -41,116.45 |
| Deposits and other credits cleared (3) | 16,329.48 |
| Statement ending balance | 10,612.67 |
| | |
| Register balance as of 08/31/2026 | 10,612.67 |
| Cleared transactions after 08/31/2026 | 0.00 |
| Uncleared transactions after 08/31/2026 | -8,042.42 |
| Register balance as of 09/14/2026 | 2,570.25 |

**Details**

Checks and payments cleared (60)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/02/2026 | Journal | 824 | | -145.81 |
| 08/03/2026 | Bill Payment | Pd Online 07.31.2026 | First Insurance Funding Loan… | -4,398.79 |
| 08/03/2026 | Bill Payment | Pd Online 08.03.26 | Volunteer Energy Cooperative | -5,591.79 |
| 08/03/2026 | Bill Payment | Pd Online 08.03.27 | Volunteer Energy Cooperative | -4,524.71 |
| 08/03/2026 | Journal | 825 | | -8.77 |
| 08/04/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -1,135.00 |
| 08/04/2026 | Bill Payment | | Tammy Lap | -600.00 |
| 08/05/2026 | Journal | 829 | | -10.98 |
| 08/05/2026 | Journal | 829 | | -55.49 |
| 08/06/2026 | Journal | 828 | | -124.99 |
| 08/06/2026 | Journal | 830 | | -17.54 |
| 08/07/2026 | Bill Payment | Pd Online 08.07.26 | Cumberland Plateau Water Au… | -28.50 |
| 08/07/2026 | Bill Payment | Pd Online 08.07.26 | Gregory & Appel Insurance | -2,571.00 |
| 08/07/2026 | Bill Payment | Pd Online 08.07.26 | Cumberland Plateau Water Au… | -818.23 |
| 08/07/2026 | Bill Payment | Pd Online 08.07.26 | Cumberland Plateau Water Au… | -1,156.89 |
| 08/07/2026 | Bill Payment | Pd Online 08.07.26 | Cumberland Plateau Water Au… | -2,127.37 |
| 08/07/2026 | Journal | 831 | | -54.85 |
| 08/10/2026 | Journal | 832 | | -10.96 |
| 08/10/2026 | Bill Payment | | Happy Sak Exxon | -567.51 |
| 08/10/2026 | Journal | 832 | | -120.70 |
| 08/10/2026 | Journal | 832 | | -35.09 |
| 08/10/2026 | Journal | 832 | | -7.88 |
| 08/11/2026 | Journal | 833 | | -23.59 |
| 08/11/2026 | Journal | 841 | | -16.81 |
| 08/12/2026 | Journal | 842 | | -21.94 |
| 08/12/2026 | Journal | 842 | | -44.53 |
| 08/14/2026 | Journal | 843 | | -28.51 |
| 08/14/2026 | Journal | 843 | | -35.11 |
| 08/14/2026 | Bill Payment | | Spectrum Enterprise Acctxx17… | -3,535.56 |
| 08/14/2026 | Bill Payment | | Spectrum Enterprise Acctxx17… | -2,409.18 |
| 08/14/2026 | Bill Payment | | WM Corporate Services, Inc. | -166.32 |
| 08/14/2026 | Bill Payment | | WM Corporate Services, Inc. | -295.65 |
| 08/14/2026 | Journal | 843 | | -21.94 |
| 08/14/2026 | Journal | 843 | | -31.21 |
| 08/17/2026 | Journal | 844 | | -15.83 |
| 08/17/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -2,295.00 |
| 08/17/2026 | Bill Payment | | The Law Office of Jennifer Mc… | -1,112.50 |
| 08/17/2026 | Journal | 844 | | -21.93 |
| 08/17/2026 | Journal | 844 | | -583.26 |
| 08/17/2026 | Journal | 844 | | -411.91 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/18/2026 | Journal | 856 | | -53.04 |
| 08/20/2026 | Journal | 845 | | -119.63 |
| 08/20/2026 | Journal | 845 | | -7.43 |
| 08/20/2026 | Bill Payment | Pd Online 08.20.26 | U.S. Trustee Payment Center | -36.13 |
| 08/20/2026 | Journal | 845 | | -296.31 |
| 08/21/2026 | Bill Payment | | Apartments, LLC | -368.00 |
| 08/21/2026 | Journal | 846 | | -37.69 |
| 08/21/2026 | Journal | 846 | | -41.46 |
| 08/21/2026 | Journal | 846 | | -57.05 |
| 08/21/2026 | Bill Payment | | Jonathan A. Tollett | -1,710.00 |
| 08/21/2026 | Bill Payment | | Middle Tennessee Natural Ga… | -38.00 |
| 08/21/2026 | Bill Payment | | Middle Tennessee Natural Ga… | -201.00 |
| 08/21/2026 | Journal | 846 | | -27.51 |
| 08/26/2026 | Journal | 848 | | -340.00 |
| 08/28/2026 | Journal | 850 | | -50.51 |
| 08/28/2026 | Bill Payment | Pd Online 08.28.26 | First Insurance Funding Loan… | -2,002.88 |
| 08/31/2026 | Journal | 851 | | -184.79 |
| 08/31/2026 | Journal | 851 | | -3.82 |
| 08/31/2026 | Journal | 849 | | -340.00 |
| 08/31/2026 | Journal | 851 | | -17.57 |
| **Total** | | | | **-41,116.45** |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/04/2026 | Deposit | | | 46.44 |
| 08/12/2026 | Deposit | | | 16,261.10 |
| 08/24/2026 | Journal | 847 | | 21.94 |
| **Total** | | | | **16,329.48** |

