# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TENNESSEE

Cookeville Division

| | | | |
|---|---|---|---|
| In Re. Hiawatha East Condominium Association, Inc. | § | Case No. | 25-01916 |
| | § | | |
| | § | | |
| Debtor(s) | § | | |

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2026

Petition Date: 05/06/2025

Months Pending: 17

Industry Classification: 5 3 1 1

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 5

Debtor's Full-Time Employees (as of date of order for relief): 5

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Richard Winkler
Signature of Responsible Party

Richard Winkler
Printed Name of Responsible Party

10/20/2026
Date

7380 West Sand Lake Road, Suite 13
Orlando, FL 32819
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Hiawatha East Condominium Association, Inc. Case No. 25-01916

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $10,613 | |
| b. | Total receipts (net of transfers between accounts) | $25,447 | $607,060 |
| c. | Total disbursements (net of transfers between accounts) | $16,974 | $579,893 |
| d. | Cash balance end of month (a+b-c) | $19,086 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $16,974 | $579,893 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $409 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $159,939 |
| e. | Total assets | $305,718 |
| f. | Postpetition payables (excluding taxes) | $670,933 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $670,933 |
| k. | Prepetition secured debt | $519,608 |
| l. | Prepetition priority debt | $25,166 |
| m. | Prepetition unsecured debt | $102,523 |
| n. | Total liabilities (debt) (j+k+l+m) | $1,318,230 |
| o. | Ending equity/net worth (e-n) | $-1,012,512 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $28,734 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $28,734 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $37,247 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $-307 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $-2,472 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-11,293 | $-744,048 |

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $200 | $3,400 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $639 | $22,845 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $1,633 | $27,755 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ◯ No ⦿

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ◯ No ⦿

c. Were any payments made to or on behalf of insiders? — Yes ◯ No ⦿

d. Are you current on postpetition tax return filings? — Yes ⦿ No ◯

e. Are you current on postpetition estimated tax payments? — Yes ⦿ No ◯

f. Were all trust fund taxes remitted on a current basis? — Yes ⦿ No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ◯ No ⦿

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ◯ No ◯ N/A ⦿

i. Do you have:
- Worker's compensation insurance? — Yes ⦿ No ◯
  - If yes, are your premiums current? — Yes ⦿ No ◯ N/A ◯ (if no, see Instructions)
- Casualty/property insurance? — Yes ⦿ No ◯
  - If yes, are your premiums current? — Yes ⦿ No ◯ N/A ◯ (if no, see Instructions)
- General liability insurance? — Yes ⦿ No ◯
  - If yes, are your premiums current? — Yes ⦿ No ◯ N/A ◯ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ◯ No ⦿

k. Has a disclosure statement been filed with the court? — Yes ◯ No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ⦿ No ◯

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/Richard Winkler | Richard Winkler |
| Signature of Responsible Party | Printed Name of Responsible Party |
| General Counsel, Lemonjuice Solutions | 10/20/2026 |
| Title | Date |

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

Hiawatha Manor Association, Inc. - East

**1015 ServisFirst DIP xx6861, Period Ending 09/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 10/12/2026

Reconciled by: Clarissa Cox

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 10,612.67 |
| Service charge | -17.16 |
| Checks and payments cleared (37) | -16,957.04 |
| Deposits and other credits cleared (2) | 25,447.19 |
| Statement ending balance | 19,085.66 |
| Register balance as of 09/30/2026 | 19,085.66 |
| Cleared transactions after 09/30/2026 | 0.00 |
| Uncleared transactions after 09/30/2026 | -14,818.41 |
| Register balance as of 10/12/2026 | 4,267.25 |

