**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re: | Chapter 11 |
| Hiawatha Manor Association, Inc. | Case No. 25-01916 |
| Debtor. | Judge Randal S. Mashburn |

**DEBTOR'S MOTION TO SCHEDULE THE SALE HEARING AND NOTICE OF REVISED SALE PROCESS DATES**

The above-captioned debtor (the "***Debtor***"), by and through its undersigned counsel, files this motion (this "***Motion***") pursuant to section 105(a) of title 11 of the United States Code (the "***Bankruptcy Code***"), Rules 9006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and Rule 9013-1 of the Local Rules of Court for the United States Bankruptcy Court for the Middle District of Tennessee (the "***Local Rules***"), seeking entry of an order continuing the hearing previously scheduled for July 14, 2026 at 9:30 am (the "***Sale Hearing***") to November 30, 2026 at 9:30 am (or such later date as determined by the Court).

No hearing is needed for this Motion and it can be decided by the Court in the Court's discretion.

In further support of the Motion, the Debtor, by and through its undersigned proposed counsel, respectfully represents:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §157(b).

2. Venue of this case and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested herein are Bankruptcy Code sections 105(a) and 521, Bankruptcy Rules 9006 and 9014, and Local Rule 9014-1.

## BACKGROUND

4. On May 6, 2025 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing this chapter 11 case (the "***Chapter 11 Case***").

5. On January 21, 2026, the Court entered its *Order (I) Approving Bidding Procedures, (II) Scheduling an Auction for and a Hearing to Approve the Sale of the Properties, (III) Approving Notice of respective Date, Time and Place for the Auction and for a Hearing to Approve the Sales, (IV) Authorizing the Sale of Certain Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances, (V) Approving the Assumption and Assignment of Certain Executory Contracts, and (VI) Granting Related Relief* (Dkt. No. 150) (the "***Sale Process Order***") whereby it approved the bidding and notice procedures of the Debtor as they relate to the Sale Process and scheduled the Sale Hearing.

6. During the course of this Chapter 11 Case, the Debtor has been in discussions with Lake Tansi Village Property Owners Association, Inc. ("***Lake Tansi***"), which currently provides sewer and water treatment services to the Debtor and Hiawatha West.

7. As set forth in the Debtor's *Notice Regarding Auction Results and Sale Process* (Dkt. No. 174), as a result of conversations with Lake Tansi, the Successful Bidder for each of Hiawatha East and Hiawatha West withdrew their offer for the properties.

8. On October 1, 2026 Hiawatha East held its annual board meeting wherein the Debtor's management company, HPP Property Services LLC, d/b/a Lemonjuice Solutions ("***Lemonjuice***"), proposed that Lemonjuice itself buy the Hiawatha East and Hiawatha West

properties at the bid price submitted by the highest bidder (prior to said bidder's subsequent withdrawal).

9. In addition, Lemonjuice will not seek breakup fees or other similar bid protection fees.

10. Both the Hiawatha East board and the owners present at the meeting expressed support for Lemonjuice's proposition.

11. On October 24, 2026, Hiawatha West held a board meeting wherein it too expressed support for Lemonjuice buying the Hiawatha East and Hiawatha West properties.

## RELIEF REQUESTED

12. By this Motion, the Debtor seeks entry of an order continuing the Sale Hearing to November 30, 2026 at 9:30 am (or such later date as determined by the Court).

13. Continuing the Sale Hearing will: (a) permit the Debtor to reconduct the sale process, with Lemonjuice submitting a stalking horse bid; and (b) promote judicial efficiency by hearing matters related to the Sale Process when they are complete.

14. Per Section XIV of the Bidding Procedures, as set forth in the Sale Process Order, the Debtor reserved the right to modify the Bidding Procedures, including the ability to extend deadlines as needed.

15. The Debtor anticipates the remainder of the Sale Process to proceed along the following revised timeline:

| **Revised Sale Process Key Dates and Deadlines** | |
|---|---|
| **November 9, 2026** | Bid Deadline |
| **November 10, 2026** | Determination of Qualified Bids |
| **November 18 via Crexi auction platform** | Auction |

| | |
|---|---|
| **November 18, 2026** | Deadline to File Post-Auction Objections |
| **November 23, 2026** | Deadline for Debtor to File Reply to Sale Objections and Post-Auction Objections |
| **November 30, 2026** | Sale Hearing |

## **NOTICE**

16. Notice of this Motion will be provided to the U.S. Trustee and all parties entitled to notice pursuant to Bankruptcy Rule 2002. Due to the nature of the relief requested herein, the Debtor submits that no other or further notice is required.

## **NO PRIOR REQUEST**

17. No previous request for relief sought herein has been made to this Court or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtor respectfully requests entry of an order granting the relief requested herein and granting such other relief as is just and proper.

DATED: October 26, 2026
Nashville, Tennessee

Respectfully submitted,
**HOLLAND & KNIGHT LLP**

*/s/ Blake D. Roth*

Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
Symphony Place
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hklaw.com
Scott.Kunde@hklaw.com

*Counsel for the Debtor and Debtor in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, a copy of the foregoing was sent via ECF to the U.S. Trustee and all parties registered to receive electronic notice.

*/s/ Blake D. Roth*

Blake D. Roth (Federal ID No. 2666808)
C. Scott Kunde (TN Bar No. 040218)
Symphony Place
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: Blake.Roth@hkklaw.com
Scott.Kunde@hkklaw.com

*Counsel for the Debtor and Debtor in Possession*