SO ORDERED.
SIGNED 27th day of October, 2026

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Randal S. Mashburn
Chief U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hiawatha Manor Association, Inc., | ) | Case No. 2:25-bk-01916 |
| | ) | Chapter 11 |
| Debtor. | ) | Judge Randal S. Mashburn |

**ORDER SETTING EXPEDITED HEARING**
**ON PROPOSED AUCTION SCHEDULE AND**
**CANCELING NOVEMBER 10, 2026, STATUS CONFERENCE**

The Debtor filed a Motion to Schedule the Sale Hearing and Notice of Revised Sale Process Dates in which the Debtor proposed a condensed auction schedule with a stalking horse bidder. The Court will consider the proposed schedule at a hearing on **November 3, 2026, at 9:30 a.m.**, in Courtroom 1, 701 Broadway, Nashville, Tennessee 37203. Virtual appearances by Zoom video are permitted. Advance registration is required for access to Zoom. Parties should register for Judge Mashburn's Chapter 7/11 Docket on November 3, 2026, using the link below:

https://www.tnmb.uscourts.gov/register-virtual-link.

Due to the scheduling of this hearing on November 3, the sale status conference scheduled on November 10, 2026, is canceled.

IT IS SO ORDERED.