**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Hiawatha Manor Association, Inc.,** | ) | **Case No. 2:25-bk-01916** |
| | ) | Chapter 11 |
| **Debtor.** | ) | Judge Randal S. Mashburn |
| | ) | Hearing set November 3, 2026 at 9:30 |

**LAKE TANSI'S RESPONSE TO DEBTOR'S MOTION TO SCHEDULE THE SALE HEARING AND NOTICE OF REVISED SALE PROCESS DATES**

Comes Lake Tansi Village Property Owners Association, Inc. ("Lake Tansi"), a creditor and party-in-interest herein, and respectfully submits this response to the Debtor's Motion to Schedule the Sale Hearing and Notice of Revised Sale Process Dates filed October 26, 2026 (*Dkt. No. 188*) (the "Sale Hearing Motion"). To be clear, as stated in the past, Lake Tansi does not oppose the Debtor's request to sell essentially all of its assets – or to schedule the proposed hearing. However, Lake Tansi believes it is important to clarify and refute an implication in the Sale Hearing Motion.

Paragraph 7 of the Sale Hearing Motion implies that the prior successful bidder for the Hiawatha East and Hiawatha West properties – which sale did not close – withdrew his offer as a result of his conversations with Lake Tansi. In fact, as previously indicated to the Debtor's counsel, such implication is not accurate. While such bidder called and spoke with a Lake Tansi representative once, he did not withdraw his offer as a result of his conversation with Lake Tansi. He withdrew his offer as a result of his review of the sewer permit for Lake Tansi (to whose sewer system the Hiwatha East and West properties are currently connected) and his discussion with a representative of the Tennessee Department of Environment and Conservation whom he thereafter contacted.

While Lake Tansi acknowledges that this clarification will have no effect on whether or not the Court grants the Sale Hearing Motion, it wants to clear up any negative implication that Paragraph 7 of such motion may cast upon it.

Additionally, the Sale Hearing Motion also indicates that the Debtor's management company, HPP Property Services LLC, d/b/a Lemonjuice Solutions ("Lemonjuice"), now proposes to purchase both the Hiawatha East and Hiawatha West properties for the bid price submitted by the prior highest bidder – i.e., prior to such bidder's withdrawing his bid (as referenced above). While the minimum starting bid for the Hiawatha East property was at one time listed as $500,000 and $750,000 for the Hiawatha West property, the Debtor has never disclosed to Lake Tansi or in court filings the amount of such highest bid, so Lake Tansi does not know how much Lemonjuice now proposes to pay for each of the properties. Without such information, Lake Tansi cannot verify some of the facts alleged in the Sale Hearing Motion or know whether the sale of the properties will produce sufficient proceeds to pay the creditors.

Respectfully submitted this 28th day of October, 2026.

/s/ *Jack W. Robinson, Jr.*
Jack W. Robinson, Jr., #011656
Gullett, Sanford, Robinson & Martin, PLLC
150 3rd Avenue South, Suite 1700
Nashville, Tennessee 37201
(615) 244-4994
jrobinson@gsrm.com
sselleaze@gsrm.com

*Attorneys for Lake Tansi Village Property Owners Association, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ *Jack W. Robinson, Jr.*
Jack W. Robinson, Jr.