**SO ORDERED.**
**SIGNED 5th day of November, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Randal S. Mashburn**
**Chief U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>Hiawatha Manor Association, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 25-01916<br><br>Judge Randal S. Mashburn |

**ORDER APPROVING DEBTOR'S MOTION TO SCHEDULE THE SALE HEARING AND NOTICE OF REVISED SALE PROCESS DATES**

Upon consideration of the Motion[1]; and upon finding that this court has jurisdiction over the matters set forth in the Motion; and upon finding that venue is proper in this court; and upon finding that due and sufficient notice has been given and that no other or further notice need be given; and upon finding that the relief sought in the Motion is in the best interest of the Debtor, its creditors, and other parties in interest; and after due consideration and finding other sufficient cause for the relief sought in the Motion, it is hereby

1. **ORDERED** that the Motion is GRANTED subject to the revisions set forth herein; and it is further

[1] Capitalized terms used in this order and not otherwise defined shall have the meanings ascribed to them in the Motion.

2. **ORDERED** that the Sale Process proceed along the following revised timeline; and it is further

| **Revised Sale Process Key Dates and Deadlines** | |
|---|---|
| **November 23, 2026** | Bid Deadline |
| **November 25, 2026** | Determination of Qualified Bids |
| **December 1, 2026 via Crexi auction platform** | Auction |
| **December 7, 2026** | Deadline to File Post-Auction Objections |
| **December 11, 2026** | Deadline for Debtor to File Reply to Sale Objections and Post-Auction Objections |
| **December 15, 2026** | Sale Hearing |

3. **ORDERED** that, by the time of entry of this Order, the Debtor will have coordinated and sent email communication to each of the previously interested bidders for the East and West Properties, apprising them of the updated Sale Process Key Dates and Deadlines.

4. **ORDERED** that, on or before one (1) business day after entry of this Order, the Debtor will cause this Order to be posted to the association websites for the Debtor and Hiawatha West, posted in the data room maintained by the Debtor, and sent by first-class mail postage prepaid, to the following: (a) the Office of the United States Trustee for the Middle District of Tennessee; (b) holders of the 30 largest unsecured claims against the Debtor; (c) all persons that have expressed to the Debtor an interest in a transaction with respect to the Properties during the

past six (6) months; (d) all of the Debtor's other known creditors and equity security holders; and (e) those parties who have formally filed a request for notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002 at the time of service.

5. **ORDERED** that, the Bidding Procedures, as set forth in the Sale Process Order, are hereby revised as follows:

a. Section III of the Bidding Procedures is amended to add the following paragraph immediately following the sole paragraph thereof: "For the avoidance of doubt, HPP Property Services, LLC, d/b/a Lemonjuice Solutions ("***Lemonjuice***"), shall have no participation in the (a) evaluation of bids from Potential Bidders on the Properties, (b) negotiation of any bid made to acquire the Properties or any portion thereof, and (c) participate in the making of such other determinations as are provided in these Bidding Procedures."

b. Section VI of the Bidding Procedures is amended to add the following sentence to the ultimate paragraph of said section: "To the extent there is any dispute between any parties, including Potential Bidders, regarding which bids are Qualified Bids, or which parties are Qualified Bidders, the parties shall file an appropriate motion to bring the matter before the Court on an expedited basis."

6. **ORDERED** that, notwithstanding any Bankruptcy Rule to the contrary, this order shall be immediately effective and enforceable upon its entry; and it is further

7. **ORDERED** that this court shall retain jurisdiction over any and all matters arising out of or related to this order.

8. The Court will conduct the sale hearing on **December 15, 2026,** at **9:30 a.m.**, in Courtroom 1, 701 Broadway, Nashville, Tennessee 37203. Witnesses and attorneys actively participating in the hearing shall appear in person. Parties seeking only to monitor the hearing or make an announcement may appear virtually. Advance registration is required for access to Zoom. Parties should register for Judge Mashburn's Chapter 7/11 Docket on the hearing date using the link below:

https://www.tnmb.uscourts.gov/register-virtual-link.

9. Witness and exhibit lists shall be filed no later than **December 11, 2026**. By that date, parties shall also exchange and upload exhibits through the Court's Electronic Evidence Submission Application ("EESA"), with Debtor's exhibits beginning with number 1001 and continuing sequentially (e.g., 1002, 1003, etc.), and any respondent's exhibits beginning with number 2001 and continuing sequentially.

IT IS SO ORDERED