**Additional Information**

Uncleared checks and payments after 08/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2026 | Bill Payment | Pd Online 09.01.26 | First Insurance Funding Loan… | -4,398.79 |
| 09/01/2026 | Bill Payment | Pd Online 09.01.26 | First Insurance Funding Loan… | -612.93 |
| 09/01/2026 | Bill Payment | | Tammy Lap | -600.00 |
| 09/01/2026 | Journal | 852 | | -16.01 |
| 09/01/2026 | Journal | 852 | | -19.21 |
| 09/01/2026 | Journal | 852 | | -233.87 |
| 09/01/2026 | Bill Payment | Pd Online 09.01.26 | Auto-Owners Insurance | -613.66 |
| 09/04/2026 | Journal | 853 | | -17.55 |
| 09/04/2026 | Journal | 853 | | -260.45 |
| 09/08/2026 | Journal | 854 | | -46.62 |
| 09/08/2026 | Journal | 854 | | -524.91 |
| 09/09/2026 | Journal | 855 | | -120.13 |
| 09/09/2026 | Journal | 855 | | -27.58 |
| 09/11/2026 | Bill Payment | | Happy Sak Exxon | -325.71 |
| 09/11/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -225.00 |
| **Total** | | | | **-8,042.42** |

Servis 1st Bank®

## Treasury Management Fee Schedule

| ***Corporate Checking Account*** | **Fee** |
|---|---|
| Monthly Maintenance | $ 25.000 |
| FDIC Fee | $ - |
| Negative Collected Balance Charge (SFB Prime+ 2%) | $ - |
| Deposits | $ 0.600 |
| Deposited Items - On Us | $ 0.140 |
| Deposited Items - Local | $ 0.140 |
| Deposited Items - Regional/Other | $ 0.140 |
| Collection Items Deposited - per item* | $ 7.000 |
| Checks Paid | $ 0.250 |
| Electronic Credits | $ .180 |
| Electronic Debits | $ .180 |
| Returned Deposited Items (Chargebacks) | $ 12.000 |
| Courier - Per Pickup/Delivery (BHM Only) | $ 14.000 |
| Official Check Fee | $ 10.000 |
| Overdraft Fee* | $ 35.000 |
| Stop Payment Fee | $ 28.000 |
| ***Cash Handling Fees*** | |
| Cash Deposits In Branch - per $1,000 over $10,000 | $ 1.500 |
| Branch Currency/Coin Order - per order | $ 3.000 |
| Armored Services - Cost plus 20% | Cost plus 20% |
| ***Internet Banking*** | |
| eServis Business Basic Internet Banking | $ - |
| eServis Business Plus Bill Pay | $ 15.000 |
| eServis Corporate Internet Banking - ACH or Wires | $ 50.000 |
| eServis Corporate Internet Banking - ACH & Wires | $ 75.000 |
| eServis Corporate Internet Banking - Low Volume Wires | $ - |
| Direct Connect (Quicken,QB,OFX Interface) | $ 15.000 |
| ***ACH Services*** | |
| Origination Per Item | $ 0.120 |
| Same-Day Origination Per Item | $ 0.300 |
| Reversal (Manual) Per Item/File | $ 5.000 |
| Return Per Item | $ 6.000 |
| Notification of Change Per Item | $ 3.750 |
| ACH File Import | $ 5.000 |
| Direct Send FTP Per ACH File | $ 10.000 |
| EDI Monthly Reporting, Per Company | $ 25.000 |
| ACH Filter/Debit Block Monthly Fee, Per Account | $ 30.000 |