**Details**

Checks and payments cleared (37)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/01/2026 | Bill Payment | Pd Online 09.01.26 | Auto-Owners Insurance | -613.66 |
| 09/01/2026 | Bill Payment | Pd Online 09.01.26 | First Insurance Funding Loan… | -4,398.79 |
| 09/01/2026 | Bill Payment | Pd Online 09.01.26 | First Insurance Funding Loan… | -612.93 |
| 09/01/2026 | Bill Payment | | Tammy Lap | -600.00 |
| 09/01/2026 | Journal | 852 | | -16.01 |
| 09/01/2026 | Journal | 852 | | -19.21 |
| 09/01/2026 | Journal | 852 | | -233.87 |
| 09/04/2026 | Journal | 853 | | -157.85 |
| 09/04/2026 | Journal | 853 | | -17.55 |
| 09/08/2026 | Journal | 854 | | -46.62 |
| 09/08/2026 | Journal | 854 | | -524.91 |
| 09/09/2026 | Journal | 855 | | -27.58 |
| 09/09/2026 | Journal | 855 | | -120.13 |
| 09/11/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -225.00 |
| 09/11/2026 | Bill Payment | | Happy Sak Exxon | -325.71 |
| 09/17/2026 | Journal | 867 | | -53.04 |
| 09/18/2026 | Bill Payment | Pd Online 09.18.2026 | Spectrum Enterprise Acctxx17… | -2,409.18 |
| 09/18/2026 | Journal | 862 | | -40.15 |
| 09/18/2026 | Bill Payment | Pd Online 09.18.2026 | Cumberland Plateau Water Au… | -1,309.68 |
| 09/18/2026 | Journal | 862 | | -150.81 |
| 09/21/2026 | Bill Payment | | Jonathan A. Tollett | -570.00 |
| 09/21/2026 | Journal | 863 | | -82.94 |
| 09/21/2026 | Journal | 863 | | -281.11 |
| 09/22/2026 | Journal | 864 | | -14.00 |
| 09/22/2026 | Journal | 864 | | -44.53 |
| 09/22/2026 | Journal | 864 | | -272.69 |
| 09/25/2026 | Journal | 868 | | -657.40 |
| 09/28/2026 | Bill Payment | | Tammy Lap | -600.00 |
| 09/28/2026 | Journal | 869 | | -20.84 |
| 09/28/2026 | Bill Payment | Pd Online 09.28.2026 | Cumberland Plateau Water Au… | -571.84 |
| 09/28/2026 | Journal | 865 | | -340.00 |
| 09/28/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -575.00 |
| 09/28/2026 | Bill Payment | Pd Online 09.28.2026 | Auto-Owners Insurance | -613.66 |
| 09/29/2026 | Journal | 870 | | -36.19 |
| 09/29/2026 | Journal | 866 | | -340.00 |
| 09/30/2026 | Journal | 871 | | -29.46 |
| 09/30/2026 | Journal | 871 | | -4.70 |
| Total | | | | -16,957.04 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/10/2026 | Journal | 861 | | 18.70 |
| 09/11/2026 | Deposit | | | 25,428.49 |
| Total | | | | 25,447.19 |

**Additional Information**

Uncleared checks and payments after 09/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/01/2026 | Bill Payment | Pd Online 09.30.26 | First Insurance Funding Loan… | -4,398.79 |
| 10/01/2026 | Bill Payment | Pd Online 09.30.26 | First Insurance Funding Loan… | -612.93 |
| 10/01/2026 | Bill Payment | Pd Online 10.01.26 | Volunteer Energy Cooperative | -5,046.93 |
| 10/02/2026 | Bill Payment | | Jonathan A. Tollett | -570.00 |
| 10/02/2026 | Bill Payment | | Tammy Lap | -600.00 |
| 10/02/2026 | Journal | 872 | | -41.88 |
| 10/05/2026 | Journal | 873 | | -144.65 |
| 10/06/2026 | Journal | 874 | | -69.38 |
| 10/06/2026 | Journal | 874 | | -7.23 |
| 10/13/2026 | Bill Payment | | Happy Sak Exxon | -436.84 |
| 10/13/2026 | Bill Payment | | Michellia Blaylock dba Cumbe… | -1,825.00 |
| 10/13/2026 | Bill Payment | | Apartments, LLC | -368.00 |
| 10/13/2026 | Bill Payment | | Frontier Communications Acct… | -126.78 |
| 10/13/2026 | Bill Payment | | Jonathan A. Tollett | -570.00 |
| Total | | | | -14,818.41 |

The following changes are being made to our Account Analysis Fee Schedule effective **November 1, 2026:**