| ACH Positive Pay Monthly Fee, Per Account | $ 30.000 |
| | |
| ***Reconcilement Services*** | |
| Check Positive Pay Maintenance, Per Account | $ 60.000 |
| Additional Positive Pay Account | $ 10.00 |
| Check Reverse Positive Pay Monthly Maint., Per Account | $ 25.000 |
| Check Positive Pay Upload, Per File | $ 0.500 |
| Check Positive Pay Per Issued Check Item | $ 0.090 |
| Check Positive Pay Per Payee Name Verification Item | $ 0.090 |
| Check Positive Exception Item | $ 4.000 |
| Full Recon including Check Positive Pay Monthly Fee | $ 125.000 |
| CD-Rom Check Imaging Monthly Fee | $ 15.000 |

Servis1st Bank®

| Remote Deposit Services | |
|---|---|
| Remote Deposit Now (per scanner) | $ 50.000 |
| Mobile Remote Deposit Capture | $ 25.000 |
| Remote Deposit – per Deposit | $ 1.000 |
| Remote Deposit – per Deposited Item | $ 0.100 |
| ***Sweep Services*** | |
| Line of Credit Sweep (Parent Acct) - monthly | $ 230.000 |
| Money Market Sweep (Parent Acct) - monthly | $ 75.000 |
| Zero Balance ZBA Sweep (Parent Acct) - monthly | $ 140.000 |
| Sweep Child Account - monthly | $ 25.000 |
| ***Wire Transfer Services*** | |
| Incoming Wire - Domestic*/** | $ 15.000 |
| Incoming Wire - International (Foreign Currency)* | $ 20.000 |
| Incoming Wire - International (US Dollars)* | $ 20.000 |
| Outgoing Wire - Domestic/International USD (In-Person)* | $ 25.000 |
| Outgoing Wire - Domestic/International USD/FX (Phone/Email)* | $ 100.000 |
| Outgoing Wire via Internet Banking - Domestic** | $ 20.000 |
| Outgoing Wire via Internet Banking - Low Volume** | $ 20.000 |
| Outgoing Wire via Internet Banking - International USD/FX** | $ 35.000 |
| Drawdown Wire | $ 50.000 |
| Returned Wires Fee* | $ 10.000 |
| ***Lockbox Services (IBML)*** | |
| Lockbox Implementation Fee (One-Time) | $ 375.000 |
| Online Image Archive Implementation Fee (One-Time) | $ 150.000 |
| Lockbox Monthly Maintenance | $ 230.000 |
| Online Image Archive Monthly Maintenance | $ 115.000 |
| Per Item Processing - Wholesale | $ 0.520 |
| Per Item Processing - Retail Singles | $ 0.170 |
| Per Item Processing - Acceptable Payees | $ 0.060 |
| Per Item Processing - Unprocessable/Correspondence | $ 0.290 |
| Fields Keyed/Captured | $ 0.120 |
| Per Duplex Image - Check, Page, Envelope | $ 0.120 |
| Online Image Archive - Per Duplex Image (check,page,envelope) | $ 0.030 |
| Per Claim - EOB/ERA | $ 0.580 |
| Custom Sort - Per Item | $ 0.060 |
| End of Day/Custom Report Monthly | $ 34.500 |
| Transmission/Posting File - per day | $ 28.750 |
| Per Item - Document Destruction | $ 0.003 |
| Package Return/Postage | At $ Cost |
| Online Access - per user (up to 3 free) | $ 5.750 |
| Post Office Pickup (client-owned/keyed box) | $ 115.000 |
| | |