**Low Volume eServis Domestic Wire - $30**
**Low Volume eServis International Wire - $30**

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

## CHECKING ACCOUNTS

| | | | |
|---|---|---|---|
| BUSINESS CHECKING | | Number of Enclosures | 0 |
| Account Number | XXXXXXXXXXXX6861 | Statement Dates | 9/01/26 thru 9/30/26 |
| Previous Balance | 10,612.67 | Days in the Statement Period | 30 |
| 2 Deposits/Credits | 25,447.19 | Average Ledger | 17,900.44 |
| 38 Checks/Debits | 16,974.20 | Average Collected | 17,900.44 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 19,085.66 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/10 | POS CRE 0000 09/09/26 41387052<br>LOWES #00548*<br>CROSSVILLE TN C#0222 | 18.70 |
| 9/11 | Bill.com Lemonjuice SolutCCD<br>996GPQQVU1AJT15021000020113886 | 25,428.49 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 9/01 | INSURANCE FIRST INSURANCE CCD<br>900-107193351 071925330150270 | 4,398.79- |
| 9/01 | INSURANCE FIRST INSURANCE CCD<br>900-107842114 071925330149371 | 612.93- |
| 9/01 | Payables Tammy Lapp dba TCCD<br>996NBXIOL19FQD4021000020751240 | 600.00- |
| 9/02 | DBT CRD 1328 09/01/26 64802930<br>HAJOCA MODERN 396<br>CROSSVILLE TN C#0222 | 233.87- |
| 9/02 | POS DEB 1542 09/01/26 00451258<br>DOLLAR GENERAL #12671<br>31 KEARNEY DR<br>CROSSVILLE TN C#0222 | 16.01- |
| 9/03 | INS. PREM AUTO-OWNERS PPD<br>1380315280 072000911809166 | 613.66- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 9/03 | DBT CRD 1321 09/01/26 61051277 HOLSTON GASES - CROSSV CROSSVILLE TN C#0222 | 19.21- |
| 9/04 | POS DEB 1000 09/04/26 00002577 POTTERS ACE HARD POTTERS ACE HARD CROSSVILLE TN C#0222 | 157.85- |
| 9/04 | DBT CRD 0759 09/03/26 67796837 POTTERS ACE HARDWARE O CROSSVILLE TN C#0222 | 17.55- |
| 9/08 | DBT CRD 0920 09/04/26 16197359 ACE BODY AND FRAME CROSSVILLE TN C#0222 | 524.91- |
| 9/08 | DBT CRD 1521 09/07/26 32824804 AMAZON MKTPL*5325K5G40 Amzn.com/bill WA C#0222 | 46.62- |
| 9/09 | POS DEB 1209 09/09/26 00002502 POTTERS ACE HARD POTTERS ACE HARD CROSSVILLE TN C#0222 | 27.58- |
| 9/10 | DBT CRD 1046 09/09/26 67938800 LOWE S #548 CROSSVILLE TN C#0222 | 120.13- |
| 9/11 | Payables Happy Sak Exxon CCD 996EKPDSQ1AGR73021000029755760 | 325.71- |
| 9/11 | Payables Michellia BlayloCCD 996PEEMBM1AGR74021000029755763 | 225.00- |
| 9/17 | BILLING BILL.COM LLC CCD 02B5EIONJZ1AMYL021000024921638 | 53.04- |
| 9/18 | Payables Jonathan A. TollCCD 996EZZTTV1B8LHF021000025273956 | 570.00- |
| 9/18 | DBT CRD 1229 09/17/26 29707809 AMAZON MKTPL*5R5MM1ZN2 Amzn.com/bill WA C#0222 | 150.81- |
| 9/18 | DBT CRD 1029 09/17/26 57413681 POTTERS ACE HARDWARE O CROSSVILLE TN C#0222 | 40.15- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 9/21 | SPECTRUM SPECTRUM WEB<br>0000358635 021000021189046 | 2,409.18- |
| 9/21 | CRAB ORCHACRAB ORCHARD UTICCD<br>091000013282609 | 1,309.68- |
| 9/21 | POS DEB 1401 09/19/26 00618503<br>WM SUPERCENTER #687<br>168 OBED PLZ STE 1<br>CROSSVILLE TN C#0222 | 281.11- |
| 9/21 | DBT CRD 1213 09/20/26 19812954<br>AMAZON RETA* 5R2QZ3BL0<br>WWW.AMAZON.CO WA C#0222 | 82.94- |
| 9/22 | DBT CRD 1156 09/20/26 09934457<br>PROPEST PRODUCTS INC<br>770-9043626 GA C#0222 | 272.69- |
| 9/22 | DBT CRD 1242 09/21/26 37332482<br>AMAZON MKTPL*5R9UU12Z2<br>Amzn.com/bill WA C#0222 | 44.53- |
| 9/22 | DBT CRD 0948 09/21/26 33319253<br>LOWE S #548<br>CROSSVILLE TN C#0222 | 14.00- |
| 9/25 | DBT CRD 1044 09/24/26 66919189<br>LOWE S #548<br>CROSSVILLE TN C#0222 | 657.40- |
| 9/28 | Payables Tammy Lapp dba TCCD<br>996MAPFXA1BV9HR021000025612560 | 600.00- |
| 9/28 | Payables Michellia BlayloCCD<br>996LEVDKR1BW2HK021000024584729 | 575.00- |
| 9/28 | DBT CRD 0702 09/25/26 33789435<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 340.00- |
| 9/28 | DBT CRD 1055 09/25/26 73387674<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#0222 | 20.84- |
| 9/29 | DBT CRD 0702 09/28/26 33571863<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#7593 | 340.00- |
| 9/29 | POS DEB 1248 09/29/26 00000180<br>POTTERS ACE HARD | 36.19- |