All Fees subject to analysis unless noted
* Hard dollar charge
** Analyzed fee

Rev. Aug 2026

Servis 1st Bank

P.O. Box 1508
Birmingham, AL 35201
866-317-0810

Date 8/31/26 Page 1
Primary Acct. XXXXXXXXXXXX6861
Enclosures 1

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## C H E C K I N G   A C C O U N T S

| | | | |
|---|---|---|---|
| BUSINESS CHECKING | | Number of Enclosures | 1 |
| Account Number | XXXXXXXXXXXX6861 | Statement Dates | 8/03/26 thru 8/31/26 |
| Previous Balance | 35,420.22 | Days in the Statement Period | 29 |
| 3 Deposits/Credits | 16,329.48 | Average Ledger | 16,871.45 |
| 61 Checks/Debits | 41,137.03 | Average Collected | 16,869.85 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 10,612.67 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/04 | DEPOSIT | 46.44 |
| 8/12 | Bill.com Lemonjuice SolutCCD<br>996FHGAGK17PW6Z021000021937910 | 16,261.10 |
| 8/24 | POS CRE 0000 08/21/26 14209786<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#0222 | 21.94 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/03 | INSURANCE FIRST INSURANCE CCD<br>900-107193351 071925338079781 | 4,398.79- |
| 8/04 | WEB PMTS Volunteer EnergyCCD<br>MRHPSS 111924688401872 | 5,591.79- |
| 8/04 | WEB PMTS Volunteer EnergyCCD<br>QRHPSS 111924688401875 | 4,524.71- |
| 8/04 | Payables Michellia BlayloCCD<br>996VLAVGF16UN6502100002747 5664 | 1,135.00- |
| 8/04 | Payables Tammy Lapp dba TCCD<br>996XUURSL16UN6402100002747 5661 | 600.00- |
| 8/04 | DBT CRD 1307 08/03/26 52267358<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#0222 | 8.77- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | DBT CRD 1307 08/04/26 52780931<br>AMAZON MKTPL*562ER9LQ2<br>Amzn.com/bill WA C#0222 | 145.81- |
| 8/05 | POS DEB 1556 08/04/26 00001011<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE TN C#0222 | 55.49- |
| 8/05 | POS DEB 1454 08/04/26 00594454<br>DOLLAR GENERAL #16115<br>21 STONE BURKS LAN<br>CROSSVILLE TN C#0222 | 10.98- |
| 8/06 | DBT CRD 1046 08/05/26 67938855<br>ROCKETLAW 877-757-1550<br>WWW.ROCKETLAW CA C#7593 | 124.99- |
| 8/06 | DBT CRD 1350 08/05/26 78029240<br>LOWE S #548<br>CROSSVILLE TN C#0222 | 17.54- |
| 8/07 | DBT CRD 1042 08/06/26 65623448<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#0222 | 54.85- |
| 8/10 | PURCHASE Gregory & Appel,CCD<br>GMLS3235BDBFWVZ121045270042671<br>TRN*1*GMLS3235BDBFWVZ3**4VXM7J<br>6BXJ3EGULO\<br>RMR*IK*Gregory Appel, Inc.\ | 2,571.00- |
| 8/10 | CRAB ORCHACRAB ORCHARD UTICCD<br>091000013793468 | 2,127.37- |
| 8/10 | CRAB ORCHACRAB ORCHARD UTICCD<br>091000013793467 | 1,156.89- |
| 8/10 | CRAB ORCHACRAB ORCHARD UTICCD<br>091000013793466 | 818.23- |
| 8/10 | Payables Happy Sak Exxon CCD<br>996TUXIDS17DQZY021000022549295 | 567.51- |
| 8/10 | POS DEB 1002 08/10/26 00000509<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE TN C#0222 | 35.09- |