HIAWATHA MANOR ASSOCIATION, INC
DEBTOR IN POSSESSION
7380 W. SAND LAKE RD.
STE 130
ORLANDO FL 32819

BUSINESS CHECKING XXXXXXXXXXXX6861 (Continued)

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| | POTTERS ACE HARD<br>CROSSVILLE TN C#0222 | |
| 9/30 | Account Analysis Charge | 17.16- |
| 9/30 | INS. PREM AUTO-OWNERS PPD<br>1380315280 072000918501651 | 613.66- |
| 9/30 | CRAB ORCHACRAB ORCHARD UTICCD<br>091000018504616 | 571.84- |
| 9/30 | DBT CRD 1135 09/29/26 97150852<br>LOWE S #548<br>CROSSVILLE TN C#0222 | 29.46- |
| 9/30 | DBT CRD 1411 09/29/26 91027802<br>POTTERS ACE HARDWARE O<br>CROSSVILLE TN C#0222 | 4.70- |

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/01 | 5,000.95 | 9/10 | 3,242.26 | 9/25 | 22,234.51 |
| 9/02 | 4,751.07 | 9/11 | 28,120.04 | 9/28 | 20,698.67 |
| 9/03 | 4,118.20 | 9/17 | 28,067.00 | 9/29 | 20,322.48 |
| 9/04 | 3,942.80 | 9/18 | 27,306.04 | 9/30 | 19,085.66 |
| 9/08 | 3,371.27 | 9/21 | 23,223.13 | | |
| 9/09 | 3,343.69 | 9/22 | 22,891.91 | | |

## ERRORS RELATING TO ELECTRONIC FUND TRANSFERS OR SUBSTITUTE CHECKS (Consumer Customers Only)

In case of errors or questions about your electronic transfers, write us at the address on the front of this statement or call us at the telephone number on the front of this statement as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error(s) promptly. If we need more time, we will provide provisional credit to your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account. For more information refer to your Electronic Fund Transfers disclosure and the sections on liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

BANK BALANCE SHOWN ON THIS STATEMBNT

$____________________

ADD+(IFANY)DEPOSITS NOT SHOWN ON THIS STATEMENT

$____________________

TOTAL

$____________________

SUBTRACT- (IF ANY)CHECKS OUTSTANDING

$____________________

BALANCE

$____________________

SHOULD AGREE WITH CHECKBOOK BALANCE

| CHECKS OUTSTANIDINIG | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK BOOK BALANCE AT STATEMENT DATE

$____________________

SUBTRACT- (IF ANY} ACTIVITY CHARGE

$____________________

SUBTOTAL

$____________________

SUBTRACT- (IFANY) OF BANK CHARGES

$____________________

BALANCE

$____________________

SHOULD AGREE WITH STATEMENT BALANCE

## YOUR DUTY TO REPORT UNAUTHORIZED SIGNATURES (INCLUDING FORGERIES AND COUNTERFEIT CHECKS) AND ALTERATIONS ON CHECKS AND OTHER ITEMS

The law requires you to **use "reasonable care and promptness" in examining your bank statement and any checks sent** with it and to report to the Bank an unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations or unauthorized endorsement on Checks and Other Items. You must report any unauthorized signature (Including Forgeries and Counterfeit Checks) and Alterations on checks and Other items to the Bank within the timeframe specified **under the "Terms and Conditions" provided at account opening. If you do n**ot do this, the Bank will not be liable to you for claims submitted after the timeframe specified. **A copy of our current "Terms and** Conditions" can be requested at any of our branch locations. **Please see the "Terms and Conditions" on how to report "Other errors or Problems" and for** further explanation of your rights and responsibilities regarding your statement and checks.