Servis1st Bank



HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/10 | CRAB ORCHACRAB ORCHARD UTICCD 091000013793471 | 28.50- |
| 8/10 | DBT CRD 0954 08/07/26 36563678 POTTERS ACE HARDWARE O CROSSVILLE TN C#0222 | 7.88- |
| 8/11 | DBT CRD 1438 08/10/26 07398535 OLLIES BARGAIN OUTLET CROSSVILLE TN C#0222 | 120.70- |
| 8/11 | POS DEB 1131 08/11/26 00596677 DOLLAR GENERAL #16115 21 STONE BURKS LAN CROSSVILLE TN C#0222 | 16.81- |
| 8/11 | DBT CRD 1153 08/10/26 07978224 POTTERS ACE HARDWARE O CROSSVILLE TN C#0222 | 10.96- |
| 8/12 | DBT CRD 1154 08/12/26 08404796 AMAZON MKTPL*5H5QX51O1 Amzn.com/bill WA C#0222 | 44.53- |
| 8/12 | DBT CRD 1108 08/11/26 80987507 LOWE S #548 CROSSVILLE TN C#0222 | 23.59- |
| 8/12 | DBT CRD 1600 08/11/26 56053754 POTTERS ACE HARDWARE O CROSSVILLE TN C#0222 | 21.94- |
| 8/14 | Payables Charter CommunicCCD 996SUZFFN180FQ8021000028697039 | 3,535.56- |
| 8/14 | Payables Charter CommunicCCD 996MUHKJE180FQ7021000028697036 | 2,409.18- |
| 8/14 | Payables WM Corporate SerCCD 996NXCUNP180FQ6021000028697033 | 295.65- |
| 8/14 | Payables WM Corporate SerCCD 996NLZYUA180FQ5021000028697030 | 166.32- |
| 8/14 | POS DEB 1136 08/14/26 00001169 CROSSVILLE CASH CROSSVILLE CASH CROSSVILLE TN C#0222 | 35.11- |
| 8/14 | POS DEB 1545 08/13/26 00002900 POTTERS ACE HARD | 31.21- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| | POTTERS ACE HARD<br>CROSSVILLE TN C#0222 | |
| 8/14 | POS DEB 1527 08/13/26 00000206<br>POTTERS ACE HARD<br>POTTERS ACE HARD<br>CROSSVILLE TN C#0222 | 28.51- |
| 8/14 | DBT CRD 1549 08/13/26 49490724<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#0222 | 21.94- |
| 8/17 | Payables Michellia BlayloCCD<br>996KBFSZA180QIQ021000027690033 | 2,295.00- |
| 8/17 | Payables The Law Office oCCD<br>996FCTNCF180QIP021000027690030 | 1,112.50- |
| 8/17 | DBT CRD 1603 08/14/26 58093193<br>182 SHADDEN TIRE 584 S<br>CROSSVILLE--- TN C#0222 | 583.26- |
| 8/17 | DBT CRD 1330 08/15/26 66505103<br>PROPEST PRODUCTS INC<br>770-9043626 GA C#0222 | 411.91- |
| 8/17 | DBT CRD 0633 08/14/26 15958751<br>AMAZON MKTPL*5H8I99UJ1<br>Amzn.com/bill WA C#0222 | 21.93- |
| 8/17 | DBT CRD 1148 08/14/26 05270096<br>MIKES LOCK & SECURITY<br>CROSSVILLE TN C#0222 | 15.83- |
| 8/18 | BILLING BILL.COM LLC CCD<br>02B5TGFHRA19H22021000027067709 | 53.04- |
| 8/20 | DBT CRD 1142 08/19/26 01667487<br>LOWE S #548<br>CROSSVILLE TN C#0222 | 119.63- |
| 8/20 | DBT CRD 1028 08/19/26 56854720<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#0222 | 7.43- |
| 8/20 | DBT CRD 1605 08/18/26 59212374<br>PROPEST PRODUCTS INC<br>770-9043626 GA C#0222 | 296.31- |
| 8/21 | Payables Jonathan A. TollCCD<br>996SJSIPH18JOHP021000023312890 | 1,710.00- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/21 | Payables Apartments, LLC CCD 996JINZGV18J0HO021000023312887 | 368.00- |
| 8/21 | Payables Middle TennesseeCCD 996JHEZJR18J0HN021000023312884 | 201.00- |
| 8/21 | DBT CRD 1049 08/20/26 69568280 LOWE S #548 CROSSVILLE TN C#0222 | 57.05- |
| 8/21 | DBT CRD 1056 08/20/26 73724463 HAJOCA MODERN 396 CROSSVILLE TN C#0222 | 41.46- |
| 8/21 | Payables Middle TennesseeCCD 996APQHZX18J0HQ021000023312893 | 38.00- |
| 8/21 | DBT CRD 1251 08/20/26 42739755 LOWE S #548 CROSSVILLE TN C#0222 | 37.69- |
| 8/21 | PAYMENT QUARTERLY FEE CCD 0000 041036041104632 | 36.13- |
| 8/21 | POS DEB 1046 08/21/26 00002929 POTTERS ACE HARD POTTERS ACE HARD CROSSVILLE TN C#0222 | 27.51- |
| 8/26 | DBT CRD 1056 08/25/26 73843212 INTUIT *QBooks Online CL.INTUIT.COM CA C#7593 | 340.00- |
| 8/28 | DBT CRD 1504 08/27/26 22735812 LOWE S #548 CROSSVILLE TN C#0222 | 50.51- |
| 8/28 | INSURANCE FIRST INSURANCE CCD 500356654 071925330589706 | 2,002.88- |
| 8/31 | Account Analysis Charge | 20.58- |
| 8/31 | DBT CRD 0727 08/28/26 48507602 INTUIT *QBooks Online CL.INTUIT.COM CA C#7593 | 340.00- |
| 8/31 | DBT CRD 1123 08/30/26 90161995 AMAZON MKTPL*5Q3162JN2 Amzn.com/bill WA C#0222 | 184.79- |
| 8/31 | DBT CRD 0915 08/30/26 13086300 AMAZON MKTPL*5Q0NJ33A2 | 17.57- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| | Amzn.com/bill WA C#0222 | |
| 8/31 | DBT CRD 0923 08/28/26 17850063 POTTERS ACE HARDWARE O CROSSVILLE TN C#0222 | 3.82- |

DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/03 | 31,021.43 | 8/11 | 11,337.00 | 8/21 | 13,550.88 |
| 8/04 | 19,207.60 | 8/12 | 27,508.04 | 8/24 | 13,572.82 |
| 8/05 | 18,995.32 | 8/14 | 20,984.56 | 8/26 | 13,232.82 |
| 8/06 | 18,852.79 | 8/17 | 16,544.13 | 8/28 | 11,179.43 |
| 8/07 | 18,797.94 | 8/18 | 16,491.09 | 8/31 | 10,612.67 |
| 8/10 | 11,485.47 | 8/20 | 16,067.72 | | |

Servis1st Bank

| Credit | | Checking Deposit | |
|---|---|---|---|
| Bank: | ServisFirst Bank | Date/Time: | 8/4/2026 3:45 PM |
| Branch #: | 350 | Workstation: | NSHMTELLER1-PC |
| Branch Name: | ServisFirst Bank- Nashville | HIN #: | 971205480000082 |
| Teller ID: | B202602 | Owner: | HIAWATHA MANOR ASSO |
| Drawer #: | 35001 | | |
| Trans #: | 16 | | |
| Misc: | Trn Deposit Transaction, | | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5140-0011 | 5001606861 | 10 | $46.44 |

Amount $46.44 Date 8/4/2026

## ERRORS RELATING TO ELECTRONIC FUND TRANSFERS OR SUBSTITUTE CHECKS (Consumer Customers Only)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE SHOWN ON THIS STATEMBNT

$________________

ADD+(IFANY)DEPOSITS NOT SHOWN ON THIS STATEMENT

$________________

TOTAL

$________________

SUBTRACT- (IF ANY)CHECKS OUTSTANDING

$________________

BALANCE

$________________

SHOULD AGREE WITH CHECKBOOK BALANCE

| CHECKS OUTSTANIDINIG | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK BOOK BALANCE AT STATEMENT DATE

$________________

SUBTRACT- (IF ANY} ACTIVITY CHARGE

$________________

SUBTOTAL

$________________

SUBTRACT- (IFANY) OF BANK CHARGES

$________________

BALANCE

$________________

SHOULD AGREE WITH STATEMENT BALANCE

## YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness" in examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do n**ot do this, the Bank will not be liable to you for claims submitted after the timeframe specified. **A copy of our current "Terms and** Conditions" can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.