# Hiawatha Manor Association, Inc. - East
## A/P Aging Summary
### As of September 30, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Apartments, LLC** | 368.00 | | | | | 368.00 |
| **Crown Resorts Management LLC** | | | | | 38,294.17 | 38,294.17 |
| **Cumberland County Trustee Kim Wyatt, Trustee** | 25,203.00 | | | | | 25,203.00 |
| **Frontier Communications Acctxx 931-788-6291** | | 126.78 | | | | 126.78 |
| **Frontier Communications Acctxx 931-788-6532** | | | | | -126.00 | -126.00 |
| **Happy Sak Exxon** | 436.84 | | | | | 436.84 |
| **Hiawatha Manor West Association, Inc.** | 288.26 | 7,426.78 | 30.73 | 97.50 | | 7,843.27 |
| **Holiday Property Partners, LLC** | 3,418.11 | | 11.53 | 24.10 | 11,404.14 | 14,857.88 |
| **Holland & Knight LLP** | | | | | 119,695.66 | 119,695.66 |
| **Jonathan A. Tollett** | 570.00 | 570.00 | | | | 1,140.00 |
| **Lake Tansi POA** | 1,710.00 | | 3,420.00 | 6,830.00 | 34,170.00 | 46,130.00 |
| **Lemonjuice Solutions. LLC** | 14,800.33 | 11,668.47 | 20,662.33 | 23,656.46 | 340,218.54 | 411,006.13 |
| **Michellia Blaylock dba Cumberland Cleaners** | | 820.00 | | | | 820.00 |
| **Vacatia Inc** | | | | | 89.86 | 89.86 |
| **Volunteer Energy Cooperative** | 5,046.93 | | | | | 5,046.93 |
| **TOTAL** | **$ 51,841.47** | **$ 20,612.03** | **$ 24,124.59** | **$ 30,608.06** | **$ 543,746.37** | **$ 670,932.52** |

Tuesday, Oct 20, 2026 07:16:29 AM GMT-7

# Hiawatha Manor Association, Inc. - East
## A/R Aging Summary
### As of September 30, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Crown Resorts Management** | | | | | 409.02 | 409.02 |
| **TOTAL** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 409.02** | **$ 409.02** |

Tuesday, Oct 20, 2026 07:17:02 AM GMT-7

# Hiawatha Manor Association, Inc. - East
## Balance Sheet
### As of September 30, 2026

| | | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **Association Operating Accounts** | | |
| **1005 Funds in transit** | | 19,052.52 |
| **1015 ServisFirst DIP xx6861** | | 19,085.66 |
| **Total Association Operating Accounts** | **$** | **38,138.18** |
| **Total Bank Accounts** | **$** | **38,138.18** |
| **Accounts Receivable** | | |
| **112900 Receivables - Other** | | 409.02 |
| **Total Accounts Receivable** | **$** | **409.02** |
| **Other Current Assets** | | |
| **111900 Allowance for Doubtful Accounts** | | -6,681,797.51 |
| **112000 AR Maintenance Fees** | | 6,681,797.51 |
| **1255.89 A/R - Lemonjuice Solutions** | | 12,496.61 |
| **1255.90 A/R Hiawatha West** | | 79,870.84 |
| **141001 Prepaid - Insurance** | | 27,774.33 |
| **Undeposited Funds** | | 1,250.00 |
| **Total Other Current Assets** | **$** | **121,391.78** |
| **Total Current Assets** | **$** | **159,938.98** |
| **Fixed Assets** | | |
| **151000 Land** | | 141,142.00 |
| **155000 Other Equipment** | | 41,991.63 |
| **165000 Accum Depr - Other Equipment** | | -41,991.63 |
| **Total 155000 Other Equipment** | **$** | **0.00** |
| **157000 Furniture & Fixtures** | | 4,156.98 |
| **167000 Accum Depr - Furniture & Fixtures** | | -4,156.98 |
| **Total 157000 Furniture & Fixtures** | **$** | **0.00** |
| **158000 Vehicles** | | 33,667.54 |
| **168000 Accum Depr - Vehicles** | | -29,030.27 |
| **Total 158000 Vehicles** | **$** | **4,637.27** |
| **Total Fixed Assets** | **$** | **145,779.27** |
| **TOTAL ASSETS** | **$** | **305,718.25** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **200000 Accounts Payable - Trade** | | 670,932.52 |
| **Total Accounts Payable** | **$** | **670,932.52** |

| | | |
|---|---|---|
| **Other Current Liabilities** | | |
| **211000 HPP Loan - Investment in Purchased Receivables** | | 519,644.98 |
| **212000 Accrued - Property & Income Taxes** | | 25,166.00 |
| **213000 Accrued Expenses - Other** | | 64,041.90 |
| **241101 Deferred Revenue - Prepaid Dues** | | 13,540.70 |
| **255900 Due To/From Operating/Reserves** | | 5,562.24 |
| **261000 Insurance Payable** | | 19,378.14 |
| **Total Other Current Liabilities** | **$** | **647,333.96** |
| **Total Current Liabilities** | **$** | **1,318,266.48** |
| **Long-Term Liabilities** | | |
| **272000 Notes Payable** | | -37.26 |
| **Total Long-Term Liabilities** | **-$** | **37.26** |
| **Total Liabilities** | **$** | **1,318,229.22** |
| **Equity** | | |
| **399000 Retained Earnings** | | -880,339.50 |
| **Net Income** | | -132,171.47 |
| **Total Equity** | **-$** | **1,012,510.97** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **305,718.25** |

Monday, Oct 19, 2026 12:41:13 PM GMT-7 - Accrual Basis

# Hiawatha Manor Association, Inc. - East
## Profit and Loss
### September 2026

| | Total | |
|---|---|---|
| **Income** | | |
| **400600-02 Rental Income - STR** | | 3,345.65 |
| **400600-03 Rental Income - LTR** | | 24,808.97 |
| **409900 Other Revenue** | | 578.97 |
| **Total Income** | **$** | **28,733.59** |
| **Gross Profit** | **$** | **28,733.59** |
| **Expenses** | | |
| **601010 Salary and Wages** | | 9,086.99 |
| **601050 Benefits - Healthcare** | | 1,606.97 |
| **601051 Benefits - Retirement** | | 449.66 |
| **601080 Employer Taxes** | | 558.42 |
| **601081 Workers Comp** | | 80.87 |
| **601090 Other Payroll Expense** | | 908.70 |
| **602300 Legal Fees** | | 300.00 |
| **604010-02 Tech Software & Apps** | | 1,280.00 |
| **604010-04 Tech Finance & HR Software** | | 53.04 |
| **604019 Office Supplies** | | 54.83 |
| **604020 Bank Fees & Related Charges** | | 17.16 |
| **604030 Insurance - D&O** | | 285.33 |
| **604031 Insurance - General** | | 4,343.72 |
| **604034 Insurance - Other** | | 214.78 |
| **604040 Postage & Freight** | | 1,986.90 |
| **604051 Business & Property Taxes** | | 1,632.50 |
| **606030 Landscape and Lawn** | | 1,710.00 |
| **606031 Heating and Air Conditioning Repairs** | | 141.35 |
| **606032 Plumbing Repairs** | | 79.77 |
| **606034 Vehicle Repairs** | | 183.72 |
| **606035 Electrical and Mechanical Repairs** | | 20.84 |
| **606036 Pool Service and Supplies** | | 31.55 |
| **606037 Furniture/Unit Repairs and Supplies** | | 161.05 |
| **606038 Pest Control** | | 95.44 |
| **606050 Other Repairs & Maintenance** | | 501.75 |
| **606071 Electric** | | 5,046.93 |
| **606072 Gas** | | 152.89 |
| **606073 Water & Sewer** | | 2,281.84 |
| **606074 Trash Removal/Recycling** | | 288.26 |
| **606075 Media** | | 2,535.96 |
| **606301 Guest and Cleaning Supplies** | | 1,400.68 |
| **606305 Carpet/Floor Cleaning** | | 98.39 |

| | | |
|---|---|---|
| **606701 Accounting Fees** | | 1,800.00 |
| **607501-02 Marketing - Advertising** | | 128.80 |
| **Total Expenses** | **$** | **39,519.09** |
| **Net Operating Income** | **-$** | **10,785.50** |
| **Other Expenses** | | |
| **608000 Depreciation Expense** | | 307.24 |
| **992000 Income Tax - Country/Federal** | | 200.00 |
| **Total Other Expenses** | **$** | **507.24** |
| **Net Other Income** | **-$** | **507.24** |
| **Net Income** | **-$** | **11,292.74** |

Tuesday, Oct 20, 2026 05:46:23 AM GMT-7 - Accrual Basis